## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS** | : |
| **Plaintiff,** | : |
| | Case No. 1:05CV02226 |
| v. | : |
| | Judge Royce C. Lamberth |
| **TULLY CONSTRUCTION CO., INC.** | : |
| **Defendant.** | : |

## AFFIDAVIT OF SERVICE

I, PATRICK M. REGAN, hereby depose and state that:

1. I am a partner with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by Plaintiff Hunter Dawkins in connection with this litigation.

2. The Complaint in the above-captioned case was filed in this Court on November 16, 2005.

3. On November 18, 2005, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Tully Construction Co., Inc. c/o Peter K. Tully, 127-50 Northern Boulevard, Flushing, New York 11368-1520.

4. On November 23, 2005, I received the Return Receipt verifying that a representative of Tully Construction accepted service of the Summons and Complaint on November 29, 2005. The Domestic Return Receipt is attached hereto.

FURTHER SAITH AFFIANT NOT.

/s/
_____
Patrick M. Regan