**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HUNTER DAWKINS,** | : |
| **Plaintiff,** | : |
| v. | :   Civil Action No. 05-2226 (RCL) |
| **TULLY CONSTRUCTION CO., INC.,** | : |
| **Defendants.** | : |

**MEET AND CONFER STATEMENT**

Pursuant to the Court's December 13, 2005 Order, counsel for the Plaintiff and Defendants, have conferred by telephone and in accordance with Local Civil Rule 16.3(a), and respectfully submit this report to the Court:

1. Counsel agree this jury case should be placed on a complex track commensurate with the discussion with the Court at the time of the Initial Scheduling Conference.

2. The Parties note that there may be related cases filed in the future.

3. Plaintiff consents to the referral of this case to a magistrate judge for all purposes, including trial. Defendant does not agree to a referral to a magistrate judge for all purposes at this time, but consents to early mediation in ninety (90) days.

4. It is unknown whether there is a substantial likelihood of resolving the case short of trial.

5. Counsel have discussed alternative dispute resolution and believe that mediation would be the appropriate form of ADR. The parties further believe that this

case should proceed to mediation before a magistrate judge immediately after the close of all discovery.

6. It is unlikely the case can be resolved by summary judgment or other similar dispositive motion.

7. The parties agree to make initial disclosures provided by Rule 26(a) (1) of the Federal Rules of Civil Procedure, as soon as practicable, and not later than February 13, 2006.

8. The parties do not believe it is necessary to establish limits on interrogatories, depositions or other discovery. Counsel will work together in a cooperative manner to complete all necessary discovery. The parties propose the following discovery schedule:

| | |
|---|---|
| Plaintiff's Experts | 05/01/06 |
| Defendants' Experts | 07/05/06 |
| Rebuttal Experts | 08/15/06 |
| Discovery Closes | 11/01/06 |
| Dispositive Motions Filed By | 11/17/06 |

9. Counsel for the parties agree to the timing of the discovery schedule as set forth in the proceeding paragraph but disagree as to the scope of discovery with respect to expert witnesses. The Plaintiff proposes that the parties dispense with the exchange of written reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, and that counsel agree to identify all expert witnesses and provide written statements (whether by Answer to Interrogatory or by a separate discovery paper) containing a the information required by Rule 26(a)(2)(B), and make all experts available for deposition thereafter. The Defendant proposes that Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure be followed by the parties and that the parties retain the option of deposing

experts identified, if need be. The Plaintiff is willing to agree to the submission of written reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure but would then request that the parties obtain leave of Court to depose all experts.

10. This is not a class action lawsuit.

11. The parties do not believe that the trial and/or discovery should be bifurcated or managed in phases, but the parties reserve the right to raise this issue at a later date.

12. The parties would propose that a final pre-trial conference be scheduled after the completion of discovery.

13. Plaintiff believes that it would be appropriate for the Court to set a trial date at the time of the Initial Status Conference. It is anticipated that the trial can be completed in four to six trial days.

Respectfully submitted,

| JORDAN COYNE & SAVITS, LLP | REGAN, HALPERIN & LONG, PLLC |
|---|---|
| By:  /s/ | By:  /s/ |
| D. Stephenson Schwinn   #358825 | Patrick M. Regan   #336107 |
| James F. Jordan | Thanos Basdekis   #463692 |
| Joseph S. Ferretti | Paul Cornoni   #489398 |
| 1100 Connecticut Ave., NW, Suite 600 | 1919 M Street, NW, Suite 350 |
| Washington, DC  20036 | Washington, DC  20036-3521 |
| PH:  (202) 296-4747 | PH:  (202) 463-3030 |
| FAX:  (202) 496-2800 | FAX:  (202) 463-0667 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 6th day of January, 2006, a copy of the foregoing Meet and Confer Statement was electronically filed in the United States District Court for the District of Columbia and was mailed, postage prepaid, to:

> D. Stephenson Schwinn, Esquire
> James F. Jordan, Esquire
> Joseph F. Ferretti, Esquire
> 1100 Connecticut Avenue, NW, Suite 600
> Washington, DC  20036

/s/
Patrick M. Regan
