UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUNTER DAWKINS,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No. 05-2226 (RCL)** |
| **TULLY CONSTRUCTION CO., INC.,** | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Meet and Confer Statement submitted by the parties and a review of the file herein, it is this _____ day of _____, 200__;

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Plaintiff's Experts | 05/01/06 |
| Defendants' Experts | 07/05/06 |
| Rebuttal Experts | 08/15/06 |
| Discovery Closes | 11/01/06 |
| Dispositive Motions Filed By | 11/17/06 |

and it is

FURTHER ORDERED that a follow-up Status Conference is scheduled for _____ __, 200__ at _____ ____, and a Pretrial Conference is scheduled for _____ __, 200__ at _____ ____; and it is

FURTHER ORDERED that the trial in this case shall begin on _____ __, 2006 at 9:30 a.m.

 

 

_____
Royce C. Lamberth
United States District Judge

- 2 -

cc:   Patrick M. Regan, Esquire
      Thanos Basdekis, Esquire
      Paul Cornoni, Esquire
      Regan, Halperin & Long
      1919 M Street, N.W., Suite 350
      Washington, D.C.  20036

      D. Stephenson Schwinn, Esquire
      James F. Jordan, Esquire
      Joseph F. Ferretti, Esquire
      Jordan Coyne & Savits
      1100 Connecticut Avenue, NW, Suite 600
      Washington, DC  20036