UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS**            ) | |
| )  | |
| **Plaintiff,**              ) | |
| )  | |
| v.                          ) | Civil Action No. 05-2226 (RCL) |
| )  | |
| **TULLY CONSTRUCTION CO., INC.** ) | |
| )  | |
| **Defendant.**              ) | |
| )  | |

**ORDER**

Upon consideration of the Meet and Confer Statement submitted by the parties and a review of the file herein, it is hereby

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Plaintiff's Expert Reports | 05/01/06 |
| Defendants' Expert Reports | 07/05/06 |
| Rebuttal Expert Reports | 08/15/06 |
| Discovery Closes, including depositions if any, of experts | 11/01/06 |
| Dispositive Motions Filed By | 11/17/06 |

and it is

FURTHER ORDERED that a follow-up Status Conference will be scheduled after disposition if any dispositive motions, at which dates for ADR, pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.