**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HUNTER DAWKINS** | : |
| Plaintiff | : |
| v. | :   Civil Action No. 05-2226 (RCL) |
| **TULLY CONSTRUCTION CO., INC.** | : |
| Defendant. | : |

**PLAINTIFF HUNTER DAWKINS'**
**INITIAL DISCLOSURES PURSUANT TO FRCP 26**

The Plaintiff, by and through undersigned counsel, hereby provides the initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**I.   Individuals with Discoverable Information that Plaintiff May Use to Support Claim**

1. Hunter Dawkins
2. Deborah Dawkins
   22383 Meadowlark Drive
   Pass Christian, MS 39571

3. Christopher Tully
4. Peter Tully
   Tully Construction Co., Inc.
   127-50 Northern Boulevard
   Flushing, NY 1136

5. Detective Joseph R. Diliberto
6. Officer Sheryl R. Harley
   DC Metropolitan Police Department
   Washington, DC

7. James Walsh
   Washington, DC

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

8. Ken Bordes
   Shreveport, LA

9. Dr. John White, Professor
   Catholic University
   Washington, DC

10. David Sawyer, M.D.
    150 Spence Drive
    Pass Christian, MS  39571

11. All health care providers identified in the Washington Hospital Center Medical Records

12. James C. Jeng, M.D.
    Washington Hospital Center
    110 Irving Street, N.W., Room 3B55
    Washington, DC  20010

13. Robert Hynecek, M.D.
    Washington Hospital Center
    110 Irving Street, N.W.
    Washington, DC  20010

14. All health care providers identified in the National Rehabilitation Hospital Medical Records

15. Andrew McCarthy, M.D.
    National Rehabilitation Hospital
    102 Irving Street, N.W., Room 354
    Washington, DC  20010

16. Elizabeth Kilgore, M.D.
    Department of Physical Medicine and Rehabilitation
    National Rehabilitation Hospital
    102 Irving Street, N.W.
    Washington, DC  20010

17. Susan Bennett, M.D.
    Cardiology Associates, P.C.
    106 Irving Street, N.W., Room 2700N
    Washington, DC  20010

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

18. William S. Cook, Jr., MD
    2906 North State Street, Suite 300
    Jackson MS 39216

19. James W. Irby, Jr., Ph.D
    1910 Lakeland Drive, Suite C
    Jackson MS 39216

20. Ching-Jygh Chen, M.D.
    Department of Ophthalmology
    University Medical Center
    2500 N. State Street
    Addye McBryde Building, Suite B329
    Jackson, MS   39216

Plaintiff reserves the right to supplement this list pending completion of additional discovery.

## II.   A Description of Documents that May be Used by Plaintiff to Support Claims

1. Medical Records of Washington Hospital Center

2. Medical Records of WHC Department of Medicine

3. Medical Records of Center Radiology

4. Medical Records of Washington Metro Practice Plan

5. Medical Records of WHC Center Anesthesiology

6. Medical Records of National Rehabilitation Hospital

Copies of the above-referenced medical records are being furnished at this time.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 3 -

**III.     Computation of Damages**

1. Medical Expenses:

| | |
|---|---:|
| Washington Hospital Center 4/16-5/10/05 | $ 189,605.46 |
| WHC Department of Medicine 4/16/05 | $ 26.00 |
| Center Radiology 4/16-5/8/05 | $ 2,022.00 |
| Washington Metro Practice Plan 4/16-4/26/05 | $ 7,949.00 |
| WHC Center Anesthesiology 4/16/05 | $ 390.00 |
| 4/21/05 | $ 825.00 |
| 5/4/05 | $ 675.00 |
| National Rehabilitation Hospital 5/10-6/20/05 | $ 87,525.26 |
| William S. Cook, Jr., M.D. | $ |
| James W. Irby, Jr., Ph.D. | $ |
| Ching-Jygh Chen, M.D. | $ |

Plaintiff is not currently in possession of all bills and the Plaintiff is still incurring medical expenses. Plaintiff is in the process of obtaining information from health care providers concerning the past medical expenses. It is anticipated that these documents will be produced in the near future, and copies will be immediately provided to the Defendant.

Additionally, Plaintiff will be identifying expert witnesses concerning his future medical costs. Copies of these reports will be provided on a date set by the Court and/or as agreed to by counsel.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 4 -

2. Lost Wages: Plaintiff will supply an economic loss report at the time Plaintiff identifies expert witnesses.

3. Non-Economic Damages: In addition to the economic damages listed above, Plaintiff is asserting a claim for all other damages recoverable, including pain and suffering.

4. Inspection and Copying of Any Insurance Agreement: This is not relevant to Plaintiff.

>Respectfully submitted,
>
>REGAN, HALPERIN & LONG, PLLC
>
>By:     /s/
>Patrick M. Regan   #336107
>Jacqueline T. Colclough   #434483
>1919 M Street, N.W., Suite 350
>Washington, D.C. 20036-3521
>PH: (202) 463-3030
>*Attorneys for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Initial Disclosures Pursuant to FRCP 26(a)(1) was e-filed, this 13th day of February, 2006 to:

>James F. Jordan, Esquire
>D. Stephenson Schwinn, Esquire
>Jordan, Coyne & Savits, LLP
>1100 Connecticut Avenue, NW, Suite 600
>Washington, DC  20036

>/s/
>Patrick M. Regan

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030