UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNTER DAWKINS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 05-CV-2226 (RCL) |
| TULLY CONSTRUCTION CO., INC., | : | |
| Defendant. | : | |

RULE 26(a)(1) DISCLOSURES OF
DEFENDANT TULLY CONSTRUCTION CO., INC.

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Tully Construction Co., Inc., by and through its undersigned counsel, makes its mandatory disclosures as follows:

**A. Individuals likely to or who may have discoverable information that the disclosing party may use to support its claims or defenses.**

1. All witnesses disclosed in plaintiff's initial disclosures.

2. Christopher Tully, Tully Construction Company, Inc., c/o D. Stephenson Schwinn, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, D.C. 20036, (202) 296-4747.

3. William Ryan, Vice President, Tully Construction Company, Inc., c/o D. Stephenson Schwinn, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, D.C. 20036, (202) 296-4747.

4. Lesley Austin, 2800 13th Street, NE, Washington, D.C. 20017, (202) 526-8126, is likely to have discoverable information regarding the accident and her parked car that was damaged as a result of the accident.

5. Officer Sheryl Harley, Metropolitan Police Department, 300 Indiana Avenue, NW, Washington, D.C. 20001, (202) 727-4218, is likely to have

        discoverable information regarding the police investigation following the accident that is the subject of this litigation.

6. Sgt. Taylor, Metropolitan Police Department, 300 Indiana Avenue, NW, Washington, D.C. 20001, (202) 727-4218, is likely to have discoverable information regarding the police investigation following the accident that is the subject of this litigation.

7. Detective Diliberto, Metropolitan Police Department, 300 Indiana Avenue, NW, Washington, D.C. 20001, (202) 727-4218 or (202) 698-7003, is likely to have discoverable information regarding the police investigation following the accident that is the subject of this litigation.

8. Detective Wheeler, Metropolitan Police Department, 300 Indiana Avenue, NW, Washington, D.C. 20001, (202) 727-4218 or (202) 698-7001 or (202) 698-7004, is likely to have discoverable information regarding the police investigation following the accident that is the subject of this litigation.

9. Robert Rhodes, address on traffic accident report: 916 Spring Road, NW, Washington, D.C. 20010, (202) 234-3089, is likely to have discoverable information regarding the accident that is the subject of this litigation.

10. James Walsh, address on traffic accident report: 170 Beach Street, St. Belle Harbor, NY 11694, (202) 530-9213, is likely to have discoverable information regarding the accident that is the subject of this litigation and the events leading up to the accident.

11. Michael Desantis, address on traffic accident report: 1315 Jackson Street, NE, Washington, D.C., (973) 224-0587, is likely to have discoverable information regarding the accident that is the subject of this litigation and the events leading up to the accident.

12. Any of plaintiff's treating and/or examining physicians, for this and any pre-existing injury, disease, or disability; including but not limited to the following:

    a. Edward F. Aulisi, M.D., Washington Brain & Spine Institute, 4927 Auburn Avenue, #T-50, Bethesda, Md. 2081.

13. Any of the residents in the vicinity of the accident who may have witnessed any part of the accident or may have knowledge of the scene of the accident.

14. Any person having knowledge of the investigation into the accident.

15. Any person having knowledge of the plaintiff's condition on the night of the accident.

This information is based upon information now reasonably available to the defendant. Accordingly, the defendant reserves the right to supplement this list of individuals or amend this filing in the event that other individuals are identified through investigation of this matter or through discovery.

**B. Description by category of supporting documents:**

1. Photographs and diagrams of the intersection where the accident occurred are located at the offices of D. Stephenson Schwinn, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, D.C. 20036.

2. The traffic accident report (Complaint # 048-044) for the accident is located at the offices of D. Stephenson Schwinn, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, D.C. 20036.

3. Photographs of locations visited on the night of the accident are located at the offices of D. Stephenson Schwinn, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, D.C. 20036.

4. Medical records reflecting Christopher Tully's minor injuries and zero percent blood alcohol content on the night of the incident are, upon information and belief, located at the George Washington University Hospital.

This information is based upon information now reasonably available to the defendant. Accordingly, the defendant reserves the right to supplement this list of documents or amend this filing in the event that other documents are identified through investigation of this matter or through discovery.

**C. Computation of Damages**

1. Defendant has no claim for damages related to this matter at this time.

**D. Insurance Agreement**

1. A copy of Insurance Policy No. BAP-4896067, issued by Zurich North America, will be made available for inspection and copying at the plaintiff's request.

2. A copy of the insurance policy issued by AIG will be made available for inspection and copying at the plaintiff's request.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____/s/_____
   Joseph S. Ferretti, #485996
   D. Stephenson Schwinn, #358825
   James F. Jordan, #6569
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC  20036
   (202) 296-4747
   Fax:  (202) 496-2800

Counsel for Defendant,
   Tully Construction Co., Inc.