UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS | : |
| Plaintiff, | : |
| | :   Case No. 1:05CV02226 |
| v. | : |
| | :   Judge Royce C. Lamberth |
| TULLY CONSTRUCTION CO., INC. | : |
| Defendant. | : |

**JOINT MOTION FOR SIXTY-DAY
<u>EXTENSION OF DISCOVERY DEADLINES</u>**

The parties, by and through undersigned counsel, respectfully request that the Court extend, for sixty (60) days, all the remaining discovery deadlines. In support of this Motion, Plaintiff states that the sixty-day extension of time will not result in any prejudice to the parties or the resolution of this case.

In further support of their Motion, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

                                                              Respectfully submitted,

JORDAN COYNE & SAVITS, LLP                  REGAN ZAMBRI & LONG, PLLC


By:  _____/s/_____                              By:  _____/s/_____
    James F. Jordan            #6569              Patrick M. Regan            #336107
    D. Stephenson Schwinn   #358825          Jacqueline T. Colclough   #434483
    Joseph S. Ferretti            #485996          1919 M Street, NW
    1100 Connecticut Avenue, NW, #600      Suite 350
    Washington, DC  20036                          Washington, DC  20036
    PH:   (202) 296-4747                              PH:   (202) 463-3030
    FAX: (202) 496-2800                               FAX: (202) 463-0667
    *Attorneys for Defendant*                        *Attorneys for Plaintiff*
    *Tully Construction Co., Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the   2nd   day of May, 2006, a copy of the foregoing Joint Motion for Sixty-Day Extension of Discovery Deadlines, Memorandum of Points and Authorities in support thereof and proposed Order was electronically served by e-mail and was mailed, postage prepaid, to:

>James F. Jordan, Esquire
>D. Stephenson Schwinn, Esquire
>Joseph S. Ferretti, Esquire
>Jordan, Coyne & Savits, LLP
>1100 Connecticut Avenue, NW, Suite 600
>Washington, DC  20036

                                             /s/
                                     Patrick M. Regan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HUNTER DAWKINS** | : |
| Plaintiff, | : |
| | : Case No. 1:05CV02226 |
| v. | : |
| | : Judge Royce C. Lamberth |
| **TULLY CONSTRUCTION CO., INC.** | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND**
**AUTHORITIES IN SUPPORT OF JOINT MOTION FOR**
**SIXTY-DAY EXTENSION OF DISCOVERY DEADLINES**

1. Pursuant to the Court's Scheduling Order dated January 13, 2006, the following discovery deadlines were established:

| | |
|---|---|
| Plaintiff's Expert Reports | 05/01/06 |
| Defendant's Expert Reports | 07/05/06 |
| Rebuttal Expert Reports | 08/15/06 |
| Discovery Closes, including depositions if any, of experts | 11/01/06 |
| Dispositive Motions Filed By | 11/17/06 |

2. The parties are respectfully requesting that the Court extend the remaining discovery deadlines by sixty (60) days, and the revised discovery deadlines would be as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | 07/01/06 |
| Defendant's Expert Reports | 09/05/06 |
| Rebuttal Expert Reports | 10/15/06 |
| Discovery Closes, including depositions if any, of experts | 01/01/07 |
| Dispositive Motions Filed By | 01/17/07 |

3.     This is the first request for extension of discovery deadlines sought by the parties.

In light of the foregoing, the parties respectfully request that the Court enter the attached Order extending the remaining discovery deadlines by sixty (60) days.

                                                  Respectfully submitted,

JORDAN COYNE & SAVITS, LLP       REGAN ZAMBRI & LONG, PLLC

By:           /s/                                By:          /s/
    James F. Jordan        #6569           Patrick M. Regan       #336107
    D. Stephenson Schwinn  #358825      Jacqueline T. Colclough  #434483
    Joseph S. Ferretti       #485996       1919 M Street, NW
    1100 Connecticut Avenue, NW, #600      Suite 350
    Washington, DC  20036                Washington, DC  20036
    PH:   (202) 296-4747                   PH:   (202) 463-3030
    FAX: (202) 496-2800                   FAX: (202) 463-0667
    *Attorneys for Defendant*               *Attorneys for Plaintiff*
    *Tully Construction Co., Inc.*