UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2226 (RCL) |
| ) | |
| TULLY CONSTRUCTION CO., INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Joint Motion [9] for Sixty-Day Extension of Discovery Deadlines, and it appearing to the Court that this is the first request for extension sought by the parties, and it further appearing to the Court that the granting of this Motion is in the interest of justice, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the discovery schedule is amended as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | 07/01/06 |
| Defendant's Expert Reports | 09/05/06 |
| Rebuttal Expert Reports | 10/15/06 |
| Discovery Closes, including depositions if any, of experts | 01/01/07 |
| Dispositive Motions Filed By | 01/17/07 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 4, 2006.