## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUNTER DAWKINS** | : | |
| **Plaintiff** | : | |
| v. | : | Civil Action No. 05-2226 (RCL) |
| **TULLY CONSTRUCTION CO., INC.** | : | |
| **Defendant.** | : | |

### PLAINTIFF'S PRELIMINARY EXPERT WITNESS DESIGNATION

Plaintiff Hunter Dawkins, by and through undersigned counsel, hereby provides the expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2), as well as the Local Rules of this Court. These expert disclosures are based upon discovery which has been conducted to date, and Plaintiff reserves the right to supplement this pleading, as well as designate additional experts and/or rebuttal experts pending completion of additional discovery, including the identification of any defense experts. Please note that the sentence structure and language is solely that of counsel for Mr. Dawkins and represents counsel's choice of words and not any of the experts identified in this document.

**A.   IDENTITY OF EXPERTS**

The following persons may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

1.   William S. Cook, Jr., MD
     2906 North State Street, Suite 300
     Jackson MS 39216

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

2. James W. Irby, Jr., Ph.D
   1910 Lakeland Drive, Suite C
   Jackson MS 39216

3. Ching-Jygh Chen, M.D.
   Department of Ophthalmology
   University Medical Center
   2500 N. State Street
   Addye McBryde Building, Suite B329
   Jackson, MS   39216

4. Rusty P. Riley, DMD
   2525 Lakeward Drive, Suite 102
   Jackson, MS   39216

5. Stuart Yablon, M.D.
   Methodist Rehabilitation Center
   Jackson, MS

6. Richard Dear
   Physical Therapy
   Methodist Outpatient Rehabilitation
   Jackson, MS

7. Charlene Toney, OTR
   Methodist Outpatient Rehabilitation
   Jackson, MS

8. Cassle Means, CCC-SLP
   Methodist Outpatient Rehabilitation
   Jackson, MS

9. James C. Jeng, M.D.
   Washington Hospital Center
   110 Irving Street, N.W., Room 3B55
   Washington, DC   20010

10. Robert Hynecek, M.D.
    Washington Hospital Center
    110 Irving Street, N.W.
    Washington, DC   20010

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

11. All health care providers identified in the
    National Rehabilitation Hospital Medical Records

12. Andrew McCarthy, M.D.
    National Rehabilitation Hospital
    102 Irving Street, N.W., Room 354
    Washington, DC   20010

13. Elizabeth Kilgore, M.D.
    Department of Physical Medicine and Rehabilitation
    National Rehabilitation Hospital
    102 Irving Street, N.W.
    Washington, DC   20010

14. Susan Bennett, M.D.
    Cardiology Associates, P.C.
    106 Irving Street, N.W., Room 2700N
    Washington, DC   20010

15. Khosrow Makki, M.D.
    7247-A Hanover Parkway
    Greenbelt, MD   20770

16. Plaintiff reserves the right to call any and all of Hunter Dawkins' treating healthcare providers as expert witnesses at the trial of this matter.

17. Any expert witnesses identified by any other party in this litigation.

18. Any health care provider who is deposed during this litigation.

The above-identified medical providers are treating physicians and/or health care providers who are expected to testify, consistent with their medical records, reports, and bills, about the treatment and care they provided to Plaintiff in connection with the injuries he suffered from the collision that forms the basis of this litigation. These providers are also expected to testify as to the degree of permanent disability suffered by Plaintiff as a result of the injuries he suffered from the collision that forms the basis of

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

this litigation. They are also expected to testify, based on their treatment and review of the medical records and bills in this case, as to the medical necessity and reasonableness of the treatment, care and bills arising in connection with the injuries he suffered from the collision that forms the basis of this litigation. These witnesses may also use medical-legal illustrations and exhibits to aid their testimony at the time of trial.

The above-identified designated representatives are expected to speak on behalf of the various institutions for which they are designated, about the work and matters undertaken by the institution, and/or the charges affiliated with such work and the reasonableness of those charges.

Copies of all medical records, reports and bills currently in the possession of Plaintiff's counsel are being furnished to defense counsel. As additional medical records, reports and bills become available, copies will be provided to defense counsel. Although these witnesses are not retained experts, Plaintiff's counsel will obtain curricula vitae from any treating physicians if so requested.

## II. INFORMATION REGARDING SPECIALLY RETAINED OR SPECIALLY EMPLOYED EXPERTS

The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony:

1. Sharon Reavis, R.N.
   Health Information Resources
   11520 Nuckols Road
   Suite 101, Concourse Commons
   Glen Allen, VA   23059

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Sharon Reavis is a registered nurse and has been licensed to practice nursing since 1966. She holds a Bachelor of Science degree in Professional Arts/Health Care Administration from St. Joseph's College, as well as a Master of Science in Rehabilitation Counseling from Virginia Commonwealth University. She holds certifications in the fields of rehabilitation counseling, case management, and senior disability analysis. Ms. Reavis is currently a Medical Case Manager for Health Information Resources and has worked with hundreds of severely injured and disabled individuals. Ms. Reavis' extensive clinical experience and active involvement in the fields of rehabilitation and case management are further detailed in the attached curriculum vitae.

Ms. Reavis has been provided with various materials pertaining to this litigation including medical records pertaining to the medical care and treatment received by Plaintiff as a result of the severe injuries and damages he sustained due to the negligence of Defendant. In addition, Ms. Reavis will base her opinions upon interviews with Mr. Dawkins and discussions with many of Mr. Dawkins' treating health care providers. Ms. Reavis has also discussed the case with Plaintiff's counsel and/or some of the other expert witnesses in this case. As a result of her knowledge and expertise in her field, as well as her review of materials associated with this litigation and her interview of Mr. Dawkins and his health care providers, Ms. Reavis has prepared a life care plan setting forth Mr. Dawkins' future care needs as a result of the injuries he sustained in this accident. A copy of Ms. Reavis' life care plan, which includes all of the opinions

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 5 -

and conclusions she holds to date, is attached hereto as Exhibit No. 1; Ms. Reavis' curriculum vitae is attached as Exhibit 2; and Ms. Reavis' List of Cases is attached as Exhibit 3.  Ms. Reavis charges $175.00 for all consulting work.

Ms. Reavis continues to review additional materials as they are generated during the course of this litigation, and in the event that her opinions and/or conclusions are altered in any substantive way, a supplemental summary of her opinions will be provided.

Plaintiff's counsel is available to schedule a mutually convenient date and time for Ms. Reavis' deposition.

  2.  Peder K. Melberg, M.A.
     Vocational Resources
     11520 Nuckols Road
     Suite 101, Concourse Commons
     Glen Allen, Virginia  23060

Mr. Melberg is a Masters-prepared expert in the fields of Vocational Evaluation and Rehabilitative Counseling.  In 1976, he completed a Bachelor of Arts degree in Psychology from the University of Wisconsin, and in 1981 obtained a Master of Arts degree in Vocational Rehabilitation Counseling/Psychology from the same institution. Mr. Melberg currently holds a position as a Vocational Evaluator and Rehabilitation Counselor at Vocational Resources located in Richmond, Virginia. Mr. Melberg's educational background and extensive experience are described in detail in the attached curriculum vitae.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Mr. Melberg has been provided with various materials pertaining to this litigation, including medical records and other documents related to Mr. Dawkins' injuries. In addition, Mr. Melberg will base his opinions upon interviews and discussions with Plaintiff and various treating physicians and other experts. Mr. Melberg has also discussed the case with the Plaintiff's counsel and/or some of the other expert witnesses in this case.

Based upon his knowledge, education, training and expertise in his field, Mr. Melberg has been requested to prepare a report detailing the vocational implications resulting from the injuries sustained by Plaintiff. A copy of this report will be provided to defense counsel immediately upon its completion.

Mr. Melberg will provide expert testimony on the extent to which Plaintiff's injuries resulted in significant functional changes which have effectively rendered him unable to perform certain types of gainful employment. Mr. Melberg will thoroughly evaluate Mr. Dawkins' pre-injury functioning and career record, and will offer expert opinion on the extent to which his functional changes and impairments are directly related to the consequences of the accident at issue in this litigation.

Mr. Melberg continues to review additional materials as they are generated during the course of this litigation, and in the event that his opinions and/or conclusions are altered in any substantive way, a supplemental summary of his opinions will be provided. Plaintiff's counsel is available to schedule a mutually convenient date and time for Mr. Melberg's deposition.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

      3.      Richard J. Lurito, Ph.D.
             RL, Inc.
             1491 Chain Bridge Road, Suite 300
             McLean, VA 22101

Dr. Richard J. Lurito is an expert in the field of economics and statistics. Dr. Lurito's education, training, academic and publication credentials are set forth in his curriculum vitae, which is attached hereto.

Dr. Lurito has been requested to prepare an economic loss report concerning the economic damages sustained by the Plaintiff as a result of this accident. Dr. Lurito's report will be supplied to counsel for all parties as soon as it is available. In his report, Dr. Lurito is expected to address, based upon his knowledge and expertise in the field of economics as well as the materials that have been supplied to him in connection with this litigation, the extent of the past and future economic damages, including lost wages, incurred by the Plaintiff. Dr. Lurito has also been requested to provide expert testimony concerning the present value of the future medical costs the Plaintiff will incur as set forth in the life care plan prepared by Sharon Reavis.

As previously indicated, as soon as Dr. Lurito's written report is prepared, a copy will be furnished to all counsel. Dr. Lurito will also be made available for deposition at

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 8 -

a date and time convenient for all parties. This summary of the opinions and conclusions of Dr. Lurito will be supplemented pending completion of additional discovery.

                       Respectfully submitted,

                       REGAN ZAMBRI & LONG, PLLC

                       By:         /s/
                            Patrick M. Regan   #336107
                            Jacqueline T. Colclough   #434483
                            1919 M Street, NW
                            Suite 350
                            Washington, DC 20036
                            Ph: (202) 463-3030
                            *Attorneys for Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Preliminary Expert Witness Designation was sent via first class mail, postage prepaid, this __30th__ day of June, 2006 to:

> James F. Jordan, Esquire
> D. Stephenson Schwinn, Esquire
> Joseph S. Ferretti, Esquire
> Jordan, Coyne & Savits, LLP
> 1100 Connecticut Avenue, NW, Suite 600
> Washington, DC  20036

/s/
Patrick M. Regan

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030