## Curriculum Vitae

## SHARON L. REAVIS

HEALTH INFORMATION RESOURCES, INC.
11520 Nuckols Road, Suite 101
Concourse Commons
Glen Allen, Virginia 23059
Telephone (804) 747-4316
Facsimile (804) 747-0699
sreavis@hirvr.com

## EDUCATION AND CREDENTIALS

Master of Science, Rehabilitation Counseling, Virginia Commonwealth University, 1986.

Bachelor of Science, Professional Arts/Health Care Administration, St. Joseph's College, 1981.

Registered Professional Nurse, Riverside Hospital School of Professional Nursing, 1966.

Licensed as a Registered Nurse, Current, 1966, #37047, State of Virginia. Compact Reciprocity: Arizona, Arkansas, Delaware, Idaho, Iowa, Maine, Maryland, Mississippi, Nebraska, New Mexico, North Carolina, North Dakota, South Dakota, Tennessee, Texas, Utah, and Wisconsin.

Certified as a Rehabilitation Counselor, Current, 1982, #15511, Commission on Rehabilitation Counselor Certification.

Certified by the National Board for Certified Counselors, Current, 1982, #6989.

Certified as a Certified Case Manager, 1993 to Present, #M-00009, Current, Commission For Case Management Certification.

Certified as a Rehabilitation Provider, 1994 to present, #0715-000271, Current, Board of Professional Counselors, Virginia.

Fellow, International Academy of Life Care Planners, 1998 #0001.

Certified as a Senior Disability Analyst and Diplomate, 2002, #6914-02, American Board of Disability Analysts.

## CONTINUING EDUCATION

Post Graduate Studies, Virginia Commonwealth University.

Attendance at frequent seminars and conferences with emphasis on Brain Injury, Spinal Cord Injury, and Case Management topics; Provide Advance Practice Seminars on Various Case Management and Life Care Planning topics.

**HONORS AND ACHIEVEMENTS**

    Valedictorian, Riverside School of Nursing

    Clinical Achievement Award, Riverside School of Nursing

    Academic Achievement Award, Virginia Commonwealth University

    Elected to Phi Kappa Phi, Honor Society

**PROFESSIONAL EXPERIENCE**

    Medical Case Manager, Health Information Resources, Current

    Adjunct Faculty, Virginia Commonwealth University, Department of Rehabilitation Counseling, Course Title: Medical Information for Rehabilitation Counselors, 1986-1989.

    Vocational Consultant, Metropolitan Hospital, Center for Pain Control, 1989.

    District Manager, Resource Opportunities, Inc., Richmond, Virginia; providing rehabilitation case management services, 1987-1989.

    Branch Manager, Intracorp, Richmond, Virginia; providing rehabilitation case management and medical review services, 1984-1987.

    Medical Consultant, Virginia Department of Rehabilitation Services, 1984.

    Regional Manager, Resource Opportunities, Inc., Richmond, Virginia; providing rehabilitation case management services,    1980-1984.

    Rehabilitation Consultant, Resource Opportunities, Richmond, Virginia; providing rehabilitation case management services, 1978-1980.

    Head Nurse B, Renal Hemo-Dialysis Unit, Medical College of Virginia, Richmond, Virginia, 1970.

    Head Nurse A, Coronary Care Unit, Medical College of Virginia, Richmond, Virginia, 1968-1971.

    Staff Nurse, Intensive Care Unit, St. Mary's Hospital, Richmond, Virginia, 1968.

    Staff Nurse, Coronary Care Unit, Riverside Hospital, Newport News, Virginia, 1966-1967.

**Curriculum Vitae**  Page 3
SHARON L. REAVIS

## PROFESSIONAL AND COMMUNITY INVOLVEMENT

Served on <u>The Governor's Committee for the Study of Medical Services</u> for the State of Virginia, 1978.

Elected to <u>Outstanding Young Women of America</u>, 1978.

<u>Board of Directors</u>, Resource Opportunities, Inc., 1979 - 1984.

<u>Legislative Chairman</u>, The Virginia Association of Rehabilitation Nurses, 1983.

<u>Special Council Representative</u>, The Virginia Nurses Association, 1982-1985.

<u>Professional Practice Committee</u>, The Virginia Nurses Association, 1985, 1986.

<u>Board of Directors</u>, Practical Care Corp Home Health, 1985 - 1987.

<u>American Spinal Cord Injury Nurses Association</u>, Member 1989 - Present.

<u>National Rehabilitation Nurses Association</u>, 1979 - Present.

<u>National Association of Rehabilitation Providers</u> in the private sector, Regional Representative, 1990.

<u>Advisory Committee for the Department of Rehabilitation Counseling</u>, Virginia Commonwealth University, 1986.

Developed the <u>Medical Fee Schedule</u> for the Virginia Department of Rehabilitation Services, 1984.

<u>Brain Injury Association</u>, National Member, 1989 to present.

<u>Brain Injury Association of Virginia, Inc.</u>, Virginia Chapter, Member, 1989 to present.

<u>Individual Case Management Association</u>, Member, 1990 to present.

<u>Case Management Society of America</u>, 1991 to present.

Member, <u>Sheltering Arms Consumer Advisory Committee</u>, Sheltering Arms Rehabilitation Hospital, Richmond, Virginia, 1993-1994.

Member, <u>Advisory Board, International Academy of Life Care Planners</u>, 1996 to 2005.

**Curriculum Vitae**  Page 4
SHARON L. REAVIS

Member, Expert Panel: Study of Roles and Functions of Case Managers; Commission for Case Manager Certification, 1997.

Chairman, Standards Committee, International Academy of Life Care Planners, 1998 to Present.

Member, National Coalition of Life Care Planners, 2001 - Present.

Journal of Life Care Planning/Editorial Review Board, 2001 - Present.

International Association of Rehabilitation Professionals, Member, 2003 to present.

Elected to the Board, IARP Division of Life Care Planning, 2005.