**TESTIMONY LIST**
**Sharon L. Reavis, RN, MS, CRC, CCM**

| STATE | CASE & NUMBER | COURT |
|---|---|---|
| VA | JOHN PATRICK MOOK, A MINOR, BY HIS NEXT FRIENDS AND PARENTS, GEORGE RANDOLPH MOOK AND PATRICIA J. MOOK, AND GEORGE RANDOLPH MOOK AND PATRICIA J. MOOK, INDIVIDUALLY, PLAINTIFFS, VS. JOHN F. PHOLERIC, JR., M.D., ET AL, DEFENDANTS<br><br>At Law No.: 198939 | THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX<br><br>July 24, 2002 |
| VA | SUSAN D. LOWE V. DOUGLAS GAINES, ET. AL.<br><br>No.: 3:01CV857 | U.S. DISTRICT COURT RICHMOND<br><br>July 30, 2002 |
| SC | ELIZABETH CROSBY, AS GUARDIAN AD LITEM FOR PAMELA WHETSELL CROSBY, PLAINTIFF, VS. K. SCOTT MILLER, M.D., AND TRIDENT MEDICAL CENTER, L.L.C., DEFENDANTS<br><br>Case No.: 00-CP-10-2889 | COURT OF COMMON PLEAS OF COUNTY OF CHARLESTON STATE OF SOUTH CAROLINA<br><br>August 16, 2002 |
| VA | GEORGIA ADAMS, PLAINTIFF VS. KESHAVPAL G. REDDY, MD, ET AL & MEMORIAL HOSPITAL OF MARTINSVILLE & HENRY COUNTY, DEFENDANTS<br><br>Case No.: CL01000082 | CIRCUIT COURT OF THE CITY OF MARTINSVILLE VIRGINIA<br><br>August 26, 2002 |
| DC | MICHAEL A. CAGLIOTI, PLAINTIFF, VS. GRAHAM-FIELD HEALTH PRODUCTS, INC., ET AL, DEFENDANTS<br><br>Case No.: 1.01CV02465RCL | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br><br>September 9, 2002 |
| VA | LINDA A. KELLY, PLAINTIFF VS. A.W. TEMPLE, INC. AND JOHN MOORE, JR., DEFENDANTS<br><br>Case No.: 8399 | THE CIRCUIT COURT OF THE COUNTY OF YORK, VIRGINIA<br><br>September 30, 2002 |
| VA | NORMAN VIRGIL WOODS, PLAINTIFF VS. GLIATECH, INC., ET ALS, DEFENDANTS<br><br>Civil Action Number: 7:01CV00314 | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION<br><br>October 14, 2002 |
| NC | STEVEN M. FISHER, ESQ., AS GUARDIAN AD LITEM<br>    File #:  00 CvS 1631 – Kwadasha L. Battle, a Minor<br>    File #:  00 CvS 1632 – Rashunda Phillips, a Minor<br>    File #:  00 CvS 1633 – La'Quana S. Lucas, a Minor<br>    File #:  00 CvS 2223 – Ezra E. Hudgins, Jr., a Minor | THE GENERAL COURT OF JUSTICE, SUPERIOR CIVIL COURT DIVISION COUNTY OF EDGECOMBE NORTH CAROLINA<br><br>October 24, 2002 |

**(Revised June, 2006)**

**TESTIMONY LIST**
**Sharon L. Reavis, RN, MS, CRC, CCM**

| STATE | CASE & NUMBER | COURT |
|---|---|---|
| SC | CHRISTOPHER GARDNER, PLAINTIFF, VS. A.C. STEPHENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANNON COY FOOTE, DECEASED<br><br>Civil Action File No.: 00-CP-17-169 | THE COUNTY OF COMMON PLEAS FOR THE COUNTY OF DILLON, FOURTH JUDICIAL CIRCUIT STATE OF SOUTH CAROLINA<br><br>October 28, 2002 |
| AL | JAMES D. HARDY, PLAINTIFF, V. API OUTDOORS, ET AL, DEFENDANTS<br><br>Case No.: CV-01-213 | THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA<br><br>December 4, 2002 |
| VA | SHEA ZATKULAK, ET AL, PLAINTIFFS, V. TIPPMANN PNEUMATICS, INC. ET AL, DEFENDANTS<br><br>Case No.: CL02-967 | THE CIRCUIT COURT OF CHESTERFIELD COUNTY, VIRGINIA<br><br>January 24, 2003 |
| VA | JOHN W. TUNNELL V. FORD MOTOR COMPANY<br><br>Case No.: CL00-153 | CIRCUIT COURT OF HENRY COUNTY VIRGINIA<br><br>January 27, 2003 |
| VA | MELEK CANBAZ WIDENER, INDIVIDUALLY, AND BY HER GUARDIAN AND CONSERVATOR, JOHN WIDENER, PLAINTIFF V. GUSTAVUS L. POINDEXTER, ET AL, DEFENDANTS<br><br>Case No.: CL00000667 | CIRCUIT COURT FOR THE CITY OF ROANOKE VIRGINIA<br><br>April 1, 2003 |
| SC | PATRICK CURREY, PLAINTIFF, VERSUS WIDENER ELECTRIC, INC., HARRIS PRESS & SHEAR, INC. AND HARRIS WASTE MANAGEMENT GROUP, INC., DEFENDANTS<br><br>No.: 00-CP-10-5121 | THE COURT OF COMMON PLEAS COUNTY OF CHARLESTON STATE OF SOUTH CAROLINA<br><br>April 2, 2003 |
| DC | STUART & ROBIN MILES-MCLEAN, INDIVIDUALLY AND AS PARENTS & LEGAL GUARDIANS OF JACOB MILES-MCLEAN, A MINOR, PLAINTIFFS V. DISTRICT OF COLUMBIA, DEFENDANTS<br><br>Civil Action No.: 0004991-00 | SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION<br><br>April 9, 2003 |

(Revised June, 2006)

## TESTIMONY LIST
## Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT | |
|-------|---------------|-------|---|
| SC | JOSHUA SHOWERS, AND LISA HOLMES, INDIVIDUALLY, AND AS NATURAL GUARDIAN OF JOSHUA SHOWERS, AND LISA HOLMES, AS NATURAL GUARDIAN FOR KRISTEN SHOWERS, A MINOR, PLAINTIFFS, VS. WAL-MART STORES, INC., DEFENDANT<br><br>Case No.: 0:01-3533-19 | THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA ROCK HILL DIVISION | April 22, 2003 |
| SC | BENJAMIN COLLINS, PLAINTIFF, VS. MT. VINTAGE PROPERTY CO., INC., MV DEVELOPMENT CO., LLC, HASS & HILDERBRAND, INC., AND HERBERT ANDERSON, JR. CONSTRUCTION, INC., DEFENDANTS VS MT. VINTAGE PROPERTY CO., INC. MV DEVELOPMENT CO., LLC, AND HERBERT ANDERSON, JR. CONSTRUCTION, INC., THIRD-PARTY PLAINTIFFS VS. WAYNE RADFORD, TILDEN HILDERBRAND, AND THE SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION, THIRD-PARTY DEFENDANTS<br><br>Civil Action No.: 02-CP-02-900 | THE COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA, COUNTY OF AIKEN | May 1, 2003 |
| GA | JEREMIAH GAMBLE, AN INFANT, WHO SUES THROUGH CELESIA GAMBLE, HIS MOTHER, AND ALVIN GAMBLE, HIS FATHER AND CELESIA GAMBLE AND ALVIN GAMBLE, INDIVIDUALLY<br><br>Civil Case No.: 99VS151770E | THE STATE COURT OF FULTON COUNTY STATE OF GEORGIA | May 13, 2003 |
| SC | WALTER BLASKO AND KAREN BLASKO, PLAINTIFFS, VS. DUNCAN'S BOAT CITY, INC. d/b/a DUNCAN'S BOAT HARBOUR, DEFENDANT<br><br>Civil Action No.: 2:01-3977-18 | UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION | May 27, 2003 |
| SC | STEVEN SAMPSON, AND MARY SAMPSON, PLAINTIFF(S), VS SALMONS DREDGING CORPORATION, A SOUTH CAROLINA CORPORATION, DEFENDANT(S)<br><br>Case No.: 2-02-2739-18 | THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION | June 5, 2003 |
| VA | NANCY H. WRIGHT VS. BON SECOURS ST. MARY'S HOSPITAL OF RICHMOND, INC.<br><br>Case No.: LP3081-4 | CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA | June 13, 2003 |
| VA | WANDA JEAN CALL, PLAINTIFF, VS. JAMISON ELECTRIC COMPANY, INC., DEFENDANT<br><br>No.: 02047899-00 | CIRCUIT COURT OF THE COUNTY OF FRANKLIN VIRGINIA | July 3, 2003 |

(Revised June, 2006)

## TESTIMONY LIST
## Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT |
|---|---|---|
| VA | SUSAN GRIFFIN AND LAWRENCE GRIFFIN, PLAINTIFFS, V. RICHARDSON LABS, INC., AND REXALL SUNDOWN, INC., DEFENDANTS<br><br>Civil Action No.: 6:02-2931-20 | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION<br><br>July 8, 2003 |
| VA | BONNIE L. BUTLER, PLAINTIFF, V. WAL-MART STORES, INC., A DELAWARE CORPORATION, AND LEANNE BROWN, A VIRGINIA RESIDENT, DEFENDANTS<br><br>Case No.: LP 982-4 | CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA<br><br>August 7, 2003 |
| DC | LUCILLE MCALLISTER, AS PERSONAL GUARDIAN AND NEXT OF FRIEND OF HAZEL GARY, PLAINTIFF, VS. GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, ET AL., DEFENDANTS<br><br>Civil Action No.: 0003709-98 | THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, CIVIL DIVISION<br><br>August 12, 2003 |
| NC | GORDON SHINN AND CONNIE SHINN, PLAINTIFFS, VS. CHRISTOPHER S. GREENESS, ET AL., DEFENDANTS<br><br>Civil Action Number: 1:02CV00757 | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA WINSTON-SALEM DIVISION<br><br>September 22, 2003 |
| FL | MONICA LOPEZ, INDIVIDUALLY, AND AS MOTHER AND GUARDIAN OF SONNY HUNT, A MINOR, PLAINTIFF, VS. THE UNITED STATES OF AMERICA (COMMUNITY HEALTH OF SOUTH DADE, INC.), DEFENDANT<br><br>Case No.: 02-22477-CIV-UNGARO-BENAGES/BROWN | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA<br><br>September 23, 2003 |
| SC | JAMES M. RODRIGUEZ AND LISA RODRIGUEZ, PLAINTIFF VS. EUGENE A. ELINE, M.D. AND LOWCOUNTRY BONE & JOINT SURGERY, P.A., DEFENDANTS<br><br>Case Number: 01-CP-07-947 | THE CIRCUIT COURT IN THE COUNTY OF BEAUFORT, STATE OF SOUTH CAROLINA<br><br>November 23, 2003 |
| NC | VICKI L. ANDERSON, PLAINTIFF VS. GUSTAVO PEREZ, SALEM CARRIERS, INC. AND SALEM LEASING CORPORATION, DEFENDANTS<br><br>Case No.: 02 CVS 2343 | THE GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, FORSYTH COUNTY NORTH CAROLINA<br><br>December 1, 2003 |
| VA | FABIANA GONZALEZ VS. HOMERO F. MANOSALVA<br><br>Case number: 760CL03R00714-00 | CIRCUIT COURT OF THE CITY OF RICHMOND, LAW DIVISION<br><br>December 9, 2003 |

(Revised June, 2006)

## TESTIMONY LIST
## Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT |
|-------|---------------|-------|
| SC | DARLANE B. SANDERS AND TYRONE SANDERS, PLAINTIFFS VS. GARY R. NICKOLS, AND DICK SIMON TRUCKING, INC., DEFENDANTS<br><br>Civil Action No.: 3-03-465-22 | THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA COLUMBIA DIVISION<br><br>December 15, 2003 |
| MD | MARY TATUM CHAPPELL, ET AL, PLAINTIFFS V. KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. ET AL, DEFENDANTS<br><br>Civil Action No.:  CAL03-00091 | THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY<br>MARYLAND<br><br>February 2, 2004 |
| VA | ZACHARY WHITLOW, PLAINTIFF, VS. HALIFAX REGIONAL HEALTH, DEFENDANTS<br><br>Case No.: 00-258-00 | THE CIRCUIT COURT OF THE COUNTY OF HALIFAX<br>VIRGINIA<br><br>February 13, 2004 |
| DC | MARCUS VEAZEY AND SUSAN VEAZEY, AS PARENTS AND NEXT FRIENDS OF MINOR PLAINTIFF, KYLE VEAZEY, PLAINTIFFS VS. CHILDREN'S NATIONAL MEDICAL CENTER, ET AL, DEFENDANTS<br><br>Civil Action No.  02-1291 | UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA<br><br>February 25, 2004 |
| MD | STEPHANIE M. CROSTON, INDIVIDUALLY, AND AS PARENT AND NEXT FRIEND OF JORDAN LACEY-CROSTON, A MINOR, PLAINTIFFS VS. ILA SHAH, M.D., ET AL, DEFENDANTS<br><br>Civil No.:  C-03-541 | THE CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND<br><br>March 9, 2004 |
| VA | JACQUELINE L. SCHMITT, PLAINTIFF, V. SPANN & BIRDITT, INC., ET AL, DEFENDANTS<br><br>At Law: 207093 | THE CIRCUIT COURT FOR FAIRFAX COUNTY VIRGINIA<br><br>March 22, 2004 |
| OH | JOHNNY C. WHITE, PLAINTIFF, VS. UNITED STATES OF AMERICA, DEFENDANT<br><br>Case No.: 1:02CV2171 | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION<br><br>March 30, 2004 |
| VA | JESSICA GRIGG, BY AND THROUGH HER PARENTS AND NEXT FRIENDS, MILTON AND PAMELA GRIGG, PLAINTIFF, VS. WINTERGREEN PARTNERS, INC., d/b/a WINTERGREEN RESORT AND BRETT HENYON AND JEFFREY EIMUTUS, DEFENDANTS<br><br>At Law: #CL 03-9452 | THE CIRCUIT COURT OF ALBEMARLE COUNTY VIRGINIA<br><br>April 28, 2004 |

(Revised June, 2006)

## TESTIMONY LIST
## Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT | |
|---|---|---|---|
| VA | DONNA GARVEY VS. UNITED DOMINION REALTY TRUST, ETC., ET AL<br><br>Case No.: LR 2110-3 | THE CIRCUIT COURT FOR THE CITY OF RICHMOND | May 24, 2004 |
| VA | RONNIE J. LESLIE, PLAINTIFF, VS. OFFICE MOVERS, INC., ET AL., DEFENDANTS<br><br>At Law No.: 214044 | THE CIRCUIT COURT OF FAIRFAX COUNTY VIRGINIA | May 25, 2004 |
| VA | JENNIFER L. MILLER, A MINOR BY HER PARENTS AND LEGAL GUARDIANS, CARL A. AND MARY K.C. MILLER, PLAINTIFFS, VS. EDWIN V. WORTHAM, M.D., DEFENDANT<br><br>Law No.: LR-961-1 | THE CIRCUIT COURT OF THE CITY OF RICHMOND | June 2, 2004 |
| SC | KENNETH ASELTON, AS GUARDIAN AD LITEM FOR DANIEL ASELTON, PLAINTIFF, VS. THOMAS BRADY, M.D. AND CAROLINA PEDIATRICS, P.A., DEFENDANTS<br><br>Case No.: 00-CP-40-1331 | COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA, COUNTY OF RICHLAND | June 29, 2004 |
| SC | ALVIN SQUIREWELL AND DELOIS SQUIREWELL, PLAINTIFFS, V. R AND L TRANSFERS, INC., GREENWOOD MOTOR LINES, INC., R&L CARRIERS, INC., AND ROBERT LEE SCOGGINS, DEFENDANTS<br><br>No.: 2002-CP-20-157 | COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA, COUNTY OF FAIRFIELD | July 8, 2004 |
| OH | BRIAN ZUCHELLI, VS. THE CLEVELAND CLINIC FOUNDATION, ET AL<br><br>Case No.: 495426 | COURT OF COMMON PLEAS STATE OF OHIO, COUNTY OF CUYAHOGA | July 14, 2003 |
| SC | ADOLPH GREGORY, PLAINTIFF, VS. UNITED STATES OF AMERICA, DEFENDANT<br><br>Civil Action No.: 2:03-1839-23 | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF SOUTHERN CAROLINA, CHARLESTON DIVISION | July 23, 2004 |
| VA | GARY B. EFFRON, PLAINTIFF, V. JESSICA W. PAYNE, DEFENDANT<br><br>Case No.: CL03-1332 | THE CIRCUIT COURT FOR THE COUNTY OF HENRICO | July 28, 2004 |

**(Revised June, 2006)**

## TESTIMONY LIST
### Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT | |
|-------|---------------|-------|---|
| SC | ZACHARY STRICKLAND, JERRY J. STRICKLAND, MARSHA B. STRICKLAND, PLAINTIFFS, VS. FORD MOTOR COMPANY AND FAIR BLUFF MOTORS, DEFENDANTS<br><br>Civil Action No.: 4:00-1391-23 | UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA, FLORENCE DIVISION | July 30, 2004 |
| VA | DAVID ARMENDARIZ, PLAINTIFF, VS. RACHEL O'MALLEY, DEFENDANT<br><br>At Law No.: 216628 | THE CIRCUIT COURT OF FAIRFAX COUNTY | August 17, 2004 |
| VA | ELIZABETH A. MULLER, PLAINTIFF VS. GEOFFREY T. HARTER, MD AND ROANOKE EAR, NOSE, AND THROAT CLINIC, INC., DEFENDANTS<br><br>Case Number: CL03-34 | THE CIRCUIT COURT OF THE CITY OF ROANOKE | September 2, 2004 |
| DC | OLIVIA BROWN, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF MAYA SHANTAL BROWN, A MINOR, PLAINTIFF VS. CHILDREN'S NATIONAL MEDICAL CENTER, ET AL, DEFENDANTS<br><br>Civil Action No.: 03-0002112 | SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | September 22, 2004 |
| SC | NICOLE L. LEWIS, PLAINTIFF, VS. ECKERD CORPORATION, DEFENDANT<br><br>Case No.: 02-CP-10-1458 | THE COURT OF COMMON PLEAS NINTH JUDICIAL CIRCUIT | September 23, 2004 |
| VA | JESSICA LYNN LUMPTON, BY HER PARENT AND NEXT FRIEND ANITA LUPTON, ET AL, PLAINTIFFS V. DANIEL C. SCHIAVONE, M.D., ET AL, DEFENDANTS<br><br>Case No.: 03-L-238 | THE CIRCUIT COURT OF THE CITY OF WINCHESTER VIRGINIA | November 19, 2004 |
| VA | DAVID WARREN AUT AND CARLOTTA AUT, PLAINTIFFS V. OLD DOMINION FREIGHT LINE, INC. AND ISAAC HURST, DEFENDANTS<br><br>Case Number: 2:04:0306:23 | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA RICHMOND DIVIAION | November 23, 2004 |

(Revised June, 2006)

8

**TESTIMONY LIST**
**Sharon L. Reavis, RN, MS, CRC, CCM**

| STATE | CASE & NUMBER | COURT | |
|---|---|---|---|
| VA | VERNA M. HOLMAN VS. SOUTHSIDE COMMUNITY HOSPITAL, INC., ET AL<br><br>Case No.: CH04-178 | THE CIRCUIT COURT OF THE COUNTY OF CHESTERFIELD<br>VIRGINIA | December 3, 2004 |
| SC | JOHN I. MUCKENFUSS AND MARY MUCKENFUSS, PLAINTIFF, VS. PUBLIX SUPERMARKETS, INC. AND MCCLAIN INDUSTRIES, INC. BROWNING FERRIS INDUSTRIES, INC. BFI WASTE SYSTEMS OF NORTH AMERICAN, INC., BFI WASTE SERVICES, LLC, BFI, LLC, ALLIED WASTE SERVICES, LLC, AND CRAFT EQUIPMENT COMPANY, INC., DEFENDANTS | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION | December 9, 2004 |
| VA | CARL E. OMOHUNDRO, PLAINTIFF, V. UNIVERSITY VILLAGE LIMITED PARTNERSHIP AND INVESTORS MANAGEMENT, INC., f/k/A TENEMENTS, INC., WACHOVIA BANK, EXECUTOR OF THE ESTATE OF S.W. HEISCHMAN, DEFENDANTS<br><br>Case No.  CL03-67 | THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE<br>VIRGINIA | January 7, 2005 |
| MD | ALLEN HUDSON AND KELLY REXFORD-HDSON, INDIVIDUALLY & AS PARENTS & LEGAL GUARDIANS OF JOHN HUDSON, PLAINTIFFS VS. CAPITAL WOMEN'S CARE SPECIALTY CENTER, LLC d/b/al, et al, DEFENDANTS<br><br>Civil Case No.:  CAL  03-22682 | THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND | January 20, 2005 |
| NC | CHEYENNE SALEENA STARK, A MINOR, CODY BRANDON STARK, A MINOR, AND CORY CHRISTIAN STARK, A MINOR, BY THEIR GUARDIAN AD LITEM, RUBY SQUIRES STARK, AND GORDON WALTER STARK, JR., INDIVIDUALLY, PLAINTIFFS, VS. FORD MOTOR COMPANY, A DELAWARE CORPORATION, DICK KEFFER PONTIAC GMC TRUCK, A DELAWARE CORPORATION, AND YOUNG FORD, INC., A NORTH CAROLINA CORPORATION, DEFENDANTS<br><br>04 CVS 7636 | THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION NORTH CAROLINA | January 31, 2005 |
| VA | LAWRENCE J. MONAHAN, JR. V. CARRIE WIGGINS, ET AL<br><br>Case No.:  CL 01-573 | CIRCUIT COURT OF THE CITY OF SUFFOLK VIRGINIA | February 17, 2005 |

**(Revised June, 2006)**

## TESTIMONY LIST
### Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT |
|---|---|---|
| VA | JUNE L. JACKSON, PLAINTIFF, VS. JOSEPH E. HILTON, RTS CONSTRUCTION, INC., CHARLES BROWN, UNITED BEVERAGES OF VIRGINIA AND CITY OF RICHMOND, DEFENDANTS<br><br>Case No.: LS 915 | CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA<br><br>February 21, 2005 |
| SC | JOHN R. SPARGER, PLAINTIFF, VS O.L. THOMPSON CONSTRUCTION COMPANY, INC. AND NUCOR CORPORATION, DEFENDANTS<br><br>Case No.: 03-CP-08-1328 | THE COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA COUNTY OF BERKELEY<br><br>March 24, 2005 |
| OH | STANLEY AND HEIDI GABRIC, GUARDIANS OFMITCHELL GABRIC, A MINOR, PLAINTIFFS VS. MARYMOUNT HOSPITAL, ET AL, DEFENDANTS<br><br>Case No.: 467371 | THE COURT OF COMMON PLEAS STATE OF OHIO COUNTY OF CUYAHOGA<br><br>March 28, 2005 |
| VA | JOHN VANDERSLINE, PLAINTIFF, VS. B.T. PRIME MOVER, INC., ET AL., DEFENDANTS<br><br>At Law No.: 25147 | THE CIRCUIT COURT FOR LOUDOUN COUNTY VIRGINIA<br><br>May 5, 2005 |
| VA | MELVIN RICH, PLAINTIFF, VS. PROSPERO C. RODA, M.D., DEFENDANT<br><br>Case No.: CL 03-95 | THE CIRCUIT COURT FOR THE COUNTY OF ESSEX VIRGINIA<br><br>May 6, 2005 |
| SC | GLORIA STRICKLAND GILLIAM, AS GUARDIAN AD LITEM FOR DARRELL WAYLAND GILLIAM, SR., PLAINTIFF(S), VS. DAIMLER CHRYSLER CORPORATION, THE TOWN OF WHITMIRE, SOUTH CAROLINA, AND KIRBY AUTO MAIL, DEFENDANT(S)<br><br>Civil Action No.: 03-CP-36-179 | STATE OF SOUTH CAROLINA COURT OF COMMON PLEAS COUNTY OF NEWBERRY<br><br>May 20, 2005 |
| SC | JESSEE HUDAK, PLAINTIFF, VS. KELLER LADDERS, INCORPORATED, DEFENDANT<br><br>C.A.: #8:03-3596-26 | THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA ANDERSON DIVISION<br><br>May 25, 2005 |

(Revised June, 2006)

## TESTIMONY LIST
## Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT | |
|-------|---------------|-------|---|
| DC | FRANCIS WATKINS-RIVERS, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF DEFOREST CLAIBOURNE, A MINOR, PLAINTIFF VS. MEDLANTIC HEALTH CARE GROUP, INC., d/b/a WASHINGTON HOSPITAL CENTER, DEFENDANTS<br><br>Civil Action No.: 03-0002119 | SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION | May 27, 2005 |
| SC | JACOB W. RUNKLE, PLAINTIFFS, VS. GENSIS WORLWIDE II, INC. AND NEW STAMCO, INC., DEFENDANTS<br><br>C.A. NO.: 2:03:0195:23 | THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION | June 1, 2005 |
| AL | EDWARD OGBURN, PLAINTIFF, V. FABARC STEEL SUPPLY, INC., CAPITOL CITY ERECTORS, INC., ET AL, DEFENDANTS<br><br>Civil Action No.: 03-3348 | THE CIRCUIT COURT OF MONTGOMERY COUNTY STATE OF ALABAMA | June 2, 2005 |
| SC | ALICE HENDERSON, DECEASED, BY AND THROUGH HER PERSONAL REPRESENTATIVES ANYA CARSON AND TERRI HAILEY, ET AL, PLAINTIFFS, VS. FORD MOTOR COMPANY, HOFFMAN, RENTAL AND LEASING, INC., AND JEFF HOFFMAN, DEFENDANTS<br><br>Civil Nos.: 04-CP-15-0144; CP-15-0145; 04-CP-15-0147; 04-CP-15-0148; 04-CP-15-0149; 04-CP-15-0171; 04-CP-15-0187; 04-CP-15-0188; 04-CP-15-0189; 04-CP-15-0190; 04-CP-15-0191; 04-CP-15-0192; 04-CP-15-0259 | THE COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA COUNTY OF COLLETON | June 16, 2005 |
| SC | HAROLD H. COLLINS, PLAINTIFF, VS. SOUTH CAORLINA CENTRAL RAILROAD COMPANY, INC., CSX TRANSPORTATION, INC., A FOREIGN CORPORATION, TRADEMARK NITROGEN CORPORATION, A FOREIGN CORPORATION, AND PLM INVESTMENT MANAGEMENT, INC., A FOREIGN CORPORATION, DEFENDANTS<br><br>Case No.: 03-CP-45-577 | THE COURT OF COMMON PLEAS FOURTH JUCIDIAL CIRCUIT COUNTY OF WILLIAMSBURG STATE OF SOUTH CAROLINA | June 27, 2005 |
| TN | ANTHONY JUSTICE, CHARLES G. LAMB, AND L. VICTOR COLLINS, PLAINTIFFS, V. WALT DICKSON CONSTRUCTION COMPANY, INC.; ET AL, DEFENDANTS<br><br>No.: 2-631-03/1-631-03/3-631-03 | THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE | July 7, 2005 |

**(Revised June, 2006)**

## TESTIMONY LIST
## Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT |
|---|---|---|
| VA | GENEA T. SWEERS, PLAINTIFF, V. NORTHROP GRUMMAN SYSTEMS, CORPORATION AND THOMAS SCOTT BEARRY, DEFENDANTS<br><br>At Law No., CL043778 3V-04 | THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS<br><br>July 12, 2005 |
| VA | DAVID W. TRESCHUK, PLAINTIFF, VS. COLONIAL OPHTHALMOLOGY, P.C. d/b/a/ ADVANCED VISION INSTITUTE AND GLENN CLARK CAMPBELL, M.D., DEFENDANTS<br><br>At Law NO.: 02-438 | THE CIRCUIT COURT FOR THE CITY OF HAMPTON, VIRGINIA<br><br>July 27, 2005 |
| VA | RUTH AKER, PLAINTIFF, V. CARILION NEW RIVER VALLEY MEDICAL CENTER, DEFENDANT<br><br>Law No.: V15498 | THE CIRCUIT COURT FOR THE COUNTY OF MONTGOMERY VIRGINIA<br><br>August 2, 2005 |
| FL | RAIZA BRAVO AND OSCAR RODRIGUEZ, INDIVIDUALLY AND AS NATURAL PARENTS AND NEXT FRIENDS OF KEVIN BRAVO, A MINOR, PLAINTIFFS, VS. UNITED STATES OF AMERICA AND DR. KENNETH KUSHNER, M.D., DEFENDANTS<br><br>Case No.: 04-21807-CIV-GRAHAM | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA<br><br>August 11, 2005 |
| DC | DARLENE MCMILLAN, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND AND LEGAL GUARDIAN OF TENYSHA MCMILLAN, A MINOR, PLAINTIFF V. HOWARD UNIVERSITY HOSPITAL, DEFENDANT<br><br>Civil Action No.: 03-8073 | THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION<br><br>August 16, 2004 |
| PUERTO RICO | YANISSE ADRIAN-SILVA, PLAINTIFF, V. MANLEY-BERENSON MONTEHIEDRA MANAGEMENT, CONTINENTAL INSURANCE COMPANY, DEFENDANTS AND THIRD-PARTY PLAINTIFFS, V. RANGER AMERICAN OF PERTO RICO, INC., AND ACE INSURANCE COMPANY (FORMERLY CIGNA INSURANCE CO.), THIRD-PARTY DEFENDANTS<br><br>Civil No.: 03-1890 (JAG) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO<br><br>August 19, 2005 |
| VA | ALICIA GOLDEN, ET AL, PLAINTIFF V. SAFEWAY, INC., DEFENDANT<br><br>Case No.: CAL 04-21197 | CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, VIRGINIA<br><br>October 10, 2005 |

**(Revised June, 2006)**

**TESTIMONY LIST**
**Sharon L. Reavis, RN, MS, CRC, CCM**

| STATE | CASE & NUMBER | COURT |
|---|---|---|
| VA | BRANDY PASTORE, PLAINTIFF, VS. RICKY SMITH, AND COMMONWEALTH LUBES, INC., DEFENDANTS<br><br>No.: LR-2908 | CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA<br><br>October 14, 2005 |
| GA | PAUL S. STEINKOHL, PLAINTIFF V. MARRIOTT INTERNATIONAL, INC. d/b/a COURTYARD BY MARRIOTT-COLUMBUS, GEORGIA, DEFENDANT<br><br>C/A No.: CV104-193 | THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION<br><br>October 21, 2005 |
| SC | JOHNNIE FRANKLIN BATES, JR., BY HIS SPOUSE AND GUARDIAN AD LITEM, DEBBIE BATES, AND DEBBIE BATES, AND JOHNNIE FRANKLIN BATES, JR., PLAINTIFFS, VS. ROPER HOSPITAL, INC., A/K/A CAREALLIANCE HEALTH SERVICES, INC.; JAMES J. MORRIS, M.D., INDIVIDUALLY; CHARLESTON THORACIC AND CARDIOVASCULAR SURGERY, LLC; ROPER RADIOLOGIST, P.A.; AND DIAGNOSTIC RADIOLOGY OF CHARLESTON, LLP, DEFENDANTS<br><br>Case No.: 03-CP-10-0973 | THE COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA COUNTY OF CHARLESTON<br><br>October 24, 2005 |
| SC | WILLIAM RODNEY GERRALD, AS PARENT, AND CALEB GERRALD, A MINOR UNDER FOURTEEN (14) YEARS OF AGE, BY HIS GUARDIAN AD LITEM, WILLIAM RODNEY GERRALD, PLAINTIFFS VERSUS HERMAN WILSON AND RAILROAD CONTRACTORS, INC., DEFENDANTS<br><br>Case No.: 03-CP-31-208 | COURT OF COMMON PLEAS STATE OF SOUTH CAROLINA, COUNTY OF LEE<br><br>November 11, 2005 |
| VA | MICHAEL P. O'CONNOR, PLAINTIFF, V. DWAYNE JOHNSON, BFI WASTE SERVICES, LLC, BFI WASTE SYSTEMS OF NORTH AMERICA, INC., AND BFI WASTE SYSTEMS OF VIRGINIA, LLC, DEFENDANTS<br><br>Case No.: LS2177-1 | CIRCUIT COURT FOR THE CITY OF RICHMOND VIRGINIA<br><br>January 13, 2006 |
| VA | WILLIAM T. BUDD, PLAINTIFF, V. VISESPONG PUNYANITYA, M.D., ET AL., DEFENDANTS<br><br>At Law No.: CL04-9688 | CIRCUIT COURT OF ALBEMARLE COUNTY VIRGINIA<br><br>January 16, 2006 |
| VA | JERRY L. FIFE V. WILLIAM M. BRADEHOFT<br><br>Law No.: LS-195 | CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA<br><br>January 19, 2006 |

(Revised June, 2006)

12

## TESTIMONY LIST
### Sharon L. Reavis, RN, MS, CRC, CCM

| STATE | CASE & NUMBER | COURT | |
|-------|---------------|-------|--|
| VA | CHARLES E. FARMER, PLAINTIFF, VS. RONALD G. HILL, M.D., AND ASSOCIATES IN SURGERY, INC., DEFENDANTS<br><br>Case No.: CL0424815 | CIRCUIT COURT FOR THE CITY OF LYNCHBURG VIRGINIA | January 23, 2006 |
| MD | SANDRA CARTER, ET AL., PLAINTIFFS VS. GREATER BALTIMORE MEDICAL CENTER, ET AL., DEFENDANTS<br><br>Case No.: 03-C-03-007894 | THE CIRCUIT COURT FOR BALTIMORE COUNTY MARYLAND | January 24, 2006 |
| VA | JALEN KURON HOLLEY, BY HIS PARENT & NEXT FRIEND, SHERRITTA L. WOOD V. BENIGNO D. FEDERICI, M.D., ET AL., SHERRITTA L. WOOD V. BENIGNO D. FEDERICI, M.D., ET AL, JALEN KURON HOLLEY, BY HIS PARENT AND NEXT FRIEND, SHERRITTA L. WOOD V. MID-ATLANTIC WOMEN'S CARE, PLC<br><br>Case No.: L05-4, L05-3, L05-56 | CIRCUIT COURT FOR THE CITY OF SUFFOLK VIRGINIA | February 1, 2006 |
| VA | ROY C. SCHMIDT, JR., PLAINTIFF, VS. JOHN I. MORGAN, IV, M.D., DEFENDANT<br><br>La No.: 2005-697 | THE CIRCUIT COURT OF FAIRFAX COUNTY VIRGINIA | February 9, 2006 |
| VA | SCOTT MATACIA, PLAINTIFF V. ADAM J. SCHWARTS, DEFENDANT<br><br>Case No.: CL04-9705 | THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE VIRGINIA | February 27, 2006 |
| VA | DARRELL R. AMPEY V. FRANCES TYREE<br><br>Case No.: LT286-1 | CITY OF RICHMOND CIRCUIT COURT COMMONWEALTH OF VIRGINIA | March 8, 2006 |
| SC | WILL BRUNSON V. AGCO CORPORATION, ET AL<br><br>Case No.: 03-CP-38-1143 | CIRCUIT COURT OF COMMON PLEA COUNTY OF ORANGEBURG SOUTH CAROLINA | March 13, 2006 |
| VA | KAREN L. COOK, PLAINTIFF, V. ELANA L. BYER, D.C., AND SPINE CARE OF MANASSAS, INC., DEFENDANT<br><br>Law No.: 64504 | THE CIRCUIT COURT OF PRINCE WILLIAM COUNTY VIRGINIA | March 15, 2006 |

(Revised June, 2006)

13

**TESTIMONY LIST**
**Sharon L. Reavis, RN, MS, CRC, CCM**

| STATE | CASE & NUMBER | COURT |
|-------|---------------|-------|
| VA | ANNIE WASHBURN EGGLESTON, PLAINTIFF V. WAL-MART STORES EAST, DEFENDANT<br><br>Case No.: 3:05-cv-00721-JRS | THE UNITED DISTRICT COURT OF THE EASTERN DISTRICT OF VIRGINIA OF THE RICHMOND DIVISION<br><br>March 24, 2006 |
| VA | ATSEDE GEBREAMLAK, PLAINTIFF V. MICHAEL E. LENCZYK, M.D., ET AL, DEFENDANTS<br><br>Law No.: 2005-837 | THE CIRCUIT COURT FOR FAIRFAX COUNTY VIRGINIA<br><br>May 4, 2006 |
| SC | IN THE MATTER OF ROBERT H. KNUCKLES, IN RE: HATTIE KNUCKLES AS GUARDIAN AD LITEM FOR ROBERT H. KNUCKLES, PLAINTIFF, VS. TOYOTA MOTOR SALES USA, INC., TOKAI RIKA CO. LTD., AND SIGNAL IMPORTS, INC., DEFENDANTS | THE COURT OF COMMON PLEAS, SEVENTH JUDICIAL CIRCUIT STATE OF SOUTH CAROLINA, COUNTY OF SPARTANBURG<br><br>May 22, 2006 |
| VA | KETTI J. TURNER, GUARDIAN, ETC., VS. MID-ATLANTIC SURGICAL ASSOCIATES, ET ALS, DEFENDANTS<br><br>Case No.: CL05T00599-00 | THE CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA<br><br>May 31, 2006 |
| VA | DAEMEON D. GRAY, PLAINTIFF, V. BON SECOURS RICHMOND COMMUNITY HOSPITAL, INC. ET AL, DEFENDANT | THE CIRCUIT COURT OF THE CITY OF RICHMOND VIRGINIA<br><br>June 2, 2006 |

**(Revised June, 2006)**