# Professional Resume
## of
## PEDER K. MELBERG, M.A., C.R.C.

**Business:**

11520 Nuckols Road, Suite 101
Concourse Commons
Glen Allen, Virginia  23059
(804) 747-9937
pmelberg@hirvr.com

**Home:**

9128 Covington Ridge Court
Mechanicsville, Virginia  23116
(804) 730-8898

## Professional Experience

**May, 1989 - present**
Vocational Resources
Richmond, Virginia
Position: Vocational Evaluator/Rehabilitation Counselor

**January, 1988 - May, 1989**
Rehabilitation Experts (STEPS, Inc.)
Richmond, Virginia
Position: Rehabilitation Counselor/Project Manager

**August, 1984 - January, 1988**
Resource Opportunities, Inc.
Richmond, Virginia
Position: Vocational Expert (Nov. 1986 - Jan. 1988)
         District Manager (Aug. 1984 - May, 1987)
         Vocational Rehabilitation Consultant (Aug. 1984 - Jan. 1988)

**February, 1985 - June, 1986**
Richmond Metropolitan Hospital Center for Pain Control
Richmond, Virginia
Position: Rehabilitation Consultant (subcontractor)

**December, 1981 - August, 1984**
Rehabilitation Care Consultants, Inc.
Madison, Wisconsin
Position: Vocational Rehabilitation Consultant (Dec. 1981 - Aug. 1984)
         Director of Vocational Evaluation (Sept. 1982 - Aug. 1984)

Regional Manager (Dec. 1982 - June, 1984)

**MELBERG Resume/Page 2**

## Education

**December, 1981**
    University of Wisconsin
    Department of Studies in Behavioral Disabilities
    Madison, Wisconsin
    Degree:  Master of Arts
    Major:   Vocational Rehabilitation Counseling/Psychology
    Specialized Course Work In:  Vocational Evaluation, Job Placement, Medical Aspects of Disabling Conditions, Counseling and Career Development, Occupational Aspects of Disabling Conditions

**May, 1976**
    University of Wisconsin
    Department of Psychology
    Madison, Wisconsin
    Degree:  Bachelor of Arts
    Major:   Psychology
    Specialized Course Work In:  Clinical Psychology

## Professional Certification

Certified Rehabilitation Counselor (C.R.C.):  Commission on Rehabilitation Counselor Certification, Certificate No. 15598 (1982 to present)

Diplomate:  American Board of Vocational Experts (A.B.V.E.) Diplomate Certificate No. 181773  (1990 to present)

Certified Rehabilitation Provider:  Board of Licensed Professional Counselors, Marriage and Family Therapists and Substance Abuse Professionals
Commonwealth of Virginia, License No. 0715000913

(1994 to present)

**MELBERG Resume/Page 3**

## Professional Development

Served as invited speaker to various groups including rehabilitation agencies and firms, law firms, claims departments, employers, and professional associations.

**October, 1990 - March, 1994**
Legislative Committee Member, VA NARPPS

**October, 1987 - October, 1991**
Contracted as Vocational Expert for Social Security Administration Disability Hearings Program.

**January, 1984**
Elected as Secretary, Wisconsin Association of Rehabilitation Professionals (WARP)

**March, 1983**
Corporate Crusade Captain, American Cancer Society, Madison, Wisconsin

## Professional Association Memberships

National Rehabilitation Association (NRA)

National Rehabilitation Counseling Association (NRCA)

International Association of Rehabilitation Professionals (IARP)

Virginia Chapter of the International Association of Rehabilitation Professionals (IARP), Charter Member

Virginia Rehabilitation Association (VRA)

Virginia Rehabilitation Counseling Association (VRCA)

Virginia Brain Injury Association

American Board of Vocational Experts

(Revised May, 2002)