UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS | : |
| Plaintiff, | : |
| | : Case No. 1:05CV02226 |
| v. | : |
| | : Judge Royce C. Lamberth |
| TULLY CONSTRUCTION CO., INC. | : |
| Defendant. | : |

**JOINT MOTION FOR SIXTY-DAY
EXTENSION OF DISCOVERY DEADLINES**

The parties, by and through undersigned counsel, respectfully request that the Court extend the remaining discovery deadlines for sixty (60) days. In support of this Motion, Plaintiff states that the sixty-day extension of time will not result in any prejudice to the parties or unnecessarily delay the resolution of this case.

In further support of their Motion, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP        REGAN ZAMBRI & LONG, PLLC


By:  _____/s/_____                By:  _____/s/_____
     James F. Jordan        #6569        Patrick M. Regan          #336107
     D. Stephenson Schwinn   #358825     Jacqueline T. Colclough   #434483
     Joseph S. Ferretti      #485996     1919 M Street, NW
     1100 Connecticut Avenue, NW, #600   Suite 350
     Washington, DC  20036               Washington, DC  20036
     PH:  (202) 296-4747                 PH:  (202) 463-3030
     FAX: (202) 496-2800                 FAX: (202) 463-0667
     *Attorneys for Defendant*           *Attorneys for Plaintiff*
     *Tully Construction Co., Inc.*

- 2 -

# **CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of July, 2006, a copy of the foregoing Joint Motion for Sixty-Day Extension of Discovery Deadlines, Memorandum of Points and Authorities in support thereof and proposed Order was electronically served by e-mail and was mailed, postage prepaid, to:

>James F. Jordan, Esquire
>D. Stephenson Schwinn, Esquire
>Joseph S. Ferretti, Esquire
>Jordan, Coyne & Savits, LLP
>1100 Connecticut Avenue, NW, Suite 600
>Washington, DC  20036

/s/
Patrick M. Regan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS | : |
|     Plaintiff, | : |
| |   Case No. 1:05CV02226 |
| v. | : |
| |   Judge Royce C. Lamberth |
| TULLY CONSTRUCTION CO., INC. | : |
|     Defendant. | : |

**MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF JOINT MOTION FOR
SIXTY-DAY EXTENSION OF DISCOVERY DEADLINES**

1. On May 2, 2006, counsel for the parties filed a Joint Motion for Sixty-Day Extension of Discovery Deadlines.

2. In an Order dated May 4, 2006, this Court granted the Joint Motion for Sixty Day Extension of Discovery Deadlines and entered an Order setting the following discovery deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports | 07/01/06 |
| Defendant's Expert Reports | 09/05/06 |
| Rebuttal Expert Reports | 10/15/06 |
| Discovery Closes, including depositions if any, of experts | 01/01/07 |
| Dispositive Motions Filed By | 01/17/07 |

3. The parties have worked diligently to comply with the discovery deadlines, but due to the press of other business as well as summer vacation schedules, have been unable to complete the necessary discovery as indicated. Plaintiff filed a Preliminary Expert Designation on July 1 but is still waiting for written reports from two experts. These reports are expected to be received by September 1.

- 2 -

4. In light of the foregoing, the parties are respectfully requesting that the Court extend the discovery deadlines by sixty (60) days, and the revised discovery deadlines would be as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | 09/01/06 |
| Defendant's Expert Reports | 11/04/06 |
| Rebuttal Expert Reports | 12/14/06 |
| Discovery Closes, including depositions if any, of experts | 03/02/07 |
| Dispositive Motions Filed By | 03/18/07 |

5. The parties have conducted the deposition of the Defendant since the entry of the May 4, 2006 Order, and state that they have continued to cooperate throughout discovery.

In light of the foregoing, the parties respectfully request that the Court enter the attached Order extending the remaining discovery deadlines by sixty (60) days.

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP           REGAN ZAMBRI & LONG, PLLC


By:  _____/s/_____                 By:  _____/s/_____
   James F. Jordan          #6569       Patrick M. Regan          #336107
   D. Stephenson Schwinn    #358825     Jacqueline T. Colclough   #434483
   Joseph S. Ferretti       #485996     1919 M Street, NW
   1100 Connecticut Avenue, NW, #600    Suite 350
   Washington, DC  20036                Washington, DC  20036
   PH:  (202) 296-4747                  PH:  (202) 463-3030
   FAX: (202) 496-2800                  FAX: (202) 463-0667
   *Attorneys for Defendant*            *Attorneys for Plaintiff*
   *Tully Construction Co., Inc.*