UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS** : | |
| **Plaintiff,** : | |
| | Case No. 1:05CV02226 |
| v. : | |
| | Judge Royce C. Lamberth |
| **TULLY CONSTRUCTION CO., INC.** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Joint Motion for Sixty-Day Extension of Discovery Deadlines, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is, this _____ day of _____, 2006;

ORDERED that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that the discovery schedule is amended as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | 09/01/06 |
| Defendant's Expert Reports | 11/04/06 |
| Rebuttal Expert Reports | 12/14/06 |
| Discovery Closes, including depositions if any, of experts | 03/02/07 |
| Dispositive Motions Filed By | 03/18/07 |

SO ORDERED.

Date: _____          _____
                                Royce C. Lamberth
                                United States District Judge

cc: Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
Regan Zambri & Long
1919 M Street, NW, Suite 350
Washington, DC 20036

James F. Jordan, Esquire
D. Stephenson Schwinn, Esquire
Joseph S. Ferretti, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, DC 20036