UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS : | |
| Plaintiff, : | |
| : | Case No. 1:05CV02226 |
| v. : | |
| : | Judge Royce C. Lamberth |
| TULLY CONSTRUCTION CO., INC. : | |
| Defendant. : | |

### JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

The parties, by and through undersigned counsel, respectfully request that the Court extend the current discovery deadlines. In support of this Motion, the parties state that the proposed extension of time will not result in any prejudice to the parties or unnecessarily delay the resolution of this case.

In further support of their Motion, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

                                        Respectfully submitted,

JORDAN COYNE & SAVITS, LLP        REGAN ZAMBRI & LONG, PLLC

By:        /s/                                   By:        /s/

James F. Jordan         #6569        Patrick M. Regan      #336107
D. Stephenson Schwinn   #358825      Jacqueline T. Colclough  #434483
Joseph S. Ferretti        #485996       1919 M Street, NW
1100 Connecticut Avenue, NW, #600    Suite 350
Washington, DC  20036                  Washington, DC  20036
PH:   (202) 296-4747                      PH:   (202) 463-3030
FAX:  (202) 496-2800                      FAX:  (202) 463-0667
*Attorneys for Defendant*                  *Attorneys for Plaintiff*
*Tully Construction Co., Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the __25th__ day of August, 2006, a copy of the foregoing Joint Motion for Extension of Discovery Deadlines, Memorandum of Points and Authorities in support thereof and proposed Order was electronically served by e-mail and was mailed, postage prepaid, to:

>James F. Jordan, Esquire
>D. Stephenson Schwinn, Esquire
>Joseph S. Ferretti, Esquire
>Jordan, Coyne & Savits, LLP
>1100 Connecticut Avenue, NW, Suite 600
>Washington, DC  20036

>/s/
>Patrick M. Regan

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS** | : |
| Plaintiff, | : |
| | : Case No. 1:05CV02226 |
| v. | : |
| | : Judge Royce C. Lamberth |
| **TULLY CONSTRUCTION CO., INC.** | : |
| Defendant. | : |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

1. On May 2, 2006, counsel for the parties filed a Joint Motion for Sixty-Day Extension of Discovery Deadlines.

2. In an Order dated May 4, 2006, this Court granted the Joint Motion for Sixty Day Extension of Discovery Deadlines and entered an Order setting the following discovery deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports | 08/01/06 |
| Defendant's Expert Reports | 10/05/06 |
| Rebuttal Expert Reports | 11/15/06 |
| Discovery Closes, including depositions if any, of experts | 02/01/07 |
| Dispositive Motions Filed By | 02/17/07 |

3. On July 26, 2006, the Plaintiffs filed a Joint Motion requesting an additional extension of time. During the week of August 14, counsel for the parties had a conference call with the law clerk assigned to this case and indicated that since the July 26 Motion had not yet been ruled on by the Court, the parties would be filing a Motion seeking additional time. Counsel for the parties also indicated that they would

be prepared to attend a brief status conference to explain to the Court why the additional time was required.

4. The parties have worked diligently to comply with the discovery deadlines, but due to the press of other business as well as summer vacation schedules, have been unable to complete the necessary discovery as indicated. Plaintiff filed a Preliminary Expert Designation on July 1 but is still waiting for written reports from two experts. These reports are expected to be received within the next several weeks.

5. Despite the best efforts of counsel, discovery in the case has been complicated since the Plaintiff is a resident of Mississippi, specifically Jackson, and obtaining medical records and related information from his treating health care providers has been complicated by the ongoing recovery from Katrina.

6. In light of the foregoing, the parties are respectfully requesting that the Court extend the discovery deadlines as set forth in the proposed revised discovery schedule:

| | |
|---|---|
| Plaintiff's Expert Reports | 12/01/06 |
| Defendant's Expert Reports | 02/04/07 |
| Rebuttal Expert Reports | 03/14/07 |
| Discovery Closes, including depositions if any, of experts | 05/02/07 |
| Dispositive Motions Filed By | 05/18/07 |

7. The parties have conducted the deposition of the Defendant since the entry of the May 4, 2006 Order, and state that they have continued to cooperate throughout discovery.

In light of the foregoing, the parties respectfully request that the Court enter the attached Order extending the remaining discovery deadlines as set forth in ¶ 5 above.

Respectfully submitted,

| JORDAN COYNE & SAVITS, LLP | REGAN ZAMBRI & LONG, PLLC |
|---|---|
| By:     /s/ <br> James F. Jordan   #6569 <br> D. Stephenson Schwinn   #358825 <br> Joseph S. Ferretti   #485996 <br> 1100 Connecticut Avenue, NW, #600 <br> Washington, DC  20036 <br> PH:   (202) 296-4747 <br> FAX:  (202) 496-2800 <br> *Attorneys for Defendant* <br> *Tully Construction Co., Inc.* | By:     /s/ <br> Patrick M. Regan   #336107 <br> Jacqueline T. Colclough   #434483 <br> 1919 M Street, NW <br> Suite 350 <br> Washington, DC  20036 <br> PH:   (202) 463-3030 <br> FAX:  (202) 463-0667 <br> *Attorneys for Plaintiff* |