UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUNTER DAWKINS** | : | |
| **Plaintiff,** | : | |
| | : | Case No. 1:05CV02226 |
| v. | : | |
| | : | Judge Royce C. Lamberth |
| **TULLY CONSTRUCTION CO., INC.** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Motion for an Extension of Discovery Deadlines, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is, this _____ day of _____, 2006;

ORDERED that the Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that the discovery schedule is amended as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | 12/01/06 |
| Defendant's Expert Reports | 02/04/07 |
| Rebuttal Expert Reports | 03/14/07 |
| Discovery Closes, including depositions if any, of experts | 05/02/07 |
| Dispositive Motions Filed By | 05/18/07 |

SO ORDERED.

Date: _____                    _____
                                            Royce C. Lamberth
                                            United States District Judge

cc: Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
Regan Zambri & Long
1919 M Street, NW, Suite 350
Washington, DC 20036

James F. Jordan, Esquire
D. Stephenson Schwinn, Esquire
Joseph S. Ferretti, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, DC 20036