UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TULLY CONSTRUCTION CO., INC.** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-2226 (RCL) |

**ORDER**

Upon consideration of the Joint Motion for an Extension of Discovery Deadlines, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is hereby

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the discovery schedule is amended as follows:

| | |
|---|---|
| Plaintiff's Expert Reports | 12/01/2006 |
| Defendant's Expert Reports | 02/04/2007 |
| Rebuttal Expert Reports | 03/14/2007 |
| Discovery Closes, (including depositions, if any, of experts) | 05/02/2007 |
| Dispositive Motions Filed by | 05/18/2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 28, 2006.