# Vocational Resources

11520 NUCKOLS ROAD
SUITE 101, CONCOURSE COMMONS
GLEN ALLEN, VIRGINIA 23059
(804) 747-9937 • FAX: (804) 747-0699
Email: pmelberg@hirvr.com

*Peder K. Melberg, M.A., C.R.C.*

- VOCATIONAL EVALUATION
- REHABILITATION COUNSELING
- CASE MANAGEMENT

## VOCATIONAL ASSESSMENT

**Client:** Hunter Dawkins
**Date of Injury:** April 16, 2005
**Referral Source:** Patrick M. Regan
**Date of Evaluation:** October 25, 2006
**Date of Report:** November 30, 2006

### Introduction:

Mr. Hunter Dawkins was referred to Vocational Resources for an assessment of the vocational consequences of the injuries he sustained in a motor vehicle collision on April 16, 2005. A vocational diagnostic interview and evaluation was conducted with Mr. Dawkins on October 25, 2006. Mr. Dawkins' present work supervisor was interviewed regarding his work performance. Neuropsychologists who have evaluated Mr. Dawkins were interviewed regarding his medical impairments.

Mr. Hunter Dawkins is a 23 year old student/legislative assistant, who presently resides in Washington, D.C. Mr. Dawkins is unmarried and has no dependents. He has a valid Mississippi driver's license, and has no criminal record. Mr. Dawkins' height is 5 ft. 10 in. and he presently weighs 225 pounds.

The vocational opinions presented in this report are given to a reasonable vocational certainty, and are predicated on the data and facts particular to Mr. Hunter Dawkins obtained from the following sources:

- Vocational diagnostic interview
- Vocational evaluation
- Medical treatment records:
    - Washington Hospital Center
    - National Rehabilitation Hospital
    - Methodist Rehabilitation Center
    - Methodist Outpatient Rehabilitation
    - William Cook, Jr., M.D.
    - University Ophthalmology Associates

VOCATIONAL ASSESSMENT                                                         Page 2
Hunter Dawkins
November 30, 2006

- Academic Records:
  - St. Stanislaus College Prep School
  - Catholic University of America
- U.S. Bureau of the Census (Current Population Reports)
- Economic Research Institute (Salary Assessor)
- Interview:
  - Richard Filson, Ph.D.
  - James W. Irby, Jr., Ph.D.
- Interview: Stephen Peranich (Chief of Staff)

## Behavioral Observations:

Mr. Dawkins attended a vocational diagnostic interview and vocational evaluation on October 25, 2006. The interview and evaluation was conducted at the law offices of Regan, Zambri & Long.

Mr. Dawkins demonstrated adequate oral communication skills, but with a very slow manner of speech and slow response pattern. Mr. Dawkins was tangential at times and appeared to be unable to answer questions directly. Mr. Dawkins appeared to be an adequate historian for personal events, but struggled to give the chronological order of his work and educational histories. His affect was observed to be appropriate to the situation, although somewhat flat.

Mr. Dawkins demonstrated poor insight into his current functional status and medical impairments.

Mr. Dawkins appeared to attend well to the vocational testing administered.

## Educational History:

Mr. Dawkins educational and employment histories were obtained via interview and later supplemented by review of his resume which was provided by Mr. Dawkins following the interview.

- Mr. Dawkins was a 2001 graduate of St. Stanislaus College Prep School in Bay St. Louis, Mississippi. He earned an honor's diploma with a GPA of 3.8.
- Mr. Dawkins completed a Bachelor of Arts degree from Catholic University of America in May, 2005. He reported a GPA of 3.4. Mr. Dawkins majored in Politics with a minor in Media Studies and Theology.

VOCATIONAL ASSESSMENT                                                          Page 3
Hunter Dawkins
November 30, 2006

- Mr. Dawkins is presently enrolled in part time course work at George Washington University in legislative affairs. He is uncertain of his present grades.

**Employment History:**

Mr. Dawkins is presently employed part time as a legislative staff assistant for the Honorable Gene Taylor, where he has worked since September, 2006. He was employed as an assistant public relations administrator for Attorney General Jim Hood in Jackson, Mississippi from September, 2005 through August of 2006 when he returned to the Washington, D.C. area to re-enroll in college.

Mr. Dawkins has worked in various political campaigns while in his undergraduate programming, as a fund raiser and events organizer. He had also worked as a legislative staff assistant, clerk, intern, and page.

Mr. Dawkins has been employed in the following occupations as classified by the U. S. Department of Labor in the Dictionary of Occupational Titles (D.O.T.):

| D.O.T. Title | D.O.T. Number |
|---|---|
| Legislative Assistant | 169.167-066 |
| Public Relations Representative | 165.167-014 |
| Fund Raiser | 293.357-014 |

Mr. Dawkins' career goal prior to onset of disability was to attain a graduate or professional degree, either a Ph.D. in Political Science or a law degree. Mr. Dawkins thereafter intended to work in the legislature, practice law, and/or enter politics.

**Vocational Evaluation:**

A vocational evaluation of work skills, capabilities, and relevant worker traits and characteristics was completed through vocational testing and transferable skills analysis.

The Slosson Intelligence Test (SIT-R) was administered. The SIT-R is a brief test of general intellectual functioning intended primarily as a screening device. Mr. Dawkins' score on the SIT-R placed him in the average range compared to the general adult population. His score suggests the capacity to perform occupations requiring average learning ability and the capacity to achieve college level education.

VOCATIONAL ASSESSMENT                                                Page 4
Hunter Dawkins
November 30, 2006

Mr. Dawkins has demonstrated the following worker trait profile of skills, abilities, aptitudes, and characteristics based on his prior work history.

### WORKER FUNCTIONS

| | |
|---|---|
| D-Data: | 1 - Coordinating |
| | 3 - Compiling |
| P-People: | 5 - Persuading |
| | 6 - Speaking/Signaling |
| T-Things: | 7 - Handling |

**Specific Vocational Preparation: (SVP)**          **Levels 2 and 7**

Unskilled & skilled work

### GENERAL EDUATIONAL DEVELOPMENT
(Scale 1 - 6; 6 = highest)

| | |
|---|---|
| Reasoning Development | Level 5 |
| Mathematical Development | Level 4 |
| Language Development | Level 5 |

### APTITUDES
(Scale 1 - 5; 1 = highest)

| | Level | Range |
|---|---|---|
| G-Learning Ability | 1 | High |
| V-Verbal | 1 | High |
| N-Numerical | 3 | Average |
| S-Spatial | 3 | Average |
| P-Form Perception | 3 | Average |
| Q-Clerical Perception | 3 | Average |
| K-Motor Coordination | 4 * | Below average |
| F-Finger Dexterity | 4 * | Below average |
| M-Manual Dexterity | 4 * | Below average |
| E-Eye/Hand/Foot Coordination | 5 * | Low |

\* Prior athletic activities suggest higher levels of functioning.

VOCATIONAL ASSESSMENT                                                           Page 5
Hunter Dawkins
November 30, 2006

Mr. Dawkins has held two jobs since his injury, with both jobs arranged through family and personal contacts. Although Mr. Dawkins has significant background as a legislative aide, he has not progressed beyond basic work functions in his present part time employment. Mr. Dawkins' present work assignments involve answering phones, greeting visitors, running errands, and distributing mail. According to Mr. Dawkins' work supervisor, the level of assigned tasks depends on demonstrated abilities, and in that regard Mr. Dawkins has not progressed beyond simple basic work tasks. Difficulties have been noted regarding Mr. Dawkins' slow speech with occasional peculiar speech patterns, and difficulties with decision making (i.e., routing mail to the proper staff member for handling).

### Disabling Conditions/Medical Impairment:

- Closed head injury with severe traumatic brain injury and multiple skull fractures.
- Traumatic optic neuropathy of left optic nerve resulting in blindness.
- Bilateral pneumothorax.
- Major depressive disorder/emotional and behavioral irritability.
- Severely impaired speech & manual dexterity.
- Cognitive deficits involving language, speed of information processing, visual scanning, and judgment.

### Vocational Assessment:

Mr. Dawkins presents with significant vocational handicaps which limit his employability, educational attainment capacity, and career development potential. Mr. Dawkins will be unable to achieve graduate or professional degree education. He has work impediments which limit the work processes and work environments in which he could function. Mr. Dawkins will be limited to work which requires limited information processing speed and limited written and/or oral communication. He will not be able to perform work requiring average manual dexterity or manual processing speed. Mr. Dawkins has not demonstrated the capacity to consistently maintain appropriate work behaviors and to attend and maintain work activities on a full time basis.

Mr. Dawkins will not likely progress beyond entry level employment utilizing his undergraduate education. Many occupational options otherwise accessible to Mr. Dawkins will be foreclosed from him as a result of language deficits, poor reading comprehension, slow and awkward speech pattern, and very slow information processing speed.

VOCATIONAL ASSESSMENT                                                    Page 6
Hunter Dawkins
November 30, 2006

Mr. Dawkins has demonstrated the capacity for work in a work environment with both basic structure and support. Mr. Dawkins is presently employed earning $2,000 per month or $24,000 annualized. His present earnings are representative of his earning capacity.

**Loss of Earning Capacity Assessment:**

Mr. Dawkins would have an earning capacity with a professional degree of $46,139 annually (numbers in 1999 dollars), entry level, advancing to $115,931 annually as an established worker (according to U.S. Bureau of the Census Statistics). Mr. Dawkins' earning capacity with a Ph.D. would have been $59,569 (numbers in 1999 dollars), entry level, advancing to $91,982 as an established worker.

Mr. Dawkins currently has an earning capacity of $24,000 annually (2006 dollars) in selected occupations in a supportive work environment.

Mr. Dawkins has sustained a significant loss of earning capacity as a result of his disabilities. His loss of earning capacity will continue for the remainder of his worklife expectancy.

Respectfully submitted,

Peder K. Melberg, M.A., C.R.C.
Rehabilitation Counselor/Vocational Evaluator

PKM:psj