# C. RICHARD FILSON, ED.D.
### Licensed Psychologist

## FORENSIC EXPERIENCE

### October 12, 2006

1987: **United States v. White; Civil Commitment secondary to threats against the President of the United States; Superior Court of the District of Columbia; Witness for the Government; Mental status, dangerousness, need for civil commitment; (Qualified as expert witness).**

1987:**Buckser v. Environmental Protection Agency; United States Equal Employment Opportunity Commission; Witness for the plaintiff; Mental status and differential psychiatric diagnosis of the Plaintiff; (Qualified as expert witness).**

1988: **United States v. Golden; Assault With Intent To Kill; Superior Court of the District of Columbia; Witness for the Defense; Dangerousness, mental status at the time of proposed release; recommendations for outpatient treatment related to an unconditional release from St. Elizabeths Hospital after client had been found Not Guilty by Reason of Insanity;**
**(Qualified as expert witness).**

1988: **Nelson v. Isaacson & Vinten-Johansen; Circuit Court of Montgomery County, Maryland; Civil Action #14956, Medical Malpractice; Witness for the Plaintiff; Mental status of the plaintiff; (Qualified as expert witness).**

1990: **Ludke v. Sigal Construction; Superior Court of the District of Columbia; Civil damages secondary to closed head injury related to employment; Witness for the plaintiff; Mental status and additional testimony as to the degree of neuropsychological impairment and injury; (Deposed and accepted without contest as an expert witness).**

1990: **DiLoretto v. Adekunle, Kehinde, Tobun & General Electric Information Service Inc., & Potomac Personnel; Circuit Court of Montgomery County, Maryland; Civil Action # 15607; Witness for the Plaintiff; Mental status of the plaintiff and additional testimony as to a comprehensive neuropsychological assessment of the degree of her neuropsychological impairment and neurological injury and disability; (Qualified as expert witness).**

1990: **United States v. Sikuzote; United States District Court for the District of Columbia; Assault and Battery on the Vice President of the United States; Witness for the Defense; Mental status at the time of the offense and competency to stand trial; (Qualified as expert witness).**

*1*

*C. Richard Filson, ED.D.*
*Forensic Experience*

**1991: United States v. Fuohey; Superior Court of the District of Columbia; Assault on a police officer; Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and additional testimony as to a comprehensive neuropsychological assessment of the defendant with recommendations for sentencing related to his psychiatric diagnosis; (Report Accepted by the Court).**

**1992: United States v. Valentine; Superior Court of the District of Columbia; Distribution of Cocaine; Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).**

**1992: United States v. Taylor; Superior Court of the District of Columbia; Assault with a deadly weapon; Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).**

**1992: United States v. Lindsey; Superior Court of the District of Columbia; Assault with a deadly weapon; Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).**

**1992: United States v. Butt; United States District Court for the Eastern District of Virginia; Witness for the Defense; Interference with the operation of an aircraft; Witness for the Defense; Mental status at the time of the offense and competency to stand trial;(Qualified as expert witness).**

**1992: United States v. Ken Brown; Superior Court of the District of Columbia; Assault with a deadly weapon (1 count); Felony Burglary (1 count); Assault with intent to kill (1 count); Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).**

**1992: United States v. Emmanuel Davis; Superior Court of the District of Columbia; Felony Rape; Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).**

**1992: United State v. Roy Jett; Superior Court of the District of Columbia; Assault with a deadly weapon; Witness for the Defense; Pre-sentencing report on mental status at the time**

*C. Richard Filson, Ed.D.*
*Forensic Experience*

of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).

1992: United States v. James Green; Superior Court of the District of Columbia; Assault with intent to rape; Witness for the Defense; Pre-sentencing report on mental status at the time of the offense and recommendations for sentencing related to his psychiatric status; (Report Accepted by the Court).

1994: In Re.: Brenda McNeil; United States Social Security Administration; SSDI Disability Final Appeals Hearing; Witness for Claimant; (Qualified as expert witness).

1994:In Re.: James Medley; United States Social Security Administration; SSDI Disability Final Appeals Hearing; Witness for Claimant; (Qualified as expert witness).

1995: United States v. Warner L. Walden; Superior Court of the District of Columbia; Assault with Intent to Kill; Witness for the Defense; Competency to Stand Trial & Mental Status at the Time of the Offense; (Qualified as expert witness).

1995: United States v. Rayshonne Marbley; Superior Court of the District of Columbia; Assault with Intent to Kill; Witness for the Defense; Competency to Stand Trial; (Qualified as expert witness).

1995: In Re.: Nuzhat Huda: United States Immigration Court; Immigration Application of the Applicant; Witness for Applicant; (Report Accepted by the Court).

1996: In Re.: Sundaway Goweh; United States Immigration Court; Deportation and Political Asylum Request Hearing; Witness for Respondent;(Qualified as expert witness).

1996:In Re.: Mabel Asamoah; United States Immigration Court; Deportation and Political Asylum Request  Hearing; Witness for Respondent; (Qualified as expert witness).

1996:In Re.: Shaoge Zhang; United States Immigration Court;  Deportation and Political Asylum Request Hearing; Witness for the Respondent; (Report Accepted by the Court).

1996: United States v. Outlaw; Superior Court of the District of Columbia; First Degree Sex Offense; Witness for the Defense; Competency to Stand Trial & Criminal Responsibility; (Report Accepted by the Court).

1997:In Re.: Tshilonda Kabanga; United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Report Accepted by the Court).

*3*

*C. Richard Filson, Ed.D.*
*Forensic Experience*

1998: In Re.: Edith Perruso; Superior Court of the District of Columbia, Probate Division; Intervention and Guardianship Proceeding; Examiner of the Court; (Report Accepted by the Court).

1998: In Re.: Elisabeth Azandegbe; United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Report Accepted by the Court).

1998: In Re.: Metropolitan Police Officer Keith O. Pyles; District of Columbia Police and Firefighters Retirement Board; Psychiatric Disability and retirement of the respondent; Witness for the Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as expert witness).

1998: In Re.: Amenan Kodro; United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Qualified as expert witness).

1998: Maryland v. Shykind; Circuit Court for Montgomery County, Maryland; Fraud, Conspiracy, Weapons Possession; Competency to Stand Trial; Witness for Defense; (Qualified as expert witness).

1998: United States v. Tartesha Lee; Superior Court of the District of Columbia; Assault with intent to kill while armed; Witness for Defense; Competency to Stand Trial; (Qualified as expert witness).

1999: In Re.: Metropolitan Police Officer Crystal Hamilton; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as expert witness).

1999: In Re.: Metropolitan Police Detective Dwayne Stanton; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as expert witness).

1999: In Re.: United States Secret Service Special Agent Stephen Beckman; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - United States Secret Service; (Qualified as expert witness).

*4*

*C. Richard Filson, Ed.D.*
*Forensic Experience*

**1999: In Re.: United States Secret Service Special Agent Gerald Carlson; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - United States Secret Service; (Report Accepted by the Board).**

**1999: In Re.: Metropolitan Police Officer Veda Hicks; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as expert witness).**

**1999: In Re.: Metropolitan Police Officer Jeffrey Allen; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as expert witness).**

**1999: In Re.: Kulwinder Singh; United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Report Accepted by the Court).**

**1999: United States v. Paulette Higgins; United States District Court for the Eastern District of Virginia; Fraud by the United States mails; Witness for Defense; Pre-sentencing Recommendations; (Qualified as Expert Witness).**

**1999: United States v. Quentin Brown; Superior Court of the District of Columbia; Possession With Intent to Distribute Cocaine, Possession of a Firearm in the Commission of a Crime of Violence; Carrying a Pistol without a License, Possession of an Unregistered Firearm and Ammunition; Witness for Defense; (Report Accepted by the Court).**

**1999: United States v. Norman Carson; Superior Court of the District of Columbia; Possession With Intent to Distribute Cocaine, Armed Robbery, Possession of Firearm; Witness for Defense; Pre-sentencing Recommendations; (Report Accepted by the Court).**

**1999: Commonwealth of Virginia v. Mohammad Jahansoozan; Circuit Court of Fairfax County Virginia; Abduction, Armed Robbery; Witness for Defense; Pre-sentencing Recommendations; (Qualified as Expert Witness).**

**1999: United States v. Yoram Yifrah; United States District Court for the District of Columbia; Possession with Intent to Distribute Narcotics; Witness for Defense; (Qualified as Expert Witness).**

*C. Richard Filson, ED.D.*
*Forensic Experience*

2000: United States v. Maurice Long; Superior Court of the District of Columbia; Robbery; Witness for the Defense: Pre-Sentencing Recommendations; (Report Accepted by the Court).

2000: United States v. Byran Clark; Superior Court of the District of Columbia; Unauthorized Use of Motor Vehicle; Witness for the Defense: Pre-Sentencing Recommendations; (Report Accepted by the Court).

2000: United States v. Melvin Grady, Jr.; Superior Court of the District of Columbia; Assault with a Deadly Weapon; Witness for the Defense: Pre-Sentencing Recommendations; (Report Accepted by the Court).

2000: United States v. Mark Mattocks; Superior Court of the District of Columbia; Violation of Parole; Witness for the Defense: Pre-Sentencing Recommendations and Competency to Refuse Medical Treatment; (Report Accepted by the Court).

2000: United States v. Vladimir Mashutin; United States District Court for the District of Columbia; Unauthorized Use of Motor Vehicle, Inter-State Transportation of Stolen Vehicle; Witness for the Defense; Competency to Stand Trial and Mental Status at the time of the Offense; (Report Accepted by the Court).

2000: United States v. Michael Burns; Superior Court of the District of Columbia; Assault on a Police Officer, False Representation as a U.S. Secret Service Officer; Witness for the Defense; Competency to Plea & Mental Status at the Time of The Offense; (Report Accepted by the Court).

2000: In Re.: Metropolitan Police Officer Cynthia Evans; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric Disability and Retirement of the Respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2000: In Re.: Metropolitan Police Officer Lillian Davis; Police & Firefighters Retirement and Relief Board of the District of Columbia; Neuro-Cognitive and Psychiatric Disability and Retirement of the Respondent Officer; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified As Expert Witness).

2000: United States v. Lionel Avent; Superior Court of the District of Columbia; Burglary II, Violation of the Bail Reform Act; Witness for the Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

*C. Richard Filson, Ed.D.*
*Forensic Experience*

2000: United States v. Michael Martin; Superior Court of the District of Columbia; Attempted Second Degree Child Sexual Abuse; Witness for the Defense; Pre-Sentencing and treatment Recommendations; (Report Accepted by the Court).

2000: United States v. James Whitfield; Superior Court of the District of Columbia; Unlawful Distribution of a Controlled Substance ;Witness for the Defense; Competency to Stand Trial;  (Report Accepted by the Court).

2000: United States v. Raghib Harris; Superior Court of the District of Columbia; Sexual Assault; Witness for the Defense; Competency to Stand Trial; (Qualified as Expert Witness).

2000: In Re.: Metropolitan Police Officer Cynthia Adams; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric Disability and Retirement of the Respondent; Witness for Petitioner Agency - Metropolitan Police Department; (Qualified as Expert Witness).

2000: In Re.: United States Secret Service Officer James Adenhart; Police & Firefighters Retirement and Relief Board of the District of Columbia; Neuro-psychiatric Disability and Retirement of the Respondent; Witness for Petitioner Agency - United States Secret Service; (Qualified as Expert Witness).

2000: In Re.: Metropolitan Police Officer Michael Nicholl; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric Disability and Retirement of the Respondent; Witness for Petitioner Agency - Metropolitan Police Department; (Qualified as Expert Witness).

2000: In Re.: Metropolitan Police Officer Donald Roy; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2001: United States v. Pierre Huggins; Superior Court of the District of Columbia; Assault with Intent to Rob; Pre-Sentencing and Treatment Recommendations; Witness for Defense; (Report Accepted by the Court).

2001: In Re.: United States Park Police Sergeant William Wolz; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - United States Park Police, Washington, DC; (Qualified as Expert Witness).

*7*

*C. Richard Filson, ED.D.*
*Forensic Experience*

2001: In Re.: Metropolitan Police Sergeant Patricia Bush; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2001: In Re.: Metropolitan Police Officer Dawn Peterson; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2001: United States v.Terrell Andrews; Possession with Intent to Distribute; Superior Court of the District of Columbia; Witness for Defense; (Report Accepted by the Court).

2001: United States v. Gerald Williams; Possession with Intent to Distribute; Superior Court of the District of Columbia; Witness for Defense; (Report Accepted by the Court).

2001: United States v. Roamus Harrison; Aggravated Assault While Armed, First Degree Burglary While Armed, Carrying a Dangerous Weapon, Destruction of Property; Superior Court of the District of Columbia; Witness for Defense; (Report Accepted by the Court.

2001: United States v. Mark Twersky; Distribution of Ecstasy; United States District Court for the District of Columbia; Witness for Defense; (Report Accepted by the Court).

2001: In Re.: Metropolitan Police Officer Samuel Howard; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC;(Qualified as Expert Witness).

2001: In Re.: Metropolitan Police Officer Denese Williams; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2001: In Re.: Metropolitan Police Officer Efram Cruz; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

*8*

*C. Richard Filson, ED.D.*
*Forensic Experience*

**2001: United States v. James Boileau; Murder in the Second Degree; Superior Court of the District of Columbia; Witness for Defense;(Report Accepted by the Court).**

**2001: State of Maryland v. Jordan Blaylock; Circuit Court for Montgomery County Maryland; Violation of Probation; Witness for Defense - Sentencing Recommendations; (Report Accepted by the Court).**

**2001: In Re.: Metropolitan Police Officer Vance Warren; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2001: In Re.: Alain Bobongo, Solange Koud, Anthony Bobongo; United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Qualified as Expert Witness).**

**2001: Charles Lease v. Sears Roebuck Corporation; Discrimination due to Psychiatric Disability; United States District Court for the Eastern District of Maryland; Witness for Plaintiff; (Qualified as Expert Witness for Deposition).**

**2002: State of New Jersey v. John Fuller; Morris County Superior Court (NJ); Distribution of Controlled Substances; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2002: In Re.: Metropolitan Police Officer Emiliana Rodriguez; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2002: In Re.: Metropolitan Police Officer Jim Norris; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2002: United States v. Lawrence Murphy; First Degree Murder - 1 count; Superior Court of the District of Columbia; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

*C. Richard Filson, Ed.D.*
*Forensic Experience*

**2002: Maryland v. Amy Cooksey; Rape Second Degree Force (2 Counts) and Child Abuse: Custodian (2 Counts); Circuit Court of Charles County Maryland; Witness for Defense - Pre-Sentencing Recommendations;(Report Accepted by the Court).**

**2002: Javier Saldanha v. United States Secret Service; Merit Systems Protection Board; Termination of Employment; Witness for Plaintiff; (Qualified as Expert in Deposition).**

**2002: In Re.: Metropolitan Police Officer Kia Brown; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC (Qualified as Expert Witness).**

**2002: State of Maryland v. Randolph Savoy; Armed Robbery; Circuit Court of Charles County, Maryland; Presentencing Recommendations; Witness for Defense; (Report Accepted by the Court).**

**2002: United States v. Antoine Price; Murder in the Second Degree While Armed; Superior Court of the District of Columbia; Witness for Defense; Presentencing Recommendations; (Report Accepted by the Court).**

**2002: United States v. Suni Ham; Assault While Armed (Gun); Superior Court of the District of Columbia; Witness for Defense; Presentencing Recommendations; (Report Accepted by the Court).**

**2002: In Re.: Metropolitan Police Officer Antoinette Mattison-Moore; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2002: In Re.: Metropolitan Police Lieutenant Edith Pierce; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2002: In Re.: District of Columbia Fire Department Lieutenant Charles Redding; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Fire Department, Washington, DC; (Qualified as Expert Witness).**

*C. Richard Filson, Ed.D.*
*Forensic Experience*

2002: United States v. Jack McKinney; Armed Robbery; Superior Court of the District of Columbia; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

2002: United States v. Daniel Adams; First Degree Murder; Superior Court of the District of Columbia; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

2002: United States v. Maurice Davis; Escape, Burglary II, BRA Violation (2 Counts); Superior Court of the District of Columbia; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

2002: United States v. Bernard A. Brown, Jr; Robbery; Superior Court of the District of Columbia; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

2002: In Re.: Ashraf Alsadat Javadzadeh Ahmadi; Deportation and Request for Political Asylum Hearing; United States Immigration Court; Witness for Respondent; (Report Accepted by the Court).

2002: United States v. Jonathan Kobrin; Possessions with the Intent to Distribute Cocaine; Superior Court of the District of Columbia; Witness for Defense; (Report Accepted by the Court).

2002: Maryland v. Margery Landry; Possession of an unregistered weapon, Assault, Breaking and Entering; Circuit Court of Montgomery County Maryland; Witness for Defense; Pre-Sentencing Recommendations; (Qualified as Expert Witness).

2003: In Re.: Metropolitan Police Officer Jeffrey Allen (Remand by the District of Columbia Court of Appeals; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2003: United States v. Steven Robinson; First Degree Murder While Armed (Premeditated); Superior Court of the District of Columbia; Witness for Defense; Competency to Waive Miranda Rights; (Qualified as Expert Witness).

2003: United States v. Michael Bland; Superior Court of the District of Columbia; Rape, Kidnapping; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

*C. Richard Filson, ED.D.*
*Forensic Experience*

**2003: United States v. Sheldon Quick; Superior Court of the District of Columbia; Carjacking and Unauthorized Use of a Motor Vehicle; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2003: United States v. Kenneth Andrew Jackson; Superior Court of the District of Columbia; Felony Threats; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2003: United States v. Derrick Jenkins; Superior Court of the District of Columbia; Assault With A Dangerous Weapon (Knife); Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2003: United States v. Clide Partee; Superior Court of the District of Columbia; Possession with Intent to Distribute Cocaine; Witness for Defense; Competency to Stand Trial; (Report Accepted by the Court).**

**2003: United States v. Melvin Richardson; Superior Court of the District of Columbia; Aggravated Assault (motor vehicle); Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2003: United States v. Alfred Wade-Simmons; Superior Court of the District of Columbia; Armed Robbery; Witness for Defense; Competency to Stand Trial Competency and Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2003: United States v. Marlon Shields; Superior Court of the District of Columbia; Assault with a Deadly Weapon (Gun) 2 Counts; Witness for Defense; Mental Status at the time of Plea and Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2003:In Re.: Metropolitan Police Officer Romoulda Prillman; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC;(Qualified as Expert Witness).**
**2003:In Re.: Metropolitan Police Officer Diane Keener; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2003:In Re.: Metropolitan Police Officer Tajuana Cabell-Davis; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and**

*12*

*C. Richard Filson, ED.D.*
*Forensic Experience*

retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Reported Accepted by the Board).

2003: In Re.: Juan-Pablo Lopez-Cruz; United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Qualified as Expert Witness).

2003: United States v. Julius G. Murphy; Superior Court of the District of Columbia; Attempted Possession With the Intent to Distribute Cocaine; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

2003: United States v. Frederick Jenkins; Superior Court of the District of Columbia; Assault with a Deadly Weapon (one count); Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).

2003: United States v. Patrick Murphy; United States District Court for the Eastern District of Maryland; Illegal Possession of Weapons, Reckless Driving; Witness for Defense; Mental Status at the Time of Offense and Competency to Stand Trial; (Report Accepted by the Court).

2003/4: United States v. Ben Barbot; United States District Court for the Eastern District of Virginia; Copyright Infringement; Fraud, Money Laundering; Witness for Defense; Mental Status at the Time of the Offense and Pre-Sentencing Recommendations; (Qualified as Expert Witness).

2003:In Re.: Metropolitan Police Detective Dwayne Stanton; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2003: United States v. Zachary Henderson; Superior Court of the District of Columbia; Armed Robbery; Witness for Defense; Mental Status at the Time of the Offense, Competency to Stand Trial and Pre-Sentencing Recommendations; (Report Accepted by the Court).

2003: United States v. DeMaris Montgomery; Superior Court of the District of Columbia; Second Degree Murder; Witness for Defense; Competency to Stand Trial; (Report Accepted by the Court).

*C. Richard Filson, ED.D.*
*Forensic Experience*

**2003/4: United States v. Timothy Wiggins; Superior Court of the District of Columbia; Second Degree Murder; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2004: In Re.: Metropolitan Police Officer Camille Senn; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2004: In Re.: Metropolitan Police Officer Stephanie Magee; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2004: In Re.: Metropolitan Police Officer Duane D. Smith; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).**

**2004: In Re.: Pauline Womo: United States Immigration Court; Deportation and Request for Political Asylum Hearing; Witness for Respondent; (Qualified as Expert Witness).**

**2004: United States v.Charles Payne; Superior Court of the District of Columbia; Escape and Violation of Bail Reform Act; Witness for Defense; Pre-Sentencing Recommendations; (Report Accepted by the Court).**

**2004: United States v. Kwame Blakely; Superior Court of the District of Columbia; Assault with Intent to Kill While Armed; Witness for Defense; Competency to Stand Trial; (Report Accepted by the Court).**

**2004: Ferguson v. Singletary; United States District Court Southern District of Florida; Competency for Federal Habeas Corpus Hearing; Witness for Defense;(Qualified as Expert Witness).**

**2004: United States v. Abdolhussein Hafizi; Superior Court of the District of Columbia; Misdemeanor Sex Offense (2 Counts); Witness for Defense; Pre-Sentencing Recommendations;(Report Accepted by the Court).**

**2004: In Re.: Metropolitan Police Officer Tracee Rucker; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric**

*14*

*C. Richard Filson, ED.D.*
*Forensic Experience*

disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2004/5: In Re.: Metropolitan Police Officer Ralph Shumac; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2004/5: In Re.: Metropolitan Police Officer Byron Carrington; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2004/5: In Re.: Metropolitan Police Officer Robert Byrd; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: In Re.: Metropolitan Police Lieutenant Pamela Simms; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: In Re.: Metropolitan Police Lieutenant Thurston Genies; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: In Re.: District of Columbia Firefighter Chad Leach; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: In Re.: Metropolitan Police Officer Bryant Washington; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding

*C. Richard Filson, ED.D.*
*Forensic Experience*

psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: In Re.: Metropolitan Police Officer Lavelle Porter; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: In Re.: Metropolitan Police Officer Rodney Wilson; Police & Firefighters Retirement and Relief Board of the District of Columbia; Re-hearing of the case regarding psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2005: United States v. Jacqueline Briggs, United States District Court for Maryland (Southern Division); Felony Theft of US Mail; Witness for Defense; Pre-Sentencing Recommendations; (Qualified as Expert Witness).

2005: United States v. Gary Mitchell; United States District Court for Maryland (Northern Division); Bank Robbery; Pre-Sentencing Recommendations; Witness for Defense; (Qualified as Expert Witness).

2005: United States v. Loran Cooper; United States District Court for Maryland (Northern Division); Bank Robbery; Pre-Sentencing Recommendations; Witness for Defense; (Reported Accepted by the Court).

2005: United States v. Shirley Nichols; United States District Court for Maryland (Northern Division); Conspiracy to Distribute Controlled Substance; Pre-Sentencing Recommendations; Witness for Defense; (Report Accepted by the Court).

2005: United States v. Aaron Speed; United States District Court for Maryland (Northern Division): Conspiracy to Commit Arson; Pre-Sentencing Recommendations; Witness for Defense; (Report Accepted by the Court).

2006: In re: Laura Mason; Superior Court for the District of Columbia; Intervention Proceeding - Competency and Guardianship; Witness for Petitioner; (Qualified as Expert Witness).

*C. Richard Filson, ED.D.*
*Forensic Experience*

2006:In Re.: Metropolitan Police Officer Tymia Prince-Wiseman; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2006: In Re.: Metropolitan Police Officer Juan Johnson; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2006: In Re.: Metropolitan Police Officer Jesse Strange; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2006: In Re.: DC Fire Department Firefighter Matthew Runyon; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2006: In Re.: Metropolitan Police Officer Dennis Spaulding; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2006: In Re.: Metropolitan Police Officer Doris Brown; Police & Firefighters Retirement and Relief Board of the District of Columbia; Psychiatric disability and retirement of the respondent; Witness for Petitioner Agency - District of Columbia Metropolitan Police Department, Washington, DC; (Qualified as Expert Witness).

2006: Commonwealth of Virginia v Mustafa Mohammed; Alexandria Va Circuit Court; Malicious Wounding, Assault; Mental Status at the Time of the Offense & Sentencing Recommendations in a Stipulated Not Guilty By Reason of Insanity Plea; Witness for Defense; (Report Accepted by the Court).

## C. RICHARD FILSON, Ed.D.
### Licensed Psychologist

## PAPERS PRESENTED

**June 1975:**

The Hahnemann Medical College, Philadelphia, Pennsylvania; Department of Psychiatry Consultation-Liaison Grand Rounds
"Psychological Aspects of Acute Myocardial Infarction and Intensive Care Therapy"

**October 1975:**

The Washington Hospital Center, Washington, D.C.; Psychiatric and Nursing Grand Rounds
"Psychological Aspects of Intensive Care"

**1977 - 1980:**

The George Washington University Medical Center Affiliated Teaching Hospitals Metropolitan Washington, D.C.
"Clinical Organ Procurement for Transplantation"
Participated in approximately 75 lectures for professional staff in 12 affiliated hospitals

**May 1978:**

The George Washington University Medical Center, Washington, D.C.; Co-Presenter, Department of Medicine Grand Rounds
Renal Transplantation: Update, 1978"

**July 1978:**

WAMU Radio The American University, Washington, D.C.
"Kidney Donation and Renal Transplantation"

**January 1979:**

The University of Mississippi School of Medicine and the Southeastern Organ Procurement Foundation Quarterly Conference, Jackson, Mississippi.
"Psychological Aspects of Cadaver Organ Donation: A study of the Donor Family"

**April 1979:**

The George Washington University Medical Center, Washington, D.C.; Division of Renal Diseases Grand Rounds
"Psychological Aspects of Cadaver Organ Donation: A study of the Donor Family"

**June 1979:**

The Walter Reed Army Medical Center, Washington, D.C.; Department of Surgery, Division of Renal Transplantation
"Psychological Aspects of Cadaver Organ Donation: A study of the Donor Family"

**December 1980:**

*1*

*C. Richard Filson, ED.D.*
*Papers Presented*

**The American Association of Nephrology Nurses and Technicians, Delaware Valley Chapter,**
> **Philadelphia, Pennsylvania; Regional Conference**
> **"The Current Status of Clinical Renal Preservation in Transplantation"**

**August 1981:**
**The Milton S. Hershey School of Medicine of the Pennsylvania State University, Hershey,  Pennsylvania; Department of Surgery, Division of Renal Transplantation**
> **Director and Primary Instructor of Three-Day Symposium**
> **" Renal Preservation"**

**August 1981:**
**The Hahnemann Medical College, Philadelphia, Pennsylvania; Department of Surgery, Division of Renal Transplantation**
> **Director and Primary Instructor of Two-Day Symposium**
> **"Renal Preservation"**

**November 1981:**
**The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C., John F. Marr  Division, Psychology Branch Departmental Conference**
> **"Psychological Aspects of Cadaver Organ Donation:**
> **A Study of the Donor Family"**

**March 1982:**
**The National Capitol Kidney Foundation, National Capital Area Chapter, Washington, D.C.;  Yearly Scientific Symposium Director and Moderator:**
> **"Current Psychological Concerns in Dialysis and Transplantation"**
> **Presenter: "Ego Regression in the Chronic Hemodialysis Patient"**

**April 1982:**
**The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.;**
> **John F. Marr Division, Psychology Branch Departmental Conference**
> **"Ego Regression in the Chronic Hemodialysis Patient"**

**May 1982:**
**The George Washington University Medical Center, Washington, D.C.; Division of**
> **Renal Diseases Grand Rounds**
> **"Current Psychological Issues in Chronic Hemodialysis"**

**July 1982:**
**The Georgetown University Medical Center, Washington, D.C.; Department of Surgery, Division of  Renal Transplantation, Departmental Conference**
> **"Psychological Aspects of Renal Transplantation"**

**August 1982:**
**The Greater Southeast Community Hospital, Washington, D.C.; Department of**

*C. Richard Filson, ED.D.*
*Papers Presented*

Medicine, Acute Dialysis Unit—Unit Conference
"Sexual Dysfunction in Renal Failure Patients"

**December 1982:**
The George Washington University Graduate School of Education and Human Development; Doctoral Program in Counseling
"The DSM-III in Counseling and Psychotherapeutic Practice"

**January 1983:**
The George Washington University Graduate School of Education and Human Development; Doctoral Program in Counseling
"Psychoanalytic Group Psychotherapy—An Overview of Theory and Practice

**February 1983:**
The Alexandria Dental Society, Alexandria, Virginia
"Temporomandibular Joint Dysfunction: Psychological Correlates of a Dental Syndrome"

**July 1983:**
The Georgetown University Medical Center, Washington, D.C.;
Department of Psychiatry - Psychosomatic Medicine Conference
"The Psychological Evaluation of Donor-Recipient Pairs for Living Related Renal Transplantation"

**September 1983:**
The Alexandria Hospital, Alexandria, Virginia; Department of Internal Medicine, Section of Infectious Diseases Conference
"Psychological Sequella of Acquired Immune Deficiency Syndrome"

**February 1984:**
The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.; Richardson Division, Psychology Branch Academic Conference
"Current Psychological Issues in Chronic Hemodialysis"

**June 1984:**
The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.;                Godding/Noyes Division Grand Rounds
"White House Cases: Psychiatry and the Secret Service"

**July 1984:**
The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.; Richardson Division Grand Rounds
"White House Cases: Psychiatry and the Secret Service"

**July 1984:**
The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.;

*3*

*C. Richard Filson, Ed.D.*
*Papers Presented*

> **O'Malley Division Grand Rounds**
> > **"White House Cases: Psychiatry and the Secret Service"**

**February 1985:**
> **The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.;**
> **Richardson Division, Psychology Department Conference**
> > **"Psychological Characteristics of Individuals with AIDS-Related Concerns"**

**March 1985:**
> **The Georgetown University Medical Center, Washington, D.C.;**
> **Transplantation Division Grand Rounds**
> > **"Psychological Dimensions of Organ Donor Families"**

**April 1985:**
> **Centers for Disease Control, First International Conference on AIDS, Atlanta, Georgia**
> > **"Psychological Characteristics of Individuals with AIDS-Related Concerns"**

**May 1985:**
> **American Psychiatric Association, Annual Meeting, Dallas, Texas**
> > **"Violent Crime Arrests in Former White House Cases"**

**September 1985:**
> **Fauquier County Hospital, Warrenton, Virginia; Transplantation Grand Rounds**
> > **"Psychological Dimensions of Organ Donor Families"**

**September 1985:**
> **The Washington Hospital Center, Washington, D.C.; Dialysis and Transplant Training Program**
> > **"Psychological Issues in Dialysis and Transplantation"**

**January 1986:**
> **The National Institute of Mental Health, Saint Elizabeth's Hospital, Washington, D.C.;**
> **Richardson Division Grand Rounds**
> > **"Atypical Presentation in a Case of Multiple Personality"**

**January 1986:**
> **The Georgetown University Medical Center, Washington, D.C.; Department of Psychiatry Grand Rounds**
> > **"Psychological Characteristics of Individuals with AIDS-Related Concerns"**

**February 1986:**
> **Fairfax Hospital, Fairfax, Virginia; Transplantation Grand Rounds**
> > **"Psychological Dimensions of Organ Donor Families"**

**February 1986:**
> **Cable News Network (CNN) Television News Feature**
> > **"Psychological Aspects of AIDS"**

**June 1986:**
> **The Second International Conference on Acquired Immune Deficiency Disorder; L'Institut Pasteur, Paris,**

*C. Richard Filson, Ed.D.*
*Papers Presented*

"Individual Psychotherapy With Persons With AIDS-Related Concerns"

**February 1987:**

NIMH / Saint Elizabeth's, Hospital, Richardson Division, Washington, D.C.
"Psychiatric Aspects of AIDS"

**April 1987:**

NIMH / Saint Elisabeth's, Hospital, Richardson Division, Washington, D.C.
"Medical-Legal Aspects of the Treatment of AIDS in the Public Psychiatric Hospital"

**June 1987:**

Georgetown University Medical Center, Washington, D.C.; Department of Psychiatry Grand Rounds
"The Effects of Short-Term Hospitalization on Borderline Patients"

**June 1987:**

American Psychiatric Association Annual Meeting, Chicago, Illinois
"Individual Psychotherapy With Persons with AIDS-Related Concerns"

**June 1987:**

American Psychiatric Association Annual Meeting, Chicago, Illinois
"Violent Crime Arrests and Paranoid Schizophrenia:
  The White House Case Studies"

**October 1988:**

American Academy of Law and Psychiatry, 19th Annual Meeting,
San Francisco, California
"Violent Crime Arrest Rates:  Psychotic Patients and Controls"

**March 1989:**

District of Columbia Bar Association, Training Symposium—Mental Health Law, Washington, D.C.
"Perspectives of a Member of the Commission on Mental Health"

**May 1990:**

Sibley Memorial Hospital—Symposium on Sleep Disorders, Washington, D.C.
"Behavioral Aspects of Sleep Disorders"

**June 1990:**

National Rehabilitation Hospital, Department of Neuropsychology Lecture Colloquium Series, Washington, D.C.
"The Neuropsychological and Determinations of Competency"

**June 1990:**

Sibley Memorial Hospital, Sibley Senior Association, Washington, D.C.
"Stress—Where It Comes From & What One Can Do About It"

**May 1991:**

National Rehabilitation Hospital, Washington, D.C.
"Civil Commitment and the Neuropsychologist"

**May 1991:**

*C. Richard Filson, Ed.D.*
*Papers Presented*

  Department of Social Services, Georgetown University Hospital, Washington, D.C.
   "Civil Commitment in the District of Columbia"

October 1991 and 1992:
  Pharmaceutical Manufacturers Association, Education and Research Institute
  Washington, D.C.
   "Memory Functions in Normal Aging and Cognitive Decline"

December 1991:
  Sibley Memorial Hospital, Department of Psychiatry Academic Conference,
  Washington, D.C.
   "The Clinical Determination of Competency"

April 1993:
  District of Columbia Bar Association, Training Symposium on Mental Health Law,
  Washington, D.C.
   "Clinical Issues Related to Decision Making on the Mental
    Health Commission"

February 1995:
  District of Columbia Bar Association, Training Symposium on Mental Health Law,
  Washington, D.C.
   "Clinical Issues Related to Decision Making on the Mental Health
   Commission"

April 1995:
  Washington Lawyers' Committee for Civil Rights and Urban Affairs, Washington,
  D.C.
   "Direct and Cross-Examination of the Mental Health Expert Witness"

November, 2000:
  The 36th Annual Deborah T. Creek Criminal Practice Institute/Appellate Practice
  Institute Conference - Washington, D.C.
   "Assessing Defendants Competency to Waive Miranda Rights"

February, 2001:
  The George Washington Inn of Courts, Washington, DC
   "Retaining and Voir Dire of the Mental Health Expert Witness"

May, 2001:
  The Johns Hopkins University School of Hygiene and Public Health
  Baltimore Maryland  - The Anna  Baetjer Lecture
   "Providing Mental Health Services to Public Safety Staff"


May, 2002:
  The Johns Hopkins University School of Hygiene and Public Health
  Baltimore, Maryland - The Anna Baetjer Lecture
   "Providing Mental Health Services to Public Safety Personnel"

*C. Richard Filson, Ed.D.*
*Papers Presented*

**June, 2002:**

> **The Public Defender Service of the District of Columbia, Washington, DC**
> **Summer Criminal Defense Training Curriculum:**
> > **"Competency to Waive Miranda Rights"**

**October, 2003:**

> **Georgetown University Medical Center - Washington, DC**
> **Disaster Mental Health Training Curriculum**
>
> > **"The Assessment and Treatment of Trauma Related Conditions**
> > **In First Responders"**

# C. RICHARD FILSON

Suite 304 A, 4300 Montgomery Avenue, Bethesda, MD, 20814 - (301) 652-6260
P.O. Box 40709, Washington, DC, 20016 - 0709 - (202) 333-5670

## *CURRICULUM VITAE*

## *EDUCATION*

**National Institute of Mental Health/St. Elizabeths Hospital, Washington, D.C.**
*Residency in Clinical Psychology*     September 1981 - September 1982

One year residency with specialty concentrations in adult outpatient and forensic practice and curriculum in neuropsychological assessment

**Mercy Catholic Medical Center of Southeastern Pennsylvania, Philadelphia, PA**
*Internship in Clinical Psychology*     July 1980 - July 1981

One year general adult rotating internship with the following areas of concentration: inpatient and outpatient psychiatric services, medical-surgical consultation team, psychiatric emergency room, individual, group and family psychotherapy, psycho-diagnostic assessment, and a full didactic curriculum including seminars and individual supervision in each clinical area.

**The George Washington University, Washington, D.C.**
*Doctor of Education*, May 1982
**Counseling/Clinical Psychology**

*Dissertation: "Ego Regression in the Chronic Hemodialysis Patient"*

**Rutgers - The State University of New Jersey, Camden, NJ**
*Baccalaureate of Arts with Honors*, June 1974
**Biology**

## *PROFESSIONAL LICENSES*

*Commonwealth of Pennsylvania* - Psychologist - No. PS-007869-L
*District of Columbia* - Psychologist - No. PSY1266
*State of Maryland* - Psychologist - No. 1682

## *PROFESSIONAL EXPERIENCE*

**United States Department of State**

C. RICHARD FILSON                                                                    Page 2

Office of Medical Services/Mental Health Service
Washington, DC
2005 - Present

Conduct diagnostic psychological and neuropsychological assessments and medical and security clearance related clinical evaluations; Assist in the provision of clinical care to patients medically evacuated from U.S. Embassies and Missions.

Assist in the development of the service's capabilities for additional methods of diagnostic assessment; Provide analyses and recommendations to the Chief of Service regarding policy and clinical practice issues and their implementation; Collaborate in the establishment of a Fitness for Duty Program for Diplomatic Security; Render assistance to the Chief of Service as requested on other administrative and clinical issues; Serve as expert witness on matters pertaining to various aspects of employment and security related law on behalf of the Department; Provide training to medical staff and serve as Instructor on Domestic Protective Detail/Mental Health Issues in the Diplomatic Security Training Center.

Superior Court of the District of Columbia, Washington, D.C.
*Member, Mental Health Commission*
1987-Present

First psychologist appointed as *Member, Mental Health Commission*. Co-preside with the Mental Health Magistrate Judge over the Court's civil commitment hearings on a rotational basis; Make the judicial determination of presence of mental illness and dangerousness in respondents; Provide judicial orders for the release of those individuals not meeting statutory criteria and other judicial recommendations for civil commitment for those respondents who meet the required legal standard.

Private Practice in Adult Psychology        Washington DC, Maryland, Pennsylvania
1983-Present

Perform diagnostic psychological and neuropsychological assessment and consultation to a broad variety of psychiatric and medical/surgical inpatients and outpatients;

Perform forensic evaluations and provide expert witness testimony in local, state and federal courts in criminal and civil matters.

Consult to various disability insurance carriers, universities, hospitals, local and federal government agencies with respect to conducting independent expert evaluations of clients and providing opinions relating to recommendations about fitness for duty, workplace violence, reasonable accommodation, and disability.

Provide inpatient and outpatient treatment, with a special interest in patients with acute, life threatening and chronic medical conditions.

Police and Fire Clinic, Washington, DC
2004 - Present  *Consulting Psychologist*
2001- 2004  *Coordinator, Occupational Behavioral Health*
1997 - 2001  *Staff & Consulting Psychologist*

Coordinated and managed the behavioral health services for sworn members of the following public safety agencies: U.S. Secret Service Uniformed Division, U.S. Park Police, Metropolitan Police Department (Washington, DC), and the District of Columbia Fire Department.

Oversaw the operations of the behavioral health service to include all clinical services, the development and implementation of administrative policies and clinical treatment protocols; Assured compliance with all HIPPA, State and Federal laws, and other professional ethics or organizational regulations; Established goals for the continuing quality improvement and case management programs for the service; Provided consultation regarding occupational behavioral health issues to clinic, hospital and agency management.

Developed and delivered executive briefings and plans for administrative action to senior agency officials; Assisted in the preparation of testimony for officials before governmental authorities; Provided technical assistance and co-authored relevant sections of a response to the request for proposal for the renewal of the master contract.

Provided direct patient care to include psychological and neuropsychological assessment, individual treatment, 24 hour emergency consultation, crisis management (including on 9/11/2001 and thereafter in periods of heightened national and local security), and critical incident intervention.

Taught medical students, internal medicine residents and fellows in occupational medicine from the following programs: Georgetown University School of Medicine, The Washington Hospital Center and Johns Hopkins University Schools of Medicine and of Public Health and Hygiene.

As a consultant, perform neuropsychological, disability retirement, and other forensic evaluations, and provide expert witness testimony for disability hearings, disciplinary trial boards and in local and federal courts when indicated.


National Institute of Mental Health/St. Elizabeths Hospital, Washington, D.C.
*Clinical Psychologist*, 1982-1987

Served as Project Officer, Special Clinical Psychology Externship Program for the U.S. Secret Service Intelligence Division, based at the NIMH/St. Elizabeths Hospital. Conducted research as co-investigator, NIMH Intramural Research Division in collaboration with the U.S. Secret Service, on studies involving the prediction of violent risk factors in patients designated as *White House Cases*. Served as supervisory psychologist in the APA-approved clinical psychology internship program in the area of diagnostic psychological and neuropsychological assessment. Functioned as a staff clinical psychologist and acting chief clinical psychologist within Richardson Division, St. Elizabeths Hospital.

Private Practice in Health Care Consulting, Washington, D.C.
1982-1996

1996: As a consultant to MAXIMUS, Inc., performed the following tasks for the District of Columbia, Department of Human Services, Commission on Mental Health Services:

Researched and co-authored a $30 million combined request for proposal to: take over or redesign the Commission's management information system to support operation of all clinical and administrative functions of an acute psychiatric hospital and its affiliated mental health centers; and provide all medical billing services to include benefits eligibility determinations, applications and collections activity. Provided technical expertise on compliance with appropriate statutory and regulatory requirements established by Medicare, Medicaid, HCFA, and JCAHO. Assisted in the development and implementation of additional RFPs for services and programs in the following areas: psychiatry residency training, mental health advocacy, child and forensic psychiatry staffing, and the privatization of select non-clinical services.
Consulted with the Deputy Commissioner of Mental Health Services and senior MAXIMUS staff on funding issues and the administrative implementation of these projects.

1982-1996: Developed various health and mental health educational programs for medical and legal professionals, para-professionals and the general public. Activities included participation in regional, national and international conferences; presentations at medical center grand rounds, professional forums and continuing education seminars; appearances on radio and television broadcasts; and the implementation of public education programs.

1983-1984: Served as technical consultant to the U.S. House of Representatives, Committee on Science and Technology, Subcommittee on Investigations and Oversight for the development and enactment of *HR. 40-80*, the *National Organ Transplant Act*.

The George Washington University Medical Center, Washington, D.C.

*Surgical Transplant Coordinator*, 1977-1980

Developed and directed a program of seven affiliated hospitals involved in the retrieval of human organs for transplantation.   Developed and served as co-director of the renal preservation laboratory.  Developed the program's initiatives involving the national and international sharing of transplantable human organs.  Developed and directed the program's public affairs and education efforts, including appearances on radio and television and liaison with the media and national organizations.  Served as Secretary of the Medical Center Committee on Dialysis and Transplantation, participating in executive decision making related to the program.  Performed clinical duties of surgical physicians assistant on the renal transplant service.

## PUBLICATIONS

Filson, C.R.,Tartaglia, C., *et al*. "Psychological Characteristics of Individuals with AIDS-Related Concerns," *Proceedings of the First International Conference on AIDS*, Atlanta: Centers for Disease Control, Department of Health and Human Services, April, 1985.

Filson, C.R., Tartaglia, C., *et al*. "Individual Psychotherapy with Persons with AIDS-related Concerns," *Proceedings of the Second International Conference on AIDS*, Paris: L'Institut Pasteur, June, 1986.

Geise, A. Leibenluft, E., Filson, C.R., *et al*. "The Effect of Borderline Personality Disorder on the Hospital Course of Affective Illness," *Hospital and Community Psychiatry*, 41, (9), 1990, pp.988-993.

Shore, D., Filson, C.R.,  *et al*."White House Cases: Psychiatric Patients and the Secret Service," *American Journal of Psychiatry*, 142, (3), 1985, pp.308-312.

Shore, D., Filson, C.R., *et al*. "Violent Crime Arrests and Paranoid Schizophrenia: The White House Case Studies," *Schizophrenia Bulletin*, 14, (2), 1988, pp.279-281. Shore, D., Filson, C.R., *et al*. "Murder and Assault Arrests of White House Cases: Clinical and Demographic Correlates of Violence Subsequent to Civil Commitment," *American Journal of Psychiatry*, 146, (5), 1989, pp.645-651.

Shore, D., Filson, C.R., *et al*. "Violent Crime Rates of White House Case Subjects and Matched Control Subjects," *American Journal of Psychiatry*, 147, (6), 1990, pp. 746-750.

C. RICHARD FILSON                                                    Page 6

*PAPERS PRESENTED*      See Attached Appendix

*FACULTY APPOINTMENTS*

**Georgetown University School of Medicine, Washington, D.C.**
*Clinical Instructor of Psychiatry (1982-1989)*
*Clinical Assistant Professor of Psychiatry (1989-1993)*
*Clinical Associate Professor of Psychiatry (1993-Present)*

*Director of Outpatient Clinical Services & Residents' Clinic (2004-2005)*
*Department of Psychiatry, Georgetown University Hospital*
**Georgetown University School of Law, Washington, D.C.**
*Adjunct Professor of Law (1993-2003)*

*HOSPITAL MEDICAL STAFF APPOINTMENTS*

**Georgetown University Hospital, Washington, D.C.**
**Providence Hospital, Washington, D.C.**
**Sibley Memorial Hospital, Washington, D.C.**
**Washington Hospital Center, Washington, D.C.**

*PROFESSIONAL MEMBERSHIPS*

**American Psychological Association**
Division 18 - Psychologists in Public Service
Division 40 - Neuropsychology
Division 41 - Psychology & Law Society

**National Academy of Neuropsychology**

**International Neuropsychological Society**