# C. RICHARD FILSON, ED.D.

Licensed Psychologist

P.O. Box 40709
Palisades Station
Washington, DC 20016-0709

(202) 333-5670

District of Columbia No. PSY 1266
Maryland No. 1682

Suite 304A
4300 Montgomery Avenue
Bethesda, MD 20814

(301) 652-6260

November 30, 2006

Mr. Patrick Regan, Esq.
Regan, Zambri, Long, PLLC
Suite 350
1919 M Street NW
Washington, DC, 20036

Re: Hunter Dawkins

Dear Mr. Regan:

    Thank you for having retained me as an expert in Mr. Dawkin's case. I am writing briefly at this point to convey the evaluation and treatment provided to date and my opinion as to his diagnosis and treatment needs now and those which are likely for the future.

    I evaluated Mr. Dawkins on November 10, 2006 and today. This evaluation to date has included the following: a review of the voluminous medical records from his treatment to include: District of Columbia EMS record, the entire record of his hospitalizations at the Washington Hospital Center, the National Rehabilitation Hospital, the Outpatient Center of the National Rehabilitation Hospital, Audiology and Ophthalmology consultations and evaluations, Quest Program and affiliated providers of Methodist Hospital and all related rehabilitation programs, those of William S. Cook, MD his treating psychiatrist in Mississippi, the preliminary life care plan authored by Ms. Reaves, and Mr. Dawkins' academic records and transcripts from Catholic University of America. I also met with Mr. Dawkins for more than two hours on November 10, 2006 and for another two hours today performing a standard diagnostic interview, conducting behavioral observations and performing a standard mental status examination.

    In this brief preliminary report I am not going to review his extensive and complicated trauma history as you are already thoroughly familiar with it. As you know he suffered multiple severe and life threatening traumatic injuries on April 16, 2005 the result of a motor vehicle accident. He has required more than one and one half years of care since that time beginning with his admission to the Level I shock trauma center of the Washington Hospital Center,

*PSYCHOLOGICAL CONSULTATION - CONFIDENTIAL*
*RE.: HUNTER DAWKINS*

through months of physical and brain injury rehabilitation here in Washington with continued treatment in Mississippi. As with most patients with this type of extremely severe head injury, he has developed a serious mood disorder. He has also developed clearly documented changes in personality that include: marked dependency, irritability, explosive outbursts, what we commonly refer to as the behavioral components of a dysexecutive syndrome. He has marked difficulties in monitoring and appreciating his own behavior, of how to interact with other persons in emotionally charged situations, and an ongoing lack of appreciation and self-monitoring. He has not developed any episodes of alcohol or substance abuse or hypomanic behavior since the accident.

My evaluation to date reveals ongoing cognitive difficulties including speech, and particularly executive dysfunction. He is mildly to moderately depressed and irritable. As you are aware, there was one particularly explosive episode over this past weekend where he punched a glass window. Fortunately, he did not injure himself or another person While apparently provoked, this type of disinhibited behavior is not uncommon in patients with this type of injury. He is not psychotic or hypomanic. He is moderately depressed with depressive ideation and mood, irritability, poor sleep and diminished appetite. I agree with his prior psychiatrist that he clearly has a significant depression which merits treatment. There is no prior psychiatric history before the accident. Most importantly, Mr. Dawkins symptoms at this time include a lack of insight and failure to fully appreciate some of his behavior, as well as his manifesting a continued lack of modulation of behavior. Again, this is common to such head injured patients. He presently declines any psychotropic medication. My working diagnoses at this time are: Mood Disorder secondary to severe closed head injury – moderately severe without psychotic features or hypomania at present (DSM IV TR 293.83) There is most certainly no evidence of malingering, exaggeration of symptoms or other dissimulation as Mr. Dawkins often denies that he has any of the aforementioned difficulties and also minimizes his cognitive deficits.

The treatment plan at the present time is for weekly supportive psychotherapy with close monitoring of his behavior and his mood. I think that he will most likely need to return to his former psychopharmacologic regimen (Zoloft plus Provigil) or other similar medications and may also need a mood stabilizer. I have already made arrangements for psychiatrist-psychopharmacologist treatment. I can admit him as a psychiatric inpatient to my own service at Sibley Hospital or at Georgetown University Hospital (to the teaching service) as I am faculty and attending medical staff at both institutions if we need to do this. He presently affirms his safety, denies suicidality or other intent of self/other harm despite his losses of his girlfriend and the volatile situation with his mother over this past weekend.

Therefore, within a reasonable degree of certainty it is my opinion that Mr. Dawkins, in addition to his other well documented multiple traumatic injuries, has suffered a nearly fatal, catastrophic head injury the result of this MVA. He now has well documented and highly significant ongoing (likely permanent) neurocognitive deficits as well as the aforementioned

PSYCHOLOGICAL CONSULTATION - CONFIDENTIAL
RE.:  HUNTER DAWKINS

neurobehavioral syndromes all of which are the result of this injury and none of which were evident in any fashion prior to this event. His prognosis with respect to the neurobehavioral syndromes is guarded based on his lack of insight. He will need weekly or bi-weekly ongoing psychotherapy and medication management (if accepted) for the foreseeable future and a great deal of support. I will do my best to work with his family.

If you should have any further questions, please feel free to call me.

Sincerely yours,

C. Richard Filson, ED.D.
Licensed Psychologist

3