UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS : | |
|     Plaintiff, : | Case No. 1:05CV02226 |
| v. : | Judge Royce C. Lamberth |
| TULLY CONSTRUCTION CO., INC. : | |
|     Defendant. : | |

### JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

The parties, by and through undersigned counsel, respectfully request that the Court extend for sixty days the remaining discovery deadlines. In support of this Motion, the parties state that under the current discovery schedule the defense expert reports are due to be filed on or before February 4, 2007, and discovery is scheduled to close on May 2, 2007. Due to the recent holiday season, some of the appointments for the Plaintiff to be examined by defense physicians had to be scheduled in late January or early February. Accordingly, the parties are respectfully requesting that the Court extend the remaining discovery deadlines by sixty days.

In further support of this Motion, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

                                                                                             Respectfully submitted,

JORDAN COYNE & SAVITS, LLP        REGAN ZAMBRI & LONG, PLLC

By:      /s/                                    By:      /s/
     James F. Jordan    #6569            Patrick M. Regan    #336107

| | |
|---|---|
| D. Stephenson Schwinn   #358825 | Jacqueline T. Colclough   #434483 |
| Joseph S. Ferretti             #485996 | 1919 M Street, NW |
| 1100 Connecticut Avenue, NW, #600 | Suite 350 |
| Washington, DC  20036 | Washington, DC  20036 |
| PH:   (202) 296-4747 | PH:   (202) 463-3030 |
| FAX:  (202) 496-2800 | FAX:  (202) 463-0667 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Tully Construction Co., Inc.* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of January, 2007, a copy of the foregoing Joint Motion for Extension of Discovery Deadlines, Memorandum of Points and Authorities in support thereof and proposed Order was electronically served by e-mail and was mailed, postage prepaid, to:

> James F. Jordan, Esquire
> D. Stephenson Schwinn, Esquire
> Joseph S. Ferretti, Esquire
> Jordan, Coyne & Savits, LLP
> 1100 Connecticut Avenue, NW, Suite 600
> Washington, DC  20036

                                          /s/
                                      Patrick M. Regan

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS | : |
| Plaintiff, | : |
| | Case No. 1:05CV02226 |
| v. | : |
| | Judge Royce C. Lamberth |
| TULLY CONSTRUCTION CO., INC. | : |
| Defendant. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

1. Under the current discovery schedule established by the Court, the defense expert reports are due to be filed on February 4, 2007.

2. Due to the recent holidays, some of the Plaintiff's examinations by the defense physicians had to be scheduled in late January and early February.

3. Accordingly, the parties are respectfully requesting that the Court extend the deadline for submission of the defense reports until April 1, 2007, and the remaining discovery deadlines by sixty days.

4. Counsel for the parties have discussed have discussed this matter in detail and believe that the additional extension of time will be sufficient for completion of discovery. In fact, the parties are in the process of scheduling depositions of Plaintiff's experts for March and anticipate most, if not all, of the defense experts for deposition in April.

- 2 -

In light of the foregoing, the parties respectfully request that the Court enter the attached Order extending the date for submission of defense expert reports from February 4, 2007 to April 1, 2007 and extending the remaining discovery deadlines for sixty days.

Respectfully submitted,

| JORDAN COYNE & SAVITS, LLP | REGAN ZAMBRI & LONG, PLLC |
|---|---|
| By:  /s/ | By:  /s/ |
| James F. Jordan  #6569 | Patrick M. Regan  #336107 |
| D. Stephenson Schwinn  #358825 | Jacqueline T. Colclough  #434483 |
| Joseph S. Ferretti  #485996 | 1919 M Street, NW |
| 1100 Connecticut Avenue, NW, #600 | Suite 350 |
| Washington, DC  20036 | Washington, DC  20036 |
| PH:   (202) 296-4747 | PH:   (202) 463-3030 |
| FAX:  (202) 496-2800 | FAX:  (202) 463-0667 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Tully Construction Co., Inc.* | |