UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUNTER DAWKINS** | : | |
| **Plaintiff,** | : | |
| | : | Case No. 1:05CV02226 |
| v. | : | |
| | : | Judge Royce C. Lamberth |
| **TULLY CONSTRUCTION CO., INC.** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Motion for a sixty-day extension of the remaining discovery dates, and it appearing to the Court that counsel for the parties are working cooperatively in an effort to complete discovery, and that the requested extension of time is in the interest of justice, it is, this ___ day of _____, 2007;

ORDERED that the Motion be, and the same hereby is, GRANTED; and the discovery schedule is amended as follows:

| | |
|---|---|
| Defendants' Expert Reports | 04/04/07 |
| Rebuttal Expert Reports | 05/14/07 |
| Discovery Closes, including depositions if any, of experts | 07/02/07 |
| Dispositive Motions Filed By | 07/18/07 |

SO ORDERED.

Date: _____       _____
                              Royce C. Lamberth
                              United States District Judge

- 2 -

cc:  Patrick M. Regan, Esquire
     Regan Zambri & Long
     1919 M Street, NW, Suite 350
     Washington, DC 20036

     James F. Jordan, Esquire
     D. Stephenson Schwinn, Esquire
     Joseph S. Ferretti, Esquire
     Jordan, Coyne & Savits, LLP
     1100 Connecticut Avenue, NW, Suite 600
     Washington, DC  20036