UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HUNTER DAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2226 (RCL) |
| | ) | |
| **TULLY CONSTRUCTION CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the Joint Motion [16] for a sixty-day extension of the remaining discovery dates, and it appearing to the Court that counsel for the parties are working cooperatively in an effort to complete discovery, and that the requested extension of time is in the interest of justice, it is hereby

ORDERED that the Motion [16] is GRANTED; and it is further

ORDERED that the discovery schedule shall be amended as follows:

| | |
|---|---|
| Defendants' Expert Reports | April 4, 2007 |
| Rebuttal Expert Reports | May 14, 2007 |
| Discovery Closes, including depositions, if any, of experts | July 2, 2007 |
| Dispositive Motions Filed By | July 18, 2007 |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 30, 2007.