UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **HUNTER DAWKINS,** | : |
| | : Civil Action No: 1:05-cv-02226 |
| Plaintiff, | : Judge Royce C. Lamberth |
| | : |
| v. | : |
| **TULLY CONSTRUCTION CO., INC.** | : |
| | : |
| Defendant. | : |

### CERTIFICATE REGARDING DISCOVERY

I hereby certify that on February, \_\_16\_\_ 2007, I served on opposing counsel Defendant's Notice of Deposition Duces Tecum to: Dr. Richard Lurito, Ph.D., Sharon Reavis, R.N., Peder K. Melberg, M.A., C. Richard Filson, Ed.D., and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Respectfully submitted,

Jordan Coyne & Savits, LLP

/s/ _____
D. Stephenson Schwinn   #358825
James F. Jordan   #6569
Joseph S. Ferretti   #485996
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
Ph: (202) 296-4747
Fax: (202)496-2800
*Attorneys for Defendant*
*Tully Construction Co., Inc.*

And

Brian H. Corcoran     #456976
Eric A. Kuwana        #440424
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, D.C. 20007
202-625-3500
*Attorneys for Defendant*
*Tully Construction Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendant's Notices of Depositions were mailed, first class and postage prepaid, this 16 day of February, 2007 to:

Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

/s/ _____
D. Stephenson Schwinn