## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>TULLY CONSTRUCTION CO.,<br><br>  Defendant. | Civil Action No. 05-02226 (RCL) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Brian H. Corcoran and Eric A. Kuwana, of Katten Muchin Rosenman LLP, 1025 Thomas Jefferson Street, NW, Washington, D.C. 20007, as counsel in this case for Defendant Tully Construction Co.

February 19, 2007                                        Respectfully submitted,

/s/ _____
Brian H. Corcoran (Bar No. 456976)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007
202.625.3500
202.298.7570 (facsimile)
email: brian.corcoran@kattenlaw.com

James F. Jordan
JORDAN COYNE & SAVITS
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
202.296.4747
202.496.2800 (facsimile)

Eric A. Kuwana (Bar No. 440424)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007
202.625.3500
202.295.1107 (facsimile)
email: eric.kuwana@kattenlaw.com

- 2 -

## CERTIFICATE OF SERVICE

  This is to certify that on this 19 day of February 2007, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served by first class mail, postage prepaid upon the following :

    Patrick M. Regan, Esq.
    Regan, Zambri & Long, P.L.L.C.
    1919 M Street, N.W.
    Washington, D.C.  20036


           /s/_____
           Brian H. Corcoran