UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HUNTER DAWKINS, | Civil Action No: 1:05-cv-02226 |
| Plaintiff, | Judge Royce C. Lamberth |
| v. | |
| TULLY CONSTRUCTION CO., INC. | |
| Defendant. | |

**JOINT MOTION FOR FIFTY DAY EXTENSION OF
THE REMAINING DISCOVERY PERIOD DATES**

The parties, by and through undersigned counsel, respectfully request that the Court extend for 50 days the remaining discovery deadlines.

In support of this Motion, the parties state that due to an accident involving Barry Gordon, M.D., Neurologist, who was to perform an independent medical examination on Mr. Hunter Dawkins on February 26, 2007, that session had to be postponed since Dr. Gordon suffered a serious comminuted fracture to his left arm.

The remaining Defendant's Expert reports would be filed on the due date of April 4, 2007 with the exception of Dr. Barry Gordon.

In further support of their Motion, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP          REGAN ZAMBRI & LONG

By: _____
James F. Jordan #6569
1100 Connecticut Ave., N.W.
Suite 600
Washington, DC 20036
(202) 496-2801

and

 Brian H. Corcoran # 456976
Eric Kuwana  # 440424
Katten Muchin & Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007
*Attorneys for Tully Construction Co., Inc.*

_____
Patrick M. Regan  #336107
Jacqueline T. Colclough #434483
1919 M Street, NW, #350
Washington, DC 20036
(202) 463-3030
*Attorney for Plaintiff, Hunter Dawkins*

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HUNTER DAWKINS, | Civil Action No: 1:05-cv-02226 |
| Plaintiff, | Judge Royce C. Lamberth |
| v. | |
| TULLY CONSTRUCTION CO., INC. | |
| Defendant. | |

**MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF JOINT MOTION FOR
FIFTY-DAY EXTENSION OF REMAINING DISCOVERY DEADLINE**

1. Under the current discovery schedule established by the Court, the defense expert reports are due to be filed on April 4, 2007.

2. One of the Defense witnesses, Dr. Gordon, cannot perform an examination of the Plaintiff until April 16, 2007. It will also take Dr. Gordon a period of time to prepare the report as required by the Court after the examination has been performed.

3. Accordingly, the parties are respectfully requesting that the Court extend the deadline for submission of the Defendant's Expert, Barry Gordon's report until May 18, 2007, and the remaining discovery deadlines by fifty days. All other Defense Expert reports will be filed on or before April 4, 2007.

4. Counsel for the parties have discussed this matter in detail and believe that the additional extension of time will be sufficient for the completion of all discovery. All of the depositions of the Plaintiff's experts have been scheduled in March, 2007, and it is anticipated that most of the Defendant's Expert's depositions will be completed in April,

2007, except for the deposition of Dr. Gordon, which will be scheduled as soon as possible after his report is filed with the Court on or about May 18, 2007.

In light of the foregoing, the parties respectfully request that the Court enter the attached Order extending the date for submission of Dr. Gordon's reports from April 4, 2007 to May 18, 2007 and extend all remaining discovery deadlines.

| | |
|---|---|
| Defendant's Expert Reports | April 4, 2007 |
| Dr. Gordon's Expert Report | May 18, 2007 |
| Rebuttal Expert Reports | June 27, 2007 |
| Discovery Closes, including Depositions of Experts | August 15, 2007 |
| Dispositive Motions filed by | September 1, 2007 |

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP

By: _/s/ James F. Jordan_
James F. Jordan #6569
D. Stephenson Schwinn #358825
1100 Connecticut Ave., N.W.
Suite 600
Washington, DC 20036
(202) 496-2801

and

Brian H. Corcoran #456976
Eric Kuwana #440424
Katten Muchin & Rosenman, LLP
Suite 700
1025 Thomas Jefferson Street, NW
Washington, DC 20007

*Attorneys Tully Construction Co., Inc.*

REGAN ZAMBRI & LONG

By: _/s/ Patrick M. Regan_
Patrick M. Regan   #336107
Jacqueline T. Colclough #434483
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
(202)625-3500
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2007, a copy of the foregoing Joint Motion for Fifty Day Extension of the Remaining Discovery Schedule, Memorandum of Points and Authorities, and proposed Order were e-filed and mailed postage-prepaid to:

Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

_____
James F. Jordan

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HUNTER DAWKINS, | Civil Action No: 1:05-cv-02226 |
| Plaintiff, | Judge Royce C. Lamberth |
| v. | |
| TULLY CONSTRUCTION CO., INC. | |
| Defendant. | |

## ORDER

Upon consideration of the Joint Motion For A Fifty-Day Extension Of The Remaining Discovery Period Date Deadlines, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is, this ____ day of _____, 2007:

ORDERED that the Motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the discovery schedule is amended as follows:

| | |
|---|---|
| Defendant's Expert Reports | April 4, 2007 |
| Dr. Gordon's Expert Report | May 18, 2007 |
| Rebuttal Expert Reports | June 27, 2007 |
| Discovery Closes, including Depositions of Experts | August 15, 2007 |
| Dispositive Motions filed by | September 1, 2007 |

SO ORDERED.

Date:

_____
Royce C. Lamberth
United States District Judge

Copies to be e-Served:

Patrick Regan, Esquire
Jacqueline T. Colclough, Esquire
*Attorneys for Plaintiff Hunter Dawkins*

James F. Jordan, Esquire
D. Stephenson Schwinn, Esquire
Brian Corcoran, Esquire
Eric Kuwana, Esquire

*Attorneys for Defendant Tully Construction Co., Inc.*

G:\CASES\Jfj\Tully-Zurich (JFJ)\Dawkins JFJ\PLEADINGS\Motion for Extension of Time.FINAL