UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNTER DAWKINS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 05-CV-2226 (RCL) |
| TULLY CONSTRUCTION CO., INC., | : | |
| Defendant. | : | |

### DEFENDANT'S EXPERT WITNESS DESIGNATION STATEMENT

**COMES NOW,** Tully Construction Co., Inc., through counsel, and in accordance with the Scheduling Order provides the following designation of expert witnesses expected to testify at trial.

1. Michael A. Sutton, PE
   Accident Research Specialists, PLLC
   1631 NW Maynard Road
   Cary, NC  27513

Michael Sutton is a Professional Engineer and Certified Accident Reconstruction Expert.  Based upon his training, experience, education, and review of the accident reports, discovery materials, and depositions, he will offer opinions on the circumstances giving rise to the accident.  His preliminary report and other disclosure materials are attached.  Defendants reserve the right to supplement these opinions if additional materials are produced by the Metropolitan Police Department.  A subpoena was served on the Chief of Police, but to date, no information has been received.

    2.      **Jerome S. Paige, Ph.D.**
            **1691 Tamarack Street, NW**
            **Washington, DC 20012**

Jerome Paige is a forensic economist. He will testify about the present day value of the economic losses sustained by plaintiff and will rebut and comment on the report of plaintiff's forensic economist. Copies of his report and other disclosure materials are attached.

    3.      **Joseph H. Rose, C.R.C., M.Ed.**
            **P.O. Box 90381**
            **Washington, DC 20090**

Mr. Rose is a Certified Rehabilitation Counselor. Mr. Rose will testify about the nature of plaintiff's injuries and resulting limitations, the impact on his future, and his life care needs. Based upon his training, experience, and education, and his review of the medical records and evaluation of the plaintiff, Mr. Rose will testify that notwithstanding Mr. Dawkins' injuries and physical limitations, he is capable of working in suitable alternative employment with little or no wage loss. He will also address plaintiff's future needs for medical treatment, appliances and supplies. Mr. Rose will testify in accordance with his report, a copy of which is attached.

    4.      **Paul Fedio, Ph.D.**
            **9408 Raintree Road**
            **Burke, VA 22015**

Dr. Fedio is a clinical neuropsychologist. Based upon his training, experience, education, review of the medical records, interviews, and evaluation of plaintiff, Dr. Fedio will testify about the nature, extent, and cause of any cognitive impairment demonstrated by plaintiff in accordance with his report, along with other disclosure

materials which are attached.  Dr. Fedio's report will be delayed because the raw data of the plaintiff's previous neuro-psychological testing has not yet been produced to him.  These items were requested previously, but to date, have not been received.

    5.    **John Kearns**
           **Ringler Associates Phoenix, Inc.**
           **345 East Flower Street**
           **Phoenix, AZ 85012**

Mr. Kearns is a licensed annuity broker.  Based upon his review of the medical reports, vocational assessments, life care plans, and economist reports, as well as his specialized education, training, and experience in the provision of annuities to fund future medical expenses and other special needs, Mr. Kearns will offer an opinion on the present day cost to purchase an annuity to provide yearly payments to plaintiff for wage replacement, medical expenses, and other special needs, as set forth in the competing life care plans.  Mr. Kearns will prepare a report on the cost per $5,000 dollars of future annual benefit, escalating at the rate of four percent per year.   Mr. Kearns' hourly rate is $150.

    6.    **Barry Gordon, M.D., Ph.D.**
           **The Johns Hopkins University School of Medicine**
           **1629 Thames Street, Suite 650**
           **Baltimore, MD 21231**

Barry Gordon, M.D., Ph.D., is a neurosurgeon and neuropsychologist who will testify about the nature, extent, and cause of any neurosurgical impairments sustained by plaintiff, if any, and any corresponding future needs.  By agreement of the parties, Defendant reserves the right to supplement this statement with his report on his independent medical evaluation, which has been rescheduled to April, because of an

injury sustained by Dr. Gordon. Dr. Gordon requires a $2,500 retainer fee, and his hourly rate is $900.

      7.      **Mona Yudkoff, RN, MPH, CRRN**
              **Suite W-8**
              **191 Presidential Boulevard**
              **Bala Cynwyd, PA 19004**

Mona Yudkoff, is a Life Care Planner. She will testify in accordance with her report and the life care plan set forth therein, and she will rebut and comment on the life care plan proposed by plaintiff's expert.

Defendant reserves the right to call any treating physician or healthcare provider identified in any of plaintiff's medical records, including all providers who may have treated plaintiff at any time either before or after the accident of April 16, 2005. These individuals are expected to testify to matters within the scope of the medical records provided, including, but not limited to, plaintiff's medical history, physical and mental complaints, findings or examination, treatment, diagnosis, prognosis, and future needs. Defendant will also rely upon said providers to refute any of plaintiff's expert witnesses and to impeach plaintiff's credibility. Defendant also reserves the right to supplement this statement to address any new or additional claims or elements or defenses that may rise as this case proceeds to Pre-Trial and trial.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____/s/_____
   D. Stephenson Schwinn, #358825
   James F. Jordan, #6569
   Joseph S. Ferretti, #485996
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC  20036
   (202) 296-4747
   Fax:  (202) 496-2800

Counsel for Defendant,
   Tully Construction Co., Inc.