# ACCIDENT RESEARCH SPECIALISTS, PLLC

Accident Investigation and Analysis

1631 NW Maynard Road • Cary, NC 27513

Phone: (919) 467-8134 • Fax: (919) 678-1261

---

Investigation of a Motor Vehicle Accident

Hunter Dawkins v. Tully Construction Company, Inc

Case No. 1:05CV02226

United States District Court for the District of Columbia

Preliminary Report

To:

Jordan, Coyne, & Savits, L.L.P
Suite 600
1100 Connecticut Ave, N.W
Washington, D.C. 20036
Attention: Mr. James F. Jordan

Prepared by: Michael A. Sutton, PE

March 29, 2007

MAS.032907.[182007]

## I. Qualifications

Michael A. Sutton is a professional engineer and a consulting engineer with Accident Research Specialists, PLLC [ARS] in Cary, North Carolina. The primary focus of his professional and academic experience has been mechanical engineering, accident reconstruction, and failure analysis. A copy of his Curriculum Vitae is attached, including all publications authored by Mr. Sutton within the preceding ten years. A list of cases in which he has testified as an expert in accident reconstruction and mechanical engineering at trial or by deposition within the past four years is attached.

## II. Compensation

Michael A. Sutton's current rate of compensation is $235.00 per hour.

## III. Introduction

Accident Research Specialists, PLLC (ARS) was asked to investigate a motor vehicle accident that occurred in Washington, D.C on April 16, 2005. According to the traffic accident report prepared by Officer Sheryl R. Harley of the Metropolitan Police Department Major Crash Unit, Christopher R. Tully was driving north on 13th Street North East in a 2003 Mercury Mountaineer. Robert J. Rhodes was traveling west on Franklin Street in a 1999 Volkswagen

Beetle. At the intersection of 13th and Franklin, the Tully vehicle steered around a vehicle stopped for the traffic light, proceeded into the intersection, and was struck in the right side by the Rhodes vehicle. The Tully vehicle traveled northwest from initial impact and struck a utility pole and then a tree before coming to rest on its right side facing south in the southbound lane of 13th Street. The Rhodes vehicle came to rest against a parked car also in the southbound lane of 13th Street. The accident occurred during nighttime hours under dry conditions.

## IV. Data and Other Information Considered in Forming the Opinions

The following materials were reviewed in the investigation:

1.   Traffic Accident Report, Metropolitan Police Department (MPD), Washington, D.C.

2.   Accident Reconstruction Report by Joseph Diliberto, MPD

2.   Deposition transcript dated January 17, 2007 Christopher Tully

3.   Deposition transcript dated January 17, 2007 James Walsh

4.   Deposition transcript dated April 4, 2006 Christopher Tully

5.   Aerial photographs of the intersection of 13th St. and Franklin St.

6.   Scanned photographs of the intersection of 13th St. and Franklin St. (12)

7.   Field notes, sketches, and measurements provided by the MPD

8.   Vehicle specifications provided by the MPD

9.   Miscellaneous MPD records forms

10.  Photocopies of Mr. Tully's driver's license

11.   Scaled accident site drawing based on measurements and field notes of the MPD

12.   Miscellaneous correspondence from Zurich North America.

## V. Opinions

Accident Research Specialists, PLLC (ARS) is attempting to obtain photographs of the accident

scene and statements of the involved drivers. After review of the additional information, ARS

may conduct a more detailed analysis and amend or change the following opinions.

1.   The location of gouge marks recorded by the MPD locates the impact between the right

side of the Tully vehicle and the front of the Rhodes vehicle approximately 2.5 feet east

of the double centerline of 13th St. N.E and 8.2 feet north of the double centerline of

Franklin St. This impact location is consistent with witness testimony and deposition

testimony that Mr. Tully steered around a stopped vehicle while entering the intersection

of 13th St. N.E and Franklin St.

2.   Due to the complex nature of this accident (secondary impacts with a utility pole, a tree,

and a parked car) the momentum analysis conducted by Detective Joseph Diliberto does

not return correct pre-impact traveling speeds for the Tully or Rhodes vehicles. Detective

Diliberto calculated the speed of the Rhodes vehicle to be 31.8 mph, and the speed of the

Tully vehicle to be 39.3 mph.

3.   Based on a PC-Crash simulation analysis, which includes the secondary impacts, the

Rhodes vehicle was traveling at approximately 48 mph when it struck the side of the

Tully vehicle, and the Tully vehicle was traveling at approximately 34 mph.

4.      The excessive speed of the Rhodes vehicle contributed to the causation and severity of this accident.

## VI. Basis of Opinions

The opinions given in Part V are based on the review and analysis of the information and data listed in Part IV, and my education and experience.

## VII. Supporting Exhibits

1.      PC Crash Simulation.

2.      Site drawing.

Respectfully submitted,

Accident Research Specialists, PLLC

*Aaron Kiefer*
Aaron J. Kiefer, M.S.M.E

Michael A. Sutton, P.E.

NORTH CAROLINA
PROFESSIONAL
SEAL
19847
ENGINEER
MICHAEL A. SUTTON

# MICHAEL A. SUTTON, PE

*Accident Research Specialists, PLLC*        *1631 NW Maynard Road. • Cary, North Carolina 27513 • (919) 467-8134*

## PROFESSIONAL ENGINEER –

| | |
|---|---|
| North Carolina | PE License number 19847 |
| South Carolina | PE License number 24513 |

## EMPLOYMENT

CONSULTING ENGINEER                          FEBRUARY 2001 TO PRESENT
*Accident Research Specialists, PLLC*                *Cary, North Carolina*

Technical investigation and analysis of accidents and failures involving vehicles and machinery. Areas of work and expertise include accident reconstruction, engineering analysis, technical investigation, failure analysis, standards research, and laboratory testing in the areas of mechanical and automotive engineering and machine design, applied to vehicle accidents (commercial vehicle/heavy trucks, automobiles, motorcycles, bicycles, and pedestrian/vehicle), heavy equipment accidents, construction accidents, and product failures and testing. Testify in State and Federal Courts; qualified as an expert in accident reconstruction, mechanical engineering, failure analysis, and heavy truck braking systems.

CONSULTING ENGINEER                          FEBRUARY 1989 TO FEBRUARY 2001
*Accident Reconstruction Analysis, Incorporated*          *Raleigh, North Carolina*

Technical investigation and analysis of accidents and failures involving vehicles and machinery. Areas of work and expertise same as listed above.

TECHNICIAN                          AUGUST 1987 TO FEBRUARY 1989
*Accident Reconstruction Analysis, Incorporated*          *Raleigh, North Carolina*

Assist engineers with investigations and testing of accidents and failures.

ENGINEERING CO-OP                          JANUARY 1986 TO AUGUST 1987
*Carolina Power & Light Company*                *New Hill, North Carolina*

Worked in the reactor engineering division during the construction and initial start-up of the Shearon Harris Nuclear Power Plant.

## EDUCATION

MASTER OF ENGINEERING                                                      1996
*North Carolina State University*                          *Raleigh, North Carolina*

Concentration in Mechanical Engineering - Dynamics, Vibrations And Acoustics

BACHELOR OF SCIENCE, MECHANICAL ENGINEERING                1988
*North Carolina State University*                          *Raleigh, North Carolina*

Magna Cum Laude, Dean's List 1984, 1985, 1987, 1988, Pi Tau Sigma National Honorary
Mechanical Engineering Fraternity, Outstanding College Students of America.

## MEMBERSHIPS

Society of Automotive Engineers

American Society of Mechanical Engineers

American Society of Materials

## TRAINING

Society of Automotive Engineers- Fundamentals of Vehicle Dynamics

Society of Automotive Engineers- Tire and Wheel Safety Issues

Society of Automotive Engineers- The Tire as a Vehicle Component

Society of Automotive Engineers - Braking Performance of Heavy Commercial Vehicles

Society of Automotive Engineers - Motor Vehicle Accident Reconstruction

American Society of Materials - Principles of Failure Analysis

OSHA - Construction Safety and Health

## PUBLICATIONS

- "Expert Testimony Regarding the Speed of a Vehicle: the Status Of North Carolina Law and the State of the Art"



**ARS**
Accident Research Specialists, PLLC

Suite 101
1631 NW Maynard Rd
CARY, NC 27513

## Invoice

Jordan, Coyne & Savits, LLP
Attn:  Mr. James F Jordan
Suite 600
1100 Conneticut Avenue NW
Washington, DC 20036

| 3/30/2007 | 5634 |

| 182007 | Due on receipt |

**Hunter Dawkins v. Tully Construction**

| 3/30/2007 | Postal | ARS | Postage & Delivery, FedEx | 1 | 15.73 | 15.73 |
| 2/27/2007 | For. Tech. | RM | Forensic Field Technician, Ryan McMahan, BSME  Review case file materials, scene drawing from Metropolitian Police Department measurements. 02/26/07-02/27/07 | 3 | 65.00 | 195.00 |
| 3/29/2007 | For. Eng. | AK | Forensic Staff Engineer time, Aaron Kiefer, MSME  Review file, set up PC-Crash analysis, phone calls to D.C Police, Jordan, Coyne & Savits, deposition summaries, PC-Crash analysis, draft report, discussion with Mr. Webb.03/14/07-03/29/07 | 12.4 | 105.00 | 1,302.00 |
| 3/28/2007 | For. Eng. | AW | Forensic Staff Engineer time, Andrew D Webb, BSME PC Crash analysis, discussions with Mr. Kiefer. 03/28/07 | 3 | 195.00 | 585.00 |
| 3/30/2007 | For. Con... | MS | Michael A Sutton, MSME, PE,   Update report, sign, review file, discuss with Mr. Kiefer. 03/30/07 | 2 | 235.00 | 470.00 |

Thank you for your business.  Our Tax Id is 56-2232799

| **Total** | $2,567.73 |
| **Balance Due** | $2,567.73 |

APR - 2 2007

*Trial and Deposition List - Michael A. Sutton, PE*

**March 2007**

| | | |
|---|---|---|
| Deposition | Estate of Melanie Evans Locklear | |
| Deposition | Schuerr v. Norfolk Southern 05 CVS-11174 | Mecklenburg, NC |
| Deposition | Estate of Pauline Browning    CV 95-f | Robeson Cty, NC |
| Deposition | Martin Estate v. Ashville Citizen Times | Buncombe Cty, NC |
| Deposition | Midwest Transit         No. 06 CVS 14678 | Mecklenburg Cty, NC |

**February 2007**

| | | |
|---|---|---|
| Trial | State of Delaware v. Thomas Morris | Sussex Cty, DE |
| Deposition | Cooper v. Yellow Transportation (DOA:05/24/00) | Pinellas Cty, FL |
| Deposition | Estate of David Adams v. Robin Hill, et al | TN |
| Deposition | Jump v. Koch Meat   No. 06C253 | Hamilton Cty, TN |

**January 2007**

| | | |
|---|---|---|
| Deposition | Westfall v. Liberty University, Inc.  No.  05 CV 2378 | |
| Deposition | Janet Clark          No. 05 CVS 01546 | Harnett Cty, NC |
| Deposition | Annette McPhail       No. 06 CVS 2684 | Cumberland, NC |

**December 2006**

| | | |
|---|---|---|
| Trial | Hsu v. Dixon No. 05 CVS 2105 | Forsyth Cty, NC |

**November 2006**

| | | |
|---|---|---|
| Deposition | Lisa Johnson          No. CL05-063 | Henry Cty, VA |
| Deposition | Padden v. Home Depot      No. 04 CVS 015292 | Wake Cty, NC |
| Deposition | Cain v. Reliable Carriers, Inc.  No. CV-06-112 | Calhoun Cty, AL |
| Deposition | Stiffey v. Consumeracq, Inc. et al  No. 05 CV 142963 | Lorain Cty, OH |
| Trial | Stetz v. Norfolk Southern Railway    No. 04 CVS 8794 | Wake Cty, NC |

**September 2006**

| | | |
|---|---|---|
| Trial | Estate of Charles K. Smith    No. 05 CVS 304 | |
| Deposition | Sammy Bailey        No. I.C. No. TA 19186 AG No. 05.0529 | |
| Deposition | Boyce Hamer        No. 05 CVS 958 | Robeson Cty, NC |
| Deposition | Estate of Charles K. Smith    No. 05 CVS 304 | Scotland Cty, NC |
| Trial | Ksor v. Bizelle No. 05CVS 4955 | Wake Cty, NC |
| Deposition | Ksor v. Bizelle No. 05 CVS 4955 | Wake Cty, NC |

**August 2006**

| | | |
|---|---|---|
| Deposition | Hsu v. Dixon  No. 05 CVS 2105 | Forsyth Cty, NC |
| Deposition | Stetz v Howell No. 04 CVS 8794 | Wake Cty, NC |

**July 2006**

| Deposition | Paul v Harley Davidson No.04CV 012626 | Wake Cty, NC |
| Deposition | Nancy Onusko | Wake Cty. NC |
| Deposition | Sammy Hayes No. 05 CVS 1835 | Guilford Cty, NC |

**June 2006**

| Deposition | McKenzie v. S.J. Flowe Grading Co., Inc. | Mecklenburg Cty, NC |
| Trial | Forrester v. APAC-Southeast, Inc. No. 04-CP-04-1678 | Anderson Cty, SC |
| Deposition | Gaymon v. Thompson No. 04-CP-43-474 | Sumter Cty, SC |
| Deposition | Bobko v. Hammond No. 03 CVS-65 | Camden Cty, NC |

**May 2006**

| Trial | Austin v. Aldridge     No. 03 CVS 405 | Dare Cty, NC |

**April 2006**

| Deposition | Walker et al v. Garland Dean Wilson, et al No. 04: 05Cv 00035 Danville, VA |
| Deposition | Daniel Page- No. 05 CVS 353 | Scotland Cty, NC |
| Depo | James Coble Case-Case No. 05 CVS 15503 | Wake, NC |

**March 2006**

| Depo | Taylor v. Daniels and Werner Enterprises | Wake Cty, NC |
| Trial | Ted Mitchell-Case No. 04 CVS 1044 | Orange Cty, NC |
| Trial | Jacob Martin Cope, Jr. V. Rogers Grading & Betsy Knecht Case No.  2004-CP-46-485 | York Cty, SC |

**January 2006**

| Trial | McDonald v. Maples Industries-Case No.  CV 02-88 | Jackson Cty, AL |
| Deposition | Simon v. Ford- Case No. | Birmingham, AL |

**December 2005**

| Deposition | Martin v. Carquest- Case No. 04 CVS 296 | Martin Cty, NC |
| Trial | Roadway Express v. Thrasher Brothers- Case no.  CV 04-4393 | Jefferson Cty, AL |

**November 2005**

| Deposition | Mullins v. Cintas- Case no. C-2004-459 A | Lake Charles, LA |
| Deposition | Gifford | Orange Cty, CA |

| Deposition | Potter v. Altec Industries, Inc. | Pitt Cty, NC |
| Deposition | Thigpen v. Andrews & Boone | Wilson Cty, NC |

## October 2005

| Deposition | Ted Erwin Mitchell    Case NO. 04 CVS 1044 | Orange Cty, NC |
| Deposition | McDonald v. Maples Industries | Jackson Cty, AL |
| Deposition | Pastore v. Ricky Smith & Commonwealth Lubes, Inc | Richmond, VA |
|  | Case No. LR-2908 |  |
| Trial | Winslow v. Wilson | Carteret Cty, NC |
| Deposition | Barnett v. Halliburton | Weld Cty, CO |
| Deposition | Walker v. Rosenquist | Caswell Cty, NC |
| Deposition | Vasquez | Birmingham, AL |
| Deposition | Howell v. Johnson Controls | Wake County, NC |

## September 2005

| Deposition | Proctor v. Bridgestone/Firestone | Federal Ct. Eastern District, NC |
| Deposition | Stephanie Bennett | Federal Ct, Eastern District, NC |
| Trial | Moffit v. N.C. Dept of Transportation | Industrial Commission |
| Deposition | Chavis v. Fitzgerald | Durham County, NC |

## August 2005

| Deposition | Brandy Cook | Craven Cty, NC |
| Deposition | Smith v. Miller | Montgomery Cty, NC |
| Deposition | James v. IL Valley Paving | Chicago, IL |
| Deposition | Nations Rent | Dallas, TX |
| Deposition | Charles Smith Estate | Chicago, IL |
| Deposition | HoRo Trucking | Prince George's County, Maryland |
| Deposition | Austin v. Aldridge | Dare County, NC |
| Deposition | Butler v. Redi-Mix | Dallas, TX |

## July 2005

| Deposition | Everette Case | Bertie County, NC |

## June 2005

| Deposition | Dial v. Campell Soup, Inc | Robeson, NC |
| Deposition | Valdovinos v. Michelin | Wake County, NC |
| Deposition | Stowe v. Stock Building Supply | Wake County, NC |

**May 2005**

| Deposition | Roadway Express v. Thrasher Brothers | Birmingham, AL |
| Deposition | David Senter | Wake County, NC |
| Trial | State of NC v. Christopher Malandrino | Wake County, NC |
| Deposition | Thomas v. City of Bennettsville | Marlboro County, SC |

**April 2005**

| Trial | Makin v. Maui One | Las Vegas Cty,, NV |
| Deposition | Carbonaro v. McNeill Jr. | Wilkes County, NC |
| Deposition | Kerins v. Cole | Orange County, NC |
| Deposition | McCormick v. Norfolk Southern Rwy Co. | Forsythe County, NC |
| Trial | Estate of Henley | Forsythe County, NC |

**February 2005**

| Deposition | Squires Hardwood, Inc. | Wake County, NC |
| Trial | Matta v. United Rentals | Durham, NC |

**January 2005**

| Trial | Mohr v. Chrysler | Memphis, TN |

**December 2004**

| Trial | Baker v. Home Depot | Durham County, NC |
| Deposition | Guffey v. Watson | Birmingham, AL |
| Deposition | Moffitt v. DOT | Chatham County, NC |
| Deposition | Gertrude McElveen | Columbia, SC |

**November 2004**

| Deposition | Edwards v. Wacama | Durham, NC |
| Deposition | Beard v. Mentzer | Chicago |
| Deposition | Lassiter v. Waste Management | Wake County, NC |

**October 2004**

| | | |
|---|---|---|
| Deposition | Estate of Hope Mooney | Wake County, NC |
| Trial | Hines Nursery | Orlando, FL |
| Trial | State of Delaware vs. Brian Johnson | Delaware |
| Deposition | Hutton v. AER | Dallas County, TX |

**September 2004**

| | | |
|---|---|---|
| Deposition | Estate of Henley | Forsythe County, NC |
| Arbitration | McIntyre v. Tate | Orange County, NC |
| Deposition | Hedgepeth v. Felder | Nash County, NC |
| Deposition | Baker v. Home Depot USA, INC | Durham County, NC |
| Deposition | Boyd v. Duke University Health System, Inc. | Durham County, NC |
| Deposition | George Horton MVA | Orange County, NC |

**August 2004**

| | | |
|---|---|---|
| Deposition | Estate ofAndrew Murphy | Craven County, NC |
| Trial | State of N.C. vs. Dick | Guilford County, NC |
| Deposition | Park v. Penske Truck Leasing | Rowan County, NC |
| Trial | Harbottle | |
| Depo | Bauer v. Hines | Brevard County, FL |
| Trial | Eaton v. Neal | Wilson County, NC |
| Trial | Mullinax vs. Pepsi | Jefferson County, AL |
| Trial | N.C. vs.Taft Amick | Randolph County, NC |

**July 2004**

| | | |
|---|---|---|
| Deposition | Rothrock v. Smith Carolina | Alamance County,NC |
| Deposition | Winslow v. Wilson | Carteret County, NC |
| Deposition | Socky v. Versa Products | Richland County, SC |
| Trial | Roop v. Scenic Chevrolet | Ashe County, NC |

**June 2004**

| | | |
|---|---|---|
| Trial | Roop v. Scenic Chevrolet | Ashe County, NC |
| Trial | West v. Lang | Pitt County, NC |
| Deposition | Williams v. Core Carolina | Wilson County, NC |

**May 2004**

| | | |
|---|---|---|
| Deposition | McIntyre v. Tate | Orange County, NC |
| Deposition | SEFL v. FedEx | Guilford County, NC |
| Deposition | Poston v. Carpenter | Anson County, NC |
| Deposition | Ramsey v. A. O. Smith | Wake County, NC |
| Deposition | Burrell v. Madison County Sherriff | Madison County, NC |

**April 2004**

| | | |
|---|---|---|
| Trial | Burr v. GM | Anson County, NC |
| Trial | Vincent v. Billingsly | Guilford County, NC |
| Deposition | Mullinax v. Pepsi | Birmingham, AL |

**March 2004**

| | | |
|---|---|---|
| Trial | Gauthier v. Divinity Trucking | Baton Rouge, LA |
| Deposition | Wright v. RSC | Shelby County, AL |
| Deposition | Hedgepeth v. Felder | Wilson County, NC |
| Trial | Domingue v. Cameco | New Iberia, Louisiana |
| Trial | DeShotel v. Classic Communications | Marksville, LA |

**February 2004**

| | | |
|---|---|---|
| Deposition | Mohr v. Daimler-Chrysler Corp. | Memphis, TN |
| Trial | US v. Wheatly | US, NC Eastern District |
| Deposition | Gauthier v. Divinity Trucking | Baton Rouge, LA |
| Deposition | DeShotel v. Classic Communications | Marksville, LA |

**January 2004**

| | | |
|---|---|---|
| Deposition | McCall v. Metro Products, et al. | Cumberland County, NC |
| Deposition | Walker v. Enviro Serve, Inc. | Harnett County, NC |
| Deposition | Vincent v. Billingsly | Guilford County, NC |

**December 2003**

| | | |
|---|---|---|
| Deposition | Apt v. UPS | Birmingham, AL |
| Deposition | Dionisio v. AAA Cooper | Miami, Florida |

**November 2003**

| | | |
|---|---|---|
| Deposition | Powell v. FedEx Ground | US, NC Eastern District |
| Deposition | Young v. P & W Waste Oil | Brunswick County, NC |
| Deposition | Snoddy v. Frye | Iredell County, NC |
| Deposition | White v. Dixie Trucking | Burke County, NC |

**October 2003**

| | | |
|---|---|---|
| Deposition | MacDonald v. Dalrymple | Bladen County, NC |
| Deposition | Padron v. Waters | US, NC Eastern District |
| Deposition | Jones v. City of Durham | Durham County, NC |
| Deposition | Wright v. Henson | Volusia County, Florida |
| Deposition | Domingue v. Cameco | New Iberia, Louisiana |

**September 2003**

| | | |
|---|---|---|
| Deposition | Mclawhon v. McIver | Wake County, NC |
| Deposition | Reynolds V. Gorham | Gadsden, Al |
| Trial | Ellis v. Waste Industries | Durham County, NC |
| Deposition | Stethyck v. Carolina Bus | Salisbury, Maryland |
| Deposition | Ames v. CEI | Orlando, Florida |

**August 2003**

| | | |
|---|---|---|
| Deposition | Ellis v. Waste Industries | Durham County, NC |
| Deposition | Seeley v. Turner | Wayne County, NC |
| Deposition | West v. Lang | Bertie County, NC |
| Deposition | Archer v. TA | Sacramento, CA |
| Trial | State of NC v. Gardner | Forsyth County, NC |
| Trial | Seeley v. Turner | Wayne County, NC |
| Deposition | Roop v. Scenic Chevrolet | Jefferson, NC |

**May 2003**

| | | |
|---|---|---|
| Deposition | Finn v. Cintas | Jefferson Parrish, Louisiana |
| Trial | Parker v. Willis | Burgaw, NC |
| Trial | Marsh v. Wiggins | Pitt County, NC |
| Deposition | Clayton v. Allen | Halifax County, NC |
| Trial | Hama v. City of San Luis Obispo | San Luis Obispo, CA |

**April 2003**

| | | |
|---|---|---|
| Deposition | Wilson v. Williams & RWR | Pitt County, NC |
| Deposition | O'Brien V. Ford and Firestone | Mobile, AL |
| Deposition | Hama v. City of San Luis Obispo | San Luis Obispo, CA |
| Deposition | Lewis v. CSX | Mecklenberg County, NC |
| Trial | Hussar v. Yen | Wake County, NC |

**March 2003**

| | | |
|---|---|---|
| Deposition | O'Brien V. Ford and Firestone | Mobile, AL |

| | | |
|---|---|---|
| Deposition | Hussar v. Yen | Wake County, NC |
| Trial | Allstate v. Farm Bureau | Robeson County, NC |
| Deposition | Duncan v. Barham | Wake County, NC |

**February 2003**

| | | |
|---|---|---|
| Deposition | Williams v. Lowe's Food Stores, Inc. | Wake County, NC |

**January 2003**

| | | |
|---|---|---|
| Deposition | Jordan v. Cintas | Cincinnati, OH |
| Deposition | Cooper v. Murray | Sampson County, NC |
| Trial | Walker v. NCDOT | Wake County, NC |

**December 2002**

| | | |
|---|---|---|
| Deposition | Wright v. GM | Birmingham, AL |
| Deposition | Walker v. NCDOT | Wake County, NC |

**November 2002**

| | | |
|---|---|---|
| Deposition | Tidball v. Fillauer & Hangar | Wake County, NC |

**October 2002**

| | | |
|---|---|---|
| Trial | Williams v. Whitted | Wilson County, NC |
| Deposition | Stephenson v. Beck | Carteret County, NC |
| Deposition | Gough v. Racetrac | Wildwood, Fla. |
| Trial | Garris v. Speller | Beaufort County, NC |

**September 2002**

| | | |
|---|---|---|
| Trial | Thompson v. Bradley | Halifax County, NC |
| Trial | Powers v. Muller | Cumberland County, NC |
| Deposition | Powers v. Muller | Cumberland County, NC |
| Deposition | Smith v. Knight Transportation | Durham County, NC |
| Deposition | Allen v. Ford | Buncomb County, NC |
| Deposition | Sosa v. Winfield | Albemarle, NC |
| Deposition | Dupree v. ST Wooten | Wilson County, NC |

**August 2002**

| | | |
|---|---|---|
| Trial | Taylor v. WalMart | Robeson County, NC |
| Deposition | Summers v. Mega Force | Statesville, NC |
| Deposition | Cox v. NCDOT | Washington, NC |
| Deposition | Simmons v. First Colony | Mecklenburg County, NC |

**July 2002**

| | | |
|---|---|---|
| Deposition | Beall v. Cosco | Columbus, OH. |
| Deposition | Underwood v. Boyer | Mecklenburg County, NC |
| Trial | Bette Lee v. AAR | Mecklenburg County, NC |
| Arbitration | Lamm v. Jones | Wilson County, NC |
| Deposition | Chasser v. Nowell | Columbia, SC |

**June 2002**

| | | |
|---|---|---|
| Deposition | Pugh v. Speller | Pitt County, NC |
| Deposition | Morales v. Denny | Johnston County, NC |
| Deposition | Simmons v. Ryhne | Colleton County, SC |

**May 2002**

| | | |
|---|---|---|
| Trial | Hanson v. Nissan | Ashe County, NC |

**April 2002**

| | | |
|---|---|---|
| Deposition | Richard Davis v. Ray Carr Tires, Inc. | Eastern Dist., NC |
| Deposition | Yurcak v. Reeves | Wake County, NC |
| Deposition | Hanson v. Nissan | Ashe County, NC |
| Deposition | Patterson v. Concord Industrial | Mecklenburg County, NC |

**March 2002**

| | | |
|---|---|---|
| Deposition | Redenburg v. Asplundh | Columbia, SC |
| Trial | Johnson v. Ellis | Wilson County, NC |
| Deposition | Thomas v. Cuddy Farms, Inc. | Anson County, NC |
| Deposition | Allstate v. Farm Bureau | Robeson County, NC |
| Trial | Conner v. Dezern | Beaufort, NC |
| Trial | White v. Lloyd | Hertford, NC |

**February 2002**

| | | |
|---|---|---|
| Trial | Nguyen v. California Commerce Club | Los Angeles, CA |
| Deposition | Parker v. Willis | Onslow County, NC |
| Trial | Allen v. Brown | Wake County, NC |
| Trial | McAllister v. Williams | Pender County, NC |
| Deposition | Self v. Dupree | Durham County, NC |

**January 2002**

| | | |
|---|---|---|
| Trial | Bender v. Galloway | Wake County, NC |

| | | |
|---|---|---|
| Trial | Long v. Smithfield Packing | Federal Court, east dist. NC |
| Deposition | Wester v. J. P. Taylor | Wake County, NC |
| Deposition | Nguyen v. California Commerce Club | Los Angeles, CA |

**December 2001**

| | | |
|---|---|---|
| Deposition | Allen v. Brown | Wake County, NC |

**November 2001**

| | | |
|---|---|---|
| Deposition | Delgado v. Pate | Sampson County, NC |

**October 2001**

| | | |
|---|---|---|
| Deposition | Stone v. DuPont | Sampson County, NC |
| Trial | Roland v. Barr | Yadkin County, NC |
| Trial | Keys v. Bembry | Bertie County, NC |
| Deposition | Styron v. Williams | Greene County, NC |
| Deposition | Kelner v. MD Trucking | Tennessee |
| Trial | Cupples v. Ellison | Cumberland County, NC |

**September 2001**

| | | |
|---|---|---|
| Trial | Locklear v. Bryant | Robeson County, NC |
| Trial | State v. Pace | Union County, NC |
| Deposition | Roland v. Barr | Yadkin County, NC |

**August 2001**

| | | |
|---|---|---|
| Trial | Hanson v. Nissan | Ashe County, North Carolina |
| Deposition | Thompson v. Bradley | Halifax County, North Carolina |

**July 2001**

| | | |
|---|---|---|
| Trial | Kenny v. Suh | Wake County, North Carolina |
| Deposition | Couples v. Ellison | Cumberland County, NC |

**June 2001**

| | | |
|---|---|---|
| Deposition | Drake v. Ewing | Vance County, North Carolina |

**May 2001**

| | | |
|---|---|---|
| Deposition | Barfield v. Stallings | Robeson County, North Carolina |
| Deposition | McAllister v. Williams | Pender County, North Carolina |

**April 2001**

| | | |
|---|---|---|
| Deposition | Kenney v. Suh | Orange County, North Carolina |
| Deposition | Hanson v. Nissan | Ashe County, North Carolina |

**March 2001**

| | | |
|---|---|---|
| Trial | Lewter v. Britt | Harnett County, North Carolina |
| Trial | Bishop v. Davis | Northampton County, NC |

**January 2001**

| | | |
|---|---|---|
| Deposition | Brackins v. H&B Lumber Company | Ashe County, North Carolina |
| Trial | Bisop v. Southern Straw | Lee County, North Carolina |
| Deposition | Sims v. Advance Stores | Charleston, South Carolina |
| Deposition | Burkhart V. Doyle | North Carolina |
| Deposition | Smith v. Shipman | |

**December 2000**

| | | |
|---|---|---|
| Deposition | Bishop v. Southern Straw | Lee County, North Carolina |

**October 2000**

| | | |
|---|---|---|
| Deposition | Jones v. Williams | North Carolina |
| Trial | Hale v. CC Mangum | Wake County, N.C. |
| Deposition | Peace v. Yandow | Vermont |

**September 2000**

| | | |
|---|---|---|
| Deposition | McKay v. Lundy Packing Company | Eastern District of North Carolina |
| Deposition | Lee v. M/I Homes and TMI | Wake County, North Carolina |
| Deposition | Brewer v. Gillespe | North Carolina |
| Deposition | Bullins v. Leeboy | North Carolina |
| Trial | Bullins v. LeeBoy | North Carolina |
| Deposition | Long v. Smithfield Packing | North Carolina |
| Trial | Britt | North Carolina |

| Deposition | Muck v. Mattingly | Wisconsin |
|---|---|---|

**August 2000**

| Deposition | Miller v. Crawford & Company | Ohio |
| Deposition | Richbourg Rental | South Carolina |

**July 2000**

| Deposition | Chavis v. UNC | North Carolina |
| Deposition | Medina v. Four Winds | Wyoming |
| Deposition | Jarman | North Carolina |

**June 2000**

| Deposition | Roadway Express | North Carolina |

**May 2000**

| Trial | St. Pierre v. Southern Foods | Louisiana |
| Deposition | Colman v. Royal Citrus | California |
| Trial | Agabekov v. Calvasina | North Carolina |

**April 2000**

| Trial | Brewer | North Carolina |
| Deposition | Benzon v. Harris | North Carolina |

**March 2000**

| Deposition | Agabekov v. Calvasia | North Carolina |
| Deposition | Miller v. Ford | North Carolina |

| Deposition | Bishop v. Davis | North Carolina |
| Deposition | Olsen | North Carolina |
| Deposition | Medlin | North Carolina |
| Deposition | Vennard v. CF | North Carolina |

**February 2000**

| Trial | Shafer v. Shelby County | Tennessee |
| Trial | Christina Ann | North Carolina |
| Deposition | Hale v. CC Mangum | North Carolina |

**January 2000**

| | | |
|---|---|---|
| Deposition | Buker v. Roses | North Carolina |
| Deposition | White v. Sawyer | North Carolina |
| Deposition | Royal Citrus | California |