Rehabilitation Counselors, Incorporated
P.O. Box 1217
Bowie, Maryland 20718
Phone: 202-408-9555      Fax: 301-352-5331

**Joseph H. Rose M.Ed., C.R.C.**
**Vocational Expert**

February 5, 2007

James F. Jordan, Esquire
Jordan Coyne & Savits, L.L.P
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Re:  **Hunter Dawkins v. Tully Construction Company**
Vocational Assessment

## Referral

This report is pursuant to your request to evaluate the plaintiff, Hunter Dawkins' current and future employability and wage earning capacity related to his motor vehicle accident on April 16, 2005.  I had access to file records that I will not individually identify at this time.  I reviewed this information for a history of his diagnosed condition, treatments, prognosis and overall abilities and potential physical limitations.

I interviewed Mr. Dawkins in the offices of his attorney, Patrick Regan, Esquire.  I was able to establish an overall assessment of the educational and work potential of Mr. Dawkins.  This information was adequate for me to assess his employability and wage earning capacity within a reasonable degree of professional certainty in the field of rehabilitation counseling.

## Plaintiff History

The plaintiff was born on March 18, 1983, in Pass Christian, Mississippi.  He is the youngest of three children ages 37, 36 and 23 years old respectively.  His father is a medical doctor (Urologist) and his mother is a Mississippi State Legislator.  Hunter Dawkins' educational history is as follows:

- Graduate School:  The George Washington University  (Expected to graduate in 2008)
  Masters of Arts, Legislative Affairs, Political Management
- College:  Catholic University  2005
  Politics, Theology, Media Studies
- High School:  Saint Stanislaus  2001


RECEIVED
FEB 1 5 2007



Page 2.
Dawkins.

## Employment History

The following is an analysis of the jobs Mr. Dawkins has held since approximately April 2006. The skills developed and/or demonstrated during his employment provide a basis for determining his future employability.

1. Position:                Legislature Assistant
   Employer:                Congressman Gene Taylor
   Dates of Employment:      August 2006 – Present (35 – 40 hours per week)
   Earnings:                $1,750.00 per month
   Physical Demands:         Sedentary - Light

2. Position:                Assistant Public Relations (Full-Time)
   Employer:                Mississippi Attorney Generals Office
   Dates of Employment:      April 2006 – August 2006
   Earnings:                Unknown
   Physical Demands          Sedentary - Light

## Medical Status

Medical records are available to all parties and will not be repeated individually. However, I will reference medical records that pertain to Mr. Dawkins' prognosis and future medical care. On April 16, 2005, Mr. Dawkins was involved in an early morning motor vehicle accident, where he received serious physical injuries. He was admitted to the Washington Hospital Center's Trauma Unit, and eventually underwent surgery by James Jeng, M.D., to release intracranial pressure.

He was transferred to the National Rehabilitation Hospital on May 10, 2005, where he came under the care of Andrew McCarthy, M.D. Dr. McCarthy's Discharge Summary notes the following:

- Status post severe traumatic brain injury on 04/16.
- Patient was an unrestrained passenger in the back seat.

Rehabilitation Progress:

- On admission, patient was dependent in all areas of mobility, self-care, and was unable to communicate.
- He slowly and steadily improved over time; in fact, he has changed markedly in the last 3 – 4 weeks/in the last week.
- Hemiparesis is much better, and his cognition is much more fluent.
- Dr. Kolsky confirmed that he is unable to see out of that left eye and is also unable to hear out of his right ear.

After Mr. Dawkins release from the NRH, he returned to his home in Mississippi with his mother and sister, and came under the care of the Methodist Outpatient Rehabilitation Hospital in Jackson, Mississippi. On August 10, 2006, Stuart Yablon, M.D., reported the following:

- Diagnosis: Traumatic Brain Injury
- Mr. Dawkins participated in the Quest Program in individual sessions approximately one day per week.

Progress/Assessments:

- His mood appears stable with no significant symptoms of depression.
- He resigned from his position in the attorney generals office in preparation for moving to Washington, D.C.
- He reported that he has several interviews lined up and said he does not anticipate any difficulties finding employment.

On August 16, 2006, Dr. Yablon and his Quest Team reported the following Discharge Report:

- Mr. Dawkins made excellent progress over the course of his treatment at Quest and improved his physical strength, range of motion, and endurance.
- His orientation, organization skills and his emotional adjustment also improved over the course of his treatment.
- He demonstrated good awareness of his residual cognitive difficulties, which include significant impairments in cognitive processing speed, fine motor speed, and language functioning.

**Occupational Outlook**

Mr. Dawkins occupational outlook is optimistic based on his undergraduate education and his current enrollment in the George Washington University Graduate School. His cognitive abilities appear to be excellent and compatible with developing a career that will allow him to work in a wide range of occupations/professions related to legislative affairs and medial relations.

A publication of the U.S. Bureau of Labor Statistics, U.S. Census Bureau, *The Current Population Survey*, provides an analysis of the limitations inherent in attempting to identify differences in specific income categories. That research, entitled "Uses and Limitations of CPS Data on Work Disability," states the following:

> The objective of this paper is to help users understand the origin, use, and limitations of the CPS-based work disability measures available from the Census Bureau. Researchers and others often have used the Current Population Survey to identify the population who are said to have work disability. The questions used for this purpose, however, were not designed or tested with the intent of measuring disability, and thus the reliability and validity of the estimates generated from these questions is unknown. The questions were not placed in the CPS to measure disability, but rather to achieve other goals.[1]

---

[1] See U.S. Bureau of Labor Statistics, "Uses and Limitations of CPS Data on Work Disability," electronically available at [http://www.census.gov/hhes/www/disable/cps/cpstableexplanation.pdf]. NOTE: Article included with this report.

Page 4.
Dawkins.

Other studies are reflective of the aforementioned facts. One study is found in a June 2001 journal article appearing in the Monthly Labor Review – "The Lack of a Disability Measure in Today's Current Population Survey."[2] This particular research reports the following:

> There are two flaws with the analyses. The first defect, and the focus of this article, is that there are no questions in the Current Population Survey that identify persons with disabilities . . . Therefore, conclusions by researchers about the employment rate trend for persons with disabilities and the underlying causes are not valid.[3]

Mr. Dawkins has an opportunity to plan his future education and career goals to be compatible with whatever physical limitations he may have, given any permanent injury in the form of cognitive or physical injuries. With proper guidance and counseling/planning, he has the potential and apparent intellect to work in a wide range of jobs in the political arena. When asked how he acquired his current position as a legislature assistant on Capitol Hill, he indicated that he made a face to face appointment with Congressman Gene Taylor, and subsequently received his current position.

While it has been reported by plaintiff's vocational expert that Mr. Dawkins received special treatment in receiving his current job, Mr. Dawkins reports that he did not get any help from his family or anyone else in acquiring his current job. Additionally, Mr. Dawkins is currently taking four graduate classes this semester, and earned A's in the two classes he took during his first semester of classes.

It is correct that Mr. Dawkins does have some physical and other residual limitations that have not risen to the level of handicaps. He is blind in his left eye, and deaf in his right ear, that he has adjusted to. He is able to drive a motor vehicle, and lives completely independently, without any outside assistance as proposed in a recent Life Care Plan. Mr. Dawkins is on track to complete his graduate studies within the next year to year and a half. After graduation, he plans to return to Mississippi, and continue to work in politics, where he will not have any diminution in his overall future earning capacity.

Additionally, Mr. Dawkins reported the following details related to his activities of daily living and current and future life care needs:

- At the time that his Life Care Plan was prepared by Sharon Reavis, he had not been released from his rehabilitation program in Mississippi.
- He is not taking any medication, or receiving any Physical or Occupational Therapy.
- He cooks his own meals, and washes his own clothes. In other words, he is totally independent.
- He works 35-40 hours weekly, and takes four graduate school classes four nights per week.
- He uses public transportation (Metro) when in Washington, D.C., and drives himself when he is in Mississippi.
- He does have some problems with writing, but uses a keyboard easily.

---

[2] Hale, Thomas, W., Monthly Labor Review, "The Lack of Disability Measure in Today's Current Population Survey," June 2001, pp. 38-40. NOTE: Article included with this report.
[3] Ibid.

Page 5.
Dawkins.

- Current graduate classes:  Foreign Policy, Introduction to Political Analysis, Politics and Public Policy, American Political Parties and Elections.

## Summary/Conclusions

It is likely that Hunter Dawkins will complete his graduate school program and can be expected to earn an income in the range of $35,000 - $50,000 during the first five years of employment depending on his level of training.  His physical limitations should be taken into account as he gets older and is able to focus on the specific career path he wishes to follow.  His income should increase as he gains more work experience and develops more business relationships.  He has the potential to pursue a wide range of occupational choices that will provide him with full-time employment on a yearly basis.

Should you have any questions, please feel free to contact me.

Sincerely,

Joseph H. Rose, C.R.C., M.Ed.



# CURRICULUM VITAE

## JOSEPH H. ROSE, C.R.C.,M.Ed.
P.O. Box 90381
Washington, D.C.  20090-0381
202-408-9555

## OBJECTIVE

Provide expert consultations in the areas of worker's compensation rehabilitation, employee assistance programs, loss wages, wrongful deaths and medical malpractice.

## EXPERIENCE

**Senior Consultant**
*(February 1977 to Present)*

Joseph H. Rose, C.R.C.,M.Ed.
Private Rehabilitation Consultant

As a rehabilitation consultant, duties have included the vocational evaluation of claimants referred by the U.S. Department of Labor, attorneys, insurance companies and self-insured businesses.  Develop sound rehabilitation plans and strategies in the resolution of individual cases.  I interview, counsel and correspond with claimants, physicians and attorneys, as well as review medical and other pertinent records used to determine wage losses.

I am responsible for providing an initial rehabilitation interview and vocational assessment to identify the injured individuals overall work skills and abilities.  I determine the injured individuals work readiness for reemployment, as well as deceased individuals projected earning capacities.  I provide expert testimony in the areas of vocational evaluation, employment, physical work capacities, loss of wages, earnings capacities and labor market survey and life care plans.

**Consultant**
*(January 1994 to March 1994)*

Alignment Strategies
Los Angeles, California &
Washington, D.C.

As a consultant, I provided professional services and expertise in the areas of business assessments, restructuring, diversity assessments, training and interventions.

**Director of Personnel and Rehabilitation Services**
*(November 1968 to September 1976)*

Davis Memorial Goodwill Industries
Washington, D.C.

As Director of Personnel and Rehabilitation Services, I had the overall administrative responsibility for the two aforementioned services, which were comprised of six departments with approximately 300 employees.  As Personnel Director, I planned, programmed and established personnel policy for the provision of services designed to support the objective of the organization.

I analyzed, evaluated and recommended allocation of all classes of position. I provided a full range of technical an advisory services to employees and management of all levels, as well as supervised selective job placements and follow-up. I developed position descriptions for the organization and supervised the recruitment of new employees.

I developed and implemented a system that enabled the Personnel Department to provide satisfactory personnel administration services to all functions relating to such programs as: Jobs 70, Manpower Development Training Act (MDTA) and Court Referred Programs. The aforementioned programs served approximately 10,600 disabled individuals. I had the administrative responsibility for program development and management of staff work loads.

**Rehabilitation Consultant**
*(February 1978 – 1990 & June 1997)*

Office of Worker's Compensation
U.S. Department of Labor
District 25 – Washington, D.C.

As a Certified Rehabilitation Counselor, I provided vocational rehabilitation services to workers injured under acts administered by the Office of Worker's Compensation Programs.

**Vocational Expert**
*(June 1997 – January 31, 2006)*

Social Security Administration
Office of Hearings and Appeals

I provide expert (2543) services when requested by representatives from the Office of Hearings and Appeals in accordance with Social Security Administration

**Commissioner, Commission on Rehabilitation Counselor Certification (CRCC)**, May 2006- – June 30, 2010.

## EDUCATION

Bachelor of Arts
(Summer of 1968)

St. Augustine's College
Raleigh, North Carolina

Executive Training Program
1972 – 1975

Goodwill Industries of America

Continuing Education
1983 – 1985

Certified Rehabilitation Counselor
1975 to Present

Commission on Rehabilitation
Counselor Certification

Master of Education in Rehabilitation Counseling
May 1994

Coppin State College
Baltimore, Maryland

Rehabilitation Counselor Certification
March 1996

U.S. Department of Labor
OWCP

**REHABILITATION COUNSELORS, INC.**
Joseph H. Rose, C.R.C., M.Ed.
Vocational Expert
Consulting Fee Schedule and Terms (Effective January 1, 2007)

| | |
|---|---|
| CASE REVIEW/PROFESSIONAL CONSULTATION | $225.00 PER HOUR |
| REHABILITATION COUNSELING | $200.00 PER HOUR |
| TRAVEL TIME/CLERICAL | $60.00 PER HOUR |
| COURT TESTIMONY/DEPOSITIONS | $700.00 FIRST HOUR $400.00 EACH HOUR THEREAFTER |

- There will be a non-refundable fee of $700.00 for designating Joseph H. Rose, C.R.C., M.Ed. as a vocational expert in each case, to be deducted from any initial services provided by me.

- Rehabilitation Consultations are billed at $225.00 per hour.

- Depositions and trial testimony are billed at $700.00 per hour for the first hour, and $400.00 or any parts thereof for each succeeding hour.

- Depositions and trial testimony fees are due one week in advance of my scheduled appearance.

- Deposition or trial testimony cancellations are not automatically refundable, contingent on advanced cancellation notice.

# REHABILITATION COUNSELOR'S, INC.

## Joseph H. Rose, C.R.C., M.Ed.

### LIST OF CASES

### 2000 TO 2007

### (PAGES 6 – 9)

### LAST UPDATED March 29, 2007

Page 6.
Case Listing.

| Case Name | CAL/CIA Number | Jurisdiction | Referral Source | Plaintiff/Defendant |
|---|---|---|---|---|
| Sadie Childs v. Holiday Spa (1/97) | | Superior Court for the District of Columbia | James Hood, Esquire | Plaintiff (Deposition) |
| Tonya Odems v. District of Columbia | CA No. 99-2615 Judge H. Dixon, Jr. | Superior Court for the District of Columbia | Sidney Schupak, Esquire | Plaintiff (Deposition) |
| Crystal Baker v. The Just Corporation | CA No. 98CA6270 | Superior Court for the District of Columbia | Richard Brown, Esquire | Plaintiff (Deposition) |
| Doretha Word v. The George Washington University Medical Center | CA No. 0003848-00 Judge Joan Zeldon | Superior Court for the District of Columbia | Sidney Schupak, Esquire | Plaintiff (Deposition) |
| Tamara Thomas v. Thrifty Rent-A-Car Systems, Inc. | CA No. 00CA004602 | Superior Court for the District of Columbia | Thomas Queen, Esquire | Plaintiff (Deposition) |
| Kathryn Stasak v. Braun, Inc. | CA No. 24-C-99-004950 | Circuit Court for Baltimore, MD | Paul Maloney, Esquire | Defendant (Deposition) |
| Bernard Bourque v. Murray S. Saval | CA No. 13C000439330 | Circuit Court for Howard County, MD | Renee L. Johnson, Esquire | Defendant (Deposition) |
| Derrick Davis v. District of Columbia | CA 98-01645 Judge Henry H. Kenney, Jr. | U.S. Federal Court for the District of Columbia | Eric Boloy, Esquire and James Gladstone, Esquire | Plaintiff |
| Kwane Reed v. Miller Elevator Service | CA-99CA005788 | Superior Court for the District of Columbia | H. Vincent McKnight, Esquire | Plaintiff (Deposition) |
| Corey Hairston v. Children's National Medical Center, et al. | CA No. 007649 | Superior Court for the District of Columbia | Michael H. Feldman, Esquire | Plaintiff (Deposition) |
| Jackson v. Hensley, et al. | No. S01-923 | U.S. District Court for the District of Maryland | Conrad W. Varner, Esquire | Defense (Deposition) |
| Jesse Cash v. Bon Secours Hospital, et al. | 24-C-00-006123 | Circuit Court for Baltimore City | D. Stephenson Schwinn, Esquire | Defense (Deposition) |
| CAN/Moyers v. Manganaro Corporation | CAL-01-09766 | Circuit Court for Prince George's County | D. Stephenson Schwinn, Esquire | Defense (Trial Testimony) |
| Leroy Saunders v. George Washington University | CA No. 006373-99 | Superior Court for the District of Columbia | Donald McClure, Esquire | Plaintiff (Trial Testimony) |
| Lori F. Kaplan v. Follett Higher Education Group, Inc., et al. | 99-CA007840 | Superior Court for the District of Columbia | H. Vincent McKnight, Esquire | Plaintiff (Deposition) |

Page 7.
Case Listing.

| Case Name | CAL/CIA Number | Jurisdiction | Referral Source | Plaintiff/Defendant |
|---|---|---|---|---|
| Lisa Slade et al v. Marathon Cleaning, Inc. | CA No. 01-7863 | Superior Court of the District of Columbia | David Stratton, Esquire | Defendant (Deposition) |
| Kassadi Lewis et al v. Theodore George, Jr., M.D., et al | No. 00-CA-00549 | Superior Court of the District of Columbia | Michael Feldman, Esquire Kerri Jones-McCoy, Esquire | Plaintiff (Trial Testimony) |
| Charles Presley v. Commercial Moving & Rigging | CA No. 02-CA009179 | Superior Court of the District of Columbia | D. Stephenson Schwinn, Esquire | Plaintiff (Deposition) |
| Kevin Sportes v. Wilken, M.D. | | Circuit Court of the District of Columbia | Kevin Eret, Esquire | Plaintiff (Deposition) |
| Elaine Minton v. Federated Department Stores | CA No. S02-2460 | U.S. District Court of Maryland, Northern District | D. Stephenson Schwinn, Esquire | Defendant (Deposition) |
| Mende v. Shuey, M.D. | CA No. 24-C-003479 | Circuit Court for Baltimore City, MD | Roy Cowdrey, Esquire | Plaintiff (Trial Testimony) |
| Bunica-Melgar v. Prince George's County, MD | AW 02-734 | Circuit Court of Prince George's County, MD | Crystal Mittelstaedt, Esquire | Defense (Deposition) |
| Raghav Choudhary v. John Hopkins Medical Center | 24-C-03-003249 | Circuit Court for Baltimore City, MD | Gerard E. Mitchell, Esquire | Plaintiff (Deposition, Trial Testimony) |
| Tracy King-Shields et al v. CSI Mechanical, Inc. et al | CA No 24065A-V | Circuit Court for Montgomery County, MD | Paul Maloney, Esquire | Defense (Deposition) |
| Mark Harrison v. Restaurant Associates, Inc. | Ca No. 01-1766 | U.S. District Court for the District of Columbia | D. Stephenson Schwinn, Esquire | Defense (Deposition, Trial Testimony) |
| Aris Johnson v. John W. Saunders | CAL03-02967 | Circuit Court for Prince George's County | Othello Jones, Esquire | Plaintiff (Deposition) |
| Muldrow v. Re-Direct | CA No. 1:01CV02537 | U.S. District Court for the District of Columbia | W. Gary Kohlman, Esquire | Plaintiff (Deposition) |
| Walker v. Laboratory Corp of America | CA No. 03-1550 | U.S. District Court for the Eastern District of Virginia, Alexandria Division | W. Gary Kohlman, Esquire | Plaintiff (Deposition) |
| Veronica Coates v. Kentwood Townhomes, LLC | Case No. L03-02264 | Circuit Court of Maryland for Prince George's County | Gaines & Richin, P.A. | Plaintiff (Deposition) |
| Doyle H. Betters v. Edward Passman | Case No. 02CA004366 | Superior Court of the District of Columbia | Jack D. Lapidus, Esquire | Defense (Trial Testimony) |
| Richard H. Landon v. Pamela Zorn, M.D., et al | Case No. 23C-02-0000108MM | Circuit Court for Worchester County | Curtis Booth, Esquire | Defense (Trial Testimony) |
| Vivian E. Sherwood v. Joseph M. Giordano, M.D. & Peter A. Maskrovitz, M.D. | Civil No. 00CA003439 | Superior Court for the District of Columbia | Martin Trpis, Esquire | Plaintiff (Trial Testimony) |
| Chappell v. Kaiser | Civil Action No CAL 03-00091 | Circuit Court for Montgomery County, MD | Larry Ceppos, Esquire | Defense (Deposition) |

Page 8.
Case Listing.

| CASE NAME | CAL/CIA NUMBER | JURISDICTION | REFERRAL SOURCE | PLAINTIFF/DEFENDANT |
|---|---|---|---|---|
| Hartman v. George Washington University Hospital | CA No. 03CA009657 | Superior Court for the District of Columbia | Gerard E. Mitchell, Esquire | Plaintiff(Deposition) |
| Dale V. Davis | | Circuit Court for Wicomico County, MD | Roy Cowdrey, Esquire | Deposition/Trial Testimony |
| Manile v. George Washington University Hospital | 03-0010150 | Superior Court for the District of Columbia | Wayne Mansulla, Esquire | Plaintiff(Deposition) |
| Beale v. Prince George's County, MD | DCK01CV2389 | Circuit Court of Prince George's County, MD | Doriane Meloy, Esquire | Defense (Deposition) |
| Bystry v. Verizon Service Corp | CCB-04-1 | Circuit Court of Baltimore, MD | Amy Miller, Esquire | Defense (Deposition) |
| Brandeen v. Brandeen | C-04-102282 | Circuit Court of Baltimore City | Stephen Cullen, Esquire | Plaintiff (Deposition) |
| Muldrow v. Re-Direct | | U.S. District Court for the District of Columbia | Bredhoff & Keiser | Plaintiff (Deposition) |
| Anderson v. CSXT/Cluster I | | Circuit Court of Baltimore City | Guy Albertini, Esquire | Trial Testimony |
| Hines v. Morris Schochet, M.D. | 02-C-05-104905 | Circuit Court for Anne Arundel County | Jon Brassel, Esquire | Deposition/Trial Testimony |
| Angela Gates v. Trammell Crow Services | No. 05-CV-00336 | U.S. District Court for the District of Columbia | Terry Spitz, Esquire | Plaintiff/Deposition |
| CSXT v. Cluster II (5) | No. 24-C-05001810 | Circuit Court of Baltimore City | Guy Albertini, Esquire | Plaintiff/Deposition |
| Ruth Lawson v. U.S. | | U.S. District Court, Greenbelt, Maryland | Thomas Corcoran, Esq. | Plaintiff/Deposition |
| Simmonds v. Dicksonson, M.D. | CAL05-05599 | Circuit Court for Prince Georges County, Maryland | David Roling, Esq. | Defense (Trial Testimony) |
| Watkins v. Desta Awlachew | Civil No. 05CA003178 | District of Columbia Superior Court | | Defense Deposition |
| Johnson v. Howard University Hospital | CA No.05CA006688 | Superior Court of the District of Columbia | Sidney Schupak, Esq. | Plaintiff Testimony |
| Hopkins v. Syed A. Sadiq, M.D. | CAL05-09470 | Circuit Court for Prince George's County, Maryland | David LaCivita, Esq. | Plaintiff Deposition |
| | | | | Plaintiff Trial Testimony |

Page 9.
Case Listings.

| CASE NAME | CAL/CIA NUMBER | JURISDICTION | REFERRAL SOURCE | PLAINTIFF/DEFENDANT |
|---|---|---|---|---|
| Kevin Irving v. U.S. | Civil No. 1:05CV00797 | U.S. District Court for the District of Columbia | Sidney Schupak, Esq. | Deposition Testimony |
| Carey v. U.S. | Civil # DKC-05-335 | U.S. Dist. Court, Dist of MD., Greenbelt, Maryland | Jennifer Wright, Esq. | Defense (Deposition) |
| Ford/Wise v. Turner | 24-C-05-004167 | Circuit Court for Baltimore Columbia | David Roling, Esq. | Defense(Deposition Testimony) |
| Evans v. Lumpkins, M.D. | 05-000612 | Superior Court of the District of Columbia | Pamela Diedrich, Esq. | Defense (Deposition) |
| Dobson v. W.O. Grubb | CAL05-24454 | Circuit Court for Prince George's county | D. Stephenson Schwinn, Esq. | Defense (Deposition) |
| Mohamed v. Masoul | 04-CA008195 | Superior Court for the District of Columbia | Daniel Costello, Esq. | Defense (Deposition) |
| Marcy Hartman v. GWUH | CA No. 03CA009657 | Superior Court of the District of Columbia | Gerard Mitchell, Esq. | Plaintiff (Trial Testimony) |
| Charles Presley v. Commercial Moving & Rigging Cluster 5/Amtrak | CA No. 02-CA0091179 | Superior Court of the District of Columbia | D. Stephen Schwinn, Esquire | Plaintiff (Trial Testimony) |
| MBALU Thomas v. Progressive Northern Insurance Co. | CAL06-07880 | Circuit Court for Baltimore City County, Maryland | Guy M. Albertini, Esquire | Plaintiff (5 Depositions) |
| Julia Taylor v. Giant Food, Inc. | | Circuit Court for Prince Georges County, Maryland | David A. Richin, Esquire | Plaintiff (Deposition) |
| | | Circuit Court for Prince Georges County, Maryland | Joann Myles, Esquire | Plaintiff (Trial Testimony) |
| Cluster 4 v. CSX Transportation | 24-C-05-001801OT | Circuit Court for Baltimore City, Md. | Guy M. Albertini, Esquire | Plaintiff (Deposition & Trial Testimony) |