# CURRICULUM VITAE

**NAME:  Paul Fedio, Ph.D.**

**ACADEMIC:**
Affiliate Professor, Department of Psychology
George Mason University
4400 University Drive
Fairfax, VA 22030

Ordinary Professor, Department of Psychology
Catholic University of America
620 Michigan Avenue, N.E.
Washington, DC

**CLINCIAL PRACTICE:**
9408 Raintree Road
Burke, VA 22015  (703) 426-7246

**EDUCATION:**

1956  B.A., St. Basil's College, Stamford, Connecticut
1959 M.A., Psychology, Catholic University, Washington D.C.;
       (Thesis: Electroencephalographic [EEG] activation and reaction time in normal and
       schizophrenic subjects)
1964 Ph.D., Psychology, Catholic University, D.C., Washington, D.C.
       (Dissertation: Selective intellectual deficits in  children with temporal lobe or
       centrencephalic epilepsy)

**TRAINING AND EMPLOYMENT HISTORY:**

| | |
|---|---|
| 1958-1959 | Psychologist, Intern; St. Elizabeth's Hospital, Washington, D.C. |
| 1959-1960 | Psychologist, Extern; Department of Psychiatry<br>D.C. General Hospital, Washington, D.C. |
| 1960-1964 | Psychologist, Clinical; Handicapped Children's Clinic,<br>D.C. General Hospital, Washington, D. C. |
| 1964-1975 | Psychologist, Clinical; Surgical Neurology Branch,<br>NINCDS, National Institutes of Heatlh [NIH}, Bethesda, MD |
| 1975-1981 | Supervisory Psychologist, Clinical Neurosciences Branch, NINCDS, NIH,<br>Bethesda, MD |

| | |
|---|---|
| 1975-1990 | Consultant, Psychological Sevices, Montgomery County Public Schools, Rockville, Md. |
| 1977-1986 | Special Assistant to the Clinical Director, NINDS, NIH, Bethesda, MD |
| 1980- 1995 | Consultant, Division of Vocational Services, Maryland |
| 1981-1984 | Acting Chief, Clinical Neurosciences Branch, NINDS, NIH, Bethesda, MD |
| 1984-1991 | Chief, Clinical Neuropsychology Section, Epilepsy Branch, NINDS, NIH, Bethesda, MD |
| 1991-1999 | Chief, Clinical Neuropsychology, Office of the Clinical Director, NINDS, NIH, Bethesda, MD |
| 1999-2001 | Consultant, Clinical Neuropsychology, NINDS, NIH, Bethesda, MD. |
| 1999-2002 | Consultant, Clinical Neuropsychology; Neuroscience Program, Inova Fairfax Hospital, Falls Church, VA |
| 1999-Present | Term Professor [Clinical Neuropsychology], Department of Psychology, George Mason University, Fairfax, VA. |
| 2001-2002 | Associate Professor, Chief, Clinical Neuropsychology, Department of Neurosurgery, George Washington Hospital, Washington, DC. |
| 2000-Present | Associate, Department of Psychiatry and Behavioral Science, George Washington University Hospital, Washington, DC |
| 2003–Present | Associate, Department of Neurology, Georgetown Hospital, Washington, DC |
| 2004-Present | Ordinary Professor, Catholic University of America, Washington, DC |

**LICENSE:**   Maryland (# 00769); Virginia (# 0810002714);  District of Columbia  (#100066)

**BOARD CERTIFICATION:**   American College of Forensic Examiners

**HONORS AND AWARDS:**
1956-1960     U. S. Public Health Fellowship, Catholic University

**FELLOW STATUS:  American Psychological Association [APA]:**
Division 6: Behavioral Neuroscience and Comperative Psychology
Division 40: Clinical neuropsychology

**PROFESSIONAL SOCIETY MEMBERSHIP:**
      International Neuropsychology Society
      National Academy of Neuropsychology
      Coalition of Clinical Practitioners of Neuropsychology
      American Psychological Association
      American Association for the Advancement of Science
      Eastern Psychological Association
      Northern Virginia Traumatic Brain Injury Association

**OTHER**: Mid-Atlantic Brain-Injury Consortium; Vice Chairman [1999-Present]
      Multiple Sclerosis Society, National Capital Region, Board of Directors [2000-2005]

**CLINICAL AND RESEARCH INTERESTS:**
      Brain-injury and cognitive/personality changes
      Neural basis of memory disorders
      Neuropsychiatric disorders
      Brain mechanism for speech and language

**PUBLISHED ARTICLES:**

Fedio, P., Mirsky, A.F., Smith, W.J. and Parry, D. Reaction time and EEG activation in normal and schizophrenic subjects. Electroenceph Clin Neurophysiol, 13:923-926, 1961.

Ojemann, G.A. and Fedio, P. Effect of stimulation of the human thalamus and parietal and temporal white matter on short-term memory. J Neurosurg, 29:51-59, 1968.

Ojemann, G.A., Fedio, P. and Van Buren, J. Anomia from pulvinar and subcortical parietal stimulation. Brain, 91:99, 1968.

Fedio, P. and Mirsky, A.F. Selective intellectual deficits in children with temporal lobe or centrencephalic epilepsy. Neuropsychologia, 7:287-300, 1969.

Buchsbaum, M. and Fedio, P. Visual information and evoked responses from the left and right hemispheres. Electroenceph Clin Neurophysiol, 26:266-272, 1969.

Fedio, P. and Baldwin, M. Dysnomia and short-term memory impairment from intracarotid sodium amytal. Excerpta Medica, 193:212, 1969.

Ojemann, G.A., Fedio, P. and Van Buren, J.M. Evidence for dominance within the human lateral thalamus. Excerpta Medica, 193:260, 1969.

Fedio, P. and Ommaya, A.K. Bilateral cingulum lesions and stimulation in man with lateralized impairment in short-term verbal memory. Exp Neurol, 29:84-91, 1970.

Buchsbaum, M. and Fedio, P. Hemispheric differences in evoked potentials to verbal and nonverbal stimuli in the left and right visual fields. Physiol Behav, 5:207-210, 1970.

Fedio, P. and Weinberg, L.K. Dysnomia and impairment of verbal memory following intracarotid injection of Sodium Amytal. Brain Res, 31:159-168, 1971.

Fedio, P. and Buchsbaum, M. Unilateral temporal lobectomy and changes in evoked responses during recognition of verbal and nonverbal material in the left and right visual fields. Neuropsycholgia, 9:261-271, 1971.

Butters, N., Soeldner, C. and Fedio, P. A comparison of parietal and frontal lobe spatial deficits in a man: extrapersonal vs. personal (egocentric) space. Perceptual and Motor Skills, 34:27-34, 1972.

Ommaya, A.K. and Fedio, P. The contribution of cingulum and hippocampal structures to memory mechanism in man. Confinia Neurol, 34:398-411, 1972.

Samuels, I., Butters, N. and Fedio, P. Short-term memory disorders following temporal lobe removals in humans. Cortex, 8:283-298, 1972.

Gerner, P., Ommaya, A.K. and Fedio, P. A study of visual memory: verbal and nonverbal mechanism in patients with unilateral temporal lobectomy. Int J Neuroscience, 4:231-238, 1972.

Fedio, P. and Van Buren, J.M. Memory deficits during electrical stimulation of the speech cortex in conscious man. Brain Lang, 1:78-100, 1975.

Rosenthal, L.S. and Fedio, P. Recognition thresholds in the central and lateral visual fields following temporal lobectomy. Cortex, 11:217-229, 1975.

Van Buren, J.M. and Fedio, P. Functional representation on the medial aspect of the frontal lobes in man. J Neurosurg, 44:275-289, 1976.

Bear, D.M. and Fedio, P. Quantitative analysis of interictal behavior in temporal lobe epilepsy. Arch Neurol, 34:454-467, 1977.

Henkin, R.I., Comiter, H., Fedio, P. and O'Doherty, D. Defects in taste and smell recognition following temporal lobectomy. Trans Amer Neurol Assoc, 102, 1977.

Van Buren, J.M., Fedio, P. and Canal-Frederick, G. Mechanism and localization of speech in the parietotemporal cortex. Neurosurg, 44:233-239, 1978.

Samuels, I., Butters, N., Fedio, P. and Cox, C.S. Deficits in short-term auditory memory for verbal material following right temporal removals in humans. Int J Neuroscience, 11:101-108, 1980.

Fedio, P. and Van Buren, J.M. Thalamo-cortical mediation of perception and memory in man. Adv Physiol Sci, 17:305-312, 1981.

Tamminga, C.A., Durso, R., Fedio, P. and Chase, T.N. Vasopressin studies in Alzheimer's disease. Psychopharm, 18:48-49, 1982.

Durso, R., Fedio, P., Brouwers, P., Cox, C., Martin, A.J., Ruggieri, S.A., Tamminga, C.A. and Chase, T.N. Lysine vasopressin in Alzheimer's disease. Neurology, 32:674-677, 1982.

Fried, I., Mateer, C., Ojemann, G., Wohns, R. and Fedio, P. Organization of visuospatial functions in human cortex. Brain, 105:349-371, 1982.

Chase, T.N., Brooks, R.A., Delapaz, R.L., Demaro, A., Di Chiro, G.R., Fedio, P., Foster, N.L., Kessler, R.M., Kornblith, P.L., Kufta, C.V., Manning, R.G., Newmark, M.E., Patronas, N.J., Porter, R., Sato, S., Smith, B.H. and Theodore, W.H. Position emission tomographic studies of epilepsy, brain tumors and Alzheimer's disease. Psychopharm Bull, 18:3-6, 1982.

Chase, T.N., Durso, R., Fedio, P. and Tamminga C.A. Vasopressin treatment of cognitive deficits in Alzheimer's disease. In: Corkin, S., Davis, K.L., J.H., Usdin, E., and Wurtman, R.J. Alzheimer's Disease. New York: Raven Press, 19:455-459, 1982.

Martin, A. and Fedio, P. Word production and comprehension in Alzheimer's disease: The breakdown of semantic knowledge. Brain Lang, 19:124-141, 1983.

Chase, T.N., Foster, N.L., Fedio, P., Di Chiro, G., Brooks, R. and Patronas, N.J. Alzheimer's disease: local cerebral metabolism studies using F-fluorodeoxyglucose positron emission tomograpy. In: Samuel, D., Ageri, Genshorn, S. Grimm, V.E. and Toffano, G., eds. Aging of the Brain. New York: Raven Press, pp. 143-154, 1983.

Foster, N.L., Chase, T.N., Fedio, P., Patronas, N.J., Brooks, R. and Di Chiro, G. Alzheimer's disease. Focal cortical changes shown by positron emission tomography. Neurology, 33:961-965, 1983.

Fedio, P. and Martin, A. Ideative-emotive behavioral characteristics of patients following left or right temporal lobectomy. Epilepsia, 24:5117-5130, 1983.

Behar, D., Rapoport, J.L., Berg, C.J., Denckla, M.B., Mann, L., Cox, C., Fedio, P., Zahn, T. and Wolfman, M.G. Computerized tomography and neuropsychological test measures in adolescents with obsessive-compulsive disorder. Am J Psychiat, 141:363-369, 1984.

Rausch, R., Fedio, P., Ary, C.M., Engel, J. and Crandall, P. Resumption of behavior following intracarotid Sodium Amobarbital injection. Am Neurol, 15:31-35, 1984.

Browers, P., Cox, C., Martin, A., Chase, T. and Fedio, P. Differential perceptual-spatial impairment in Huntington's and Alzheimer's dementias. Arch Neurol, 41:1073-1076, 1984.

Browers, P., Riccardi, R., Poplack, D. and Fedio, P. Attentional deficits in long-term survivors of childhood acute lymphoblastic leukemia (ALL). J Clin Neuropsych, 6:325-336, 1984.

Fedio, P., Martin, A. and Browers, P. The effect of focal cortical lesions on cognitive functions. In: Ward, A. and Porter, R., eds. Advances in Epileptology. XVth Epilepsy International Symposium, New York: Raven Press, pp. 489-496, 1984.

Chase, T., Foster, N.L., Fedio, P., Mansi, L., Brooks, R., Kessler, R. and Di Chiro, G. cognitive and cerebral function in early and advanced Alzheimer's disease. Neurol Sci, 11:176-179, 1984.

Chase, T., Foster, N.L., Fedio, P., Brooks, R., Mansi, L. and Di Chiro, G. Regional cortical dysfunction in Alzheimer's disease as determined by positron emission tomography. Ann Neurol, 15:170-174, 1984.

Chase, T., Foster, N.L., Fedio, P., Mansi, L., Brooks, R., Kessler, R. and Di Chiro, G. Gilles de la Tourette syndrome: Studies with the fluorine-18-labeled fluorodeoxyglucose positron emission tomographic method. Ann Neurol, 15:S175, 1984.

Foster, N.L., Chase, T.N., Mansi, L., Brooks, R., Fedio, P., Patronas, N.J. and Di Chiro, G. Cortical abnormalities in Alzheimer's disease. Ann Neurol, 16:649-654, 1984.

Chase, T.N., Fedio, P., Foster, N., Brooks, R., Di Chiro, G. and Mansi, L. Wechsler adult intelligence scale performance: cortical localization by fluorodeoxyglucose F-18-positron emission tomography. Arch Neurol, 41:1244-1247, 1984.

Brouwers, P., Riccardi, R., Fedio, P. and Poplack, D.M. Long-term neuropsychological sequelae of childhood leukemia: Correlation with CT brain scan abnormalities. J Peds, 106:723-728, 1985.

Chase, T.N., Brooks. R.A., Di Chiro, G., Fedio, P., Foster, N.L., Kessler, R.A., Mansi, L., Manning, R.G. and Patronas, N.J. Focal cortical abnormalities in Alzheimer's disease. In: Greitz, T., Ingvar, D., Widen, L., eds. The Metabolism of the Human Brain Studied with Positron Emission Tomography. Philadelphia: B.C. Decker, pp. 433-440, 1985.

Martin, A., Brouwers, P., Cox., C. and Fedio, P. On the nature of the verbal memory deficit in Alzheimer's disease. Brain Lanq, 25:323-314, 1985.

Martin, A., Cox, C., Brouwers, P. and Fedio, P. A note on different patterns of impaired and preserved cognitive abilities and their relation to episodic memory deficits in Alzheimer's patients. Brain Lanq, 26:181-185, 1985.

Chu, A., Nerurkar, L.S., Witzel, N., Andresen B.D., Alexander, M., E.S., Brouwers, P., Fedio, P., Lee, Y.J. and Sever, J.L. Reye's Syndrome. Salicylate metabolism, viral antibody levels, and other factors in surviving patients and unaffected family members. Amer J Dis Child, 140:1009-1012, 1986.

Foster, N.L., Chase, T.N., Patronas, N.M., Gillespie, M.M. and Fedio, P. Cerebral mapping of apraxia in Alzheimer's disease by positron emission tomography. Ann Neurol, 19:139-143, 1986.

Fedio, P. Behavioral characteristics of patients with temporal lobe epilepsy. Psychiat Clinics N Amer, 9:267-281, 1986.

Bruno, G., Mohr, E., Gillespie, M., Fedio, P. and Chase, T.N. Muscarinic agonist therapy of Alzheimer's disease: a clinical trial of RS-86. Arch Neurol, 43:659-661, 1986.

Mohr, E., Bruno, G., Foster, N., Gillespie, M., Cox, C., Hare, C., Tamminga, C., Fedio, P. and Chase, T.N. GABA-agonist therapy of Alzheimer's disease. Clin Neuropharmacol, 9:256-263, 1986.

Johnson, R., Jr. and Fedio, P. P300 activity in patients following unilateral temporal lobectomy: A preliminary report. In: McCallum, W.C., Zappoli, R. and Denoth, F., eds. Cerebral psychophysiology: studies in event-related -potentials. Electroencephalog Clin Neurophysiol, (suppl 39) :552-554, 1986.

Shults, C., Steardo, L., Barone, P., Mohr., E., Juncos, J., Serrrati, C., Fedio, P., Tamminga, C.A. and Chase, T.N. Huntington's disease: effect of cysteamine, a somatostatin depleting agent. Neurol, 36: 1099-1102, 1986.

Martin, A., Brouwers. P., Lalonde, F., Cox, C. and Fedio, P. Towards a behavioral typology of Alzheimer's patients. J Clin Exptl Neuropsych, 8:594-610, 1986.

Tamminga, C.A., Foster, N.L., Fedio, P., Bird, E.D. and Chase, T.N. Alzheimer's disease: Low cerebral somatostatin levels correlate with impaired cognitive function and cortical metabolism. Neurol, 37: 161-165, 1987.

Mohr, E., Fabbrini, G., Ruggieri, S., Fedio, P. and Chase, T.N. Cognitive concomitants of dopamine system stimulation in parkinsonian patients. J Neurol, Neurosurg, Psychiat, 50:1192-1196, 1987.

Johnson, R. Jr., Cox, C. and Fedio, P. Event-related potential evidence for individual differences in a mental rotation task. In: Johnson, R. Jr., Rhorbaugh, J.W. and Parasuraman, R., eds. Current trends in event related potential research. Electroencephalography and Clinical Neurophysiology, pp. 191-197, 1987.

Johnson, R. Jr. and Fedio, P. Task-related changes in P300 scalp distribution in temporal lobectomy patients. In: Johnson, R. Jr., Rhorbaugh, J.W. and Parasuraman, R., eds. Current trends in event related potential research. Electroencephalography and Clinical Neurophysiology, pp. 699-704, 1987.

Martin, A., Brouwers, P., Lalonde, F., Cox, C. and Fedio, P. Alzheimer's patient subgroups: qualitatively distinct patterns of performance and subsequent decline. In: Wurtman, R.J., Corkin, S., Growdon, J.H., eds. Alzheimer's disease: advances in basic research and therapies. Proceedings of 4th meeting of International Study Group on the Pharmacology of Memory Disorders Associated with Aging. Zurich, Switzerland, pp. 475-480, 1987.

Sheridan, P.H., Sato, S., Foster, N., Bruno. G., Cox, C., Fedio, P. and Chase, T.N. Relation of EEG alpha background to parietal lobe function in Alzheimer's disease as measured by positron emission tomography and psychometry. Neurol, 38:747-750, 1988.

Miller, D.L. and Fedio, P. Wither the Wada? Radiology, 168: 871-872, 1988.

Mohr, E., Fabbrini, G. Williams, J., Schlegel, J., Fedio, P. and Chase, T.N. Dopamine and memory function in Parkinson's disease, Mot Dis, 4: 113-120, 1989.

Mohr, E., Schlegel, J., Fabbrini, G., Williams, J., Mouradian, M.M., Mann, U., Claus, J., Fedio, P. and Chase, T.N. Clonidine treatment of Alzheimer's disease. Arch Neurol, 46: 376-378, 1989.

Schwartz, R., Gruenewald, P., Klitzner, M., Fedio, P. Short-term memory impairment in Cannabis-dependent adolescents. Amer J of Dis of Child, 143: 1214-1219, 1989.

Mohr, E., Cox, C., Williams, J., Chase, T.N. and Fedio, P. Impairment of central auditory function in Alzheimer's disease. J. Clin and Exp Neuropsychol, 12: 235-246, 1990

Mohr, E., Cox, C., Juncos, J., Litvan, I., Fedio, P. and Chase, T.N. Selective deficits in cognition and memory in high functioning Parkinson's patients. J. Neurol Neurosurg and Pyschiat, 53: 603-606, 1990.

Mohr E, Letvan I, Wilham J. Fedio P, Chase T. Selective deficits in Alzheimer's and Parkinsonian dementia: Visuospatial function. Can J Neurolog Sci. 17: 292-297, 1990.

Mohr, E., Cox, C. and Fedio, P. Impairment of central auditory function in Alzheimer's disease. J Clin Exptl Neurop 1. 14: 133-143, 1990.

Mohr, E., Browers, P., Claus, J., Mann, U., Gearing, M., Fedio, P. and Chase, T. Visuo-spatial cognition in Huntington's disease. Mov Disord. 6: 127-133, 1991.

Davidson, R., Fedio, P., Smith, B., Aurielle, E. and Martin, A. Lateralized mediation of arousal and habituation: differential bilateral electrodermal activity in unilateral temporal lobectomy patients. Neuropsychol. 30: 1053-1063, 1992.

Patterson, M., Horowitz., M., Abel, R., Currie, J., Yu, K-T., Kanesk, C., Higgins, J., O'Neil R., Fedio, P., Pikus, A., Brady, R. & Barton, N. Isolated horizontal gase palsy as a marker of severe systemic involvement in Gaucher's disease. Neurol. 43: 1993-1997, 1993.

Devinsky, O., Ronsaville, D., Cox, C., Witt, E., Fedio, P. Theodore, W. Interictal aggression in epilepsy: The Buss-Durkee Hostility Inventory. Epilepsia 35: 585-590, 1994.

Gold, J., Blaxton, T., Hermann, C., Randolph, C., Fedio, P., Goldberg, T., Theodore, W., Weinberger, D. 1995. Memory and intelligence in temporal lobe epilepsy and schizophrenia. Schizophr Res, 17: 59-65, 1995.

Davidson, R.A., Smith, B.D., Tammy, T.R., Fedio, P. Emotional arousal in temporal lobectomy: Autonomic and performance effects of success and failure feedback. J. Clin Exptl Neuropsych, 18: 249-258, 1996.

Fedio, P., August, A., Sato, S., Kufta, C. & Patronas, N. Semantic, phonological and perceptual changes following left and right intracarotid injection (Wada) with low amytal dose. Brain and Cognition, 33: 98-117, 1997.

Bookheimer, SY., Zeffro, TA., Blaxton, T., Malow, B., Gaillard, WD., Sato, S., Kufta, C., Fedio, P., & Theodore, WH. A direct comparison of PET activation and electrocortical stimulation mapping of language localization. Neurology, 48: 1056-1065, 1997.

Kenworthy, L., Smith, B.D, Fedio, P., Smith, D.A., & Reese, K. Hemispheric specialization in emotions and ratio: attention, arousal and EEG activation in unilateral temporal lobe epilepsy. Int. J. Neurosci. 107: 279-293, 2001.

Gorbach, A., Heiss, J., Kufta, C., Sato, S., Fedio, P., Kammmerer, W., Solomon, J., Oldfield, E. Intraoperative infrared functional imaging of the human brain. Annals of Neurology, 54: 297-309, 2003.

**BOOK CHAPTERS:**

Fedio, P., Cox, C.S. Neophytides, A., Canal-Frederick, G. and Chase, T.N. Neuropsychological Profile of Huntington's Disease: Patients and Those At-Risk. In: Chase, T.N., Wexler, N. and Barbeau, A., eds. Huntington's Chorea (1972-1978). New York: Raven Press, 23:239-255, 1979.

Buchsbaum, M.S., Carpenter, W.T., Fedio, P., Goodwin, F.K.I., Murphy, D.L. and Post, R.M. Hemispheric differences in evoked potential enhancement by selective attention in hemiretinally presented stimuli in schizophrenic, affective and post-temporal lobectomy patients. In: Gruzelier, J. and Flor-Henry, P., eds. Hemisphere Asymmetries of Function in Psychopathology. Amsterdam: Elsevier, pp. 317-328, 1979.

Cox, C.S., Fedio, P. and Rapoport, J.L. Neuropsychological testing of obsessive-compulsive adolescents. In: Rapoport, J.L., ed. Obsessive Compulsive Disorder in Children. Washington, D.C.: American Psychiatric Press, pp. 73-85, 1988.

Grafman, J., Lalonde, F., Litvan, I. and Fedio, P. Pre-morbid effects from brain injury in humans: Cognitive and Interpersonal Indices. In: Schulkin, J., ed. Preoperative Events: Their Effect on Behavior Following Brain-Damage. Hillsdale, New Jersey: Lawrence Erlbaum Associates, Inc.; pp. 277-303, 1989.

Altshuler, L. L., Post, R. M. and Fedio, P. Assessment of affective variables in clinical trials. In: Mohr, E. and Brouwers, P., ed. Handbook of Clinical Trials: The Neurobehavioral Approach. Swets and Zeitlinger, Lisse Netherlands, pp.141-164, 1991.

Bookheimer, SY and Fedio, P. Ictal Psychological changes in pseudoseizures and suspect frontotemporal dysfunction. In: J. Ramsey, ed. <u>The Dilemma of Non-epileptic (Pseudoepileptic) Seizures.</u> Butterworth-Heinemann, Boston, pp. 243-255. 1994

## PAPERS AND PROCEEDINGS (SELECTED)

Fedio, P. and Townsend, J. EEG activations and reaction time in normal and schizophrenic subjects. Eastern Psychological Association, Philadelphia, Pa., 1959.

Van Buren, J., Ojemann, G.A. and Fedio, P. Modification of speech by thalamic stimulation. Harvey Cushing Society, St. Louis, Mo., 1966.

Fedio, P. and Baldwin, M. Dysnomia and short-term memory impairment from intracarotid amytal. International Congresses of Neurology (IV) and Neurological Surgical (IX), New York, N.Y., 1969.

Ojemann, G.A., Fedio, P. and Van Buren, J.M. Evidence for dominance within the human lateral thalamus. International Congresses of Neurology (IV) and Neurological Surgery (IX), New York, N.Y., 1969.

Ommaya, A.K. and Fedio, P. The contribution of cingulum and hippocampal structures to memory mechanisms. A study with chronic electrodes in man. American Association of Neurological Surgeons, Houston, Texas, 1971.

Fedio, P. and Van Buren, J.M. Cerebral mechanisms for perception and immediate memory under electrical stimulation in conscious man. Seminar: Human Memory: Cortical and Subcortical Mechanisms. Psychol. Assoc. Mtg., Washington, D.C., 1971.

Fedio, P. and Van Buren, J.M. Electrical stimulation of thalamic mechanism for immediate memory in man. American Psychological Association, Honolulu, Hawaii, 1972.

Fedio, P. Overview of language and the brain. Linguistic Society of America, Atlanta, Georgia, 1972.

Van Buren, J.M. and Fedio, P. Consciousness and the fronto-striatal system. Proceedings of the Third Mexican Congress of Neurological Surgery, Acapulco, Mexico, 1973.

Fedio, P. and Van Buren, J.M. Memory deficits in man with electrical stimulation in the left and right thalamus. American Association of Neurological Surgeons, Miami, Florida, 1975.

Fedio, P. Cerebral dominance and lateralization in man. Tutorial Seminar; National Technical Institute for the Deaf, Rochester, N.Y., 1975.

Fedio, P. The cortical and thalamic mechanism of Memory. Symposium: The Varieties of Neurologically Based Memory Disorders. Fourth Annual International Neuropsychology Society Meeting, Toronto, Ontario, Canada, 1976.

Fedio, P.  Implications of left-right cerebral specialization for psychoanalytic data collection and evaluation.  Scientific Meeting of the Washington Psychoanalytic Society, Washington, D.C., 1977.

Bear, D. and Fedio, P. interictal behavior in temporal lobe epilepsy.  Fifth Annual International Neuropsychology Society Meeting, Santa Fe, New Mexico, 1977.

Henkin, R.I., Comiter, H., Fedio, P. and O'Doherty, D.S. Taste and smell dysfunction following temporal lobectomy.  The American Neurological Association, Miami, Florida, 1977.

Fedio, P. Perception and immediate memory during electrical stimulation of the human brain.  Sixth Annual International Neuropsychology Society Meeting, Minneapolis, Minnesota, 1978.

Fedio, P., Cox, C.S., Neophytides, A., Canal-Frederick, G. and Chase, T.N. Neuropsychological profile of Huntington's disease: patients and at-risk.  Second International Huntington's Disease Symposium, San Diego, California, 1978.

Buchsbaum, M.S., Carpenter, W.T., Fedio, P., Goodwin, F.K., Murphy, D.L. and Post, R.M. Hemispheric differences in evoked potential enhancement by selective attention to hemiretinally-presented stimuli in schizophrenics, affective and post-temporal lobectomy patients.  Conference on Hemispheric Asymmetry of Function and Psychopathology, London, England, 1978.

Fedio, P. and Van Buren, J.M. Cortical stimulation and asymmetry for memory and perception.  Second International Neuropsychological Society European Conference, Noordwijkerhout, Holland, 1978.

Fried, I., Mateer, C., Ojemann, G. and Fedio, P. Organization of visuospatial functions in human cortex: evidence from electrical stimulation.  Eighth Annual International Neuropsychology Society, San Francisco, California, 1980.

Van Buren, J.M. and Fedio, P. Comparison of speech mechanism in "Broca's" area with that in the posterior temporal region.  Forty-eighth Annual Meeting of the American Association for Neurological Surgeons, New York, 1980.

Fedio, P. Thalamo-cortical mediation of perception and memory in man.  In Symposium: Functions of Mammalian Associative Cortex.  XXVII International Congress of Physiological Sciences, Budapest, Hungary, 1980.

Cox, C., Brouwers, P., Martin, A. and Fedio, P. Dementia-Huntington's and Alzheimer's: Differential and lateralized neuropsychological deficits.  Ninth Annual Meeting of the International Neuropsychology Society, Atlanta, Georgia, 1981.

Fedio, P., Pollard, S., Chase, T. and Chen, K. Neuropsychological deficits of Parkinsonian Dementia an Guam.  Ninth Annual-Meeting of the International Neuropsychology Society, Atlanta, Georgia, 1981.

Fedio, P. and Cox, C. Naming and memory alterations in left and right hemisphere mechanism during intracarotid Sodium Amytal injection. Fourth International Neuropsychology Society, European Conference, Bergen, Norway, 1981.

Martin, A., Brouwers, P., Cox, C.S. and Fedio, P. Studies of Verbal Memory in Alzheimer's Disease. Tenth Annual Meeting of the International Neuropsychology Society, Pittsburgh, Pennsylvania, 1982.

Cox, C.S., Martin, A., Brouwers, P., Chase, T. and Fedio, P. Spatial Perception and Learning Deficits with Alzheimer's or Huntington's Disease. Tenth Annual Meeting of the Neuropsychology Society, Pittsburgh, Pennsylvania, 1982.

Martin, A. and Fedio, P. Word-Finding and Comprehension in Alzheimer's Disease: The breakdown of semantic knowledge. Tenth Annual Meeting of the Neuropsychology Society, Pittsburgh, Pennsylvania, 1982.

Fedio, P. and Chase, T.N. Clinical neuropsychological studies of dementia in Guam and the United States: First World Congress of the International Brain Research Organization (IBRO). Lausanne, Switzerland, 1982.

Foster, N.L., Chase, T.N., Patronas, N.J., Brooks, R.L., Di Chiro, G. and Fedio, P. Cerebral mapping of apraxia by positron emission tomography in Alzheimer's disease patients. Annual Meeting of the American Neurological Association, Washington, D.C., 1982.

Foster, N.L., Patronas, N.J., DeLaPaz, R., Di Chiro, G., Brooks, R., Chase, T.N., Fedio, P., Denaro, A. and Durso, R. Positron emission tomographic studies of Alzheimer's disease. Annual Meeting of the Academy of American Neurologists, Washington, D.C., 1982.

Fedio, P., Martin, A., Brouwers, P. and Lalonde, F. Rating and incidental memory for affective materials by patients with left or right temporal lobectomy. Sixth Annual Meeting of the International Neuropsychological Society: European Conference. Lisbon, Portugal, 1983.

Martin, A. and Fedio, P. Visual detection and fusion thresholds in unilateral temporal lobectomy patients: possible mechanisms of hemispheric differences. Sixth Annual Meeting of the International Neuropsychological Society: European Conference. Lisbon, Portugal, 1983.

Johnson, R. and Fedio, P. P300 activity in patients following unilateral temporal lobectomy. Sixth International Conference on Event-Related Potentials of the Brain. Florence, Italy, 1983.

Fedio, P. The effects of focal cortical lesions on cognitive functions. Fifteenth Epilepsy International Symposium. Washington, D.C., 1983.

Lalonde, F.M., Fishburne, F.J. and Fedio, P. Not just another version of the Category Test. Twelfth Annual International Neuropsychology Society Meeting, Houston, Texas, 1984.

Brouwers, P., Riccardi, R., Poplack, D. and Fedio, P. CT-brain scan abnormalities correlate with specific neuropsychological sequelae of CNS prophylaxis in childhood acute lymphoblastic leukemia (ALL). Twelfth Annual International Neuropsychology Society Meeting, Houston, Texas, 1984.

Fedio, P., Van Buren, J., Cox, C. and Mohr, E. Recall for dichotic words during electrical stimulation in the thalamus and parietal cortex. Seventh Annual meeting of the International Neuropsychology Society: European Conference, Aachen, West Germany, 1984.

Martin, A., Brouwers, P., Lalonde, F., Cox, C., Foster, N.L., Chase, T.N. and Fedio, P. Subgroups of Alzheimer's patients: Neuropsychological and cerebral metabolic profiles. Fourteenth Annual Meeting of the Society for Neuroscience, Anaheim, California, 1984.

Johnson, R. and Fedio, P. ERP and P300 activity in patients following unilateral temporal lobectomy. Fourteenth Annual Meeting of the Society for Neuroscience, Anaheim, California, 1984.

Johnson, R. and Fedio, P. Event-related potential activity in temporal lobe epilepsy patients. Third International Conference on Cognitive Neuroscience, Bristol, England, 1984.

Johnson, R., Ross, J. L. and Fedio, P. ERP activity in normal developing females. Twenty-fourth Annual Meeting of the Society for Psychophysiological Research, Milwaukee, Wisconsin, 1984.

Johnson, R., Jr., Ross, J.L. and Fedio, P. ERP activity in patients with Turner's Syndrome. Paper presented at the Twenty-Fourth Annual Meeting of the Society for Psychological Research, Milwaukee, Wisconsin, 1984.

Johnson, R., Jr. and Fedio, P. P300's elicited by auditory and visual stimuli in temporal lobectomy patients. Paper presented at the Twenty-Fourth Annual Meeting of the Society for Psychophysiological Research, Milwaukee, Wisconsin, 1984.

Cox, C., Fedio, P. and Mishkin, M. Memory enhancement strategies by patients with unilateral temporal lobectomy. Thirteenth Annual Meeting of the International Neuropsychology Society, San Diego, California, 1985.

Lalonde, F., Martin, A., Brouwers, P., Cox, C. and Fedio, P. Differential patterns of cognitive deterioration in Alzheimer's disease. Thirteenth Annual Meeting of the International Neuropsychology Society, San Diego, California, 1985.

Johnson, R., Jr. and Fedio, P. Phase reversal of P300 in a patient with a right ventricular tumor. Paper presented at the Twenty-Fifth Annual Meeting of the Society for Psychophysiological Research, Houston, Texas, 1985.

Johnson, R., Jr. and Fedio, P. Inversion of the scalp-recorded P300 in a tumor patient. Paper to be presented at the Fifteenth Annual Meeting of the Society for Neuroscience, Dallas, Texas, 1985.

Fedio, P., Cox, C. and Rapoport, J. Neuropsychological changes with obsessive-compulsive disorder. Eight European Conference of International Neuropsychological Society, Copenhagen, Denmark, 1985.

Fedio, P. Emotional and behavioral changes in the head-injured adult: misconceptions in rehabilitation. Workshop: Rehabilitation of the brain-injured young adult. Effecting changes through practical application. Loudon Memorial Hospital, Leesburg, Virginia, 1985.

Fedio, P. Psychosocial consequences of epilepsy for employment. Medical, legal and psychosocial aspects of epilepsy. Epilepsy Foundation of America, Wash. D.C. 1985.

Lalonde, F., Martin, A. and Fedio, P. Left and right temporal lobectomy patients recall stories equally well but differently. Fourteenth Annual Meeting of the International Neuropsychological Society. Denver, Colorado, 1986.

Mohr, E., Cox, C. and Fedio, P. Processing of dichotically presented stimili in Alzheimer's disease. Fourteenth Annual Meeting of the International Neuropsychological Society. Denver, Colorado, 1986.

Fedio, P. Persistent neuropsychological deficits in children after mild head injury. Ninth European Conference of International Neuropathological Society Meeting. Veldhoven, Netherlands, 1986.

Martin, A., Brouwers, P., Higgins, K.E., Caruso, R.C. and Fedio, P. Changes in spatial contrast sensitivity following left, but not right temporal lobectomy. Society for Neuroscience Meeting, Washington, D.C., 1986.

Johnson, R. and Fedio, P. Task-related changes in P300 distribution in temporal lobectomy patients. Society for Psychophysiological Research, Stanford, CA, 1986.

Johnson, R., Cox, C. and Fedio, P. Event-related potentials in a spatial orientation paradigm. Eight International Conference on Event-Related Potentials, Stanford, CA, 1986.

Johnson, R. and Fedio, P. Comparison of scalp-recorded potentials in pre- and post-surgical epilepsy patients. Society for Neurosciences Meeting, Washington, D.C., 1986.

Cox, C., Brouwers, P., Berg, C., Rapoport, J. and Fedio, P. Neuropsychological correlates of obsessive-compulsive disorder in adolescents. Fifteenth Annual Meeting of the International Neuropsychological Society. Washington, D.C., 1987.

Mohr, E., Brouwers., P., Cox, C. and Fedio, P. Visuospatial deficits in Huntington's Disease. Fifteenth Annual Meeting of the International Neuropsychological Society. Washington, D.C., 1987.

Mohr, E., Brouwers, P., Cox, C., and Fedio, P. Deficits in selective attention in Huntington's Disease. Tenth European Conference of International Neuropsychological Society Meeting. Barcelona, Spain, 1987.

Talbot, M. and Fedio, P. Reactive depression in nursing home patients. Third Congress of the International Psychogeriatric Association. Chicago, IL, 1987.

Fedio, P. and Cox, C. Perceptual patterns of Alzheimer's patients with global and selective impairment in language or visuospatial processes. Eleventh European Conference of International Neuropsychological Society Meeting, Lahti, Finland, 1988.

Fedio, P., Kempner, L., August. A., Williams, B. Lexical and color attributes in naming objects after intracarotid Amytal (Wada): Perception and Memory. Twelfth European International Neuropsychological Society Meeting, Antwerp, Belgium, 1989.

Mohr, E., Brouwers, P., Claus, J., Mann, U., Gearing, M., Fedio, P., Chase, T.N. Characteristic cognitive impairment patterns in cortical and subcortical dementia. Eighteenth Annual International. Neuropsychology Society Meeting, Kissimmee, Florida, 1989.

Fedio, P., Ryan, L., August, A. Mood changes following intracarotid Amytal injection: Personality traits of temporal lobe patients exhibiting euphoria and dysphoria. Thirteenth European Conference of International Neuropsychological Society Meeting, Innsbruck, Austria, 1990.

Fedio, P., August, A., Sato, S., Theodore, W., Balish, M., Leiderman, D., Kufta, C., Patronas, N. Mood changes in temporal lobe patients following intracarotid injection of sodium Amytal (Wada). Forty-second Annual Meeting of the American Academy of Neurology, Miami, Florida, 1990.

Fedio, P., Balish, M., Sato, M., August, A., Theodore, W., Kufta, C., Basal temporal stimulation and the effects on memory and language. Annual Meeting of the American Epilepsy Society, San Diego, California, 1990.

Fedio, P., August, A., Sato, S., Balish, M., Theodore, W., Patronas, N. Naming, reading and memory of ordinary and idiosyncratic stimuli following intracarotid injection. Annual Meeting of the American E epilepsy Society, San Diego, California, 1990.

Fedio, P., Ryan, L., Brazz, C., Ronsaville, D. Interictal clinical syndromes and self-perception by patients with left or right temporal lobe epilepsy. Annual Meeting of the American Epilepsy Society, San Diego, California, 1990.

Fedio, P., Martin, A., Davidson, R., Aurielle, E., Smith, B. Electrodermal reactions and habituation by patients with unilateral temporal lobectomy. Nineteenth Annual International Neuropsychology Society Meeting, San Antonio, TX, 1991.

August, A., Dingwall, W., Yeni-Komshian, G., Fedio, P. Left and right brain judgments of emotional verbal stimuli. Nineteenth Annual International Neuropsychology Society Meeting, San Antonio, TX, 1991.

Fedio, P., August, A., Sato, S., Kufta, C. Dissociation of amnesia and anomia with parahippocampal and fusifom stimulation. Annual Meeting of the American Epilepsy Society, Philadelphia, PA, 1991.

Fedio, P., August, A., Meyer, W. Right brain stimulation and musical aptitude for drumming. Annual Meeting of the American Epilepsy Society, Philadelphia, PA, 1991.

August, A., Fedio, P. Ronsaville, D. Mood changes and self-appraisal of feelings by temporal lobe epilepsy patients following intracarotid amytal injection. Annual Meeting of the American Epilepsy Society, Seattle, Washington, 1992.

Bookheimer, S., Zeffiro, T., Gaillard, W., Theodore, W., Blaxton, T., Fedio, P. Positron emission tomography studies of object naming and word reading in normal subjects. Twentieth Annual International Neuropsychology Society Meeting, San Diego, CA, 1992.

Cox, C., Campbell, A., Harrell, H., Hicks, L., Ross, S., Fedio, P. Psychophysiological and behavioral responses to humorous cartoons after temporal lobectomy. Twentieth Annual International Neuropsychology Society Meeting, San Diego, CA, 1992.

Fedio, P., August, A., Sato, S., Kufta, C. Left basal temporal stimulation and dissociation of functions in naming and recalling objects. Twentieth Annual International Neuropsychology Society Meeting, San Diego, CA, 1992.

Fedio, P., August, A., Myatt, C., Kertzmann, C., Miletich, R., Snyder, P., Sato, S., Kufta, C. Functional localization of languages in a bilingual patient with intracarotid Amytal, subdural electrical stimulation and positron emission tomography. Twentieth Annual International Neuropsychology Society Meeting, San Diego, CA, 1992.

Fedio, P. Symposium (organizer): Clinical and research studies of language and memory with Sodium Amytal procedures: Traditional intracarotid (wada) and selective posterior communication artery techniques. Twentieth Annual International Neuropsychology Society Meeting, San Diego, CA, 1992.

Fedio, P., August, A., Sato, S., Kufta, C. Cognitive and emotional changes with intracarotid injection of Amobarbital. ibid.

Fedio, P., August, A., Sato, S., Kufta, C. Neuropsychological characteristics of patients with basolateral temporal language. Annual Meeting of the American Epilepsy Society, Seattle, WA, 1992.

Fedio, P., August, A., Sato, S., Kufta, C. Left basal, temporal stimulation: Dissociation of functions in naming and recalling objects. ibid.

Fedio, P., August, A., Van Buren, J., Kufta, C. Verbal encoding and memory in relation to lateral/mesial temporal lobe resections. ibid.

Ryan, L.M., Fedio, P., Ronsaville, D. & Tamasino, S. Personality and self-perception of patients with unilateral left or right temporal lobe epilepsy: Pre and postoperative analysis. ibid.

Ryan, L., Carpenter, J. Fedio, P. Naming and verbal memory in unilateral left temporal lobe epilepsy. Twentieth Annual International Neuropsychology Society Meeting, San Diego, CA, 1992.

Kenworthy, L., Fedio, P., Smith, B. Right brain activation and emotion: An EEG study of patients with left or right temporal lobectomy. Annual Meeting of the American Academy of Neurology, San Francisco, CA, 1992.

Glosser, G., Ryan, L., & Fedio, P. Validation of a new visual memory test in post-temporal lobectomy patients. Twelfth Annual Meeting of the National Academy of Neuropsychology, Pittsburg, PA, 1992.

Fedio, P. The temporal lobe: Personality and Behavior. Symposium: Management of Agitated, Aggressive and Violent Patients. National Rehabilitation Hospital, Washington, D.C. 1993.

Fedio, P., August, A., Sato., S., Van Buren, J., & Kufta, C. Left/right brain stimulation and reversed laterality of language and spatial functions: Fixed specialization vs. transfer of functions. Annual Meeting of the American Epilepsy Society, Miami, Florida., 1993.

August, A., Fedio, P., Sato, S., Van Buren, J., & Kufta, C. Electrical stimulation language mapping of pulvinar, temporoparietal and basolateral cortex. Ibid.

Gold, J., Blaxton, T., Hermann, C., Randolph, C., Fedio, P., Goldberg, T., Theodore, W., & Weinberger, D. Memory and intelligence in temporal lobe epilepsy and schizophrenia. Annual Meeting of the International Neuropsychology Society, Cincinnati, Ohio, 1994.

Laframboise, M., Snyder, P.J., August, A., Fedio, P., & Cohen, H. Cerebral control of speech during the intracarotid sodium procedure. Ibid.

Fedio, P., August, A., Sato, S., Kufta, C., & Van Buren, J. Naming, working memory and experiential memory during stimulation of the temporoparietal cortex and pulvinar. Ibid.

Fedio, P., August, A., Sato., S., Kufta, C. Reversed hemispheric dominance for verbal and visuospatial functions. Annual meeting of the International Neuropsychology Society, Seattle, WA, 1995.

Fedio, P. Laney, C., McCann, K., Ryan, L., Schultheis, M., Everly, G., August, A. Personality traits of epilepsy patients with lateral or mesial temporal lobe lesions. Annual meeting of the International Neuropsychology Society, Chicago, IL, 1996.

Fedio, P., August, A., Patronas, N., Sato, S., Kufta, C. Low amytal dosage with the intracarotid procedure (Wada): Clinical research advantages. Annual Meeting of the American Epilepsy Society, San Francisco, CA, 1996.

August, A., Schulteis, M., Schaffer, A., Fedio, P. Emotional outlook and self-image of patients with temporal lobe epilepsy. Annual Meeting of the American Epilepsy Society, San Francisco, CA, 1996.

Granetz, J., Grafman, J., Fantie, B., Fedio, P. Frontal lobe mechanisms inthe judgment of emotional facial expressions and situations. Thirty-Second Annual International Neuropsychological Conference, Baltimore, MD. 2004

Taylor, L., August, A. Fedio, P. Differences relating personally relevant emotional experiences by patients following a unilateral temporal lobectomy. ibid

Turnbaugh, S., Sanford, J., Fedio,P. Differences in memory for emotional words in patients following a left or right hemisphere stroke. Annual Meeting of the Eastern Psychological Association, Washington, DC. 2004

## IN PREPARATION:

August, A. & Fedio, P. Self appraisal and awareness of defics following brain injury.

Fedio, P., Ryan. L., Laney, C., Ronsaville, D., August, A. Personality profiles and self-perception by patients with left and right temporal lobe injury.

Fedio, P., August, A., Sato, S. &- Kufta, C. Reversed hemispheric dominance for language and visuospatial functions remitting from early brain injury.

Fedio, P., August, A., Sato, S., Kufta, C., Petronas, N. Memory changes following left and right intracarotid injection of amytal [Wada].

Fedio, P. August, A. Positive and negative mood changes following left and right brain anesthetization with intracarotid injection of amytal [Wada].

Fedio, P., Hollinger-Samson, N., Laney, C., Schaffer, A., August, A. Mild traumatic brain injury and severe behavioral and emotional reactions: the effects of pre-injury cognitive and emotional factors.

Fedio, P., Hollinger-Samson, N., Laney, C., Schaffer, A., August, A. Post traumatic stress disorder and neurobehavioral changes following mild head injury.

**October 2005**

Fedio, P., August, A. Catastrophic reactions of dysphoria and nervous laughter associated with left intracarotid amobarbital injection. Annual Meeting of the American Neuropsychiatric Association, Orlando, FL, 1997.

Hunter, K., Blaxton, T., Bookheimer, S., Figlozzi, C., Gallard, W., DeCarli, C., Fedio, P., Theodore, W. 015 positron tomagraphy in language localization: a study comparing rater evaluation of PET studies with the Wada test. Annual Meeting of the American Academy of Neurology, Boston, MA, 1997.

Fedio, P. Moderator: Long term promise for traumatic brain injury patients: Does critical care make a difference? Society of Critical Care Medicine Meeting, San Diego, CA, 1997.

Fedio, P., August, A., McCann, K. Emotional reactions to language deficits after intracarotid injection. Annual Meeting of the American Epilepsy Society, Boston, MA, 1997.

August, A., McCann, K., Mann, M., Shaffer, A., Fedio, P. Anasognosia for hemiparesis: Denial vs encoding failure after intracarotid amytal injection. Annual Meeting of the American Neuropsychiatric Association, Honolulu, HI, 1998.

Fedio, P., Mann, M., Schaffer, A., August, A. Emotional reactions and self-ratings following intracarotid amytal injection. Annual Meeting of the International Neuropsychology Society, Honolulu, HI, 1998.

Bush, B., Fedio, P. Gender differences and Depression (CES-D Scale) in the first year post-stroke. 18th Annual National Academy of Neuropsychology Conference, Washington, DC, 1998.

Harman, P., Fedio, P. Effects of Inter- and Intra-hemispheric damage on rhyme production by stroke patients. Ibid.

August, A., Fedio, P., Safer, M. Perception of personally relevant emotional words by left and right temporal lobectomy patients. Ibid.

Bush, B., Fedio, P. A longitudinal study of lesion location and post-stroke depression. Annual Meeting of the International Neuropsychology Society, Boston, MA, 1999.

Ruoff, J., Smith, M., Trask, A., Fedio, P. The Mid-Atlantic traumatic brain injury consortium (MATBIC). Meeting of the Brain Trauma Models Systems. National Institues of Disability Research; National Institutes of Health. Bethesda, MD. 1999.

Fedio, P., August, A. Gender differences in language functions following intracarotid amytal injection. Annual Meeting of the International Neuropsychology Society, Denver, CO, 2000.

August, A., Fedio, P. Trask, A. Loss of awareness for cognitive, emotional and motor changes following traumatic brain injury. Twenty Fourth Annual Meeting International Neuropsychology Society Mid-year Conference, Brasilia, Brasil. 2001.

**Paul Fedio, Ph.D.**
*Clinical Neuropsychology*
9408 Raintree Road
Burke, Virginia 22015

Telephone: (703) 426-7246
Telecopier: (703) 426-4223

## PROFESSIONAL SERVICES FEE SCHEDULE:

The following services are billed at the rate of $300/hour:

<u>EVALUATIONS:</u>
   Telephone or Personal Discussions regarding the case
   Records' Review
   Neuropsychological evaluations including scoring, tabulation of test
   results, preparation of reports; clinical interviews

<u>DEPOSITONS:</u>
   Records' Review/Preparation
   Deposition [minimum 3 hours]

<u>TRIALS:</u>
   Records' Review/Preparation
   Trial [minimum 4 hours]

Travel: Portal to Portal charge of $100.00/hour for any distance that
exceeds 25 miles [one way]

Cancellations: The above charges apply if cancellations are not made at
least 48 hours in advance.

Paul Fedio
1 April 2007

**Paul Fedio, Ph.D.**
**Clinical Neuropsychology**
**9408 Raintree Road**
**Burke, Virginia 22015**

Telephone: 703-426-7246
Fax: 703-426-4223

## Court Testimony [2001 – 2006]

Diane Wilson * Prince George's County (MD)
Circuit Court No. CAL99-13329  [12 Feb 2001]

Byron Pointer * Worcester County (MD)
Circuit Court No. 23-C-99-001316  [2 April 2001]

Julianna Holmes * D.C. Superior Court
No. 00-940  [30 April 2001];

Marc Frankel * Montgomery County (MD)
Circuit Court No. 213076  23 May 2001];

Sarah Schubert * D.C. Superior Court
No. 00-6057 [19 Feb 2002]

Robert E. Martz * Washington County, Hagerstown, MD;
Circuit Court No. 21-C-02-015205CN  [2 Dec 2003]

Sharon K. Burke * D.C. Superior Court
No. 01-0009379  [16 March 2004].

Raghav Choudhary  * Circuit Court for Baltimore City, Maryland,
Case No.: 24-C-03-003249  [11 June 11 2004]

Shawn R. Jackson, Jr.* Circuit Court for the City of Fredericksburg, Virginia
At Law Nos. CL01-112 and CL01-113  [11 Sept 2005]

Ruth Lawson * District Court of Maryland
No. RWT03-CV-884 [7 February 2006]

Phyllis Ford [Dasean Wise, minor]
Circuit Court, Baltimore City 24-C-05-004167 [26 Oct 2006]

Charles Presley v. Commercial Moving & Rigging*  D.C. Superior Court
Civil Action No. 02 CA 009179 [8 Dec 2006]