

**RINGLER ASSOCIATES**
(602) 954-0400
(800) 358-1121
Fax (602) 954-0590

March 29, 2007

D. Stephenson Schwinn
JORDAN, COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036

**DRAFT**

VIA FAX ONLY
(202) 496-2800; 2 PAGES

RE:   Claimant -   Hunter Dawkins
      Your File # -  1125.2005010

Dear Mr. Schwinn:

You have asked that I provide annuity costs for the life care plans submitted by Sharon Reavis and Mona Yudkoff. You have also asked for the cost of $5,000 per year for lost wages. The following quotes will be funded by an annuity purchased through American General Life Insurance Company, rated A++15 by A.M. Best.

Please keep in mind these costs are guaranteed for (7) seven days only and will be subject to verification of Hunter Dawkins' date of birth.

Thank you for allowing Ringler Associates to be of assistance to you in this matter. Should you have any questions, please feel free to call our office.

Very truly yours,

RINGLER ASSOCIATES, INC.

*[signature: John P. Kearns]*

John P. Kearns

JPK:sc
Enclosure

March 29, 2007                                                                    Page 1

Re: Hunter Dawkins                 Male\Age: 24                    DOB: 03/18/1983

Based Upon the Life Care Plan by Sharon Reavis
$45,989 per year for life only

|  | PROJECTED PAYOUT | COST |
|---|---|---|
| Level | $2,529,395 | $789,393 |
| Compounding Annually at 3.00% | $6,257,798 | $1,272,236 |
| Compounding Annually at 4.50% | $10,481,719 | $1,708,955 |

Based Upon the Life Care Plan by Mona Yudkoff
$17,914 per year for life only

|  | PROJECTED PAYOUT | COST |
|---|---|---|
| Level | $985,270 | $307,491 |
| Compounding Annually at 3.00% | $2,437,587 | $495,572 |
| Compounding Annually at 4.50% | $4,082,922 | $665,686 |

$5,000 per year for life only

|  | PROJECTED PAYOUT | COST |
|---|---|---|
| Level | $275,000 | $85,824 |
| Compounding Annually at 3.00% | $680,358 | $138,320 |
| Compounding Annually at 4.50% | $1,139,590 | $185,800 |

# Curriculum Vitae

John P. Kearns
RINGLER ASSOCIATES PHOENIX, INC.
345 East Flower Street
Phoenix, AZ  85012-2611

## EDUCATION HISTORY

United States International University
BA Degree History and Political Science
Graduated 1973

Western States College of Law
Juris Doctorate Degree 1977

## EMPLOYMENT HISTORY

United States District Court
Southern District of California
Law Clerk 1975 - 1978

Allstate Insurance - San Diego and Las Vegas
Unit Claims Manager 1978 - 1980

Great Southwest Fire Insurance Company
Senior Claims Examiner 1980 - 1984

Ringler Associates
Structured Settlements 1984 - Present

John P. Kearns
Resume
Page 2

## HISTORY OF TESTIMONY GIVEN IN LITIGATION CASES

Tingley v. Amrep - File #C 507620
Defense Attorney - Georgia Staton

Wilkins v. Kawasaki Motors - File #C 522436
Defense Attorney - Ronald Collett
Plaintiff Attorney - Robert L. Stephan, Jr.

Benton v. Purolator - File #C 539700
Defense Attorney - Charles Thomson

Duncan v. Central AZ College - File #C 518087
Defense Attorney - Donald Myles
Plaintiff Attorney - Samuel Langerman

Jenkins v. Nguyen - File #C 554884
Defense Attorney - Donald Myles
Plaintiff Attorney - Robert Stephan, Jr.

Monares v. Wilcoxson - File #6608-B
Defense Attorney - Barbara Torrez
Plaintiff Attorney - Thomas G. Cotter

Hall v. Casa Grande Union High School - File #35183
Defense Attorney - Fred Cummings
Plaintiff Attorney - Richard D. Grand

Fowler v. Phoenix Newspapers, Inc. - File #C 538019
Defense Attorney - Stephen Meyers

Hatfield v. State of AZ - File #C 548445
Defense Attorney - Charles Richards
Plaintiff Attorney - Robert L. Beal

Gill v. Mohave County - File #C555027
Defense Attorney - Don Myles
Plaintiff Attorney - Samuel Langerman

John P. Kearns
Resume
Page 3

Pastula v. Roadrunner Homes
Defense Attorney - Don Myles

Guevara v. Humana - File #C558320
Defense Attorney - Frank Parks
Plaintiff Attorney - Richard Treon

Koberstein v. Cudak - File #C609691
Defense Attorney - Neil C. Alden
Plaintiff Attorney - Leonard & Clancy

Gardunio v. Graham - File #C577539
Defense Attorney - Michael J. O'Connor
Plaintiff Attorney - Richard Waugh

Ash v. Sunbelt - File #C570115
Defense Attorney - Stephen H. Scott
Plaintiff Attorney - Edward L. Barry

Davis v. Elliott - File #CV87-00555
Defense Attorney - Brian Kaven
Plaintiff Attorney - Richard T. Treon

Lock v. Houck, et al - File #CV87-05836
Defense Attorney - John A. Black
Plaintiff Attorney - Jose De Jesus Rivera

Snyder v. O'Keeffe, M.D. - File #C 566868
Defense Attorney - John Black
Plaintiff Attorney - Kenneth M. Sigelman

Hamra v. CIGNA - File #C-607261
Defense Attorney - Bruce Crawford
Plaintiff Attorney - James J. Leonard

Majure v. Paddock Pools (Baja) - File #C-608072
Defense Attorney - Joseph B. Swan, Jr.
Plaintiff Attorney - Richard Treon

John P. Kearns
Resume
Page 4


Householder v. Nutri/System
Defense Attorney - Bradley Jardine

Moore v. Roosevelt Water District
Defense Attorney - Mark Zukowski

Cooper v. Petracci, et al.
Defense Attorney - Mark Zukowski
Plaintiff Attorney - Diana G. Montgomery

Eells v. (1-31-89)
Defense Attorney - Stephen H. Scott

Castillo v. St. of AZ - File #CV 87-21147
Defense Attorney - Edward G. Hochuli
Plaintiff Attorney - Anthony J. Palumbo

Hart v. Lafoon - File #CV 8734798
Defense Attorney - Michael J. O'Connor
Plaintiff Attorney - Amy G. Langerman

Hansford v. Flipper/Palmer - File #CV 8736292
Defense Attorney - Joseph B. Swan
Plaintiff Attorney - Peter F. Fisher

Heinze v. Koopot et al. - File #CV 87-39934
Defense Attorney - Barry A. MacBan
Plaintiff Attorney - Burton J. Kinerk

Rivera v. Bitza, et al.
Defense Attorney - Duane A. Olson
Plaintiff Attorney - Robert G. Robinson

McLaws v. Aztec Materials, Inc. et al. - File # CV 87-40762
Defense Attorney - Edward G. Hochuli
              Phillip H. Stanfield
Plaintiff Attorney - Reed C. Tolman

John P. Kearns
Resume
Page 5

Cornett v. Pace Construction
Defense Attorney - Roger Frazier
                    Kathleen B. Corey
Plaintiff Attorney - J. Patrick Butler

Shamy v. City of Phoenix
Defense Attorney - J. Rollie Wightman
                    Bill Jones
Plaintiff Attorney - Richard Plattner

Troye v. Schreiner
Defense Attorney - Neil C. Alden
Plaintiff Attorney - Edward Berry

Orr v. Chrysler Corporation
Defense Attorney - Drake DeLanoy

Rhodes v. Oster
Defense Attorney - David Miller
Plaintiff Attorney - Kenneth P. Clancy

Parker v. Yosowitz
Defense Attorney - Barry A. MacBan
Plaintiff Attorney - Richard K. Miller

Florez v. Crest
Defense Attorney - Charles F. Richards
Plaintiff Attorney - Donald H. Bayles

Mack v. Magalnick
Defense Attorney - Neil C. Alden

Kitowski v. Albertsons
Defense Attorney - James P.C. Silvestri
Plaintiff Attorney - Robert R. Jensen
                    Patricia K. Munhall

John P. Kearns
Resume
Page 6


Dawson v. Snyder
Defense Attorney - Brian Burt
                   Paul Giancola
Plaintiff Attorney - Ken Clancey

Gallegos v. Castle Rock
Defense Attorney - Marshall Humphrey
Plaintiff Attorney - Steven D. Copple

Steven Hall v. America-West Industries, Inc.
Defense Attorney - Edward G. Hochuli
Plaintiff Attorney - Brian E. Smith

Harsh v. Emergency Physicians, Inc.
Defense Attorney - Dwayne Ross
Plaintiff Attorney - Kenneth P. Clancy

Minnigerode v. Cigna Healthplan of AZ
Defense Attorney - Peter Wittekind
Plaintiff Attorney - Kenneth P. Clancy

Boylan v. Pima-Grow Systems, Inc.
Defense Attorney - Sam Alfred
Plaintiff Attorney - Brian E. Smith

Gordon v. Liguori
Defense Attorney - Neil Alden, Esq.
Plaintiff Attorney - Robert H. Kleinschmidt, Esq.

Vlatten v. Sollers
Defense Attorney - Peter Wittekind, Esq.
Plaintiff Attorney - John David Harris, Esq.

Herrington v. Mellen
Defense Attorney - Gary A. Fadell, Esq.
                   Harding B. Cure, Esq.
Plaintiff Attorney - Richard T. Weissman, Esq.

John P. Kearns
Resume
Page 7

Carr v. City of Phoenix
Defense Attorney - Stephen Craig, Esq.
Plaintiff Attorney - Frank Lesselyong, Esq.

Janson v. Christensen/Dunn
Defense Attorney - Courtney P. Odishaw, Esq.
Plaintiff Attorney - John P. Moran, Esq.

Robert Dean Stewart v. Deer Valley School District
Defense Attorney - Georgia A. Staton, Esq.
Plaintiff Attorney - James W. Carroll, Esq.

Spargo v. Schwartzberg
Defense Attorney - Barry MacBan, Esq.
Plaintiff Attorney - Thomas G. Cotter, Esq.
              Richard McAnally, Esq.
              Janice A. Wezelman, Esq.

Scott v. Suzuki Motor
Defense Attorney - David C. Auther
Plaintiff Attorney - Michael J. Valder
              David A. Thomson

Felix v. Mitsubishi Motor Sales of America
Defense Attorney - David C. Auther, Esq.
Plaintiff Attorney - John Dillingham, Esq.

Jim Angel v. Samaritan Health Services
Defense Attorney - Donald H. Smith, Esq.
Plaintiff Attorney - Donna J. Platt, Esq.

Tacey v. Arizona Spray Equipment
Defense Attorney - Michael Herzog, Esq.
Plaintiff Attorney - Robert S. Murphy, Esq.
              Steven D. Copple, Esq.

Bently v. University Medical Center
Defense Attorney - Frederick M. Cummings
Plaintiff Attorney - Gregory G. Wasley

John P. Kearns
Resume
Page 8


Mills v. Coles
Defense Attorney - Kenneth C. Miller
Plaintiff Attorney - Herbert L. Ely

Leal v. Holland
Defense Attorney - Robert H. Oberbillig
                  Frank A. Parks
Plaintiff Attorney - J. Richard Gama

Clark v. Arizona Truss Fabricators, Inc.
Defense Attorney - G. David Gage
Plaintiff Attorney - Michael Herzog

Alaniz v. Samaritan Health Services, et al.
Defense Attorney - John A. Black
Plaintiff Attorney - Kenneth P. Clancy

Piazza v. Fireman's Fund Insurance Company
Defense Attorney - Robert J. Bruno
                  Douglas F. Fitch
Plaintiff Attorney - William G. Vose

Herner v. City of Phoenix
Defense Attorney - Steve Craig

Hayward v. Trek Bicycle Corp
Defense Attorney - Jill S. Goldsmith
Plaintiff Attorney - Elliot G. Wolfe

Grinie/Vasquez v. University Medical Center Corp.
Defense Attorney - Michael W. Capp
                  Barry A. MacBan

Holmes v. Kazan
Defense Attorney - Frank A. Parks
Plaintiff Attorney - Kenneth P. Clancy

John P. Kearns
Resume
Page 9


Young v. Honda
Defense Attorney - Paul G. Cereghini
Plaintiff Attorney - Philip J. Hall

Lucas v. Southeast Valley Urology
Defense Attorney - Andrew E. Rosenzweig
        W. Charles Thomson
        Lawrence F. Winthrop
Plaintiff Attorney - Bob Barber, Jr.

Borba v. Cobb/Fiastro, et al.
Defense Attorney - Catherine M. Harbart
Plaintiff Attorney - J. Patrick Butler

Yelton v. All-Uro Center
Defense Attorney - Catherine M. Harbart
Plaintiff Attorney - Steven D. Copple

Jackson v. GM
Defense Attorney - Jill S. Goldsmith
Plaintiff Attorney - Larry E. Coben

Einbinder v. Community Hospital of Chandler, Inc.
Defense Attorney - Stephen A. Bullington
Plaintiff Attorney - Kevin W. Keenan

Gieske v. Phoenix General Healthcare System
Defense Attorney - Barry E. Lewin
Plaintiff Attorney - Kenneth P. Clancy

Guerrero/Velvick v. Republic Silver State Disposal
Defense Attorney – Nancy D. Savage
        Shell Mercer
Plaintiff Attorney - Steven M. Baker

King v. Tauth, et al.
Defense Attorney –Frank A. Parks
Plaintiff Attorney – W. Lloyd Benner
        Louis C. Webb

John P. Kearns
Resume
Page 10


Addelia, et al v. Catholic Healthcare West, et al.
Defense Attorney – William R. Jones, Jr., Esq.
Plaintiff Attorney – Scott I. Palumbo, Esq.

Vaughn v. Linn and Eckel, et al.
Defense Attorney – William R. Jones, Jr., Esq.
Plaintiff Attorney – Joseph M. Leal, Esq.

Merdell v. Arrowhead Community Hospital
Defense Attorney – Jeffrey J. Campbell, Esq.
Plaintiff Attorney – Thomas P. McGovern, Esq.