June 9, 2004

*Curriculum Vitae*

# BARRY GORDON, M.D., Ph.D.

## OFFICE

Cognitive Neurology/Neuropsychology and The Memory Clinic
The Johns Hopkins University School of Medicine
1629 Thames Street, Suite 350
Baltimore, MD  21231-3449
Phone: 410-955-8531
Fax: 410-955-0188
E-mail: bgordon@jhmi.edu
Web page: http://www.neuro.jhmi.edu/profiles/gordon.html

## EDUCATION

| | |
|---|---|
| B.A., 1971 | Pennsylvania State University, 1968-1969, Five Year Cooperative Program in Medicine |
| M.D., 1973 | Thomas Jefferson University School of Medicine, 1969-1973 (*Amplissimis Honoribus*) |
| M.A., 1980 | The Johns Hopkins University (Psychology) |
| Ph.D., 1981 | The Johns Hopkins University (Psychology) |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 1973-74 | Medical Internship, New York Hospital/Cornell Medical Center |
| 1974-77 | Neurology Residency, The Johns Hopkins Hospital |
| 1976-77 | Administrative Chief Resident in Neurology, The Johns Hopkins Hospital |
| 1978-81 | Doctoral Study, Department of Psychology, The Johns Hopkins University |

## FACULTY POSITIONS

| | |
|---|---|
| current 2000- | Therapeutic Cognitive Neuroscience Professor<br>Professor of Neurology with Joint Appointment in Cognitive Science<br>Department of Neurology, Cognitive Neurology/Neuropsychology<br>The Johns Hopkins University School of Medicine |
| 1996- | Professor, Department of Neurology<br>The Johns Hopkins University School of Medicine |
| 1992- | Joint Appointment, Department of Cognitive Science<br>The Johns Hopkins University |
| 1988- | Founding Member, Zanvyl Krieger Mind/Brain Institute<br>The Johns Hopkins University |

Barry Gordon, M.D., Ph.D.                    6/9/2004

**prior**

| | |
|---|---|
| 1990-1996 | Associate Professor, Department of Neurology The Johns Hopkins University School of Medicine |
| 1978-1990 | Assistant Professor, Department of Neurology The Johns Hopkins University School of Medicine |
| 1983-1988 | Joint Appointment, Department of Psychology The Johns Hopkins University |
| 1977-1978 | Instructor, Department of Neurology The Johns Hopkins University School of Medicine |

**STAFF POSITIONS**

**current**

| | |
|---|---|
| 1982- | Founder, Cognitive Neurology/Neuropsychology group and The Memory Clinic, The Johns Hopkins University School of Medicine |
| 1977- | Neurology Staff, The Johns Hopkins Hospital |

**prior**

| | |
|---|---|
| 1980-1987 | Deputy Chairman, Department of Neurology, Baltimore City Hospitals (presently Hopkins Bayview Medical Center) |
| 1979-1980 | Acting Chairman, Department of Neurology, Baltimore City Hospitals |
| 1979 | Assistant Chairman, Department of Neurology, Baltimore City Hospitals |
| 1977-1979 | Neurology staff, Baltimore City Hospitals |
| 1980-1986 | Courtesy Staff, Good Samaritan Hospital (Baltimore, MD) |
| 1977-1980 | Active Staff, Good Samaritan Hospital (Baltimore, MD) |
| 1978 | Consulting Neurologist, VA Hospital (Perryville, MD) |

**MEDICAL LICENSURE & CERTIFICATION**

Maryland License        #D0020423 (exp. 9/30/2004)

**SPECIALTY BOARDS**

| | |
|---|---|
| 1979 | Diplomate, American Board of Psychiatry & Neurology |

**PROFESSIONAL SOCIETY MEMBERSHIPS** (alphabetically)

| | |
|---|---|
| 1981- | Academy of Aphasia (Chair: 1993-1997) |
| 1972- | Alpha Omega Alpha |
| 1975- | American Academy of Neurology (elected Fellow - 1996) |
| 1970- | American Association for the Advancement of Science |
| 1991- | American Epilepsy Society |
| 1995 | American Heart Association (Stroke Council, Fellow) |
| 1991- | American Neurological Association |
| 1996- | American Neuropsychiatric Association |
| 1978-1989, 1995- | American Psychological Association |
| | Member, Neuropsychology Section, Division 40, 1978-1989, 1995-; |
| | Member, Experimental Psychology Section, 1999- |
| | Fellow, 2001- |
| | Fellow, Division 3, 2002- |
| 1990- | American Psychological Society |
| 1991- | American Speech-Language-Hearing Association |
| 1992- | American Statistical Association |

*Barry Gordon, M.D., Ph.D.*                     *6/9/2004*

| | |
|---|---|
| 1982- | Behavioral Neurology Society (President 1997-1999) |
| 1999- | Cognitive Neuroscience Society |
| 1985- | Cognitive Science Society |
| 1988- | International Neural Network Society |
| 1980- | International Neuropsychological Society |
| 1996- | Memory Disorders Research Society |
| 1982- | New York Academy of Sciences |
| 1984- | Psychonomic Society |
| 1978- | Society for Neuroscience |
| 2000- | Society for Research in Child Development |
| 1990- | World Federation of Neurology (Research Group on Aphasia) |

**OTHER MEMBERSHIPS** (alphabetically)

| | |
|---|---|
| 1992- | Alzheimer's Disease Association (Baltimore/Central Maryland Chapter) |
| 1998- | Brain Injury Association (National) |
| 1990- | Brain Injury Association of Maryland |
| 1991- | National Aphasia Association |
| 1990- | National Head Injury Association |

**HONORS**

| | |
|---|---|
| 1967 | National Merit Finalist |
| 1970-1973 | Lange Award (twice), Roche Award, Phillips Prize, Hare Honor Society |
| 1972 | Alpha Omega Alpha (Junior year) |
| 1982-1987 | NINCDS Teacher-Investigator Award |
| 1993- | Elected to Dana Alliance for Brain Initiatives |

**TEACHING ACTIVITIES** (courses)

**current**

| | |
|---|---|
| 2001- | Course Director, "The Economic Impact of Alzheimer's Disease," Office of Continuing Medical Education, The Johns Hopkins Medical Institutions |
| 1988- | Cognitive Neurology Research tutorial, The Johns Hopkins School of Medicine |
| 1993- | Research Seminar in Cognitive Neuroscience, The Johns Hopkins University (050.803, Graduate level) |
| 1988- | Neuropsychology Research Tutorials, The Johns Hopkins University |
| 1988- | Elective in Behavioral Neurology (Neurology residents) |

**prior:**

| | |
|---|---|
| 1993 | Bases of Cognitive Neuroscience (Department of Cognitive Science, The Johns Hopkins University) |
| 1988-1995 | Lectures in "Introduction to the Human Brain," The Johns Hopkins University |
| 1977, 1978 | Seminars in Neuropsychology, University of Pennsylvania |
| 1977-1981 | "Neuropsychologic Basis of Language and Thought" (Co-instructor) The Johns Hopkins University |

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

## TEACHING ACTIVITIES (individual trainees)
### Doctoral Dissertations
1996-1998          "Supervised Word-level representations: A functional, anatomical and time-course study of single-word reading," A. Margrethe Lindemann, Department of Cognitive Science, The Johns Hopkins University

### Doctoral Committees
1995          "Diagnostics for dependent data regression models," Charles B. Hall, Ph.D., Department of Biostatistics, The Johns Hopkins University

1996          "Neuropsychologic Sequelae of Temporal Lobe Epilepsy and Anterior Temporal Lobectomy" Sarah Reusing, Psychology Department, UMBC.

### Undergraduate degree students supervised
(Neuroscience Research, The Johns Hopkins University, except as noted)

| | |
|---|---|
| 1999 | Laura Babkes (Harvard University) |
| 1997 | Rachel Shapiro |
| 1996 | Lauren Roginski |
| 1996 | Michael Terry Wilson |
| 1996 | Peter Steinmetz, M.S. (School of Medicine) |
| 1995-1996 | Rebecca Allison Sophir |
| 1995 | Joseph Snow (UMBC) |
| 1995 | Christine Lovly |
| 1994 | John Carton |
| 1993 | Ed D'Aquino |
| 1991 | William Yoon |
| 1988 | Annie Bereson (Goucher College) |
| 1987-1988 | Larry Szarka |
| | George Hart |

## EDITORIAL ACTIVITIES
### current/ongoing
| | |
|---|---|
| 1999- | Editorial Board, *Brain and Language* |
| 1993- | Editorial Board, *Neuropsychiatry, Neuropsychology, and Behavioral Neurology* |
| 1992- | Editorial Board, *Journal of Neurolinguistics* |

### prior
| | |
|---|---|
| 1996-1998 | Associate Editor, *Brain and Language* |
| 1984-1995 | Editorial Board, *Brain and Cognition* |

## MAJOR PROFESSIONAL ACTIVITIES
### current
| | |
|---|---|
| 2003-2004 | Member, Advisory Panel for Cognitive Neuroscience, National Science Foundation |
| 2001- | Member, Interagency Autism Coordinating Committee, National Institute of Mental Health |
| 2001- | Co-Chair, ADvantage Program (JHMI CME) |

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

| | |
|---|---|
| 2000- | Member, Neurobehavioral Sequelae Following Traumatic Brain Injury: Development of Evidence-Based Guidelines Project, IBIA/Centers for Disease |
| 2000- | Control & Prevention (Chair, Cognitive Subcommittee) |
| 1990- | Consultant, Autism Regression/Vaccination Collaborative Project |
| 1991- | Professional Advisory Committee, Boston University Aphasia Research Center |
| 1993- | External Review Board, Maryland Psychiatric Research Center |
| 1995- | Parke-Davis Alzheimer's Disease National Speaker |
| 1996- | Advisor, Parke-Davis Phase IV Tacrine Studies |
| | Scientific & Medical Board, Alzheimer's Association |
| 1997- | (Baltimore/Central Maryland Chapter) |
| | Adult Herpesviruses Subcommittee for the Collaborative Antiviral Study Group, Department of Pediatrics, University of Alabama School of Medicine, |
| **prior** | Birmingham, Alabama |
| 2002 | Member, NIH Study Section ZRG1 BBBF/6 (12/02) |
| 2002 | Member, Committee on "Augmentative and Alternative Communication Strategies for Treatment of Acquired Cognitive Linguistic Disorders," Rockville, Maryland (11/02) |
| 2001 | Member, NIH NICHD Special Emphasis Panel (4/01) |
| 2000 | Member, NIH NINDS Special Emphasis Panel (8/00) |
| 1997-1999 | President, Behavioral Neurology Section of the American Academy of Neurology |
| 1997- 1999 | President, Behavioral Neurology Society |
| 1998 | *Ad hoc* reviewer, National Alliance for Autism Research (3/98) |
| 1993-1997 | Chairperson, Board of Governors, Academy of Aphasia |
| 1997 | *Ad hoc* reviewer, NIH Biological and Physiological Sciences Special Emphasis Panel (8/7/97) |
| 1997 | *Ad hoc* reviewer, Informed Consent Study Section |
| 1996 | *Ad hoc* reviewer, NIH Sensory Disorders & Language Study Section |
| 1995 | NIH Special Review Committee(s); Sensory Disorders & Language Study Section |
| 1994 | NIH Special Review Committee(s) |
| 1993 | NIH Special Review Committee(s) |
| 1993-1995 | Counselor, Behavioral Neurology Society |
| 1993 | Chairperson, NIH Special Review Committee, NIDCD |
| | Chairperson, NIH Program Project Site Visit Committee, NINDS |
| 1992 | Consultant, DuPont Merck Professional Advisory Board |
| 1991-1993 | Consultant, ReLife, Inc. (Rehabilitation) |
| 1991-1992 | Advisor, State of California Athletic Commission Re: Evaluation of Boxing |
| 1991 | President, Baltimore-Washington Area Neuropsychology Group |
| 1990 | NIH Special Review Committee(s) |
| 1990 | NIH Special Review Committee(s) |
| 1989 | NIH Sensory Disorders & Language Study Section, Special Reviewer |
| 1989 | NIH Sensory Disorders & Language Study Section, Special Reviewer |
| 1987 | NIH Special Review Committee(s) |
| 1983-1984 | NIH Special Study Sections (2) |
| 1982 | Program Committee Chairperson, Academy of Aphasia |
| 1982 | Program Committee, Academy of Aphasia |
| | NIH Sensory Disorders & Language Study Section, Special Reviewer |

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

***Ad hoc* Reviewer**

Programs/Agencies

American Academy of Neurology, Alzheimer's Disease Association, Human Frontiers Science Program, Medical Research Council of Canada, National Institute on Deafness Communication Disorders (NIDCD, NIH), National Institute of Neurological Disorders and Stroke (NINDS, NIH), VA Medical System

Journals

*Annals of Internal Medicine; Annals of Neurology; Archives of Neurology; Brain; Brain & Cognition; Brain & Language; Cognition; Cognitive Neuropsychology; Cognitive Science; Cortex; Journal of Abnormal Psychology; Journal of Experimental Psychology: Learning, Memory, & Cognition; Journal of the International Neuropsychological Society; Journal of Memory & Language (Journal of Verbal Learning & Verbal Behavior); Journal of Neuroscience; Journal of Occupational & Environmental Medicine; Neural Computation; Neurology (Minn.); Neuropsychologia; New England Journal of Medicine; Psychological Bulletin; Science; Trends in Cognitive Neuroscience*

Publishers

Academic Press; Kluwer; MIT Press; W.W. Norton; Raven Press

**UNIVERSITY/MEDICAL SCHOOL COMMITTEE ACTIVITIES**

| | |
|---|---|
| 1996- | Scientific Advisory Board, The Johns Hopkins University Press |
| 1989-92 | The Johns Hopkins Medical School Council |
| 1993-95 | Hopkins Hospital Staff Conference Committee |

Barry Gordon, M.D., Ph.D.                    6/9/2004

## GRANT SUPPORT
**Current**

05/01/03-12/31/04 — PI, *A 12-Week, Prospective, Double-blind, Placebo-controlled, Multi-center Study Evaluating the Efficacy and Safety of Exelon® 3 to 6 mg/day in Patients with Traumatic Brain Injury (TBI) with Persistent Cognitive Deficits*, Novartis Pharmaceuticals Corporation

04/15/01-03/31/05 — Investigator, *Electrocorticographic Studies of Human Cortical Function*, (Nathan Crone, PI) NINDS

04/05/02 – 12/31/04 — PI, *A Randomized, Double-Blind, Placebo-Controlled Study of C105 (levo-amphetamine sulfate) to Improve Memory in Patients Suffering from Anterior Communicating Artery Syndrome*, Sention, Inc.

10/01/01-09/30/06 — Investigator, *MDMA Neurotoxicity in Humans: Occurrence & Consequences* (George A. Ricaurte, PI), NIH

10/1/03-8/31/05 — PI, *Generalization of Semantic Learning in Amnesia*, NIH

**Pending**

7/1/04 – 6/30/06 — PI, *Speech Sounds in Nonverbal and Minimally Verbal Individuals with Autism*, National Alliance for Autism Research

7/1/04 – 6/30/06 — Investigator, *Abnormal Cerebral Lateralization in Hierarchical Visual Processing in Autism: Implications for Impairment of Attentional Control* (Katharina Boser, PI), National Alliance for Autism Research

**Prior** (in reverse chronological order)

09/01/00-09/30/03 — PI, *A Nontherapeutic Study of the Efficacy of Neurocognitive Tests to Assess the Effects of Adjuvant Chemotherapy on Cognition and Emotional Functioning and Quality of Life in Breast Cancer Patients: A Pilot for the Eventual Study of ProCrit (Erythropoeitin) Treatment*, Ortho Biotech

09/01/98-08/31/03 — Investigator, *Age, Lead Exposure & Neurobehavioral Decline*, NIA

02/01/02-01/31/03 — PI, *Assessment of Attention and Learning in Individuals with Autism*, Cure Autism Now

07/01/01-06/30/03 — Co-PI, *Evaluation of Auditory Processing in Low-Functioning Children with Autism* National Alliance for Autism Research

07/01/00-06/30/03 — Investigator, *Functional MRI Correlates of Early Language Recovery After Hemispherectomy*. (Dana Boatman, PI) Charles A. Dana Foundation, Clinical Hypotheses in Neuroscience Award

12/01/01-12/31/02 — PI, *A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type*, Forest Laboratories

06/01/01-12/31/02 — PI, *A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type*, Bristol Myers-Squibb

01/01/01-11/30/02 — PI, *Placebo Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease: Safety and Efficacy of a Controlled Release Formulation*, Janssen Research Foundation

07/01/97-06/30/02 — Investigator, *Human Speech Perception: Functional and Neural Bases* (Dana Boatman, PI) NIDCD R29 DC03081

07/01/97-06/30/02 — Investigator, *Cognitive Mechanisms of Writing: Lexicon to Letter-Shape* (Benda Rapp, PI) NINDS R29-MH/DC-55758

*Barry Gordon, M.D., Ph.D.*      *6/9/2004*

06/01/01/-12/31/01    PI, *A Retrospective Study of outcome in Adult Individuals with Autism and Related Disorders (Record Review and Analysis)*

07/01/99-09/30/01    PI, *A 24 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020-402) in Subjects With Early Alzheimer's Disease,* Eisai and Pfizer

07/01/95-06/31/01    Sponsor/Advisor, *Direct Electrocortical Recording Studies of Human Language Processes (CIDA),* (Nathan Crone, PI), NIH

07/01/99-12/31/00    PI, *Improving Abilities in Stroke and Alzheimer's Disease.* Pfizer

01/01/99-12/31/00    PI, *A 24 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020-401) in Subjects With Mild Cognitive Impairment,* Eisai and Pfizer

01/01/99-12/31/00    Co-PI, *Pilot Study of the Efficacy of Donepezil Hydrochloride in the Treatment of Autism.* (Andrew Zimmerman, Co-PI), Pfizer, Hodgson Fund/New York Community Trust

01/01/96-07/31/00 B352    PI, *An Open Label, Six Month Extension of SDZ EN A 713 Studies B351 and to Prospectively Evaluate the Long-Term Safety, Tolerability, and Efficacy of 1 through 6 mg b.i.d. (2-12 mg/day) SDZ ENA 7134 in Outpatients with Probable Alzheimer's Disease.* Novartis

01/01/00-12/30/00    Investigator, *Recovery of Speech Perception after Left Hemispherectomy.* (Dana Boatman, PI) Clinical Research Grant, American Hearing Research Organization

06/01/97-06/30/00    PI, *Training of Speech Perception and Speech Comprehension in Autistic Children: A Combined Behavioral-Neurophysiological Pilot Study.* National Alliance for Autism Research

03/01/98-06/30/00    PI, *A 30 Week, Open Label Evaluation of Donepezil Hydrochloride (E2020-309) in Patients with Dementia Associated with Cerebral Vascular Disease.* Eisai, Inc.

04/01/94-03/31/00    Investigator, *Alzheimer's Disease Research Center (Clinical Core,* Donald Price, PI), NIH

06/15/99-11/30/99    PI, *Delay in Nursing Home Placement of Alzheimer's Disease Patients Treated in the Aricept Clinical Trial Program (E2020-A001-403, 5/5/97)* Eisai, Inc

03/01/98-12/31/99    PI, *Long-term Efficacy, Safety, and Health Care Outcomes in Patients Receiving Open-Label Lazabemide Therapy,* Protodigm

09/97-12/99    PI, *A 24-Week, Multicenter, Randomized, Double-Blind Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Patients With Dementia Associated With Cerebrovascular Disease (E2020-307, 5/5/97)* Eisai, Inc.

03/15/98-10/31/99    PI, *Long-term Efficacy, Safety, and Health Care Outcomes in Patients Receiving Open-Label Lazabemide Therapy (dated12/18/97),* Protodigm

06/01/98-05/31/99    PI, *Improving Language Abilities in Stroke and Alzheimer's Disease with Cholinergic Therapy,* Manor Care Foundation, Inc.

04/01/94-03/31/99    Sponsor/Advisor, *Verbal and Visual Semantic Object Processing Impairments (CIDA),* (John Hart, Jr., PI), NIH

05/15/97-12/15/98    PI, *The Efficacy, Safety, and Tolerability of Lazabemide (Ro 19-6327) Versus Placebo, Administered For One Year In Patients With Probable Alzheimer's Disease (NINCDS/ADRDA Criteria)(PDL 1000P, dated 12/02/96),* Protodigm

12/01/92-11/30/98    PI, Cognitive and Neuroanatomic Studies of Acquired Dyslexias, NIH R01 NS 29973

09/01/96-08/31/98    PI, *Training of Speech Perception in Children with Language Delay.* Hodgson Fund/New York Community Trust

| 09/96-07/98 | PI, *A 54-Week, Randomized, Double Blind, Placebo Controlled Evaluation of the Effects of Donepezil Hydrochloride (E2020) on Functional Outcome in Patients With Alzheimer's Disease With a Staged Crossover to Open Label Donepezil Hydrochloride (E2020) Treatment (Sponsor #E2020-A001-312),* Eisai America. |
|---|---|
| 07/01/93-06/30/98 | Investigator, *Training Program in Pediatric Neurology,* (Harvey Singer, PI), NIH |
| 11/15/97-06/15/98 | PI, *Metrifonate Investigational Nationwide Trial (MINT)™,* Bayer Pharmaceutical Division |
| 09/15/93-02/28/98 | Investigator, *Age, Lead Exposure and Neurobehavioral Decline,* (Walter Stewart, PI,) NIH |
| 01/96-12/97 | PI, *Open Label Extension of Study #94-001FL-1005CR to Evaluate Long-Term Administration of AF102B in the Treatment of Patients with Dementia of the Alzheimer Type,* Forest Laboratories, Inc. |
| 06/96-12/97 | Co-PI, *A 52-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Multicenter Study of Milameline (CI979\RU 35926) in Patients With Probable Alzheimer's Disease With Long-Term Open-Label Extension.* Protocol 979-15-16. Warner-Lambert Company |
| 07/94 -06/97 | PI, *An Open-label, Multicenter, Extended Evaluation of the Safety and Efficacy of E2020 in Patients With Alzheimer's Disease.* Protocol E2020-A001-303, Eisai America, Inc. |
| 01/01/95-12/31/96 | Mentor, *Quantitative Studies of Electrocorticograms Accompanying Speech and Language,* (David Sherman, PI), McDonnell-Pew Program in Cognitive Neuroscience, JSMF Grant No. 95-2 |
| 01/01/96-09/30/96 | PI, *Long-Term Administration of AF102B in the Treatment of Patients with Dementia of the Alzheimer Type,* Forest Laboratories |
| 07/01/92-06/30/96 | Joint PI, *Promoting Recovery After Damage to the Human Brain: What Triggers the Recovery Process?* (Guy McKhann and Ronald Lesser, Joint-PIs), Seaver Foundation |
| 01/01/95-06/30/96 | PI, *Clinical Evaluation of the Safety and Efficacy of AF102B vs. Placebo in the Treatment of Patients with Dementia of the Alzheimer's Type,* Protocol #94-001FL-105CR, Forest Laboratories |
| 07/01/88-06/30/96 | Co-PI, *A Prospective Study of Amateur Boxing* (Walter Stewart, PI), NINCDS 1 R01 NS26450 |
| 04/01/95-05/15/96 | PI, *A Prospective, Double-Blind, Placebo-Controlled, Parallel Group Comparison of the Efficacy and Safety of Two Doses of SDZ 713, 1-4mg per day and SDZ ENA 713 6-12 mg per day in Patients with Alzheimer's Disease.* Protocol B352, Sandoz Pharmaceuticals Corporation |
| 04/01/89-08/31/95 | PI, *Language Organization Studied by Cortical Stimulation,* NINDS 1R01 NS26553 |
| 09/01/93-08/31/95 | Advisor, *Cortical Stimulation Studies of Speech Perception,* (Dana Boatman, PI), NIH |
| 07/01/92-07/31/95 | Co-PI, *Charles A. Dana Center for Study of Memory and Aging.* (Guy McKhann, PI) |
| 07/01/93-06/30/95 | Co-PI, *Cortical Electrical Correlates of Cognitive Processing,* (Nathan Crone, PI), McDonnell-Pew Program in Cognitive Neuroscience |
| 02/01/94-06/30/95 | PI, *A Trial of E2020 in Patients with Dementia of the Alzheimer's Type (Protocol E2020-001-302).* Eisai Pharmaceuticals, |
| | Co-Mentor, *Quantitative studies of electrocortigrams accompanying speech and language.* (David L. Sherman, PI), McDonnell-Pew Individual Training Grant |

| | |
|---|---|
| 02/93-06/94 | PI, *A trial of Neurolite/Aviva in Patients With Mild to Moderate Dementia of the Alzheimer Type,* DuPont Merck Pharmaceutical Company |
| 09/09/85-06/30/94 | Co-PI, *Cognitive Processes in Dyscalculia.* (Michael McCloskey, PI), NINCDS, 1 R01 NS21047 |
| 07/90-06/94 | Investigator, *Training Program in Cognitive Science,* (Stewart Hulse, PI) |
| 10/01/91-12/31/93 | PI, *A Long Term Randomized Placebo Controlled Study of DuP 996 90 and 120 Mg Daily in Patients With Mild to Moderate Dementia of the Alzheimer Type,* (Long-term study) (U.S.A. Study); Protocol 996-025, DuPont Merck Pharmaceutical Company |
| 01/01/93-09/31/93 | Joint PI, *The Neurobiology of Language (extension grant).* McDonnell Foundation-Pew Charitable Trusts |
| 04/85-08/31/93 | Co-PI, *Cognitive-Linguistic Mechanisms in Writing Disorders.* (Alfonso Caramazza PI), NINCDS 2 R01 NS22201 |
| 04/01/90-08/31/93 | Co-PI, *Morphological Processing Deficits in Aphasia.* (Alfonso Caramazza PI), NINDS 2 R01 DC00366 |
| 01/01/90-12/31/92 | Joint PI, *The Neurobiology of Language.* McDonnell Foundation-Pew Charitable Trusts Program in Cognitive Neuroscience |
| 10/91-12/92 | PI, *A Randomized Placebo Controlled Study of DuP 996 90 and 120 Mg Daily in Patients With Mild to Moderate Dementia of the Alzheimer Type* (U.S.A. Study); Protocol 996-019, DuPont Merck Pharmaceutical Company |
| 04/91-09/92 | Co-PI, *Plasticity and Recovery of the Human Brain.* Educational Foundation of America |
| 07/01/89-12/31/91 | Joint PI, *Dyslexia Studied by Direct Electrical Cortical Interference in Humans.* Seaver Foundation |
| 07/01/90-04/30/91 | PI, *Safety and Efficacy of Long-Term Use of Oxiracetam in the Treatment of patients with cognitive impairment associated with Dementia of the Alzheimer's Type,* SmithKline Beecham |
| 11/15/89-01/30/91 | PI, *Oxiracetam in the Treatment of Patients with Cognitive Impairment Associated with Dementia of the Alzheimer's Type.* SmithKline Beecham |
| 07/88-06/90 | Co-PI, *Tacrine in Alzheimer's Disease,* (Claudia Kawas, P.I.) |
| 09/86-08/89 | Joint-PI, *The Computational Neuropsychology of Reading.* (Alfonso Caramazza & Terrence J. Sejnowski, Joint PIs), Seaver Foundation |
| 07/86-06/89 | Co-PI, *Morphological Processing Deficits in Aphasia.* (Alfonso Caramazza PI), NINCDS 1 R01 NS23836 |
| 09/84-06/89 | Section Principal Investigator, *Alzheimer's Disease Research Center,* NIA |
| 07/86-06/88 | PI, *Effects of Nicotine in Early Alzheimer's and Amnesia.* Merrell Dow Research Institute |
| 02/86-06/88 | Co-PI, *Amateur Boxing: A Prospective Study.* (Walter Stewart, PI), United States Olympic Committee |
| 04/87-10/87 | PI, *New Learning and Language Processing: Disordered and Normal Patterns of Cerebral Glucose Utilization through Positron Emission Tomography (PET).* Institutional Research Grant |
| 07/82-06/87 | PI, *Study of Human Memory Disorders and Drug Effects.* (Teacher Investigator Development Award), NIH K07 NS00721 |
| 05/86-04/87 | Investigator, *The Natural History of Acquired Immunodeficiency Syndrome (AIDS) in Homosexual Men: Neurologic and Neuropsychiatric Aspects,* (Richard Johnson, PI), NIAID |
| 09/94-08/85 | Co-PI, *Study of Procedural and Declarative Memory Systems in AD and Normal Aging,* NIA (component of ADRC, above) |

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

| | |
|---|---|
| 04/01/80-03/03/84 | Investigator, *Syntactic Deficits in Aphasia* (Alfonso Caramazza PI) NIH |
| 02/01/83-01/31/84 | PI, *Investigation of Human Memory Disorders and Drug Effects*, The Johns Hopkins Fund |
| 12/80-11/83 | Co-PI, *Lexical-Semantic Deficits in Aphasia*, (with Alfonso Caramazza PI, and R. Berndt, Co-PI), NIH NS 14099 |
| 01/80-03/80 | PI, *Sleep Laboratory Evaluation of Miles Laboratories' Doxylamine Succinate 25 mg Tablet as a Nighttime Sleep-Aid*, Miles Laboratories |

## COMMUNITY ACTIVITIES

| | |
|---|---|
| 1996-98 | Board of Directors, LINC *(Learning Independence through Computers, Inc.)* (Maryland Member of the Alliance for Technology Access) |

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

                                                                    *Page 12*

## BIBLIOGRAPHY

### BOOKS

**Gordon B.** Memory: Remembering and Forgetting in Everyday Life. New York: Mastermedia Ltd/Dana Alliance for Brain Initiatives, 1995.

**Gordon B** and Berger L. Intelligent Memory. New York: Viking Press, 2003.

### ORIGINAL ARTICLES

1.  **Gordon B,** Marin OSM: Transient global amnesia: an extensive case report. J Neurol Neurosurg Psychiatry 1979; 42(6):572-5.

2.  DePaulo JR, Folstein MF, **Gordon B:** Psychiatric screening on a neurological ward. Psychol Med 1980; 10(1):125-32.

3.  **Gordon B,** Caramazza A: Lexical decision for open- and closed-class words: failure to replicate differential frequency sensitivity. Brain Lang 1982; 15(1):143-60.

4.  **Gordon B,** Caramazza A: Closed- and open-class lexical access in agrammatic and fluent aphasics. Brain Lang 1983; 19(2):335-45.

5.  **Gordon B:** Lexical access and lexical decision: mechanisms of frequency sensitivity. J Verb Learn Verb Behav 1983; 22:24-44.

6.  **Gordon B,** Caramazza A: Lexical access and frequency sensitivity: frequency saturation and open/closed class equivalence. Cognition 1985; 21(2):95-115.

7.  Malinow KL, Molina R, **Gordon B,** Selnes OA, Provost TT, Alexander EL: Neuropsychiatric dysfunction in primary Sjogren's syndrome. Ann Intern Med 1985; 103(3):344-50.

8.  **Gordon B:** Subjective frequency and the lexical decision latency function: implications for mechanisms of lexical access. J Memory Lang 1985; 24:631-45.

9.  **Gordon B:** Preserved learning of novel information in amnesia: evidence for multiple memory systems. Brain Cogn 1988; 7(3):257-82.

10. Alexander EL, Beall SS, **Gordon B,** Selnes OA, Yannakakis GD, Patronas N, Provost TT, McFarland HF: Magnetic resonance imaging of cerebral lesions in patients with the Sjogren syndrome. Ann Intern Med 1988; 108(6):815-23.

11. Selnes OA, Carson K, Rovner B, **Gordon B:** Language dysfunction in early- and late-onset possible Alzheimer's disease. Neurology 1988; 38(7):1053-6.

12. Humayun MS, Presty SK, Lafrance ND, Holcomb HH, Loats H, Long DM, Wagner HN, **Gordon B:** Local cerebral glucose abnormalities in mild closed head injured patients with cognitive impairments. Nucl Med Commun 1989; 10(5):335-44.

13.   Brandt J, Mellits ED, Rovner B, **Gordon B**, Selnes OA, Folstein MF: Relation of age at onset and duration of illness to cognitive functioning in Alzheimer's disease. Neuropsychiatry Neuropsychol Behav Neurol 1989; 2:93-101.

14.   **Gordon B**, Lesser RP, Rance NE, Hart J, Webber R, Uematsu S, Fisher RS: Parameters for direct cortical electrical stimulation in the human: histopathologic confirmation. Electroencephalogr Clin Neurophysiol 1990; 75:371-7.

15.   Selnes OA, Miller E, McArthur J, **Gordon B**, Muñoz A, Sheridan K, Fox R, Saah AJ: HIV-1 infection: no evidence of cognitive decline during the asymptomatic stages. The Multicenter AIDS Cohort Study. Neurology 1990; 40(2):204-8.

16.   Burnstine TH, Lesser RP, Hart J, Jr., Uematsu S, Zinreich SJ, Krauss GL, Fisher RS, Vining EP, **Gordon B**: Characterization of the basal temporal language area in patients with left temporal lobe epilepsy. Neurology 1990; 40(6):966-70.

17.   Hart J, Jr., **Gordon B**: Early-onset dementia and extrapyramidal disease: clinicopathological variant of Gerstmann-Straussler-Scheinker or Alzheimer's disease? J Neurol Neurosurg Psychiatry 1990; 53(11):932-4.

18.   **Gordon B**, Selnes OA, Hart J, Jr., Hanley DF, Whitley RJ: Long-term cognitive sequelae of acyclovir-treated herpes simplex encephalitis. Arch Neurol 1990; 47(6):646-7.

19.   Hart J, Jr., **Gordon B**: Delineation of single-word semantic comprehension deficits in aphasia, with anatomical correlation. Ann Neurol 1990; 27(3):226-31.

20.   Fisher RS, Cysyk BJ, Lesser RP, Pontecorvo MJ, Ferkany JT, Schwerdt PR, Hart J, **Gordon B**: Dextromethorphan for treatment of complex partial seizures. Neurology 1990; 40(3 Pt 1):547-9.

21.   Uematsu S, Lesser R, Fisher R, Krauss G, Hart J, Vining EP, Freeman J, **Gordon B**: Resection of the epileptogenic area in critical cortex with the aid of a subdural electrode grid. Stereotact Funct Neurosurg 1990; 55:34-45.

22.   Lesser RP, **Gordon B**, Fisher RS, Vining E, Uematsu S: Cortical stimulation using subdural electrodes. J Epilepsy 1990; 3(Suppl 1):103-6.

23.   **Gordon B**, Carson K: The basis for choice reaction time slowing in Alzheimer's disease. Brain Cogn 1990; 13(2):148-66.

24.   Selnes OA, Pestronk A, Hart J, **Gordon B**: Limb apraxia without aphasia from a left sided lesion in a right handed patient. J Neurol Neurosurg Psychiatry 1991; 54(8):734-7.

25.   Hart J, Jr., Lesser RP, Fisher RS, Schwerdt P, Bryan RN, **Gordon B**: Dominant-side intracarotid amobarbital spares comprehension of word meaning. Arch Neurol 1991; 48(1):55-8.

26.   Jeffery PJ, Monsein LH, Szabo Z, Hart J, Fisher RS, Lesser RP, Debrun GM, **Gordon B**, Wagner HN, Jr., Camargo EE: Mapping the distribution of amobarbital sodium in the intracarotid Wada test by use of Tc-99m HMPAO with SPECT. Radiology 1991; 178(3):847-50.

*Barry Gordon, M.D., Ph.D.*                   *6/9/2004*
                                                                        *Page 14*

27.    Selnes OA, McArthur JC, Royal WD, Updike ML, Nance-Sproson T, Concha M, **Gordon B**, Solomon L, Vlahov D: HIV-1 infection and intravenous drug use: longitudinal neuropsychological evaluation of asymptomatic subjects. Neurology 1992; 42(10):1924-30.

28.    Hart J, Jr., **Gordon B**: Neural subsystems for object knowledge. Nature 1992; 359(6390):60-4.

29.    Arroyo S, Krauss GL, Lesser RP, **Gordon B**, Hart J, Jr., Carson BS, Uematsu S: Simple partial seizures: clinicofunctional correlation — a case report. Neurology 1992; 42(3 Pt 1):642-6.

30.    Fisher RS, Uematsu S, Krauss GL, Cysyk BJ, McPherson R, Lesser RP, **Gordon B**, Schwerdt P, Rise M: Placebo-controlled pilot study of centromedian thalamic stimulation in treatment of intractable seizures. Epilepsia 1992; 33(5):841-51.

31.    Uematsu S, Lesser R, Fisher RS, **Gordon B**, Hara K, Krauss GL, Vining EP, Webber RW: Motor and sensory cortex in humans: topography studied with chronic subdural stimulation. Neurosurgery 1992; 31(1):59-71.

32.    Uematsu S, Lesser RP, **Gordon B**: Localization of sensorimotor cortex: the influence of Sherrington and Cushing on the modern concept. Neurosurgery 1992; 30(6):904-13.

33.    Grober E, Ausubel R, Sliwinski M, **Gordon B**: Skill learning and repetition priming in Alzheimer's disease. Neuropsychologia 1992; 30(10):849-58.

34.    Hart J, Jr., Lesser RP, **Gordon B**: Selective interference with the representation of size in the human by direct cortical electrical stimulation. J Cogn Neurosci 1992; 4:337-44.

35.    Boatman D, Crone N, Lesser R, Hart J, **Gordon B**: The localization of speech perception using direct cortical electrical interference and electrocorticography. Epilepsia 1992; 33:119-23.

36.    Arroyo S, Lesser RP, **Gordon B**, Uematsu S, Hart J, Schwerdt P, Andreasson K, Fisher RS: Mirth, laughter and gelastic seizures. Brain 1993; 116(Pt 4):757-80.

37.    Hart J, Jr., Lewis PJ, Lesser RP, Fisher RS, Monsein LH, Schwerdt P, Bandeen-Roche K, **Gordon B**: Anatomic correlates of memory from intracarotid amobarbital injections with technetium Tc 99m hexamethylpropyleneamine oxime SPECT. Arch Neurol 1993; 50(7):745-50.

38.    Arroyo S, Lesser RP, **Gordon B**, Uematsu S, Jackson D, Webber R: Functional significance of the mu rhythm of human cortex: an electrophysiologic study with subdural electrodes. Electroencephalogr Clin Neurophysiol 1993; 87(3):76-87.

39.    Nathan SS, Sinha SR, **Gordon B**, Lesser RP, Thakor NV: Determination of current density distributions generated by electrical stimulation of the human cerebral cortex. Electroencephalogr Clin Neurophysiol 1993; 86(3):183-92.

40.    Nathan SS, Lesser RP, **Gordon B**, Thakor NV: Electrical stimulation of the human cerebral cortex. Theoretical approach. Adv Neurol 1993; 63:61-85.

41.    Stewart WF, **Gordon B**, Selnes O, Bandeen-Roche K, Zeger S, Tusa RJ, Celentano DD, Shechter A, Liberman J, Hall C, Simon D, Lesser R, Randall RD: Prospective study of central

nervous system function in amateur boxers in the United States. Am J Epidemiol 1994; 139(6):573-88.

42. Arroyo S, Lesser RP, Fisher RS, Vining EP, Krauss GL, Bandeen-Roche K, Hart J, **Gordon B**, Uematsu S, Webber R: Clinical and electroencephalographic evidence for sites of origin of seizures with diffuse electrodecremental pattern. Epilepsia 1994; 35(5):974-87.

43. Lesser R, **Gordon B**, Uematsu S: Electrical stimulation and language. J Clin Neurophysiol 1994; 11(2):191-204.

44. Urasaki E, Uematsu S, **Gordon B**, Lesser RP: Cortical tongue area studied by chronically implanted subdural electrodes — with special reference to parietal motor and frontal sensory responses. Brain 1994; 117(Pt 1):117-32.

45. Lieberman J, Stewart WF, Selnes OA, **Gordon B**: Rater agreement for the Ray-Osterrith Complex Figure Test. J Clin Psychol 1994; 50:615-24.

46. Boatman DF, Lesser RP, **Gordon B**: Cortical representation of speech perception and production, as revealed by direct cortical electrical interference. Public Acoust Soc Japan 1994; 15:763-6.

47. Boatman D, Lesser R, Hall C, **Gordon B**: Auditory perception of segmental features: a functional neuroanatomic study. J Neurolinguistics 1994; 8:225-34.

48. Boatman D, **Gordon B**, Stone M, Anderson S: Studies of articulatory timing in normal and foreign accent syndrome speech. Brain Lang 1994; 47:548-53.

49. Small SL, Hart J, Nguyen T, **Gordon B**: Distributed representations of semantic knowledge in the brain. Brain 1995; 118(Pt 2):441-53.

50. Boatman D, Lesser RP, **Gordon B**: Auditory speech processing in the left temporal lobe: an electrical interference study. Brain Lang 1995; 51(2):269-90.

51. Holcomb HH, Ritzl EK, Medoff DR, Nevitt J, **Gordon B**, Tamminga CA: Tone discrimination performance in schizophrenic patients and normal volunteers: impact of stimulus presentation levels and frequency differences. Psychiatry Res 1995; 57(1):75-82.

52. McCloskey M, Rapp B, Yantis S, Rubin G, Bacon W, Dagnelie G, **Gordon B**, Aliminosa D, Boatman D, Badecker W, Johnson D, Tusa R, Reighn E: A developmental deficit in localizing objects from vision. Psychol Sci 1995; 6:112-7.

53. Small S, Holland AL, Hart J, Forbes MM, **Gordon B**: Response variability in picture naming: a computational study. Clin Aphasiol 1995; 23:25-38.

54. Selnes OA, Holcomb HH, **Gordon B**: Images in neuroscience. Progressive dysarthria: structural and brain correlations. Am J Psychiatry 1996; 153(3):309-10.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

55.   **Gordon B**, Hart J, Jr., Lesser RP, Arroyo S: Mapping cerebral sites for emotion and emotional expression with direct cortical electrical stimulation and seizure discharges. Prog Brain Res 1996; 107:617-22.

56.   Krauss GL, Fisher R, Plate C, Hart J, Uematsu S, **Gordon B**, Lesser RP: Cognitive effects of resecting basal temporal language areas. Epilepsia 1996; 37(5):476-83.

57.   Nii Y, Uematsu S, Lesser RP, **Gordon B**: Does the central sulcus divide motor and sensory functions? Cortical mapping of human hand areas as revealed by electrical stimulation through subdural grid electrodes. Neurology 1996; 46(2):360-7.

58.   Holcomb HH, **Gordon B**, Loats HL, Gastineau E, Zhao Z, Medoff D, Dannals RF, Woods R, Tamminga CA: Brain metabolism patterns are sensitive to attentional effort associated with a tone recognition task. Biol Psychiatry 1996; 39(12):1013-22.

59.   Boatman D, Miglioretti DL, Hart J, Lamberti N, Rothlisberger B, **Gordon B**: Localization and variability in the cortical representation of auditory syllable discrimination and comprehension. Brain Lang 1996; 55:150-2.

60.   Kraut M, Hart J, Jr., Soher BJ, **Gordon B**: Object shape processing in the visual system evaluated using functional MRI. Neurology 1997; 48(5):1416-20.

61.   Arroyo S, Lesser RP, Poon WT, Webber WR, **Gordon B**: Neuronal generators of visual evoked potentials in humans: visual processing in the human cortex. Epilepsia 1997; 38(5):600-10.

62.   Boatman D, Hall C, Goldstein MH, Lesser R, **Gordon B**: Neuroperceptual differences in consonant and vowel discrimination: as revealed by direct cortical electrical interference. Cortex 1997; 33(1):83-98.

63.   Whalen J, McCloskey M, Lesser RP, **Gordon B**: Localizing arithmetic processes in the brain: evidence from a transient deficit during cortical stimulation. J Cogn Neurosci 1997; 9:409-17.

64.   Hart J, Jr., Crone NE, Lesser RP, Sieracki J, Miglioretti DL, Hall C, Sherman D, **Gordon B**: Temporal dynamics of verbal object comprehension. Proc Natl Acad Sci U S A 1998; 95(11):6498-503.

65.   Crone NE, Miglioretti DL, **Gordon B**, Lesser RP: Functional mapping of human sensorimotor cortex with electrocorticographic spectral analysis. II. Event-related synchronization in the gamma band. Brain 1998; 121(Pt 12):2301-15.

66.   Crone NE, Miglioretti DL, **Gordon B**, Sieracki JM, Wilson MT, Uematsu S, Lesser RP: Functional mapping of human sensorimotor cortex with electrocorticographic spectral analysis. I. Alpha and beta event-related desynchronization. Brain 1998; 121(Pt 12):2271-99.

67.   Lesser RP, Arroyo S, Crone N, **Gordon B**: Motor and sensory mapping of the frontal and occipital lobes. Epilepsia 1998; 39(Suppl 4):S69-80.

68.   Boatman D, Hart J, Jr., Lesser RP, Honeycutt N, Anderson NB, Miglioretti D, **Gordon B**: Right hemisphere speech perception revealed by amobarbital injection and electrical interference. Neurology 1998; 51(2):458-64.

69.   Mohs RC, Ashman TA, Jantzen K, Albert M, Brandt J, **Gordon B**, Rasmusson X, Grossman M, Jacobs D, Stern Y: A study of the efficacy of a comprehensive memory enhancement program in healthy elderly persons. Psychiatry Res 1998; 77(3):183-95.

70.   Lesser RP, Kim SH, Beyderman L, Miglioretti DL, Webber WR, Bare M, Cysyk B, Krauss G, **Gordon B**: Brief bursts of pulse stimulation terminate afterdischarges caused by cortical stimulation. Neurology 1999; 53(9):2073-81.

71.   Hillis AE, Boatman D, Hart J, **Gordon B**: Making sense out of jargon: a neurolinguistic and computational account of jargon aphasia. Neurology 1999; 53(8):1813-24.

72.   Filipek PA, Accardo PJ, Baranek GT, Cook E, H., Jr., Dawson G, **Gordon B**, Gravel JS, Johnson CP, Kallen RJ, Levy SE, Minshew NJ, Prizant BM, Rapin I, Rogers SJ, Stone WL, Teplin S, Tuchman RF, Volkmar FR: The screening and diagnosis of autistic spectrum disorders. J Autism Dev Disord 1999; 29(6):439-84.

73.   Boatman D, **Gordon B**, Hart J, Selnes O, Miglioretti D, Lenz F: Transcortical sensory aphasia: revisited and revised. Brain 2000; 123(Pt 8):1634-1642.

74.   Hart J, Jr., Kraut MA, Kremen S, Soher B, **Gordon B**: Neural substrates of orthographic lexical access as demonstrated by functional brain imaging. Neuropsychiatry Neuropsychol Behav Neurol 2000; 13(1):1-7.

75.   Filipek PA, Accardo PJ, Ashwal S, Baranek GT, Cook EH, Jr., Dawson G, **Gordon B**, Gravel JS, Johnson CP, Kallen RJ, Levy SE, Minshew NJ, Ozonoff S, Prizant BM, Rapin I, Rogers SJ, Stone WL, Teplin SW, Tuchman RF, Volkmar FR: Practice parameter: screening and diagnosis of autism: report of the Quality Standards Subcommittee of the American Academy of Neurology and the Child Neurology Society. Neurology 2000; 55(4):468-79.

76.   Hillis AE, Wang P, Beauchamp N, Barker P, **Gordon B**, Wityk R: Magnetic resonance perfusion imaging: a new method for localizing regions of brain dysfunction associated with specific lexical impairments? Aphasiology 2000; 14:471-83.

77.   Schwartz BS, Stewart WF, Bolla KI, Simon D, Bandeen-Roche K, **Gordon B**, Links JM, Todd AC: Past adult lead exposure is associated with longitudinal decline in cognitive function. Neurology 2000; 55:1144-50.

78.   Boatman D, Alidoost M, Bergey G, **Gordon B**, Crone N, Hart J, Lenz F: Right hemisphere language dominance in a right-handed patient with late-onset seizures. Epilepsy Behav 2000; 1:281-6.

79.   **Gordon B**: Commentary: a neural systems perspective for improving behavioral treatments for autism. J Autism Dev Disord 2000; 30(5):503-8.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*
                                                                    *Page 18*

80.    Zimmerman AW, **Gordon B:** Neural mechanisms in autism. J Dev Learn Disord 2000;
       5(1):119-32.

81.    Hillis AE, Barker PB, Beauchamp NJ, **Gordon B**, and Wityk RJ: MR perfusion imaging reveals
       regions of hypoperfusion associated with aphasia and neglect. Neurology 2000; 55(6): 782-8.

82.    Doody RS, Geldmacher DS, **Gordon B**, Perdomo CA, Pratt RD: Open-label, multicenter, Phase
       3 extension study of the safety and efficacy of Donepezil in patients with Alzheimer disease.
       Arch Neurol 2001; 58:427-33.

83.    Crone NE, Boatman D, **Gordon B**, Hao L: Induced electrocorticographic gamma activity during
       auditory perception. Brazier Award-winning article, 2001. Clin Neurophysiol 2001; 112(4):565-
       82.

84.    Crone NE, Hao L, Hart J, Jr., Boatman D, Lesser RP, Irizarry R, **Gordon B:**
       Electrocorticographic gamma activity during word production in spoken and sign language.
       Neurology 2001; 57(11):2045-53.

85.    Motamedi GK, Lesser RP, Miglioretti DL, Mizuno-Matsumoto Y, **Gordon B**, Webber WR,
       Jackson DC, Sepkuty JP, Crone NE: Optimizing parameters for terminating cortical
       afterdischarges with pulse stimulation. 2002; Epilepsia 43(8):836-46.

86.    Boser K, Higgins S, Fetherston A, Preissler MA, **Gordon B**: Semantic fields in low-functioning
       autism. J Autism Dev Disord 2002; 32(6):563-82.

87.    Stark C, Stark S, **Gordon, B**:  New semantic learning and generalization in an amnesic patient.
       Neuropsychology, in press 2004.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

## BOOK CHAPTERS, REVIEWS, POLICY STATEMENTS, & BRIEF PUBLICATIONS

1.    Marin OSM, **Gordon B**: Neuropsychologic aspects of aphasia. In Current Neurology, vol 2. Tyler HR, Dawson DM (eds). Boston, Houghton Mifflin, 1979, pp 305-43.

2.    Marin OSM, **Gordon B**: Language and speech production from a neuropsychological perspective. In Tutorials in Motor Behavior. Stelmach GE, Requin J (eds). Amsterdam, North Holland, 1980

3.    **Gordon B**, McKhann GM: Disorders of communication. In The Principles and Practice of Medicine, 20th. Harvey AM, Johns RJ, Osler AH, Ross RS (eds). New York, Appleton-Century-Crofts, 1980

4.    **Gordon B**, McKhann GM: Disorders of communication. In The Principles and Practice of Medicine, 20th. Harvey AM, Johns RJ, Owens AH, Ross RS (eds). New York, Appleton-Century-Crofts, 1980

5.    **Gordon B**: Confrontational naming: computational model and lesion studies. In Neural Models of Language Processes. Arbib MA, Caplan D, Marshall JC (eds). New York, Academic Press, 1982

6.    Barker LR, **Gordon B**, Moses H: Dizziness (vertigo, motion sickness, syncope, and disequilibrium). In Principles of Ambulatory Medicine. Barker LR, Burton J, Zieve P (eds). Baltimore, Williams & Wilkins, 1982

7.    **Gordon B**, Barker LR: Common disorders of movement: tremor and Parkinson's disease. In Principles of Ambulatory Medicine. Barker LR, Burton J, Zieve P (eds). Baltimore, Williams & Wilkins, 1982

8.    **Gordon B**, Barker LR: Headaches and facial pain. In Principles of Ambulatory Medicine. Barker LR, Burton J, Zieve P (eds). Baltimore, Williams & Wilkins, 1982

9.    **Gordon B**, Server AC: Evaluation of the patient with neurological symptoms. In Principles of Ambulatory Medicine. Barker LR, Burton J, Zieve P (eds). Baltimore, Williams & Wilkins, 1982

10.   Josifek L, **Gordon B**: Peripheral neuropathy. In Principles of Ambulatory Medicine. Barker LR, Burton J, Zieve P (eds). Baltimore, Williams & Wilkins, 1982

11.   **Gordon B**: Aphasia. In The Principles and Practice of Medicine, 21st. Harvey AM, Johns RJ, McKusick VA, Owens AH, Ross RS (eds). Norwalk, CT, Appleton-Century-Crofts, 1984

12.   Moses H, **Gordon B**: Delirium (acute confusional state). In The Principles and Practice of Medicine, 21st. Harvey AM, Johns RJ, McKusick VA, Owens AH, Ross RS (eds). Norwalk, CT, Appleton-Century-Crofts, 1984

13.   Bleeker M, **Gordon B**: Evaluation of the patient with neurologic symptoms. In Principles of Ambulatory Medicine, 2nd. Barker LR, Burton JR, Zieve PD (eds). Baltimore, Williams & Wilkins, 1985

Barry Gordon, M.D., Ph.D.                6/9/2004
                                                      Page 20

14.   DeLong M, **Gordon B**: Common disorders of movement: tremor and Parkinson's disease. In Principles of Ambulatory Medicine, 2nd. Barker LR, Burton JR, Zieve PD (eds). Baltimore, Williams & Wilkins, 1985

15.   **Gordon B**: A minimal neurolinguistic model and its lessons. In Proceedings, Ninth Annual Symposium on Computer Applications in Medical Care. Ackerman MJ (ed). Washington, DC, IEEE Computer Society Press, 1985

16.   **Gordon B**, Field B: Screen blanking on the Apple IIe, in Behav Res Methods Instruments Computers, 1985, p 518.

17.   **Gordon B**, Barker LR, Bleeker M: Headaches and facial pain. In Principles of Ambulatory Medicine, 2nd. Barker LR, Burton JR, Zieve PD (eds). Baltimore, Williams & Wilkins, 1986

18.   **Gordon B**, Moses H, III: Aphasia and disorders of higher cognitive function. In The Principles and Practice of Medicine, 22nd. Harvey AM, Johns RJ, McKusick VA, Owens AH, Ross RS (eds). Norwalk, CT, Appleton & Lange, 1988

19.   Selnes OA, Carson K, Rovner B, **Gordon B**: Language dysfunction in early- and late-onset Alzheimer's disease, in Neurology, 1988, p 1899.

20.   Uematsu S, Lesser RP, Fisher RS, Krauss G, Hart J, Vining EP, Freeman J, **Gordon B**: Resection of the epileptogenic area in critical cortex with the aid of a subdural electrode grid. In Proceedings of the Xth Meeting of the World Society for Stereotactic and Functional Neurosurgery: Maebashi, Japan, October 1989. Ohye C, Gildenberg PL, Franklin PO (eds). Basel, Karger, 1990

21.   **Gordon B**: Human language. In Neurobiology of Comparative Cognition, Comparative Cognition & Neuroscience. Kesner RP, Olton DS (eds). Hillsdale, NJ, Lawrence Erlbaum Associates, 1990, pp 21-49.

22.   **Gordon B**: Postconcussional syndrome. In Current Therapy in Neurologic Disease, Current Therapy Series, 3rd edition. Johnson RT (ed). Philadelphia, B.C. Decker, 1990, pp 208-13.

23.   Lesser RP, **Gordon B**, Fisher RS, Hart J, Uematsu S: Evaluation of epilepsy with subdural electrodes. In Epilepsy Surgery. Lüders H (ed). New York, Raven Press, 1992, pp 399-408.

24.   Treadway M, McCloskey M, **Gordon B**, Cohen N: Landmark life events and the organization of memory: evidence from functional retrograde amnesia. In The Handbook of Emotion and Memory. Christianson SÅ (ed). Hillsdale, NJ, Lawrence Erlbaum Associates, 1992

25.   **Gordon B**: Memory systems and their disorders. In Diseases of the Nervous System: Clinical Neurobiology, 2nd edition, Vol I. Asbury AK, McKhann GM, McDonald WI (eds). Philadelphia, W.B. Saunders Company, 1992, pp 703-17.

26.   Arroyo S, Lesser RP, **Gordon B**, Fisher RS, Uematsu S: Subdural electrodes. In Electroencephalography: Basic Principles, Clinical Applications, and Related Fields, 3rd. Niedermeyer E, Lopes da Silva FH (eds). Baltimore, Williams & Williams, 1993

*Barry Gordon, M.D., Ph.D.*          *6/9/2004*                    *Page* 21

27.    Nathan SS, Lesser RP, **Gordon B**, Thakor NV: Simulations of electrical stimulation of the human cerebral cortex. In Electrical and Magnetic Stimulation of the Brain and Spinal Cord. Devinsky O, Berick A, Dogali M (eds). New York, Raven Press, 1993

28.    **Gordon B**: Review of "Cognitive Neuropsychology in Clinical Practice" by D. I. Margolin, in Electroencephalogr Clin Neurophysiol, 1993, p 344.

29.    Hart J, **Gordon B**: In reply, in Arch Neurol, 1994, p 749.

30.    Lesser R, Arroyo S, Hart J, **Gordon B**: The use of subdural electrodes for the study of language functions. In Localization and Neuroimaging in Neuropsychology. Kertesz A (ed). San Diego, Academic Press, 1994

31.    **Gordon B**, Hart J, Boatman D, Nathan S, Holcomb H, Krauss G, Selnes O, Lesser RP: Language and brain organization from the perspectives of cortical electrical interference, direct cortical recording, PET scanning, and acute lesion studies. In Evolution and Neurology of Language: A Report of the 1993 FESN Study Group on Evolution and Neurology of Language, vol 10. Gajdusek DC, McKhann GM, Bolis LC (eds). Amsterdam, Elsevier Science B.V., 1994

32.    Hart J, **Gordon B**: Anterior choroidal or anterior temporal artery, in Arch Neurol, 1994, p 749.

33.    Stewart WF, **Gordon B**: Amateur boxing: is there a risk of brain injury? In Boxing & Medicine. Cantu RC (ed). Champaign, IL, Human Kinetics, 1995

34.    **Gordon B**: Review of "The myth of repressed memory: false memories and allegations of sexual abuse," in N Engl J Med, 1995, pp 133-4.

35.    **Gordon B**: Review of "Memory, Amnesia, and the Hippocampal System" by N. Cohen and A. Eichenbaum, in Electroencephalogr Clin Neurophysiol, 1995, p 479.

36.    Troncoso JC, **Gordon B**: Neuropathology of closed head injury and postconcussive syndrome. In Head Injury & Postconcussive Syndrome. Rizzo M, Tranel DD (eds). New York, Churchill Livingstone, 1996

37.    **Gordon B**, Hart J, Jr., Lesser RP, Arroyo S: Mapping cerebral sites for emotion and emotional expression with direct cortical electrical stimulation and seizure discharges, in Prog Brain Res, 1996, pp 617-22.

38.    Small SL, Hart J, Nguyen T, **Gordon B**: Distributed representations of semantic knowledge in the brain: computational experiments using feature based codes. In Neural Modeling of Brain & Cognitive Disorders. Reggia JA, Ruppin E, Berndt RS (eds). Singapore, World Scientific, 1996

39.    **Gordon B**, Hart J, Jr., Boatman D, Lesser RP: Cortical stimulation (interference) during behavior. In Behavioral Neurology and Neuropsychology. Feinberg TE, Farah MJ (eds). New York, McGraw-Hill/Health Professions Division, 1997

40.    Boatman D, **Gordon B**: Speech perception and production. In Speech Production: Motor Control, Brain Research, and Fluency Disorders. Hulstijn W, Peters HFM, Van Lieshout PHHM (eds). Amsterdam, Elsevier, 1997

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*                    *Page* 22

41.     **Gordon B**: Models of naming. In Anomia: Neuroanatomical and Cognitive Correlates, Foundations of Neuropsychology. Goodglass H, Wingfield A (eds). San Diego, Academic Press, 1997, pp 31-64.

42.     **Gordon B**: Neuropsychology and advances in memory function, in Curr Opin Neurol, 1997, pp 306-12.

43.     **Gordon B**: Neuropsychology and advances in memory function, in Behav Neurol, 1997, pp 109-15.

44.     **Gordon B**, Boatman D, Crone N, Lesser R: Multi-perspective approaches to cortical mapping of speech perception and production: electrical cortical stimulation, electrical cortical recording, and acute cortical lesion. In Motor Aspects of Speech Production. Hagoort P (ed). Amsterdam, Elsevier, 1997, pp 259-68.

45.     Selnes OA, Holcomb HH, **Gordon B**: Image on progressive dysarthria, in Am J Psychiatry, 1997, pp 584-5.

46.     **Gordon B**: Confrontation naming: computational model and disconnection simulation. In The Changing Nervous System: Neurobehavioral Consequences of Early Brain Disorders. Broman SH, Fletcher JM (eds). New York, Oxford University Press, 1999, pp 511-30.

47.     **Gordon B**, Boatman D, Lesser RP, Hart J, Jr.: Recovery from acquired reading and naming deficits following focal cerebral lesions. In The Changing Nervous System: Neurobehavioral Consequences of Early Brain Disorders,. Broman SH, Fletcher JM (eds). New York, Oxford University Press, 1999, pp 199-213.

48.     Selnes OA, **Gordon B**: Neuropsychologic testing. In Diagnostic Testing in Neurology, Evans RW (ed). Philadelphia, W. B. Saunders, 1999, pp 151-67.

49.     Zimmerman AW, **Gordon B**: Neural mechanisms in autism. In Autism: Clinical and Research Issues. Accardo PJ, Magnusen C, Capute AJ (eds). Baltimore, York Press, 2000, pp 1-24.

50.     **Gordon B**, Boatman D, Hart J, Jr., Miglioretti D, Lesser RP: Direct cortical electrical interference (stimulation). In Language & Aphasia, Handbook of Neuropsychology, 2nd edition, Vol 3. Berndt RS (ed), 2001, pp 375-91.

51.     **Gordon B**: Autism and autistic spectrum disorders. In Diseases of the Nervous System. Clinical Neuroscience and Therapeutic Principles, 3rd edition, Vol 1. Asbury AK, McKhann GM, McDonald WI, Goadsby PJ, McArthur JC (eds). Cambridge, UK, Cambridge University Press, 2002, pp 406-21.

52. **Gordon B**: Neurolinguistics. In The Handbook of Brain Theory and Neural Networks, 2nd ed. Arbib MA (ed), Bradford Books/MIT Press, 2003, pp 745-50.

## NATIONAL AND INTERNATIONAL ADDRESSES

1.　Marin OSM, **Gordon B** "Language and speech production from a neuropsychological perspective." NATO Advanced Study Institute, Senanque, June 1979.

2.　**Gordon B** "Simulation studies of lesions in neural networks." Conference on Neural Models of Language Processes, Amherst, May 1980.

3.　**Gordon B**, Caramazza A. "Open- and closed- class lexical decision: Failure to replicate differential frequency sensitivity." Academy of Aphasia, Annual Meeting, London (Ont.), October 1981.

4.　**Gordon B**, Caramazza A. "Open- and closed- class lexical access in agrammatic and fluent aphasics." Academy of Aphasia, 20th Annual Meeting, New York, October 4, 1982.

5.　Selnes OA, **Gordon B**, Malinow KL, Alexander EL "Cognitive dysfunction in primary Sjogren's Syndrome." American Academy of Neurology, 37th Annual Meeting, April 1985. (Neurology, 35(suppl.1): 179, 1983).

6.　**Gordon B** "Perceptual repetition memory spared by medial temporal lesions but not by Alzheimer's disease." International Neuropsychological Society, 20th Annual Meeting, Houston, February 3, 1984.

7.　**Gordon B**, Whitehouse PJ, Cockerell R, Mroz BJ, Steele C. "Intrusion errors in Alzheimer's and amnesia: Memory deficit is the primary cause." American Academy of Neurology, 36th Annual Meeting, April 1984. (Neurology, 34(suppl.1): 102, 1984).

8.　**Gordon B**, Selnes OA "Progressive aphasia without dementia: Evidence of more widespread involvement." American Academy of Neurology, 36th Annual Meeting, April 1984. (Neurology, 34(suppl.1): 102, 1984).

9.　**Gordon B** "Preservation of event-specific learning in amnesia." American Academy of Neurology, 37th Annual Meeting, April 1985. (Neurology, 35(suppl.1): 99, 1985).

10.　**Gordon B**, Goodman R, Mroz BJ, Caramazza A. "The functional locus of visual and semantic paralexic errors in reading." Academy of Aphasia, 23rd Annual Meeting, Pittsburgh, October 1985.

11.　**Gordon B** "A minimal neurolinguistic model and its lessons." Ninth Annual Symposium on Computer Applications in Medical Care (SCAMC), Washington, D.C., November 1985.

12.　Cohen NJ, Abrams I, Harley WS, Tabor L, **Gordon B**, Sejnowski TJ. "Perceptual skill learning and repetition priming for novel materials in amnesic patients, normal subjects, and neuron-like network models." Society for Neuroscience, 1986. (Society for Neuroscience Abstracts, 12: 1162, 1986).

13.　Hart J, Koo EH, Lutley JA, **Gordon B** "Early onset dementia with extrapyramidal signs: Gerstmann-Straussler-Scheinker Syndrome with Alzheimer changes." American Academy of Neurology, 39th Annual Meeting, New York, April 1987. (Neurology, 37(suppl.1): 156, 1987).

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

14.    Koo EH, DeArmond SJ, Hart J, **Gordon B**, Selkoe DJ, Price DL. "Cerebellar plaques in presenile dementia: Gerstmann-Straussler syndrome or Alzheimer's disease?" American Association of Neuropathology, Seattle, May 1987.

15.    Thakker GK, Holcomb HH, Tamminga CA, Matthew E, Loats H, **Gordon B**, Links J, Dannals R, Wagner HN "Test-retest rCMRgl activity patterns in schizophrenic patients: An assessment of measurement stability." Society for Neuroscience, 1987. (Society for Neuroscience Abstracts, 13: 814, 1987).

16.    Humayun MS, Presty SK, LaFrance ND, **Gordon B**, Dannals RF, Clough D, Links J, Wagner HN, Long DM. "Local cerebral glucose uptake abnormalities in patients with mild closed head injury with persisting cognitive deficits, despite normal CT and MRI." Society for Neuroscience, November 1987. (Society for Neuroscience Abstracts, 13: 812, 1987).

17.    **Gordon B**, Sieracki JM. "Parallel computational model of visual errors in acquired dyslexia." Society for Neuroscience, November 1987. (Society for Neuroscience Abstracts, 13:1433, 1987).

18.    Selnes OA, Carson K, Rovner B, **Gordon B** "Language dysfunction in early- and late-onset probable Alzheimer's disease." American Academy of Neurology, April 1988. (Neurology, 38(suppl. 1): 1288, 1988).

19.    Selnes OA, **Gordon B**, Hart J, Hanley DF. "Long-term neuropsychologic sequelae of Acylovir-treated HSE." American Academy of Neurology, April 1988. (Neurology, 38(suppl.1): 120, 1988).

20.    **Gordon B**, Selnes OA, Randell R, Rooney B, Stewart W. "Boxing studies: Implications of baseline differences." American Academy of Neurology, April 1988. (Neurology, 38(suppl.1): 138, 1988).

21.    Hart J, **Gordon B** "Semantic and phonological deficits in anomia: CT correlates." American Academy of Neurology, April 1988. (Neurology, 38(suppl.1):300, 1988).

22.    Selnes OA, Miller EN, Becker JT, Cohen BA, McArthur JC, Visscher B, **Gordon B**, Satz P, Ginzburg HM, Polk BF. "Normal neuropsychological performance in healthy HIV-1 infected homosexual men: The Multicenter AIDS Cohort Study (MACS)." IV International Conference on AIDS, Stockholm, June 12-16, 1988(a).

23.    Selnes OA, McArthur JC, Munoz A, Cohn S, **Gordon B**, McArthur JH, Johnson RT, Polk BF. "Longitudinal neuropsychological (NP) evaluation of healthy HIV-1 infected men: The Multicenter Aids Cohort Study (MACS)." IV International Conference on AIDS, Stockholm, June 12-16, 1988(b).

24.    Hart J, Lesser RP, Fisher RS, **Gordon B** "Complex semantic comprehension is preserved during Wada testing of the language dominant hemisphere." American Neurological Association, Annual Meeting, Philadelphia, October 1988. (Ann. Neurol. 24:135, 1988).

25.    Levey A, Weiss H, Bola-Wilson K, **Gordon B** "Cognitive consequences of MRI-confirmed left thalamic infarction." American Neurological Association, Annual Meeting, Philadelphia, October 1988. (Ann. Neurol. 24: 126, 1988).

26.    **Gordon B**, Hart J, Fisher RS, Lesser RP "Language during electrical cortical stimulation: Variety of errors and dissociations, and reliability of results." American Epilepsy Society, San Francisco, October 1988. (Epilepsia, 29:668, 1988).

27.    Lesser RP, Fisher RS, Hart J, **Gordon B** "Electrical cortical stimulation: Effects of after discharges on cognitive and motor performance." American Epilepsy Society, San Francisco, October 1988. (Epilepsia, 29:672, 1988).

28.    **Gordon B**, Hart J, Lesser RP, Selnes OA, Fisher RS, Uematsu S "Dissociations in mixed transcortical aphasia produced by direct cortical electrical stimulation." Academy of Aphasia Annual Meeting, Montreal, October 1988.

29.    Hart J, **Gordon B** "Implications for semantic organization from a case of category-specific anomia." Academy of Aphasia Annual Meeting, Montreal, October 1988.

30.    **Gordon B**, Hart J, Lesser RP, Uematsu S, Resor S. "Pure alexia and models of orthographic to phonologic mapping." Academy of Aphasia Annual Meeting, Montreal, October 1988.

31.    Stewart W, **Gordon B**, Selnes O, Tusa R, Jankel W, Zeger S, Randall R, Celentano D. "A prospective study of amateur boxers: Methodologic issues." International Neuropsychological Society, February 1989. (J. Clinical and Experimental Neuropsychology, 11: 22, 1989).

32.    Selnes OA, McArthur JC, Miller E., Becker JT, Sheridan K, **Gordon B**, Polk BF. "Longitudinal neuropsychological assessment of healthy HIV-1 carriers: No evidence of significant cognitive decline." International Neuropsychological Society, February 1989. (J. Clinical and Experimental Neuropsychology, 11: 78, 1989).

33.    Selnes O, Munoz A, Miller E, Cohen B, Sheridan K, Becker JT, **Gordon B**, McArthur JC. "HIV-1 infection: No evidence of cognitive decline during the asymptomatic stages." Academy of Neurology, Chicago, April 1989. (Neurology, 39(suppl.1): 426, 1989).

34.    Burnstine TH, Lesser RP, **Gordon B**, Uematsu S, Zinreich SJ, Krauss GL, Hart J, Fisher RF. "Localization of the basal temporal speech area in patients with left temporal lobe epilepsy." Academy of Neurology, Chicago, April 1989. (Neurology, 39(suppl.1): 298, 1989).

35.    **Gordon B**, Lesser R., Hart J, Selnes O, Uematsu S "Fractionation of language functions by direct electrical cortical stimulation: Functional and neuroanatomic aspects." Academy of Neurology, Chicago, April 1989. (Neurology, 39(suppl.1): 175, 1989).

36.    Selnes OA, Hart J, **Gordon B** "Early Alzheimer's disease: Aphasia is not a consistent finding." American Neurological Association Annual Meeting, New Orleans, September 1989.

37.    Uematsu S, Lesser R., Fisher R., **Gordon B** "Multiminicable Electrode Grid for Localization of Epileptogenic Areas and Mapping Cortical Function." Tenth Meeting of the World Society for Stereotactic and Functional Neurosurgery, Maebashi, Japan, October 3-5, 1989.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

38.    Lesser R, Fisher R, **Gordon B** "Individual Variations and Broad Representation of Motor and Sensory Cortex in Man." Tenth Meeting of the World Society for Stereotactic and Functional Neurosurgery, Maebashi, Japan, October 3-5, 1989.

39.    Lesser R, Fisher R, **Gordon B** "Resection of the Epileptogenic Area in Critical Cortex with Aid of a Subdural Electrode-Grid." Tenth Meeting of the World Society for Stereotactic and Functional Neurosurgery, Maebashi, Japan, October 3-5, 1989.

40.    **Gordon B**, Lesser RP, Hart J, Selnes OA, Uematsu S, Zinreich SJ, Thakor N, Schwerdt P. "Functional and anatomical organization of language revealed by direct cortical electrical interference mapping." Academy of Aphasia Annual Meeting, Santa Fe, October 17, 1989.

41.    Lesser R, **Gordon B**, Hart J, Fisher RS, Schwerdt P, Uematsu S, Zinreich J. "Hypertonicity as well as inhibition of motor movements can be produced by stimulation of the premotor cortex." American Epilepsy Society, Boston, December 1989. (Epilepsia, 30:643, 1989).

42.    Lesser R, **Gordon B**, Fisher RS, Vining EP, Uematsu S "Cortical Stimulation using subdural electrodes." American Epilepsy Society, Boston, December 1989. (Epilepsia, 30:710, 1989).

43.    Fisher RS, Cysyk BJ, Lesser RP, Hart J, Schwerdt P., **Gordon B** "A controlled pilot trial of dextromethorphan as adjunct therapy for complex partial seizure." American Epilepsy Society, Boston, December 1989. (Epilepsia, 30:679, 1989).

44.    Hart J, **Gordon B**, Lesser R, Fisher R, Schwerdt P. "Intracarotid amobarbital injection: Results of a standardized memory test protocol in 30 patients." American Epilepsy Society, Boston, December 1989. (Epilepsia, 30:713, 1989).

45.    Uematsu S, Lesser R, Fisher R, **Gordon B** "Individual variations and broad representation of motor and sensory cortex in man." American Epilepsy Society, Boston, December 1989. (Epilepsia, 30:643, 1989).

46.    **Gordon B**, Lesser R, Hart J, Uematsu S, Fisher R, Schwerdt P, Zinreich J. "Direct electrical stimulation in language areas can predict deficits with structural lesion." American Epilepsy Society, Boston, December 1989. (Epilepsia, 30:724, 1989).

47.    Lesser RP, **Gordon B**, Hart J, Fisher RS, Vining EP, Uematsu S "Use of subdural electrodes for investigating cortical function." American Epilepsia Society, Boston, December 1989. (Epilepsia, 30:723, 1989).

48.    **Gordon B**, Hart J, Lesser RP, Pettis M, Sieracki J. "Reading aloud as a target for neural modeling." Neural Network Society Meeting, Applied Physics Laboratory, Laurel, January 1990.

49.    Uematsu S, Lesser R, Fisher R, **Gordon B** "Individual variations and broad representation of motor and sensory cortex in man." American Association of Neurological Surgeons, Nashville, April 1990.

50.  Uematsu S, Lesser R, Fisher R, **Gordon B** "Resection of the epileptogenic area in critical cortex with aid of a subdural electrode grid." American Association of Neurological Surgeons, Nashville, April 1990.

51.  Uematsu S, Lesser R, Fisher R, **Gordon B** "Multiminicable electrode grid for localization of epileptogenic areas and mapping cortical function." American Association of Neurological Surgeons, Nashville, April 1990.

52.  Hasenauer D, **Gordon B**, Moses H, Preziosi T. "Slowly progressive aphasia: Differential and prognostic features." American Academy of Neurology, Miami, May 1990. (Neurology, 42:198, 1990).

53.  Hart J Jr, **Gordon B**, Lesser R, Uematsu S, Schwerdt P, Pettis M, Zinreich SJ. "Alexia without agraphia from restricted inferotemporal lesions." American Academy of Neurology, Miami, May 1990. (Neurology, 40:171, 1990).

54.  Krauss GL, Lesser RP, **Gordon B**, Fisher RS, Hart J, Uematsu S "Epilepsy and functional representation in human cortex." American Academy of Neurology, Miami, May 1990. (Neurology, 40:257, 1990).

55.  **Gordon B**, Hart J, Lesser R, Schwerdt P, Bare M., Fisher R, Krauss G, Uematsu S, Selnes O "Individual variations in perisylvian language representation." American Academy of Neurology, Miami, May 1990. (Neurology, 40:172, 1990).

56.  **Gordon B**, Hart J Jr, Lesser R, Selnes O, Uematsu S "Intrahemispheric connectivity and individual variations in neuroanatomic organization of language revealed by direct cortical electrical interference mapping." Theoretical and Experimental Neuropsychology Conference, Montreal, May 1990.

57.  Uematsu S, Lesser RP, Fisher RS, Krauss GL, Hart J, Vining EP, Freeman J, **Gordon B** "Tailored resection of epileptogenic cerebral tissue with aid of a subdural grid-electrode." Second International Cleveland Clinic Epilepsy Symposium, Cleveland, June 1990.

58.  Hart J, Lesser RP, **Gordon B** "Modularity in the verbal-visual representation of size shown by cortical electrical interference." Society for Neuroscience, 20th Annual Meeting, St Louis, October 1990. (Society for Neuroscience Abstracts 16:27, 1990).

59.  Lesser RP, Jeffrey PJ, Monsein LH, Hart J, Fisher RS, **Gordon B**, Szabo A, Wagner HN, Camargo EE. "Mesial temporal perfusion of amobarbital does not usually occur during the Wada test: Correlations with Single-Photon Emission Computerized tomography (SPECT)." American Epilepsy Society, San Diego, November 1990. (Epilepsia 31:677, 1990).

60.  Krauss GL, Lesser RP, Hart J, **Gordon B**, Uematsu S "Cognitive outcome following resection of basal temporal language areas mapped with cortical stimulation." American Epilepsy Society, San Diego, November 1990. (Epilepsia 31:679, 1990).

61.  Uematsu S, Lesser R, Fisher R, **Gordon B** "Broader representation of motor cortex in man." American Epilepsy Society, San Diego, November 1990. (Epilepsia 31:684, 1990).

62.    Uematsu S, Lesser R, Fisher R, **Gordon B** "Multiminicable electrode grid for localization of epileptogenic areas and mapping cortical function." American Epilepsy Society, San Diego, November 1990. (Epilepsia 31:684, 1990).

63.    Fisher RS, Uematsu S, Krauss GL, Cysyk BJ, McPherson R, Lesser RP, **Gordon B**, Schwerdt P, Rise M. "A controlled pilot study of thalamic stimulation for epilepsy." American Epilepsy Society, San Diego, November 1990. (Epilepsia, 32(3):86,1991).

64.    Hart J, Jeffery PJ, Monsein LH, Lesser R, Fisher R, Schwerdt P, Reusing S, **Gordon B** "Anatomic correlates of memory impairments from intracarotid amobarbital injections with HM-PAO SPECT." American Academy of Neurology, Boston, April 1991. (Neurology 41 (Suppl 1): 300, 1991).

65.    Boatman D, Pettis M, Hart J, Lesser R, **Gordon B** "Reading deficits revealed by interruption of external auditory feedback." American Academy of Neurology, Boston, April 1991. (Neurology 41 (Suppl 1): 408, 1991).

66.    **Gordon B**, Hart J, Lesser R, Schwerdt P, Bare M, Selnes O, Fisher R, Uematsu S "Visual confrontation naming mapped with direct cortical electrical stimulation." American Academy of Neurology, Boston, April 1991. (Neurology 41 (Suppl 1): 186, 1991).

67.    Schwerdt P, Hart J, Lesser R, Fisher R, Reusing S, Boatman D, **Gordon B** "Longitudinal study of cognitive performance in patients status-post temporal lobectomy." American Academy of Neurology, Boston, April 1991. (Neurology 41 (Suppl 1): 299, 1991).

68.    Holcomb HH, **Gordon B**, Loats HL, Cascella N, Dannals RF, Rayvert H, Wilson A, Wagner HN, Tamminga CA. "Registered PET-MRI comparative study of normal volunteers performing a tone discrimination task: The impact of performance error on cortical surface metabolic activity patterns." 2nd International Conference on Schizophrenia Research, Tucson, Arizona, April 25, 1991.

69.    Hart J, Lesser R, Monsein L, Jeffery P, Fisher RS, **Gordon B** "Hemispheric language representation as shown by the Intracarotid Amobarbital Procedure." American Neurological Association Annual Meeting, Seattle, October 1, 1991. (Annals of Neurology 30:293, 1991).

70.    **Gordon B**, Hart J, Lesser R, Boatman D, Uematsu S, Fisher RS, Masdeu J. "Loss of visual word recognition in Pure Alexia from left lateral occipital lesion: A prospective, longitudinal study." American Neurological Association Annual Meeting, Seattle, October 1, 1991. (Annals of Neurology 30:240, 1991).

71.    Krauss GL, Lesser RP, **Gordon B**, Weber R, Poon P. "Cognitive-related potentials in humans: Results of direct cortical recordings." American Neurological Association, Annual Meeting, Seattle, October 1991. (Annals of Neurology 30:240, 1991).

72.    Boatman D, **Gordon B**, Hart J, Lesser R, Schwerdt P, Uematsu S "Mechanisms of speech perception: Evidence from a temporarily lesioned patient." Academy of Aphasia, Annual Meeting, Rome, Italy, October 13-15, 1991.

73.    Hart J, **Gordon B**, Lesser R, Schwerdt P, Reusing S, Fisher R, Krauss G, Uematsu S "Anomia before and after temporal lobectomy." American Epilepsy Society, Annual Meeting, Philadelphia, December 6-10, 1991. (Epilepsia 32: 73, 1991).

74.    **Gordon B**, Uematsu S, Lesser R, Schwerdt P, Fisher R, Vining EPG, Hart J "Utility of intraoperative neuropsychological testing with stepwise resection." American Epilepsy Society, Annual Meeting, Philadelphia, December 6-10, 1991. (Epilepsia 32: 87, 1991).

75.    Holcomb HH, **Gordon B**, Loats H, Gastineau T, Cascella N, Ross D, Dannals RF, Rayvert H, Wilson A, Tamminga CT. "Fronto-temporal right-left asymmetry in normals but not in schizophrenic patients performing a continuous visual gray scale discrimination task." Society for Neuroscience, 21st Annual Meeting, New Orleans, October 1991. (Society for Neuroscience Abstracts 17:354, 1991).

76.    Arroyo S, Lesser RP, **Gordon B**, Jackson D. "Mu rhythm in the human cortex: An electrophysiologic study with subdural electrodes." American Academy of Neurology, May 1992. (Neurology 42(Suppl 3):265, 1992).

77.    Hayes R, **Gordon B**, Selnes O, Hasenauer D. "Lack of sensitivity of the MiniMental State Exam for detecting cognitive impairments." American Academy of Neurology, May 1992. (Neurology 42(Suppl 3):220, 1992).

78.    Selnes O, **Gordon B**, Hart J, Charnas L, Holcomb HH. "Primary progressive dysarthria: Behavioral and 5-year FDG-PET follow-up." American Academy of Neurology, May 1992. (Neurology 42(Suppl 3):348, 1992).

79.    Schwerdt P, Boatman D, Lesser RP, Hart J, **Gordon B** "The intra- and inter-hemispheric organization of language in a bilingual as tested with the intracarotid amobarbital procedure (IAP)." American Academy of Neurology, May 1992. (Neurology 42(Suppl 3):449, 1992).

80.    Small S, Hart J, **Gordon B** "Automated boxology: A modular connectionist approach to modeling with application to picture naming." Academy of Aphasia, Annual Meeting, Toronto, Ontario, October 25-27, 1992.

81.    Holcomb HH, **Gordon B**, Loats HL, Gastineau E, Medoff D, Tamminga CA. "Increased attentional effort during a pitch discrimination task elevates regional brain glucose utilization." Society for Neuroscience, Anaheim, CA, October 25-30, 1992. (Soc. Neuroscience Abstracts 18, (2): 934, 1992).

82.    Medina AM, Hart J, Lesser RP, Krauss G, Uematsu S, **Gordon B** "Retrograde amnesia following left temporal lobectomy." American Epilepsy Society, Seattle, December 7-9, 1992. (Epilepsia 33 (Suppl 3): 139, 1992).

83.    Boatman D, Crone NE, Lesser RP, Nathan, S., Hart J, Schwerdt P Sieracki JM, Poon P, Webber R., Uematsu S, **Gordon B** "The localization of speech perception processes using direct cortical electrical interference and electrocorticography." American Epilepsy Society, Seattle, December 7-9, 1992. (Epilepsia 33 (Suppl 3): 119, 1992).

84. Crone NE, Vining EPG, Lesser RP, Uematsu S, Hart J, **Gordon B** "Bilateral (mixed) language dominance: Effects of corpus callosotomy." American Epilepsy Society, Seattle, December 7-9, 1992. (Epilepsia 33 (Suppl 3): 27, 1992).

85. Uematsu S, Lesser RP, **Gordon B**, Krauss G, Cole A, Fisher R, Vining EP, Gluck D. "Proportion of epileptogenic area removed--not resection size--correlates with the outcome of seizure surgery." American Epilepsy Society, Seattle, December 7-9, 1992. (Epilepsia 33 (Suppl 3): 93, 1992).

86. Lesser RP, Hart J, **Gordon B** "Evidence for orientation-specific channels in human visual information processing." American Academy of Neurology, New York, April 27-29, 1993. (Neurology 43 (Suppl 2): A353, 1993).

87. **Gordon B**, Lesser RP, Hart J "Etiology of anomia from a temporal lobe lesion." American Academy of Neurology, New York, April 27-29, 1993. (Neurology 43 (Suppl 2): A403, 1993).

88. Hart J, Lesser RP, **Gordon B** "Studies of knowledge representation and neuroanatomic associations." American Academy of Neurology, New York, April 27-29, 1993. (Neurology 43 (Suppl. 2): A405, 1993).

89. Small SL, Hart J, **Gordon B**, Holland AL "Performance variability in a diffusely lesioned model of semantic representation for object naming." American Academy of Neurology, New York, April 27-29, 1993. (Neurology 43 (Suppl. 2): A405, 1993).

90. Small SL, Holland AL, Hart J, Forbes MM, **Gordon B** "Response variability in naming: A computational study." Clinical Aphasiology Conference, Sedona, Arizona, June 6, 1993.

91. Crone NE, Lesser RP, Nathan SS, Sieracki JM, **Gordon B** "Patterns of change in electrocortical spectra during human language processing." American Electroencephalographic Society, New Orleans, October 11, 1993.

92. Boatman D, Lesser RP, Schwerdt P, Hopp J, Uematsu S, **Gordon B** "The cortical representation of syllable timing as revealed by direct cortical electrical stimulation." Academy of Aphasia, Annual Meeting, Tucson, Arizona, October 26, 1993.

93. Gastineau EA, Tamminga CA, Holcomb HH, Loats HL, **Gordon B** "A cortical volume pattern analysis of 'on-off' haloperidol FDG PET data." Society for Neuroscience, Washington, D.C., November 1993.(Society for Neuroscience Abstracts 19(2): 1993)

94. Crone NE, Lesser RP, Krauss GL, Nathan SS, Sieracki JM, **Gordon B** "Topographic mapping of human sensorimotor cortex with electrocortical spectra." American Epilepsy Society, Miami, December 8, 1993. (Eplilepsia: 34 (Suppl. 6): 122, 1993).

95. Uematsu S, Lesser RP, **Gordon B**, Krauss G, Vining EPG. "Total resection of perioccipital epileptogenic area with preservation of visual function: The advantage of preoperative subdural grid mapping." American Epilepsia Society, Miami, December 8, 1993. (Eplilepsia: 34 (Suppl. 6): 33, 1993).

96.    Arroyo S, Krauss GL, Poon W-T, Uematsu S, **Gordon B**, Lesser RP. "Visual processing in the human cortex: Results from direct cortical recording of visual evoked potentials." American Academy of Neurology, Washington, D.C., May 3, 1994. (Neurology 44 (Suppl. 2): A232, 1994).

97.    Whalen J, McCloskey M, Lesser RP, **Gordon B** "Transient arithmetic fact retrieval deficits during cortical stimulation." Theoretical and Experimental Neuropsychology (TENNET) V conference, Montreal, May 29-31, 1994.

98.    Sherman DS, Crone N, Lesser RP, **Gordon B** "Electrocortigraphic coherence mapping reveals tongue activation areas of the human sensorimotor cortex." American Electroencephalographic Society, Chicago, September 1994.

99.    **Gordon B**, Krauss GL, Poon W-T, Uematsu S, Lesser RP "Extent of removal of epileptogenic foci predicts success of surgical treatment of temporal lobe epilepsy." American Neurological Association, San Francisco, October 1994.

100.    Hart J, Pettis M., Lesser RP, Holcomb H, **Gordon B** "Selective preservation of color processing in severe visual object agnosia." American Neurological Association, San Francisco, October 1994.

101.    Crone NE, Hart J, Boatman D, Lesser RP, **Gordon B** "Regional cortical activation during language and related tasks identified by direct cortical electrical recording." Academy of Aphasia, Annual Meeting, Boston, October 1994. (Brain and Language 47: 466-468, 1994).

102.    **Gordon B**, Hart J, Lesser RP, Selnes OA "Recovery and its implications for cognitive neuroscience." Academy of Aphasia, Annual Meeting, Boston, October 1994. (Brain and Language 47: 521-524, 1994).

103.    Boatman D, **Gordon B**, Stone M, Anderson, S. "Studies of articulatory timing in normal and foreign accent syndrome speech." Academy of Aphasia, Annual Meeting, Boston, October 1994. (Brain and Language 47: 549, October 1994).

104.    Hart J, **Gordon B** "Category-specific anomia: Implications for the neural bases of object knowledge." Society for Neuroscience, Miami, November 1994. (Society for Neuroscience Abstracts, 20: 1664, 1994).

105.    Crone NE, Hart J, Lesser RP, **Gordon B** "The time course of regional cerebral activation during cognitive tasks: Results of direct cortical electrical recording in humans." Society for Neuroscience, Miami, November 1994. (Society for Neuroscience Abstracts, 20: 1001, 1994).

106.    Krauss GL, Plate C, Lesser RP, Hart J, Uematsu S, **Gordon B** "Effects of resecting basal temporal language areas identified by cortical stimulation." American Epilepsy Society, New Orleans, December 1994. (Epilepsia, 35 (Suppl. 8): 30, 1994).

107.    Boatman D, Freeman J, Vining E, **Gordon B** "Recovery of speech functions following hemispherectomy: Prospective, longitudinal studies." American Epilepsy Society, New Orleans, December 1994. (Epilepsia, 35 (Suppl. 8): 35, 1994).

108. Crone NE, Hart J, Lesser RP, Boatman D, **Gordon B** "Spectral changes associated with regional cerebral processing: Results of direct cortical recording in humans." American Epilepsy Society, New Orleans, December 1994. (Epilepsia, 35 (Suppl. 8): 103, 1994).

109. Tesoro MA, Hart J, Schwerdt P, Lesser RP, Carson K, Krauss G, Vining EPG, Monsein L, Boatman DF, **Gordon B** "Language laterality as determined by a standardized intracarotid amobarbital procedure." American Epilepsy Society, Baltimore, December 1995. (Epilepsia, 36(Suppl. 4), 145, 1995).

110. **Gordon B** "Cortical stimulation, recording, and functional activation." American Academy of Neurology, 47th Annual Meeting, Seattle, May 6-13, 1995. (Neurology 45 (Suppl. 4): A120, 1995).

111. Boatman D, Crone N, Hart J Jr, Lesser RP, **Gordon B** "Interrelatedness of syllable perception and production: Evidence form direct cortical electrical interference and recording." Academy of Aphasia, Annual Meeting, San Diego, November, 1995. (Brain and Language 4:466-468, 1995)

112. Rossell LA, Reusing S, Goodhart E, Miglioretti D, **Gordon B** "The memory monitor: Objective behavioral monitoring for measuring everyday memory performance." Second International Conference on Memory, July, 1996.

113. Boatman D, Miglioretti D, Hart J, Lamberti N, Rothlisberger B, **Gordon B** "Localization and variability in the cortical representation of auditory speech syllable discrimination and comprehension" Academy of Aphasia, Annual Meeting, London, November, 1996.

114. **Gordon B** "Reevaluating theories of semantic organization and category-specific impairments (discussant)" Academy of Aphasia, Annual Meeting, London, November, 1996.

115. Kraut M, Kremen S, Soher B, Bryan RN, **Gordon B**, Hart J. "Neural correlates of lexical access as shown by MRI." Society for Neuroscience, November, 1996.

116. Rios M, Hart J, Lesser R, **Gordon B**. "Right hemisphere language mapping in patients with bilateral speech: A comparison of cortical stimulation and intracarotid amobarbital procedure." American Epilepsy Society, December, 1996.

117. Stewart WF, **Gordon B**, Selnes O, Tusa RJ, Jenkel W, Zeger S, Celentano DD, Randall RD. "A prospective study of amateur boxers: Baseline results." International Neuropsychological Society Symposium. (Journal of Clinical and Experimental Neuropsychology, 11, in press).

118. **Gordon B**, Gambale S. "Improving auditory comprehension in autistic children through Auditory Attention Training." Autism Society of America Annual Meeting, Orlando, FL, July 8, 1997.

119. Crone N, Hart J, Hao L, Miglioretti D, Lesser R, **Gordon B:** Functional mapping of word production in human sign language using electrocorticographic spectral analysis. Presented at the Am Academy of Neurology Annual Meeting, Toronto, 1999.

120. Boser K, Fetherston A, Higgins S, **Gordon B:** Semantic fields in low-functioning autism. Presented at the Cognitive Neuroscience Society, New York, 2001.

*Barry Gordon, M.D., Ph.D.*            *6/9/2004*                        *Page 33*

121.    Hillis A, Kane A, **Gordon B**, Wityk R: Neural substrates of lexical processes. Presented at the Cognitive Neuroscience Society, New York, 2001.

122.    Boser K, Higgins S, Kiger R, O'Grady J, **Gordon B**: Prototypicality effects and color categories in non-verbal individuals with autism. Soc Neurosci Abstr 2001.

123.    Boser KI, Higgins S, **Gordon B**: Discrimination shift learning and task complexity in low-functioning autism. Presented at the International Meeting for Autism Research, San Diego, CA, 2001.

124.    **Gordon B**, Boser K, Glatzer R: Integrated testing and training platform for low-functioning individuals with autism. Presented at the International Meeting for Autism Research, San Diego, CA, 2001.

125.    O'Grady J, Boser K, **Gordon B**: "Item mortality:" factors and possible explanations. Presented at the International Meeting for Autism Research, San Diego, CA, 2001.

126.    Boser K, Smrcka V, Stark S, Haarman H, and **Gordon B**: Use of context in working memory in autism. Presented at the 2002 International Meeting for Autism Research, Orlando, Florida.

127.    Moskowitz L, Juska J, O'Grady J and **Gordon B**: Effect of looming motion on learning in children with autism. Presented at the 2002 International Meeting for Autism Research, Orlando, Florida.

128.    O'Grady J, Moskowitz L, Juska J and **Gordon B**: Familiarity-based responding in autism. Presented at the 2002 International Meeting for Autism Research, Orlando, Florida.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*                    *Page* 34

129.    Sinai A, Bowers CW, **Gordon B,** Lesser RP, Lenz F, Ouyang W, and Crone NE:  Cortical mapping of language with subdural electrodes: a direct comparison of electrocorticographic gamma activity with electrical cortical stimulation mapping.  Submitted for presentation to the annual meeting of the American Epilepsy Society, New Orleans, 2004.

# INVITED PROFESSIONAL LECTURES AND PRESENTATIONS

1.  "Diagnosis and management of senile dementia." Seventh Annual Symposium on Geriatric Medicine (The Johns Hopkins University School of Medicine), December 1979.

2.  "Dementia: diagnosis and treatment." Medical Grand Rounds, Baltimore City Hospitals, April 16, 1980.

3.  "Aphasia." Neurology Grand Rounds, University of Miami Medical School, Nov., 1980

4.  "Recent developments in aphasia." Neurology Department, Cornell University School of Medicine, November 11, 1980.

5.  "Open- versus closed-class lexical access differences." Neuropsychology Division, NYU Medical Center, 1981.

6.  "Pure word deafness." Medical Grand Rounds, The Johns Hopkins, December 12, 1981.

7.  Hereditary Disease Foundation Workshop, NIH, December 3, 1982.

8.  "Word access in the brain." Sloan Computational Neuroscience Workshop, The Johns Hopkins University, February 23, 1983.

9.  "Epilepsy and behavior" (with Jason Brandt). Second Annual Epilepsy Symposium (Epilepsy Association of Maryland and The Johns Hopkins Hospital), Timonium, MD, November 18, 1983.

10.  "Recent developments in aphasia diagnosis." Medical Grand Rounds, Greater Baltimore Medical Center, December 1983.

11.  Discussant, MIT Workshop on the Cognitive Neuropsychology of Memory, MIT, March 9, 1984.

12.  "The structure of the lexicon." Neurology Department, Albert Einstein Medical Center (New York), July 1984.

13.  "Aphasia." Department of Otolaryngology, The Johns Hopkins Hospital, February 21, 1985.

14.  "Alzheimer's disease and dementia." Washington Adventist Hospital, May 10, 1985.

15.  "Early diagnosis of dementia." Neurology Biennial Meeting, The Johns Hopkins Hospital, June 14, 1985.

16.  "PET scanning in progressive aphasia." Division of Nuclear Medicine, The Johns Hopkins Hospital, February 17, 1987.

17.  "Brain architecture of cognition." Conference on Positron Emission Tomography and the Chemistry of Mental Illness, The Johns Hopkins Hospital, March 13, 1987.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

18.    "Recent developments in aphasia." University of Arkansas, VA Medical Center, May 27, 1987.

19.    "Alzheimer's disease: behavioral manifestations." The Johns Hopkins Medical and Surgical Association Biennial Meeting, June 12, 1987.

20.    "Recent progress in reading disorders." Grand Rounds, Department of Neurology, University of Maryland, June 19, 1987.

21.    "Pharmaceutical possibilities for improving memory disorders, aphasia, and attention." PET Pharmaceutical Development Symposium, The Johns Hopkins Hospital, June 29, 1987.

22.    "Origin of visual and semantic errors in reading." Baltimore-Washington Area Neuropsychology Group, NIH, October 1987.

23.    "Empirical data and computational models of word naming." Baltimore-Washington Area Neuropsychology Group, NIH, January 6, 1988.

24.    "Dementia." Good Samaritan Hospital (Baltimore, Maryland), March 7, 1988.

25.    "Language disorders in dementia: an overview" (with Ola Selnes). Maryland Speech-Language-Hearing Association meeting, March 1989.

26.    "Slowly progressive aphasia: an update of the syndrome" (with Ola Selnes). Maryland Speech-Language-Hearing Association meeting, March 1989.

27.    "Brain-language organization revealed by direct cortical electrical stimulation." Dept. of Neurology, Univ. of Southern California, June 21, 1989.

28.    "Functional and neuroanatomic organization of language revealed by revealed by direct cortical electrical stimulation." Dept. of Neurology, UCSF (Fresno), July 7, 1989.

29.    "Language disorders in dementia." Speech and Hearing Association of Baltimore, July 13, 1989.

30.    "Studies with electrical brain stimulation: language." Groupe de Recherche en Neuroscience, Université du Québec à Montréal, October 12, 1989.

31.    "Current understanding of the functions of the left temporal neocortex." Special Lecture, Japanese Society of Aphasiology, 13th Annual Meeting, Hamamatsu, Japan, November 16, 1989.

32.    "Brain organization of language revealed by direct cortical electrical stimulation." Los Angeles Society for Neurology and Psychiatry, February 21, 1990.

33.    "New perspectives on alexia." Department of Neurology, Emory University, Atlanta Georgia, April 18, 1990 (Visiting Professor April 17-20, 1990).

34.    "Language and the brain: cortical stimulation studies." Department of Neurology, Emory University, Atlanta, Georgia, April 20, 1990.

Barry Gordon, M.D., Ph.D.                    6/9/2004
                                                                      Page 37

35.    Visiting Professor, Cognitive Neurosciences Laboratory, VA Medical Center, Fresno, CA (UCSF), June 11, 1990.

36.    "Cortical representation of language", UCLA Department of Neurology (Neurophysiology Program), Los Angeles, June 13, 1990.

37.    "Cognitive assessments and cortical stimulation studies with seizure disorders" (with Ron Lesser), Baltimore-Washington area Neuropsychology Group, Baltimore, MD, June 7, 1990.

38.    "Wada testing." Second International Cleveland Clinic Epilepsy Symposium, Cleveland, June 1990.

39.    "Language organization studied by direct cortical electrical stimulation", Functional Mapping of the Human Brain Symposium, The Johns Hopkins University, Baltimore, June 29-30, 1990.

40.    "New perspectives on language in the brain," Neurology Grand Rounds, University of Maryland School of Medicine, Baltimore, October 10, 1990.

41.    "Mapping cerebral functions by electrical stimulation," (with Dr. Ronald P. Lesser) Advanced Course in Electroencephalography, St. Vincent's Medical Center, New York, November 28, 1990.

42.    "Cerebral organization of language." Rutgers University, April 8, 1991.

43.    "Investigation of language with cortical stimulation." Hershey Medical Center, April 12, 1991.

44.    "Prospective study of acquired reading deficits." Hershey Medical Center, April 12, 1991.

45.    "Brain organization of language studied by cortical stimulation." Neurology Grand Rounds, Jefferson Medical College, Philadelphia, May 10, 1991.

46.    California State Athletic Commission, Neurological Validity Study, Los Angeles, July 26-27, 1991.

47.    "Electrical lesion studies of language organization and representation." Special lecture, Academy of Aphasia, Annual Meeting, Rome, October 13, 1991.

48.    "New directions in the study of language organization in the brain." Boston VA Aphasia Research Center, March 12, 1992.

49.    "New directions for studying dementia and studying language organization in the brain." Loyola College, March 28, 1992.

50.    California State Athletic Commission, Neurological Validity Study, Los Angeles, July 31-August 1, 1992.

51.    "individual differences in behavior and the brain." Special invited lecture: Academia Eurasiana Neurochirurgica, Seoul, Korea, September 16, 1992.

Barry Gordon, M.D., Ph.D.                    6/9/2004
                                                                        Page 38

52.    "The memory system and its disorders." Special invited lecture: Academia Eurasiana Neurochirurgica, Seoul, Korea, September 17, 1992.

53.    "Electrical stimulation of the brain & language." (Organizer and Presenter) World Federation of Neurology Conference, Research Group on Aphasia & Cognitive Disorders, Ontario, Canada, October 24, 1992.

54.    "Epilepsy surgery: the contribution of behavioral neurology." Neurology Grand Rounds, University of Miami School of Medicine, November 6, 1992.

55.    "Brain, behavior, and disease: what we know (and what we need to find out)." Neurology Grand Rounds, Ohio State University, Columbus, Ohio, November 12, 1992.

56.    "Language/brain organization: electrical cortical stimulation and acute lesion studies." Grand Rounds, Department of Neurology, University of Pennsylvania, Philadelphia, PA, January 14, 1993.

57.    "Language/brain organization: electrical cortical stimulation and acute lesion studies." Grand Rounds, Barrow Neurological Institute, Phoenix, Arizona, January 29, 1993.

58.    "Language and brain organization from the perspectives of direct cortical electrical interference, direct cortical recording, and acute lesion studies in humans" FESN Conference on the Evolution and Neurology of Language, Geneva, Switzerland, April 15-17, 1993.

59.    "Does cortical stimulation give the same view of the brain as lesions do?" Theoretical and Experimental Neuropsychology (TENNET) conference, Montreal, May 12, 1993.

60.    "Cortical stimulation and language cognition." World Congress of Neurology, Plenary Session, Vancouver, September 9, 1993.

61.    "Medical management of Alzheimer's disease." Elkton Medical Society, Elkton, MD, July 13, 1993.

62.    "Overview of dementia and Alzheimer's disease." St. Barnabas Medical Center, Livingston, NJ, July 28, 1993.

63.    "New prospects for treatment of dementia." Philadelphia Geriatric Center, Philadelphia, PA, August 2, 1993.

64.    "Current theories on the causes of Alzheimer's disease." Morristown Memorial Hospital, August 4, 1993.

65.    "Differential diagnosis of Alzheimer's disease." Frederick Memorial Hospital, Frederick, MD, August 15, 1993.

66.    "Recovery of higher cognitive functions after focal lesions: Observations and Possible Mechanisms." Grand Rounds, Dept. of Neurology, Emory University, Atlanta, October 1, 1993.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*
                                                                    *Page 39*

67.    "Medical management of Alzheimer's disease." East Orange General Hospital, East Orange, NJ, October 4, 1993.

68.    "Differential diagnosis and treatment of Alzheimer's disease." Neurology Grand Rounds, Veteran Affairs Medical Center, Washington, D.C., October 5, 1993.

69.    "Diagnosis and management of Alzheimer's disease." Central Pennsylvania Medical Society, Hershey, PA, October 6, 1993.

70.    "Where does language go?" American EEG Society, Annual Meeting, New Orleans, October 11, 1993.

71.    "Medical management of Alzheimer's disease." Baltimore, MD, October 14, 1993.

72.    "Current diagnosis and treatment of Alzheimer's." Cooper Hospital/University Medical Center, Camden, NJ, October 15, 1993.

73.    "Medical management of Alzheimer's disease (Part 2)." Frederick Memorial Hospital, Frederick, MD, November 5, 1993.

74.    "Differential diagnosis and treatment of Alzheimer's disease." Union Memorial General Hospital, Union, NJ, November 10, 1993.

75.    "Organization of language and its cerebral associations." Cognitive Neuroscience Division, NIH, Washington, D.C., November 14, 1993.

76.    "Diagnosis and Treatment of Alzheimer's disease." JFK Medical Center, Edison, NJ, January 8, 1994.

77.    "Medical Management of Alzheimer's disease." Providence Hospital, Washington, D.C., January 20, 1994.

78.    "General health maintenance of Alzheimer's disease patients." Baltimore, MD, February 3, 1994.

79.    "Language processes revealed by direct cortical electrical interference and recording." AAAS Annual Meeting, Symposium on Brain, Mind, and Language, San Francisco, February 23, 1994.

80.    "Extraoperative cortical stimulation and pre- and post-operative deficit testing: New tools for probing speech perception/production and reading aloud." USC Hedco Research Center, Los Angeles, February 24, 1994.

81.    "Diagnosis and treatment of Alzheimer's disease." Princeton Medical Center, Princeton, NJ, March 1, 1994.

82.    "Diagnosis and management of Alzheimer's disease." St. Joseph Hospital, Towson, MD, March 23, 1994.

83.    "Mapping language and the brain: cortical stimulation, cortical recording, and other methods." USC Neurology Department special lecture, Los Angeles, February 24, 1994.

84.    "Neuroanatomy of language and thought." 21st Annual Barrow Neurological Institute Symposium on "Recent Advances in Neurology and Neurosurgery" Phoenix, March 17-19, 1994.

85.    "New developments in Alzheimer's disease." 21st Annual Barrow Neurological Institute Symposium on "Recent Advances in Neurology and Neurosurgery" Phoenix, March 17-19, 1994.

86.    "Differential diagnosis and treatment of Alzheimer's disease." Wilmington Neurological Society, Wilmington, DE, May 11, 1994.

87.    "Current diagnosis of Alzheimer's disease." The Greater Laurel Beltsville Hospital, Beltsville, MD, May 19, 1994.

88.    "Differential diagnosis of Alzheimer's disease." Suburban Hospital, Bethesda, MD, May 25, 1994.

89.    "Medical management of Alzheimer's disease." Havre De Grace, MD, May 25, 1994.

90.    "Electrocortical stimulation: methodology, possibilities, limitations." 1994 European Summer Institute on Cognitive Neuroscience, Nijmegen, June 24-July 3, 1994.

91.    "Current diagnosis and treatment of Alzheimer's disease." Neurology Center Fairfax, Fairfax, VA, June 7, 1994.

92.    "Differential diagnosis and treatment of Alzheimer's disease." Northwest Hospital Center, Randallstown, MD, July 6, 1994.

93.    "Differential diagnosis and treatment of Alzheimer's disease." The Korean Medical Society, Ocean City, MD, August 13, 1994.

94.    "The cortical representation of speech perception and production examined using direct cortical electrical interference," (with Dana Boatman and Ronald P. Lesser) 1994 International Conference on Spoken Language Processing, Tokyo, September 1994.

95.    "Language processes: multiple perspectives," (with Dana Boatman) Dept. of Brain and Cognitive Sciences, MIT (McDonnell-Pew Cognitive Neurosciences Colloquium Series), Cambridge, MA, October 27, 1994.

96.    "Plasticity and recovery of the nervous system." The Zanvyl Krieger Mind/Brain Institute with National Institutes of Health and the Office of Naval Research, The Johns Hopkins University, Baltimore, MD, February 16-17, 1995.

97.    (delivered by Nathan Crone) "Toward total understanding of the brain, by collaboration between Cognitive Science and Neuroscience," Japanese Association for the Advancement of Research Cooperation, March 2-5, 1995.

98.   "Neuropsychology of brain dysfunction." The Spectrum of Developmental Disabilities XVII: Behavior Belongs in the Brain - Neurobehavioral Syndromes, The Johns Hopkins Medical Institutions, Baltimore, March 27, 1995.

99.   "Characterizing the building blocks of cognition: stages and their processing characteristics." The David Bodian Seminars in Neuroscience, The Zanvyl Krieger Mind Brain Institute, The Johns Hopkins University, April 11, 1995.

100.   "Aging, memory and Alzheimer's disease." Office of the Chaplain, The Johns Hopkins Medical Institutions, Baltimore, May 3, 1995.

101.   "Cognitive testing." Institute Fellows' Seminar, Kennedy Kreiger Learning Center, May 22, 1995.

102.   "Medical management of Alzheimer's disease." Medical Center of Delaware, Newark, DE, May 25, 1995.

103.   "Current diagnosis and treatment of Alzheimer's disease." US Soldiers and Airmans Home, Washington, DC, May 31, 1995.

104.   "Stroke and functional effects of focal lesions." Workshop on Neural Modeling of Cognitive and Brain Disorders, University of Maryland at College Park, June 9, 1995.

105.   "Beyond Geschwind: the dynamics of cognitive function." Neurology Grand Rounds, Emory University, Atlanta, October 17, 1995.

106.   "Approaches to dementia." Grand Rounds, Department of Medicine at Polyclinic Medical Center, Harrisburg, Pennsylvania, December 19, 1995.

107.   "Speech and language: cortical recording and cortical stimulation studies." Symposium on New Approaches to the Neurobiology of Language. AAAS 1996 Annual Meeting and Science Innovation Exposition, Baltimore, February 10, 1996.

108.   "Emotions elicited by electrical stimulation of the brain." Symposium on the Limbic System's Mammalian Heritage: Normal/Deviating Emotion, Memory, Homicidal Action. AAAS 1996 Annual Meeting and Science Innovation Exposition, Baltimore, February 13, 1996.

109.   "Medical management of Alzheimer's disease." Kimbrough Army Hospital, Fort Meade, MD, February 21, 1996.

110.   "Exploring the stages and connections in cognition with new techniques." Center for Neural & Cognitive Sciences, University of Maryland at College Park, April 12, 1996.

111.   "New issues in diagnosis and treatment of Alzheimer's disease." Laurel Regional Hospital, Laurel, MD, April 18, 1996.

112.   "Beyond Geschwind: new bases for cognitive neurology." Neurology Grand Rounds, The Johns Hopkins Hospital, Baltimore, MD, May 9, 1996.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

*Page 42*

113.    "Human memory." Cold Spring Harbor President's Council, Cold Spring Harbor Laboratory, May 17, 1996.

114.    "Speech and language research from multiple perspectives: Electrical brain stimulation, electrical recording, and acute structural lesions." 1996 Nijmegen Conference on Speech Motor Behavior and Fluency Disorders, Netherlands, June 7, 1996.

115.    "Alzheimer's disease: new research, clinical, and social developments." Neurology Grand Rounds, Ohio State University, December 5, 1996.

116.    "Organization and localization of language in the brain." American Epilepsy Society Annual Meeting, San Francisco, December 8, 1996.

117.    "Clinical management of Alzheimer's disease: present and future." American Society of Health System Pharmacy, New Orleans, December 11, 1996.

118.    "Recovery from acquired reading and naming impairments following focal cerebral resection" NINDS and NIH Office of Rare Diseases, Workshop on "The Role of Neuroplasticity in Rare Developmental Disorders." Bethesda, MD, February 11, 1997.

119.    Alzheimer's disease: an update" Medical Grand Rounds, George Washington University Hospital, Washington, DC, February 6, 1997.

120.    "Alzheimer's disease" Medical Grand Rounds, National Naval Medical Center, Bethesda, MD, March 6, 1997.

121.    "Language localization." American Academy of Neurology (Cortical localization course), Boston, April 14, 1997.

122.    "Memory and Alzheimer's disease." Medical Grand Rounds, Abington Memorial Hospital, Abington, PA, May 28, 1997.

123.    "Language and brain organization." ONR Workshop on Cognitive Neuroscience, Woods Hole, Sept. 4-5, 1997.

124.    "Cortical stimulation and functional neuroimaging: complementary or redundant information?" American Clinical Neurophysiology Society Annual Meeting, Los Angeles, Sept. 13-15, 1997.

125.    "Treatment of Alzheimer's disease." The Neurological Association of New Jersey, New Brunswick, NJ, Nov. 3, 1997.

126.    "Alzheimer's disease: an update." Philadelphia Neurological Society, Philadelphia, Feb. 18, 1998.

127.    "Behavioral neurology: new foundations and new findings." Neurology Grand Rounds, Beth Israel Deacones Medical Center, Boston, Feb. 25, 1998.

Barry Gordon, M.D., Ph.D.                    6/9/2004

128.    Organizer and Chair, NAAR Workshop on Communication and Language in Low-Functioning Autistics. Washington, D.C., April 2-3, 1998.

129.    "Memory disorders." 18th Annual AMEDD Neurology Conference, Walter Reed Army Medical Center, Washington D.C., November 18, 1998

130.    "The microstructure of language: organization, dynamics, and neuroanatomy." Rodin Symposium, Tokyo, Japan, April 6-8, 1999.

131.    Are there quanta of cognition? Center for Molecular & Behavioral Neuroscience, Rutgers University, April 27, 2000.

132.    "Diagnosis and treatment of memory disorders and Alzheimer's disease." Medical Grand Rounds (Neurology Update), Sinai Hospital of Baltimore, Baltimore, MD , June 1, 2000.

133.    "Language: recent developments in functional organization, neuroanatomy, and training (aphasia and autism)." Neurology Clinical Grand Rounds, Riyadh Military Hospital, Riyadh, Saudi Arabia, June 4, 2000.

134.    "What neuroscience might teach about learning." Pediatrics Grand Rounds, Riyadh Military Hospital, Riyadh, Saudi Arabia, June 6, 2000.

135.    "Diagnosis and treatment of memory loss and Alzheimer's disease." Medical Grand Rounds, St. Joseph's Medical Center, Baltimore, June 21, 2000.

136.    "Neuropsychiatry of thought and language (Parts I and II)" American Neuropsychiatric Association, Fort Myers, Florida, February 26, 2001

137.    "The neuroscientists and the elephant: language and brain organization from multiple perspectives" American Neuropsychiatric Association, Fort Myers, Florida, February 26, 2001.

138.    "Beyond experience in traumatic brain injury: the effectiveness of interventions for neurobehavioral disorders," Joint meeting of the American Congress of Rehabilitative Medicine and American Society of Neurorehabilitation, Philadelphia, Pennsylvania, October 5, 2002.

*Barry Gordon, M.D., Ph.D.*                    *6/9/2004*

## INVITED PUBLIC LECTURES AND SYMPOSIA

1.  "Language — the basis of human communication." Special invited lecture: Smithsonian Institution, Washington, DC, *Forum on Science*, November 19, 1992.

2.  "Normal and abnormal memory." Special invited lecture: Smithsonian Institution, Washington, DC, *Forum on Science*, December 3, 1992.

3.  "Normal and abnormal memory." *The Johns Hopkins University and The Smithsonian Associates*, Rockville, MD, November 10, 1994.

4.  "Aging and the brain." *DABI/AARP Miami Public Forum*, Miami, November 13, 1994.

5.  "Memory: what you can't remember, why, and why you shouldn't worry about it." Women's Hamilton Street Club, Baltimore, MD, May 21, 1996.

6.  Public forum: "Staying sharp: what's new in brain research." *A Joint Program of AARP, the Dana Alliance for Brain and the AARP Andrus Foundation*, University of Washington, Seattle, June 22, 1996.

7.  "Memory" *Kiwanis Club of Maryland*, Silver Spring, MD, August 23, 1996.

8.  "Remembering a name: everyday problems and brain studies." *Woman's Board of The Johns Hopkins Hospital*, November 25, 1996.

9.  "Unraveling the puzzle of Alzheimer's disease" (with Guy McKhann, Richard Mayeux, and Dennis Selkoe). Public Television series *"Your Brain."* WHYY TV, Philadelphia, November 21, 1996.

10. "Your memory." Woman's Day program, The Johns Hopkins University, November 23, 1996.

11. "Memory." *The Smithsonian Associates' "Making Life Bloom" series*, February 5, 1997.

12. "Memory: how yours works and why it sometimes doesn't." *The Tuckahoe Woman's Club*, Richmond, VA, February 12, 1997.

13. "Alzheimer's disease: an update." *The Association of American University Women (Baltimore Branch)*, Baltimore, MD, March 20, 1997.

14. "Managing your memory: understanding and improving your memory." All-day seminar, Smithsonian Associates, Washington, DC, July 11, 1998.

15. "Alzheimer's disease: what's been accomplished, and what still has to be done." Public Forum, University of Texas Southwestern Medical Center, Texas, May 11, 1999.

13. "What neuroscience might teach about teaching (and how teaching might teach neuroscience)." Greenwich Country Day School, Greenwich CT, Sept. 1, 1999.

Barry Gordon, M.D., Ph.D.                    6/9/2004

14.    "Cognitive fitness: strategies for maintaining mental function," Winter National Senior Games - The Senior Olympics, Lake Placid, NY, Feb. 29, 2000.

15.    "Memory: remembering and forgetting in everyday life." Greenwich Country Day School, Greenwich, CT, April 25, 2000.

16.    "Improving the memory that matters." The Johns Hopkins University Alumni Association, Baltimore, MD, June 22, 2000.

17.    "Memory techniques for the financial professional," Association for Financial Professionals Annual Meeting, Chicago, IL, Oct. 16, 2001.

18.    "Managing your memory," Smithsonian Associates, Washington, DC, October 27, 2001.

19.    "Memory and Aging – What is Normal, What is Not," Smithsonian Institution, Washington, D.C. November 14, 2002.

20.    "Improving Your Intelligent Memory," Smithsonian Institution, Washington, D.C., October 27, 2003.

21.    "Autism Research: What We Need in the Next Five Years," National Alliance for Autism Research, Bethesda, Maryland, March 5, 2004.

22.    "Autism Research: What We Need in the Next Five Years," National Alliance for Autism Research, Pittsburgh, Pennsylvania, March 11, 2004.

23.    "What's on the Horizon in AAC?" National Alliance for Autism Research, Baltimore, Maryland, March 26, 2004.

24.    "Errorless Learning in Amnesia: Implications for Errorless Learning Methods?" Queens College, Flushing, New York, April 14, 2004.

Prepared by Dr. Jerry Spindel, M.D.

| CASE | Year | Court/Location | Case Number | Deposed/ | Testify in Court? |
|---|---|---|---|---|---|
| In the Estate Matter of Isabelle T. Vaughn, Deceased | 2002 | In the Orphan's Court of Hartford County, MD | Estate No. 33084 | D:1/2/02 | |
| Rebecca S. Bro vs Carlos White and Sears Roebuck & Co | 2002 | Wood County Circuit Court, Western Virginia | | D:?date | |
| Willard D. Rose vs GSXT | 2002 | West Virginia | | D:1/21/02, 7/18/02 | |
| Harold Daniels vs CSX Transportation | 2002 | Wheeling, West VA | | D: 2017? | T:4/1/02 |
| Marvin Ferrell v. CSX Transportation | 2002 | West Virginia | | D | |
| Bradford et al. vs Alaska Airlines et al. | 2002 | Seattle, WA | | D: 1/24/02 | T: 5/15/02 |
| Sutherland vs xx | 2002 | Las Vegas, NV | | | T: 12/18/02 (teleph |
| Shaffer vs CSX | 2002 | Wheeling, Wva | | D: 1/2/02 | |
| Loughren vs USAA | 2003 | Pittsburgh, PA | | | T: 1/31/03 |
| Sherry Queen vs Helix Care Inc. | 2003 | Baltimore, MD | | D: 3/5/03 | T: 3/27/03 |
| Hatton vs CSX | 2003 | Chattanooga, TN | | D:? Date | T: 9/3/03 |
| Moody vs CSX | 2003 | Louisville, KY | | d: 8/03 | |
| O'Bannon vs CSX | 2004 | Louisville, KY | | D: 1/28/04 | |
| Moreno vs Clark Construction Co. | 2004 | Washington, DC | | D: 2/17/04 | |
| Lane vs CSX | 2004 | Hamilton County, TN | | D: 5/13/04 | |
| Spies vs CSX | 2004 | Louisville, KY | | D: 6/2/04 | T: 2/10-11/05 |
| Walsh vs Consolidated Rail Corp | 2004 | Philadelphia, PA | | D: 7/1/04 | |
| Ellis et al vs | 2004 | Ithaca, NY? | | D: 11/30/04 | |
| Atkins et al vs Belt Services et al | 2005 | West Virginia | | D: 3/23/05 | |
| Coates vs | 2005 | Maryland | | D: 3/28/05 | |
| Lopez and Lopez vs Union Pacific Corp. | 2005 | US District Court for the Western District of Texas | | D: 3/25/05 | |
| Hill vs BNSF | 2005 | Texas | | D: 4/20/05 | |
| Kibbey vs CSX | 2005 | Wheeling, West VA | | D: 5/03/05 | T: 6/22/05 |
| Lloyd vs CSX | 2005 | | | D: 11/29/05 | |
| Lisse et al vs xx | 2005 | Chicago, IL | | D: 11/30/05 | |
| Johnson vs CSX | 2006 | Wheeling, WV | | D: 1/20/06 | |
| Hensley vs CSX | 2006 | Chattanooga, TN | | D: 3/28/06 | T: 9/27/06 |
| Hayes vs CSX | 2006 | Cincihatti, OH | | D: 4/3/06 | T: 11/8/06 |
| Williams vs CSX | 2006 | Louisville, KY | | D: 7/24/06 | T: 9/6/06 |
| Horner vs Fed Ex et al. | 2006 | Kansas City, MO | | D: 11/7/06 | T: 12/11/06 |
| Leonard vs Foley | 2007 | Washington, DC | | D: 1/8/07 | |
| Elguezabal vs UMMS | 2007 | Baltimore, MD | | D: 1/29/07 | |
| Jacobson vs Cestianzo | 2007 | Montgomery County, MD | | D: 10/19/06 | T: 3/7/07 |
| Castillo et al. vs Newmont Mining et al | 2007 | Denver, CO | | D: 3/26/07, 3/28/07 | T: 3/29/07, 4/2/07 |