MAR 2 7 2007

# LIFE CARE PLAN REVIEW

## HUNTER DAWKINS

Date of Birth    3/18/83

Date of Report    3/14/07

**MONA GOLDMAN YUDKOFF, RN, MPH, CRRN**

Certified Rehabilitation Nurse

Suite W-8

191 Presidential Boulevard

Bala Cynwyd, PA 19004    (610) 664-8760

## REVIEW OF THE LIFE CARE PLAN FOR HUNTER DAWKINS

This report has been prepared as a response to the Life Care Plan for Hunter Dawkins, a twenty-four-year-old male. To simplify comparison, the sections in this report follow the outline used in the Life Care Plan presented by the plaintiff and prepared by Sharon Reavis, R.N. in April 2006.

**The following records were reviewed for the preparation of this report:**

| | | |
|---|---|---|
| Sharon L. Reavis, R.N. | Life Care Plan | 4/06 |
| Washington Hospital Center | admission | 4/16/05 - 5/10/05 |
| National Rehabilitation Hospital | admission | 5/10/05 - 7/2/05 |
| | records | 5/10/05 - 7/12/05 |
| Khosrow Makki, M.D. | records | 7/20/05 - 7/27/05 |
| James W. Irby, Jr., Ph.D. | records | 11/10/05 - 8/16/06 |
| William Cook, Jr., M.D. | records | 9/7/05 - 3/13/06 |
| Ching-Jygh Chen, M.D. | records | 9/15/05 - 9/29/05 |
| Rusty Riley, D.M.D. | records | 10/13/05 - 8/11/06 |
| Paul Fedio, Ph.D. | telephone conference | 3/8/07 |
| Miscellaneous Billing Records | | |

Life expectancy for a twenty-four-year-old male is 52.1 additional years, based on "2003 United States Life Tables", <u>National Vital Statistics Report</u>, Volume 54:14, April 2006. The total cost in Ms. Reavis's report has been adjusted for the passage of time.

The table below compares the total lifetime cost projections of Reavis and Yudkoff. The table on the following page shows a detailed analysis of the recommendations in Ms. Reavis's Life Care Plan.

### COMPARISON OF TOTAL PROJECTED COST
(assumes a life expectancy of 52.1 additional years from Mr. Dawkins's 24th birthday)

| Reavis | Yudkoff |
|---|---|
| $  2,358,207 | $  941,279 |

All costs are based on today's dollars without regard for inflation, cost-of-living increases or other economic considerations. This report may be amended or supplemented upon the receipt of additional medical records or evaluations. Opinions expressed in this report are held to a reasonable degree of professional certainty.

*Mona G. Yudkoff, R.N.*

Mona Goldman Yudkoff, RN

Life Care Plan Review - Hunter Dawkins - 3/14/07    p. 3

## COST PROJECTIONS BY MODALITY

| Item | Discussion | Annual Cost Reavis | Annual Cost Yudkoff |
|---|---|---|---|
| Zoloft, 50 mg, 1 / day | According to Dr. Fedio, Mr. Dawkins no longer requires anti-depressants. However, since he has been prescribed this medication, it is left in the projection at this time. | $ 1,102  annual | $ 1,102  annual |
| Provigil, 200 mg, 2 / day | According to the record, the prescription varies from 1 - 2 per day. The usual dosage is 1 / day. This is OK, unless the dosage has been decreased to one or fewer / day. | $ 6,242  annual | $ 6,242  annual |
| Polycarbonate Lenses, $170 / 2 years | OK, to protect remaining eyesight. | $     85  annual | $     85  annual |
| Ophthalmologist, $100, twice | OK | $   200  once | $   200  once |
| Neuropsychological Evaluation $1,100, once | OK | $ 1,100  once | $ 1,100  once |
| Brain Injury Case Manager / Life Coach 8 hours / week, $85 / hour | According to Dr. Irby and Dr. Fedio, Mr. Dawkins can handle most of life's daily challenges. If necessary, case management may be reasonable for an average of 2 hours / week for higher-level decision-making and for financial management. | $ 35,360  annual | $ 8,840  annual |
| Physical Medicine, $100 / year | OK | $   100  annual | $   100  annual |
| Psychiatrist, $135 4 / year, plus 10 additional visits | OK for an average of 2 - 4 visits / year for medication management | $ 1,350  once $    540  annual | $    405  annual |
| Counseling weekly, age 24, $6,840 once 12 sessions / 2 years, age 25+ | OK | $ 6,840  once $ 1,140  annual, age 25+ | $ 6,840  once $ 1,140  annual, age 25+ |
| Speech Therapy, $160, 6 weeks, once | OK | $    960  once | $    960  once |
| Fitness Membership $564 / year, age 24 - 54 (31 years) $444 / year, age 55 - 74 (20 years) | This is not specific to the injury. | $   564  annual, age 24 - 54 $   444  annual, age 55 - 74 | $       0 |
| Total | | $ 10,450  once only $ 43,993  age 24 $ 45,133  annual, age 25 - 54 $ 45,013  annual, age 55+ | $   9,100  once only $ 16,774  age 24 $ 17,914  annual, age 25 - 54 $ 17,914  annual, age 55+ |

MONA G. YUDKOFF, RN, MPH
CRRN, CERTIFIED REHABILITATION NURSE

---

SUITE W-8
191 PRESIDENTIAL BOULEVARD
BALA CYNWYD, PA 19004
(610) 664-8760     FAX (610) 664-2227

## CURRICULUM VITAE

### PROFESSIONAL EDUCATION

- Master of Public Health (M.P.H.), with distinction, Hebrew University, Jerusalem, May 1978
- Bachelor of Science in Nursing (B.S.N.), University of Pennsylvania, Philadelphia, May 1971

### NURSING LICENSURE

- Pennsylvania   1971 - present
- New Jersey     2002 - present
- Delaware       2003 - present

### CERTIFICATION

- Certified Rehabilitation Registered Nurse - CRRN, 1991, 1996, 2001
  Association of Rehabilitation Nurses
- Certified Case Manager - CCM, 1993, 1998, 2003
  Certification of Insurance Rehabilitation Specialists Commission
- Senior Disability Analyst and Diplomate
  American Board of Disability Analysts, 1996, 1999
- Certified Life Care Planner - CLCP, 1999, 2002, 2005
  Commission on Disability Evaluation Certification

### PROFESSIONAL AFFILIATIONS

- Association of Rehabilitation Nurses **(ARN)**
- American Association of Legal Nurse Consultants **(AALNC)**
    Treasurer: Philadelphia Chapter, 1991 - 1992
    President-elect: Philadelphia Chapter, 1992 - 1993
    President: Philadelphia Chapter, 1993 - 1994
- American Association of Nurse Life Care Planners **(AANLCP)**
- American Academy of Certified Case Managers **(ACCM)**

### CURRENT REHABILITATION PRACTICE

Mona Yudkoff Rehab Consultants, private practice since 1990

- Case Management, pediatric and adult
- Life Care Planning

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1971 - 1972 | Children's Hospital of Philadelphia (CHOP), Staff Nurse |
| | |
| 1973 - 1974 | Hadassah Hospital, Pediatrics, Head Nurse |
| 1974 - 1976 | Hadassah Hospital, Pediatrics, Clinical Nurse Specialist |

- Clinical Responsibilities
    - Family and group counseling
    - Infection control
    - Pre- and post-operative teaching
    - Quality assurance
- Teaching Responsibilities
    - Orientation of new personnel
    - Pediatrics course in School of Nursing
    - In-Service education

| | |
|---|---|
| 1976 - 1977 | Children's Seashore House, Assistant Head Nurse |
| 1977 - 1980 | Children's Seashore House, Assistant Director of Nursing |

- Clinical Responsibilities
    - Direction and supervision of all nursing care
    - Teaching and counseling families
    - Orientation, in-service education, staff development
- Administrative Responsibilities
    - Recruitment, hiring, evaluation of personnel
    - Coordination of auxiliary services supplied by CHOP
- Planning Responsibilities
    - Participation in long- and short-term plans
    - Preparation of HSA application for expansion
    - Staffing / budget plan for expansion
    - Consultant to architect for clinical / executive space

1980 - 1982    Peter J. Oberfest and Associates, Consultant
Agnew, Peckham and Associates, Consultant
Health care facility programming and planning; emphasis on pediatrics and rehabilitation, including:
- Regional bed need study for a rehabilitation facility
- Functional programming for inpatient units, emergency service, ambulatory service, and imaging department
- Measurement studies: hospital, laboratory storage, materials management
- Design conversion of a dormitory into a nursing education facility
- Marketing plan for a specialty hospital
- Study of planning issues facing small hospitals in the 1980s

1982 - 1986    Staff Builders Home Health Care, Rehabilitation Supervisor
- Planning, marketing, implementation of pediatric rehabilitation program
- Health education lecture series for senior citizens
- Supervision and implementation of home health care

1989 - 1990    Rehabilitation Network Corporation, Case Manager

1990 - Present    Private Practice, Mona Yudkoff Rehab Consultants

## PRESENTATIONS AND PUBLICATIONS

1991
- The Nurse's Legal Obligations to Her Patients, Children's Seashore House, Philadelphia

1992
- Legal and Funding Issues, Children's Seashore House Family Fair, Philadelphia
- Negotiating for Your Child's Needs: How to Plan for the Future, Pa. Head Injury Parents Group

1993
- Legal and Funding Issues, Children's Seashore House Family Fair, Philadelphia
- The Direct and Cross of a Life Care Planner, Maryland Institute for Continuing Professional Education for Lawyers (MICPEL), Baltimore

1994
- Putting It All Together: A Role Model for Life Care Planning for the Child with Multiple Handicaps, Conference Coordinator, Children's Seashore House, Philadelphia
- Life Care Planning for the Child With Special Needs, University Affiliated Program for Interdisciplinary Graduate Studies in Developmental Disabilities for Parents and Professionals, University of Pennsylvania, Philadelphia
- Life Care Planning, Pediatric Rehabilitation Nursing Network, Philadelphia
- Neurologic Injury, Montgomery County Bar Association, Norristown
- Legal and Funding Issues, Children's Seashore House Family Fair, Philadelphia
- Medical Damages, Montgomery County Bar Association, Norristown
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania

1995
- Life Care Planning, Association of Rehabilitation Nurses Regional Conference, Reading
- Life Care Planning-The Plaintiff's Perspective, AALNC, Sixth National Educational Conference, Orlando
- Life Care Planning, Pediatric Rehabilitation Conference, Alfred I duPont Institute, Wilmington
- Advanced Life Care Planning, Case Management Society of America 2nd Annual Regional Conference, Tulsa
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania
- Legal and Funding Issues, Children's Seashore House Family Fair, Philadelphia

1996
- Nursing / Home Care Aspects of Chronic Conditions; Residential and Attendant Care; Rehabilitation Segment of the Continuum of Care - Rehabilitation Team Coordinator; Models of Case Management Principals, Panel Presentation: Case Management of the Child with Rehabilitation and Special Care Needs, Children's Seashore House, Philadelphia
- Maximizing the Advantages of Life Care Planning, AALNC, Seventh National Education Conference, San Diego
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania
- <u>Working with Nursing Expert Witnesses</u>, Nursing Malpractice, Lawyers and Judges Publishing Co., 1996
- Putting It All Together, A Model for Life Care Planning in the Clinical Setting, Magee Rehabilitation Hospital, Stroke and Brain Injury Conference, Philadelphia
- Ethics in Legal Nurse Consulting, AALNC, Philadelphia

## PRESENTATIONS AND PUBLICATIONS (continued)

**1997**
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania
- Life Care Planning, Bancroft NeuroHealth, Haddonfield
- AALNC, Eighth National Education Conference, Pittsburgh, Steering Committee
- <u>The Life Care Plan Expert</u>, Legal Nurse Consulting: Principals and Practice, St. Lucie Press, 1997
- Steering Committee, Children's Seashore House Family Fair, Philadelphia

**1998**
- AALNC, Ninth National Education Conference
- Steering Committee, Children's Seashore House Family Fair, Philadelphia
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania

**1999**
- Life Care Planning, PA Chapter of NARPPS
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania

**2000**
- Life Care Planning in the Clinical Setting, World Congress & Exposition on Disability, Atlanta
- Putting It All Together: Life Care Planning in the Clinical and Legal Arena, Magee Rehabilitation Hospital, Philadelphia
- OBRA 93 Special Needs Trusts, PNC Advisors Seminar, Philadelphia, Panel Member
- Life Care Planning For the Child with Multiple Disabilities, University Affiliated Program, Training Grant, University of Pennsylvania
- <u>The Life Care Plan Expert</u>, Nursing Malpractice, Lawyers and Judges Publishing Co., 2001, second edition
- Steering Committee, Children's Seashore House Family Fair, Philadelphia

**2001**
- Interdisciplinary Care Coordination, The Life Care Planning Process, LEND, Philadelphia
- Fact Witnesses, AALNC, Twelfth National Education Conference
- Evaluating Damages in an Erb's Palsy / Brachial Plexus Case, AALNC, Twelfth National Education Conference
- Defending the Life Care Plan, Annual Conference, Life Care Planning, AANLCP, St. Louis

**2002**
- Racing for Peak Performance, AALNC, Twelfth National Education Conference
- Panel Discussion on Testifying, AALNC, Philadelphia
- <u>The Life Care Plan Expert</u>, Legal Nurse Consulting: Principals and Practice, Second Edition, CRC Press, 2002

**2003**
- Mock Deposition of a Life Care Planner, Third Annual Conference, AANLCP, Los Vegas
- Issues in Life Care Planning for a Baby with a Catastrophic Injury, AALNC, Fourteenth National Education Conference, Philadelphia
- Diagnosis Malpractice: Strategies for Success in Medical Negligence Cases, Maryland Trial Lawyers Association, Baltimore

**2005**
- Deposition and Testimony, Fifth Annual Conference, AANLCP, San Francisco
- Transplants, Fifth Annual Conference, AANLCP, San Francisco

# CONTINUING EDUCATION

**To 1990**
- Current Concepts in Rehabilitation, Moss Rehabilitation Hospital
- Comprehensive Life Care Planning, Workshop, The Rehabilitation Institute
- Medical-Legal Consulting, Workshop, The Medical-Legal Consulting Institute
- Annual Meeting, Hospital Association of Pennsylvania
- Accounting, Macroeconomics (courses): Wharton Graduate School, University of Pennsylvania
- National Pediatric Nursing Conference, Philadelphia
- Health Care: Cost vs. Quality, Seminar, University of Pennsylvania, Wharton School
- Management of Nursing Care, Conference, University of Pennsylvania School of Nursing
- Developmental Disabilities Seminar, Children's Hospital of Philadelphia
- Behavioral Sciences in Administration Course, Temple University
- Nursing Management Seminar, Medox, Philadelphia
- Update on Joint Replacement, Moss Rehabilitation Hospital

**1991 - 1997**
- Legal Aspects of Nursing Practice, Center for Nursing Excellence
- Rehabilitation Nursing Review Course, Moss Rehabilitation Hospital
- Rehabilitation Issues: Joint Replacement in the 90s, Moss Rehabilitation Hospital
- Perspectives on the Americans with Disabilities Act, Penn Therapy Associates
- Critical Issues in Disabilities Management, Villanova University
- Head Injury Sequelae, A.I. duPont Institute
- Mild Head Injury, ReMed Recovery Care Center
- Traumatic Brain Injury Rehabilitation: Life Planning, The Big Picture, Moss Rehab
- Fourth Annual National Conference, AALNC
- Mild Traumatic Brain Injury and Chronic Headaches, ReMed Recovery Care Center
- TBI Rehabilitation: Life Planning - The Big Picture, Moss Rehabilitation Hospital
- Vocational Issues in Life Care Planning, Rehabilitation Training Institute
- Fifth Annual National Conference, AALNC
- Spinal Cord and Traumatic Brain Injury, Rehabilitation Training Institute
- Forensic Rehabilitation, Rehabilitation Training Institute
- Ethics, Economics, and Health Care Reform, Association of Rehabilitation Nurses
- American Spinal Cord Injury Association - Annual Meeting
- Sixth Annual National Conference, AALNC
- Case Management Society of America, Second Annual Regional Conference
- Seventh Annual Pediatric Rehabilitation Conference, Alfred I. duPont Institute
- Successfully Returning Clients with Brain Injury Back to Work, ReMed Recovery Care Center
- Seventh Annual Conference, AALNC
- Case Management of the Child with Rehab and Special Care Needs, Children's Seashore House
- Magee Rehabilitation Hospital, Stroke and Brain Injury Conference, Philadelphia
- Case Management / Life Care Planning, AALNC, Philadelphia
- Expert Witness, AALNC, Philadelphia
- How to Build a Successful LNC Practice, AALNC, Philadelphia
- Eighth Annual National Conference, AALNC
- Life Care Planning, Bancroft NeuroHealth, Haddonfield
- An Orthopedic Emergency: Compartment Syndrome, Nursing Spectrum
- The Two Sides of CVAs, Nursing Spectrum
- Right Versus Left Ventricular Infarctions, Nursing Spectrum
- Seizure Disorders, Nursing Spectrum
- Hand Trauma: Emergency Measures to Rehab, Nursing Spectrum
- Interstitial Cystitis, Nursing Spectrum

**1998 - 2000**
- NAARPS, Chronic Pain: Treatment and Case Review
- Liability Issues for Case Managers, AALNC, Philadelphia
- Impact of Funding on Post-Acute Care, ARN, Philadelphia
- Common Shoulder and Elbow Problems, University of Pennsylvania Orthopedics
- Ninth Annual National Conference, AALNC, Dallas
- The Internet for Legal Nurse Consultants, AALNC, Philadelphia
- Expert Witnesses at Trials and Their Presentation, Philadelphia
- Third Annual Life Care Planning Conference, University of Florida / Intellicus, Atlanta
- Tenth Annual National Conference, AALNC, Reno
- The Diagnosis of Gynecological Malignancies, AALNC, Philadelphia
- Mild Head Injury, PA Chapter of NARPPS
- Risk Management, American Association for Legal Nurse Consultants, Philadelphia
- Dangerous Documentation Practices, AALNC, Philadelphia
- Fourth Annual Life Care Planning Conference, University of Florida / Intellicus, New Orleans
- Legal Nurse Consulting: Liability / Conflicts of Interests, AALNC, Philadelphia
- The Screening and Investigation of a Medical Negligence Case, AALNC, Philadelphia
- Personal Injury Insurance Defense, AALNC, Philadelphia
- Mental Retardation and Developmental Disabilities, World Congress & Exposition on Disability, Atlanta
- Reimbursement, World Congress & Exposition on Disability, Atlanta
- Comprehensive Medical Management of Spasticity, World Congress & Exposition on Disability, Atlanta
- Overview of Solid Organ Transplantation for Case Managers, The Journal of Care Management
- Disease Management Digest #10, The Journal of Care Management
- Life Care Planning Summit 2000, University of Florida / Intellicus, Dallas
- Fifth Annual Life Care Planning Conference, University of Florida / Intellicus, Orlando
- Eleventh Annual National Conference, AALNC, St. Louis

**2001**
- Interdisciplinary Care Coordination, Juggling the Pieces: Planning for Child and Family Needs, LEND, Philadelphia
- Interdisciplinary Care Coordination, Transition to Adulthood, LEND, Philadelphia
- Legal and Financial Issues of Long-Term Care for the Elderly, Health Ed, King of Prussia
- Chronic Pain and Current Trends in Pain Management, AALNC, Philadelphia
- First Annual Conference for New Horizons in Life Care Planning, AANLCP, St. Louis
- Twelfth Annual National Conference, AALNC, Boulder

**2002**
- Thirteenth Annual National Conference, AALNC, Indianapolis
- Product Liability Cases, AALNC, Philadelphia
- Life Care Planning Summit 2002, University of Florida / Intellicus, Chicago

**2003**
- Fourteenth Annual National Conference, AALNC, Philadelphia
- Third Annual Educational Conference, AANLCP, Las Vegas
- Medicare Set-aside Allocation Seminar, Medipro Seminars, New Orleans

**2004**
- Life Care Planning Summit 2004, University of Florida / MediPro, Atlanta

**2005**
- Fifth Annual Educational Conference, AANLCP, San Francisco

# MONA YUDKOFF REHAB CONSULTANTS

CASE MANAGEMENT, LIFE CARE PLANS, REHABILITATION MANAGEMENT

---

MONA G. YUDKOFF, RN, MPH
INA L. ASHER, MS, OTR/L
ALISA DAYANIM, RN, MSN
SARAH ALPERT, BA
SUSAN J. RUBIN, BA
CAROLYN DELUCA, MSW

SUITE W-8
191 PRESIDENTIAL BOULEVARD
BALA CYNWYD, PA 19004
(610) 664-8760
FAX (610) 664-2227
CONTACT@YUDKOFFREHAB.COM

## FEE SCHEDULE 2007

**Files referred at least six weeks prior to deadline**               $   190   hour

   Billing rate is the same for all activity on the file including: assessment, record review, meetings, testimony preparation, testimony and travel time. All travel is billed "portal-to-portal."

**Expedited cases that require reports with less than six weeks notice**   $   270   hour

   Billing rate is the same for all activity on the "rush" file including: assessment, record review, meetings, testimony preparation, testimony and travel time. All travel is billed "portal-to-portal."

**Travel expenses, consultant's fees, etc. will be billed as additional charges.**

**Retainer required to initiate case**                                 $ 2,000

- Receipt of retainer and / or file documents is considered agreement with the terms of this schedule.
- All outstanding fees and charges must be paid in full prior to deposition and /or trial testimony.
- Pre-payment is required for trial testimony. Amount of pre-payment will be determined.
- Payment in full is due upon receipt of invoice. Overdue invoices will include interest charges (18% / year).

| Last Name | Trial | Attorney | Attorney F/N | County | State | Plaintiff/De |
|---|---|---|---|---|---|---|
| Jablecki | 2006:10/19 | Lambros | J. Mitchell | Harford/MD | Maryland | Plaintiff |
| Jenkins | 2006:04/17 | Federico | Philip C. | Frederick/MD | Maryland | Plaintiff |
| Christy | 2006:04/04 | Thistle | Daniel L. | Gloucester/NJ | New Jersey | Plaintiff |
| Novino | 2006:04/04 | Lewis | Pamela | Chester/PA | Pennsylvan | Plaintiff |
| Lance | 2006:03/20 | Rothenberger | Andrew | Salt Lake / Uta | Utah | Plaintiff |
| Edwards | 2006:03/07 | Kennedy | Christopher | Caroline/MD | Maryland | Plaintiff |
| Braun | 2006:02/24 | Carreiro, Jr. | Edward J. | Bucks/PA | Pennsylvan | Plaintiff |
| Mayhue | 2006:02/08 | Meyers | Jerry I. | Blair/PA | Pennsylvan | Plaintiff |
| Gimbel | 2006:02/01 | Slutkin | Andrew G. | Howard/MD | Maryland | Plaintiff |
| Bonhomette | 2005:12/29 | van der Veen | Michael T. | Philadelphia/PA | Pennsylvan | Plaintiff |
| DiTullio | 2005:12/08 | Kelley, III | James M. | Portage/OH | Ohio | Plaintiff |
| Hood | 2005:11/15 | Adkins, III | E. Dale | Montgomery/M | Maryland | Plaintiff |
| Phillips | 2005:11/07 | Maresca | Carla P. | Philadelphia/PA | Pennsylvan | Plaintiff |
| Engelhardt | 2005:09/21 | Walker | Justin S. | Camden/NJ | New Jersey | Plaintiff |
| Mott | 2005:09/12 | Stanshine | Martin | Philadelphia/PA | Pennsylvan | Plaintiff |
| Miranda | 2005:07/26 | North | Jane |  | Pennsylvan | Defense |
| Bridenhagen | 2005:06/01 | Shane | Jeffrey A. | Montgomery/M | Maryland | Plaintiff |
| Procaccino | 2005:05/05 | Alencewicz | Robert G. | Mercer/NJ | New Jersey | Defense |
| Mancini | 2005:04/27 | Seach | Stephen | Monroe/PA | Pennsylvan | Plaintiff |
| Bowers | 2005:03/22 | DiGiovanni | Joseph | Atlantic/NJ | New Jersey | Plaintiff |
| Wade | 2005:03/17 | Kennedy | Christopher | Baltimore | Maryland | Plaintiff |
| Sease | 2005:02/07 | Weiss | Michael L. | Cumberland, N | New Jersey | Plaintiff |
| Foster | 2004:11/17 | Cohen | Jonathan M. | Philadelphia/PA | Pennsylvan | Plaintiff |
| Lacy2 | 2004:11/15 | Marvin | William D. | Luzerne/PA | Pennsylvan | Plaintiff |
| Stanley | 2004:10/20 | Heleniak | Richard | Chester/PA | Pennsylvan | Plaintiff |
| Stanton | 2004:10/04 | Wais | Gary A. | Dorchester/MD | Maryland | Plaintiff |
| Rapine, III | 2004:09/02 | Pansini | Michael O. | Chester/PA | Pennsylvan | Plaintiff |
| McCoskey | 2004:05/17 | Ploener | Nathan B. | Luzerne/PA | Pennsylvan | Plaintiff |
| Smack | 2004:05/12 | Surh | Robert | Philadelphia/PA | Pennsylvan | Plaintiff |
| Alston | 2004:05/05 | Federico | Philip C. | Baltimore/MD | Maryland | Plaintiff |
| Blair | 2004:05/04 | Bomstein | Michael S. | Philadelphia/PA | Pennsylvan | Plaintiff |
| Woolfolk | 2004:04/23 | Casey | Matthew A. | Philadelphia/PA | Pennsylvan | Plaintiff |
| Long | 2004:03/19 | Harr | Katherine C. | Ocean/NJ | New Jersey | Defense |
| Hruniuk | 2004:02/04 | Seach | Stephen A. | Schuylkill/PA | Pennsylvan | Plaintiff |
| Sprague | 2004:02/03 | Weltchek | Robert | St. Charles/MD | Maryland | Plaintiff |
| Forrest, Jr. | 2004:01/23 | Feldman | Marc E. | Philadelphia/PA | Pennsylvan | Plaintiff |
| Tuski | 2004:01/08 | Hopkins | Michael J. | Montgomery/P | Pennsylvan | Plaintiff |
| Flowers | 2003:12/04 | Olley | Michael J. | Philadephia/PA | Pennsylvan | Plaintiff |
| Ruby | 2003:11/10 | Friery | Susan | New York/NY | New York | Plaintiff |
| Reed, Jr. | 2003:10/30 | Staton | Kerry D. | Baltimore/MD | Maryland | Plaintiff |
| Oliver | 2003:10/16 | Bocchino | Anthony J. | Delaware/PA | Pennsylvan | Plaintiff |
| Casey | 2003:09/17 | Madzelan | Nicole | Sussex/DE | Delaware | Plaintiff |
| Kinkade | 2003:07/29 | Connor | Robert T. | Burlington/NJ | New Jersey | Defense |
| Wawrzynek | 2003:07/15 | Thistle | Daniel L. | Philadelphia/PA | Pennsylvan | Plaintiff |
| Clark | 2003:06/09 | Frank | Milton | Philadelphia/PA | Pennsylvan | Plaintiff |
| Renfroe | 2003:04/28 | Abrams | Dennis M. | Essex/NJ | New Jersey | Plaintiff |

| Last Name | Trial | Attorney | Attorney F/N | County | State | Plaintiff/De |
|---|---|---|---|---|---|---|
| Ross | 2003:04/21 | Fordham | Roxanne | Beaver/PA | Pennsylvan | Plaintiff |
| Falso | 2003:04/04 | Seach | Stephen A. | Northumberlan | Pennsylvan | Plaintiff |
| Edwards | 2003:03/19 | Mundy | James F. | Bucks/PA | Pennsylvan | Plaintiff |
| Welch | 2003:03/17 | O'Neill | Debora A. | Philadelphia/PA | Pennsylvan | Plaintiff |
| White | 2003:03/13 | Vey | Paul | Potter/PA | Pennsylvan | Plaintiff |
| Goodwin | 2003:02/13 | Erbstein | Keith S. | Philadelphia/PA | Pennsylvan | Plaintiff |

Depositions - Mona Yudkoff                                                                 3/26/2007

| Last Name | Deposition | Attorney F/N | Attorney | Plaintiff/Defe | County | State |
|---|---|---|---|---|---|---|
| Masilek, Jr. | 2007:01/05 | Scott | Kurlander | Plaintiff | Carroll/MD | Maryland |
| Masilek | 2007:01/05 | Scott | Kurlander | Plaintiff | Carroll/MD | Maryland |
| Gittere | 2006;12/11 | Philip C. | Federico | Plaintiff | Carroll/MD | Maryland |
| Young | 2006:11/20 | Christopher P | Kennedy | Plaintiff | Carroll/MD | Maryland |
| Gutierrez | 2006:11/13 | Jennifer S. | Gianetti | Defense | | |
| Savateri | 2006:11/07 | Howard | Goldstein | Plaintiff | Camdon/NJ | New Jersey |
| Stephenson | 2006:11/06 | Ann | Hardy | Defense | | |
| Nagel | 2006:10/30 | Kenneth | Vogelstein | Plaintiff | Washington/ | D.C. |
| McMaines | 2006:10/23 | James D. | Cardea | Plaintiff | Baltimore/MD | Maryland |
| Joseph | 2006:09/18 | Philip | Federico | Plaintiff | Caroline/MD | Maryland |
| Hamilton | 2006:08/04 | Jonathan | Schochor | Plaintiff | Baltimore/MD | Maryland |
| Shafto | 2006:08/02 | Roy J. | Konray | Plaintiff | South Carolin | South Caro |
| Dekowski | 2006:07/25 | James D. | Cardea | Plaintiff | Baltimore/MD | Maryland |
| Roshak | 2006:07/10 | Philip C. | Federico | Plaintiff | Baltimore/MD | Maryland |
| Hershey | 2006:06/22 | Christopher | Kennedy | Plaintiff | Baltimore/MD | Maryland |
| Barbour, Jr. | 2006:06/15 | Frank W. | Spector | Plaintiff | Baltimore/MD | Maryland |
| Leonard | 2006:06/12 | Kathleen M. | Rogers | Plaintiff | Pima/AZ | Arizona |
| McAuley | 2006:05/22 | Wendy | Aeschlimann | Defense | | |
| Banfe | 2006:05/17 | David | Lietz | Plaintiff | Washington/ | Maryland |
| West | 2006:05/04 | Brice G. | Dowell | Plaintiff | Baltimore/MD | Maryland |
| Hadley | 2006:04/26 | Kerry D. | Staton | Plaintiff | Baltimore/MD | Maryland |
| Christino | 2006:03/15 | Jane S. | Sebelin | Plaintiff | Luzerne/ PA | Pennsylvan |
| Aldridge | 2006:02/21 | Kenneth | Vogelstein | Plaintiff | Baltimore/MD | Maryland |
| Thames | 2006:02/02 | Kenneth | Vogelstein | Plaintiff | Baltimore/MD | Maryland |
| Allen | 2006:01/30 | J. Mitchell | Lambros | Plaintiff | Baltimore/MD | Maryland |
| Touzalin | 2006:01/05 | Kenneth | Vogelstein | Plaintiff | Baltimore/MD | Maryland |
| Condulle | 2005:11/30 | Julia A. | Lodowski | Plaintiff | Anne Arundel | Maryland |
| DiTullio | 2005:11/11 | James M. | Kelley, III | Plaintiff | Portage/OH | Ohio |
| Gaither | 2005:11/09 | Annie P. | Kaplan | Plaintiff | Washington | D.C. |
| Gimbel | 2005:10/31 | Andrew G. | Slutkin | Plaintiff | Howard/MD | Maryland |
| Chambers | 2005:09/16 | Philip C. | Federico | Plaintiff | Baltimore | Maryland |
| Wallace | 2005:08/18 | Christine C. | McGuigan | Plaintiff | Camden/NJ | New Jersey |
| Rianhard | 2005:07/26 | Philip C. | Federico | Plaintiff | Anne Arundel | Maryland |
| Conrad | 2005:07/14 | Jeffrey A. | Shane | Plantiff | Montgomery/ | Maryland |
| Kelley | 2005:06/30 | Christopher P | Kennedy | Plaintiff | Wicomico/M | Maryland |
| Johns | 2005:05/24 | Jeffrey A. | Shane | Plaintiff | York/PA | Pennsylvan |
| Edwards | 2005:05/09 | Christopher | Kennedy | Plaintiff | Caroline/MD | Maryland |
| Brittingham | 2005:05/06 | Philip C. | Federico | Plaintiff | | Maryland |
| Newman | 2005:05/02 | Gary A. | Wais | Plaintiff | Prince Georg | Maryland |
| Serio | 2005:04/06 | Philip C. | Federico | Plaintiff | Carroll/MD | Maryland |
| Sollod | 2005:03/29 | Andrew H. | Kahn | Plaintiff | Prince Georg | Maryland |
| Christy | 2005:02/17 | Daniel L. | Thistle | Plaintiff | Gloucester/N | New Jersey |
| Wade | 2005:02/04 | Christopher P | Kennedy | Plaintiff | Baltimore | Maryland |
| Lloyd | 2005:02/03 | Scott P. | Kurlander | Plaintiff | Berkeley/WV | W Virginia |
| Jones | 2005:01/12 | Steven | Greenstein | Plaintiff | Monmouth/N | New Jersey |
| Jones | 2004:12/16 | Christopher P | Kennedy | Plaintiff | Baltimore/MD | Maryland |

| Last Name | Deposition | Attorney F/N | Attorney | Plaintiff/Defe | County | State |
|---|---|---|---|---|---|---|
| Johnson | 2004:12/15 | Diane | Littlepage | Plantiff | Prince Georg | Maryland |
| Perkins | 2004:11/10 | James | Casey | Plaintiff | Muskingum/ | Ohio |
| Bowers | 2004:11/05 | Joseph | DiGiovanni | Plaintiff | Atlantic/NJ | New Jersey |
| Fleck | 2004:10/18 | Lois A. | Fenner McBrid | Plaintiff | Howard/MD | Maryland |
| Roach | 2004:10/11 | Sarah E. | Brannon | Plaintiff | Prince Willia | Virginia |
| Sease | 2004:09/27 | Michael L. | Weiss | Plaintiff | Cumberland, | New Jersey |
| Stanton | 2004:09/10 | Gary A. | Wais | Plaintiff | Dorchester/M | Maryland |
| Bridenhagen | 2004:09/09 | Jeffrey A. | Shane | Plaintiff | Montgomery/ | Maryland |
| Lance | 2004:08/23 | Andrew | Rothenberger | Plaintiff | Salt Lake / Ut | Utah |
| Stilts | 2004:08/04 | J. Martin | Futrell | Plaintiff | Burlington/NJ | New Jersey |
| Etzkorn | 2004:07/20 | John | Orlovsky | Defense | Monmouth, N | New Jersey |
| Nash | 2004:05/18 | Philip C. | Federico | Plaintiff | Baltimore/MD | Maryland |
| Kozak | 2004:05/13 | Bruce P. | Fromer | Plaintiff | Monmouth/N | New Jersey |
| Meza-Vazquez | 2004:05/06 | Ward s. | Taggart | Plaintiff | Mercer/NJ | New Jersey |
| Wheaden, III | 2004:04/28 | Gary A. | Wais | Plaintiff | Baltimore/MD | Maryland |
| Wood | 2004:04/19 | E. Dale | Adkins | Plaintiff | Talbot/MD | Maryland |
| Hamilton | 2004:02/12 | Jonathan | Schochor | Plaintiff | Baltimore/MD | Maryland |
| Peterson | 2004:01/29 | Kerry D. | Staton | Plaintiff | Baltimore/MD | Maryland |
| Disney | 2004:01/27 | Philip C. | Federico | Plaintiff | Anne Arundel | Maryland |
| Thomas | 2003:12/18 | Christopher P | Kennedy | Plaintiff | Prince Georg | Maryland |
| Forrest, Jr. | 2003:12/11 | Marc E. | Feldman | Plaintiff | Philadelphia/ | Pennsylvan |
| Hughes | 2003:11/3 | Mark S. | Cohen | Plaintiff | Baltimore/MD | Maryland |
| Stoey | 2003:11/24 | George S. | Tolley, III | Plaintiff | Washington/ | Maryland |
| Webb | 2003:10/27 | Jeffrey A. | Shane | Plaintiff | Prince Georg | Maryland |
| Loibl | 2003:10/03 | James M. | Kelley, III | Plaintiff | Tuscarawas/ | Ohio |
| Reed, Jr. | 2003:09/22 | Kerry D. | Staton | Plaintiff | Baltimore/MD | Maryland |
| Agu | 2003:08/27 | Diane M. | Littlepage | Plaintiff | Washington, | DC |
| Slayton | 2003:08/19 | Christopher | Kennedy | Plaintiff | Harford/MD | Maryland |
| Savage | 2003:08/14 | Mark S. | Cohen | Plaintiff | Baltimore/MD | Maryland |
| Brogowski | 2003:07/31 | Roy J. | Konray | Plaintiff | Bergen/NJ | New Jersey |
| Winkler | 2003:06/10 | Marvin | Ellin | Plaintiff | Montgomery/ | Maryland |
| Timmons | 2003:06/03 | Michael J. | Hopkins | Plaintiff | Anne Arundel | Maryland |
| Ford | 2003:04/30 | Michael M. | Ain | Plaintiff | Prince Georg | Maryland |
| Druschel | 2003:04/29 | Barry M. | Cohen | Plaintiff | Baltimore/MD | Maryland |
| Henry | 2003:04/28 | Cynthia V. | Cheney | Defense | Maricopa/AZ | Arizona |
| Wolfe | 2003:04/07 | J. Mitchell | Lambros | Plaintiff | Howard/MD | Maryland |
| Sciulli | 2003:04/03 | Robert | Sink | Plaintiff | Camden/NJ | New Jersey |
| Minch | 2003:03/12 | Michael B. L. | Hepps | Plaintiff | Philadelphia/ | Pennsylvan |
| Meenahan | 2003:02/28 | Christopher P | Kennedy | Plaintiff | Prince Georg | Maryland |