UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TULLY CONSTRUCTION CO., INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2226 (RCL) |

## ORDER

Upon consideration of the Joint Motion [20] for a fifty-day extension of the remaining discovery dates, and it appearing to the Court that granting the Motion is in the interest of justice, it is hereby

ORDERED that the Motion [20] is GRANTED; and it is further

ORDERED that the discovery schedule shall be amended as follows:

| | |
|---|---|
| Defendants' Expert Reports | April 4, 2007 |
| Dr. Gordon's Expert Report | May 18, 2007 |
| Rebuttal Expert Reports | June 27, 2007 |
| Discovery Closes, including depositions, if any, of experts | August 15, 2007 |
| Dispositive Motions Filed By | September 1, 2007 |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 2, 2007.