UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUNTER DAWKINS,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No.: 05-CV-2226 (RCL) |
| **TULLY CONSTRUCTION CO., INC.,** | : | |
| **Defendant.** | : | |

## CERTIFICATE REGARDING DISCOVERY

**I HEREBY CERTIFY** that copies of the following discovery materials have been served on all counsel of record.

_____Notice of deposition of C. Richard Filson, Ed.D.  June 15, 2007.

Notice of deposition of Sharon Reavis, RN.  June 22, 2007.

Notice of deposition of Peder K. Melberg, M.A.  June 22, 2007

Notice of Deposition Duces Tecum on June 13, 2007 of the custodian of records for:

George Washington University

C. Richard Filson, Ed.D.

James Irby, Jr., Ph.D.

Andrew McCarthy, M.D.

Sharon Reavis, RN

Peder K. Melberg, M.A.

I further certify that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

        Respectfully submitted,

        **JORDAN COYNE & SAVITS, L.L.P.**

        By: _____/s/_____
        D. Stephenson Schwinn, #358825
        James F. Jordan, #6569
        Joseph S. Ferretti, #485996
        1100 Connecticut Avenue, NW
        Suite 600
        Washington, DC  20036
        (202) 296-4747
        Fax:  (202) 496-2800

        Counsel for Defendant,
            Tully Environmental, Inc.