UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HUNTER DAWKINS, : | |
| : | Civil Action No: 1:05-cv-02226 |
| Plaintiff, : | |
| : | Judge Royce C. Lamberth |
| v. : | |
| TULLY CONSTRUCTION CO., INC. : | |
| : | |
| Defendant. : | |

## ADDENDUM TO DEFENDANT'S EXPERT WITNESS DESIGNATION STATEMENT

**COMES NOW**, Tully Construction Company, Inc., through counsel and in accordance with the Court's Scheduling Order provides the following reports of expert witnesses, Paul Fedio, Ph.D., and Dr. Barry Gordon, M.D., Ph.D., who are expected to testify at trial. All other expert's reports and enclosures were previously filed on April 4, 2007 in Defendant's Expert Witness Designation Statement.

4. Paul Fedio, Ph.D.

Dr. Paul Fedio's Neuropsychological Evaluation on dated May 15, 2007 report is attached as Attachment 1.

6. Barry Gordon, M.D., Ph.D.

Dr. Barry Gordon's Independent Medical Evaluation report dated April 16, 2007 is attached as Attachment 2.

Respectfully submitted,

Jordan Coyne & Savits, LLP

_____
D. Stephenson Schwinn      #358825
James F. Jordan            #6569
Joseph S. Ferretti         #485996
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
Ph: (202) 296-4747
d.schwinn@jocs-law.com
j.ferretti@jocs-law.com
j.jordan@jocs-law.com

*Attorneys for Defendant*
*Tully Construction Co., Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of May 2007, a copy of the foregoing Addendum to Defendant's Expert Witness Designation Statement was efiled and mailed postage-prepaid to:

Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

_____
James F. Jordan