UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

HUNTER DAWKINS,                  :
                                 :    Civil Action No: 1:05-cv-02226
                                 :
         Plaintiff,              :    Judge Royce C. Lamberth
                                 :
    v.                           :
TULLY CONSTRUCTION CO., INC.     :
                                 :
                                 :
         Defendant.              :

## MOTION FOR PRO HAC VICE ADMISSION
## OF KEVIN L. KELLER

Defendant, Tully Construction Company, by undersigned counsel, hereby moves to admit Kevin L. Keller *pro hac vice* as co-counsel for the Defendant. In support of this motion, the undersigned attorney states as follows:

1.    That the undersigned attorney, James F. Jordan, is a member in good standing of the United States District Court for the District of Columbia (Bar No. 6569). The undersigned attorney at all times will be prepared to go forward with this matter.

2.    That the firm name and address of Kevin L. Keller is Wilcox and Savage, One Commercial Place, Suite 1800, Norfolk, Virginia 23510. Mr. Keller's telephone number is (757)628-5500.

3.    That Mr. Kevin L. Keller is a member in good standing of the following courts:

a.    Superior Court of the Virgin Islands of the United States, admitted August 5, 2005.

1

     b.     District Court of the Virgin Islands of the United States, admitted August 5, 2005.

     c.     U.S. District Court for the Eastern District of Virginia, admitted November 17, 1989.

     d.     U.S. District Court for the Western District of Virginia, admitted February 27, 2004.

     e.     Supreme Court of Virginia, admitted November 6, 1989.

     f.     U.S. Court of Appeals for the Third Circuit, admitted October 11, 2006.

     g.     U.S. Court of Appeals for the Fourth Circuit, admitted September 17, 1990.

     4.     That Mr. Keller has never been disciplined, suspended or disbarred from any court or tribunal.

     5.     That Mr. Keller has not been admitted pro hac vice in this Court within the last two years.

     6.     That the undersigned attorney sponsors Mr. Keller and certifies as to his good character and reputation and moves the Court for his admission pro hac vice as attorney for plaintiffs.

     7.     That all affected parties have consented to the relief sought in this Motion.

Date:

     Respectfully submitted,
     JORDAN COYNE & SAVITS, LLP

     By: _James F. Jordan_
     James F. Jordan #6569
     Steve Schwinn #358825

2

Joseph H. Ferretti #485996
1100 Connecticut Ave., N.W.
Suite 600
Washington, DC  20036
Phone:  (202) 496-2801

Counsel for Defendant, Tully Construction Company,
  Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24 day of May, 2007, a copy of the foregoing Motion *Pro Hac Vice* of Kevin Keller, was efiled and mailed postage-prepaid to:

Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
1919 M Street, N.W.
Suite 350
Washington, D.C.  20036


James F. Jordan

G:\CASES\Jfj\Tully-Zurich (JFJ)\Dawkins JFJ\PLEADINGS\Motion.Pro Hac Vice.Kevin Keller.1

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

### KEVIN LAWSON KELLER

was admitted to practice as an attorney and counsellor at the bar of this Court on

November 6, 1989.

I further certify that so far as the records of this office are

concerned, KEVIN LAWSON KELLER is a member of the bar of this Court

in good standing.

**Witness** my hand and seal of said Court

This 6th day of April

A.D. 2007

By: _____

*Deputy Clerk*