UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

HUNTER DAWKINS,

        Plaintiff,

v.

TULLY CONSTRUCTION CO., INC.

        Defendant.

Civil Action No: 1:05-cv-02226

Judge Royce C. Lamberth

## MOTION FOR PRO HAC VICE ADMISSION OF PATRICK D. BLAKE

Defendant, Tully Construction Company, by undersigned counsel, hereby moves to admit Patrick D. Blake *pro hac vice* as co-counsel for the Defendant. In support of this motion, the undersigned attorney states as follows:

1. That the undersigned attorney, James F. Jordan, is a member in good standing of the United States District Court for the District of Columbia (Bar No. 6569). The undersigned attorney at all times will be prepared to go forward with this matter.

2. That the firm name and address of Patrick D. Blake is Wilcox and Savage, One Commercial Place, Suite 1800, Norfolk, Virginia 23510. Mr. Blake's telephone number is (757)628-5500.

3. That Mr. Patrick D. Blake, is a member in good standing of the following courts:

    a. Superior Court of the Virgin Islands of the United States, admitted August 5, 2005.

    b.    District Court of the Virgin Islands of the United States, admitted August 5, 2005.

    c.    U.S. District Court for the Eastern District of Virginia, admitted January 8, 2001.

    d.    U.S. District Court for the Western District of Virginia, admitted December 13, 2004.

    e.    Supreme Court of Virginia, admitted October 30, 2000.

    f.    U.S. Court of Appeals for the Third Circuit, admitted October 11, 2006.

    g.    U.S. Court of Appeals for the Fourth Circuit, admitted December 29, 2006.

4. That Mr. Blake has never been disciplined, suspended or disbarred from any court or tribunal.

5. That Mr. Blake has not been admitted *pro hac vice* in this Court within the last two years.

6. That the undersigned attorney sponsors Mr. Blake and certifies as to his good character and reputation and moves the Court for his admission *pro hac vice* as attorney for plaintiffs.

7. That all affected parties have consented to the relief sought in this Motion.

Date:

                            Respectfully submitted,
                            JORDAN COYNE & SAVITS, LLP

                            By: _/s/ James F. Jordan_
                            James F. Jordan #6569
                            Steve Schwinn #358825

       Joseph H. Ferretti #485996
       1100 Connecticut Ave., N.W.
       Suite 600
       Washington, DC  20036
       Phone: (202) 496-2801

       Counsel for Defendant, Tully Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24 day of May, 2007, a copy of the foregoing Motion *Pro Hac Vice* of Patrick D. Blake, was efiled and mailed postage-prepaid to:

       Patrick M. Regan, Esquire
       Jacqueline T. Colclough, Esquire
       1919 M Street, N.W.
       Suite 350
       Washington, D.C.  20036

       _____
       James F. Jordan

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

PATRICK DAYTON BLAKE

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, PATRICK DAYTON BLAKE is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 6th day of April
A.D. 2007

By: _____
        *Deputy Clerk*