# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNTER DAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> TULLY CONSTRUCTION CO., <br><br> Defendant. | Civil Action No. 05-02226 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk of this court and all parties of record:

Please substitute, as co-counsel of record in this case for Defendant Tully Construction Co., Kevin L. Keller and Patrick D. Blake, of the law firm of Wilcox & Savage, One Commercial Place, Suite 1800, Norfolk, Virginia 23510 in place of Brian H. Corcoran and Eric A. Kuwana, of Katten Muchin Rosenman LLP. The Katten firm and its attorneys will no longer be representing the Defendant in this proceeding and hereby withdraw their appearances in this action.

June 13, 2007                                        Respectfully submitted,

/s/ _____
Brian H. Corcoran (Bar No. 456976)
Eric A. Kuwana (Bar No. 44024)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007
202.625.3500
202.298.7570 (facsimile)
email: brian.corcoran@kattenlaw.com
eric.kuwana@kattenlaw.com

- 2 -

| | |
|---|---|
| James F. Jordan<br>JORDAN COYNE & SAVITS<br>1100 Connecticut Avenue, NW<br>Suite 600<br>Washington, DC 20036<br>202.296.4747<br>202.496.2800 (facsimile) | Kevin L. Keller (admitted *pro hac vice*)<br>Patrick D. Blake (admitted *pro hac vice*)<br>Wilcox & Savage<br>One Commercial Place<br>Suite 1800<br>Norfolk, VA 23510<br>757.628.5564<br>757.628.5566 (facsimile) |