# DAWKINS v. TULLY DEPOSITION SCHEDULE

| Date & Time | Deponent | Location |
|---|---|---|
| 9/5/07, 10:00 a.m. | Plaintiff Hunter Dawkins | Regan Zambri & Long (RZL) |
| 9/24/07, 2:00 p.m. | John Peranich (Plt's employer) | RZL |
| 9/25/07, 2:00 p.m. | Richard Filson, Ph.D. (Plt's psych expert) | RZL |
| 10/2/07, 1:00 p.m. (by phone-602-954-0400) | John Kearns (Def annuity expert) | RZL |
| 10/16/07, 10:00 a.m. | Sharon Reavis, R.N. (Plt's nurse lifecare planner) | 11520 Nuckols Rd, #101 Glen Allen, VA 23059 804-747-4316 |
| 10/16/07, 2:00 p.m. | Peder Melberg (Plt's voc rehab expert) | 11520 Nuckols Rd, #101 Glen Allen, VA 23059 |
| 10/29/07 2:00 p.m. cenral time | Kenny Bordes (witness) | Joseph Lavigne, Esq. Jones & Walker 201 St. Charles Ave. New Orleans, LA 504-582-8610 |
| 10/30/07 10:00 a.m. central time | James Irby, Ph.D. (Plt's treating psychologist) | 4500 I-55 North, Ste 234 Jackson, MS 601-982-8531 |
| 11/6/07, 11:00 a.m. | Joe Rose (Def voc rehab expert) | RZL |
| 11/7/07, 11:00 a.m. | Paul Fedio, Ph.D. (Def psych expert) | RZL |
| 11/8/07, 11:00 a.m. | Jerome Paige (Def economist) | RZL |
| 11/27/07, 1:00 p.m. | Mona Yudkoff (Def nurse lifecare planner) | Location to be determined |
| 11/29/07, 1:00 p.m. | Barry Gordon, M.D. (Def neurologist/neuropsych) | JHU - Baltimore, MD (Exact location will be provided) |