UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HUNTER DAWKINS, | : | |
| | : | Civil Action No: 1:05-cv-02226 |
| | : | |
| Plaintiff, | : | Judge Royce C. Lamberth |
| | : | |
| v. | : | |
| TULLY CONSTRUCTION CO., INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO EXTEND THE DISCOVERY DEADLINE

All parties, by and through undersigned counsel, and with the consent of all parties, respectfully request that the Court modify the schedule of depositions, to reflect the attached schedule[1], and extend the deadline for discovery.

As more fully set forth in the attached Memorandum of Points and Authorities, unforeseen developments have prevented counsel from completing discovery. Counsel have all agreed on a deposition schedule to be completed by December 21, 2007. Granting the relief requested will not delay trial, which is yet to be scheduled.

Respectfully submitted,
JORDAN COYNE & SAVITS, LLP

By: _____
James F. Jordan, Esq. #6569
D. Stephenson Schwinn, Esq., #358825
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
(202) 296-4747
*Attorneys for Defendant*
*Tully Construction Co., Inc.*

---

[1] Attached hereto as Attachment A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August 2007, a copy of the foregoing Consent Motion to Extend the Discovery Deadline, Memorandum of Points & Authorities, proposed Order was filed and served electronically to:

> Patrick M. Regan, Esquire
> Paul J. Cornoni, Esquire
> 1919 M Street, N.W.
> Suite 350
> Washington, D.C.  20036

_____
James F. Jordan

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HUNTER DAWKINS, | Civil Action No: 1:05-cv-02226 |
| Plaintiff, | Judge Royce C. Lamberth |
| v. | |
| TULLY CONSTRUCTION CO., INC. | |
| Defendant. | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND THE <u>DISCOVERY DEADLINE</u>

Under the current Scheduling Order, discovery is to be completed on or before August 15, 2007.

Due to calendaring difficulties and unforeseen developments, counsel have been unable to complete all discovery necessary to prepare the case for pre-trial and trial.

Due to the press of other litigation commitments, dates reserved for deposition had to be adjusted and cancelled. As a result of ongoing treatment, certain depositions were postponed and a revised life care plan was recently filed. Co-counsel for the defendants were admitted *pro hac vice* at the end of May. Several depositions previously scheduled were postponed due to the unavailability of new counsel for the defendant, Tully Construction, Inc.

2

Due to these developments, and the press of other matters requiring counsels' attention, it will be impossible to complete discovery before the scheduled deadline. After much consultation, all counsel have agreed upon a schedule of depositions that will conclude prior to December 21, 2007. The attached electronic mail messages[2] demonstrate the efforts all counsel have made to create an acceptable schedule. In addition, on July 19, 2007, counsel participated in an hour long telephone conference in order to agree upon an acceptable deposition schedule.

This matter is not scheduled for trial. Granting the relief requested would not delay trial.

WHEREFORE, the parties respectfully request that the Court modify the Scheduling Order to extend the deadline for discovery to December 21, 2007.

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP

By: /s/ James F. Jordan
James F. Jordan, Esq. #6569
D. Stephenson Schwinn, Esq., #358825
Joseph S. Ferretti, Esq., #485996
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
(202) 496-2801
*Attorneys for Defendant*
*Tully Construction Co., Inc.*

---

[2] Attached as Attachment B

3

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HUNTER DAWKINS, | : | Civil Action No: 1:05-cv-02226 |
| Plaintiff, | : | Judge Royce C. Lamberth |
| v. | : | |
| TULLY CONSTRUCTION CO., INC. | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Consent Motion To Extend the Discovery Deadline, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is, by the Court this ____ day of _____, 2007:

ORDERED that the Motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the Scheduling Order is amended as follows:

Discovery Closes          December 21, 2007


SO ORDERED.

Date:                     _____
                          Royce C. Lamberth
                          United States District Judge

Copies to be e-Served:

Patrick Regan, Esquire
Paul J. Cornoni, Esquire
*Attorneys for Plaintiff Hunter Dawkins*

James F. Jordan, Esquire
D. Stephenson Schwinn, Esquire
Kevin L. Keller, Esq.
Patrick Blake, Esq.
*Attorneys for Defendant Tully Construction Co., Inc.*

G:\CASES\DSS\Dawkins-Tully\PLEADINGS\Consent Motion to Extend Discovery Deadline.8.14.07 FINAL