**Robin Johnson**

**From:** Kurlantzick, Lisa [lkurlantzick@reganfirm.com]
**Sent:** Thursday, July 26, 2007 11:46 AM
**To:** James Jordan; Steve Schwinn; Robin Johnson; Keller, Kevin; Blake, Patrick D.; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** FW: Dawkins deposition schedule

Good morning everyone,

Pursuant to my conversation with Jim Jordan today, the following additional depositions, which will take place at our office, have now been scheduled:

11/6/07, 11:00 a.m. - Joe Rose (Defense vocational rehab expert)
11/8/07, 11:00 a.m. - Jerome Paige (Defense economist)

Please also note that Dr. Fedio's depo has been changed from 11/28/07 to 11/17/07 at 11:00 a.m. at our office.

Jim - Please confirm with Mr. Peranich that he will be deposed at our office on 9/24/07.

Attached is a chronological list of all depositions scheduled in this case.

Please let me know the exact locations for Dr. Gordon's depo and as soon as I find out where we would like to do Mona Yudkoff's depo, I will let you know. Thanks.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Wednesday, July 25, 2007 4:04 PM
**To:** James Jordan; 'Steve Schwinn'; Robin Johnson; Keller, Kevin; Blake, Patrick D.; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** FW: Dawkins deposition schedule

Pursuant to my conversation with Jim Jordan today, the 10/29/07 depo of Kenny Bordes will start at 2:00 p.m. *central time*.

Also, the following additional depositions have been scheduled:

9/24/07, 2:00 p.m. - John Peranich (Mr. Dawkins' employer)
10/2/07, 1:00 p.m. eastern time by phone - John Kearns (defense annuity expert)

Jim - Please let us know the exact location of Mr. Peranich's deposition as well as the exact location for Dr. Gordon's 11/29/07 depo. Thank you.

**DEFENDANT'S EXHIBIT B**

7/26/2007

Dawkins

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Tuesday, July 24, 2007 7:46 PM
**To:** 'James Jordan'; 'Steve Schwinn'; 'Robin Johnson'; Keller, Kevin; Blake, Patrick D.; Hartley, Kristin; Thomas, Jennifer
**Cc:** Regan, Patrick; Cornoni, Paul; Kerns, Ellen; Torres, Lilian
**Subject:** FW: Dawkins deposition schedule

Hi everyone,

This will confirm that the deposition of Kenny Bordes has now been scheduled for 10/29/07 at 2:00 p.m. Jim - I assume that is 2:00 central time, correct? The depo will be videotaped and will take place at the following location:

Office of Joseph Lavigne, Esquire
Jones & Walker
201 St. Charles Avenue
New Orleans, LA 70170-5100
(504) 582-8610

This deposition will take place the day before Dr. Irby's deposition in Jackson, Mississippi. According to Mapquest, it is a 3-hour drive from Jackson to New Orleans.

Jim - Thanks for taking care of this.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Tuesday, July 24, 2007 10:11 AM
**To:** James Jordan; 'Steve Schwinn'; Keller, Kevin; Blake, Patrick D.; Hartley, Kristin; Thomas, Jennifer
**Cc:** Regan, Patrick; Cornoni, Paul; Kerns, Ellen; Torres, Lilian
**Subject:** FW: Dawkins deposition schedule

Good morning,

Pursuant to my phone conversation with Jim Jordan this morning, this will confirm the following:

Dr. Filson's depo has been confirmed for 9/25/07 at 2:00 p.m. at our office.
Dr. Fedio's 11/28/07 depo will take place at our office starting at 10:00 a.m.
Dr. Gordon's depo has been confirmed for 11/29/07 starting at 1:00 p.m. at Johns Hopkins in Baltimore.
Jim or Steve - Please let me know the exact address, building and room number for this depo.

As stated in my e-mail yesterday, the depos of Sharon Reavis and Peder Melberg will take place on 10/16/07 at their office in Glen Allen, VA. Ms. Reavis's depo will start at 10:00 a.m. and Mr. Melberg's will

Dawkins

start at 2:00 p.m.

As also stated in a prior e-mail, Dr. Irby's de bene esse trial depo will take place at his office located at 4500 I-55 North, Suite 234, Jackson, Mississippi on 10/30/07 starting at 10:00 a.m. central time (11:00 a.m. eastern time). We will be attending in person & it's my understanding that either Jim Jordan or Steve Schwinn will also attend in person and arrange for a videographer as well as a court reporter. Kevin/Patrick - If you are not attending in person, please make arrangements to attend remotely.

As also stated in a prior e-mail, the depo of Mona Yudkoff will take place on 11/27/07 starting at 1:00 p.m. I will let you know if we will want Ms. Yudkoff to come to DC, if we will go to PA, if we will attend by phone or by video teleconference.

Thank you.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Monday, July 23, 2007 4:47 PM
**To:** James Jordan
**Cc:** Regan, Patrick; Cornoni, Paul; Blake, Patrick D.; 'Steve Schwinn'; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer; Kerns, Ellen; Torres, Lilian
**Subject:** RE: Dawkins deposition schedule

Pursuant to your voicemail message, this will confirm that Dr. Paul Fedio's depo will take place on 11/28/07 at 10:00 a.m. Please let me know where this depo will take place and I'll send out a depo notice.

This will also confirm that you have a call in to Dr. Gordon & hope to schedule his depo for 11/29/07. Once you reach him, please let me know the time and location for his. Thanks.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Steve Schwinn [mailto:s.schwinn@jocs-law.com]
**Sent:** Monday, July 23, 2007 3:46 PM
**To:** Kurlantzick, Lisa; Keller, Kevin
**Cc:** James Jordan; Regan, Patrick; Cornoni, Paul; Blake, Patrick D.
**Subject:** RE: Dawkins deposition schedule

thanks for your help

-----Original Message-----
**From:** Kurlantzick, Lisa [mailto:lkurlantzick@reganfirm.com]
**Sent:** Monday, July 23, 2007 3:09 PM
**To:** Steve Schwinn; Keller, Kevin
**Cc:** James Jordan; Regan, Patrick; Cornoni, Paul; Blake, Patrick D.
**Subject:** RE: Dawkins deposition schedule

Hallelujah. Sharon Reavis would like to start her depo at 10 am & Peder Melberg would like to start his at 2 pm. The depos will be at their office in Glen Allen, VA.

I'm just waiting to hear back from Dr. Filson, but I assume 9/25 is still fine for him.

Lisa

---

**From:** Steve Schwinn [mailto:s.schwinn@jocs-law.com]
**Sent:** Monday, July 23, 2007 2:17 PM
**To:** Keller, Kevin; Kurlantzick, Lisa
**Cc:** James Jordan; Regan, Patrick; Cornoni, Paul; Blake, Patrick D.
**Subject:** RE: Dawkins deposition schedule

thanks.
filson 9/25 at 2
reavis and melberg 10/16 at 10 and 2
we will issue the notices and get back to you with dates for the rest of the defense experts.

-----Original Message-----
**From:** Kurlantzick, Lisa [mailto:lkurlantzick@reganfirm.com]
**Sent:** Monday, July 23, 2007 2:10 PM
**To:** Keller, Kevin
**Cc:** Steve Schwinn; Blake, Patrick D.; Cornoni, Paul; Regan, Patrick
**Subject:** RE: Dawkins deposition schedule

Thanks Kevin.

Jim/Steve - Can one of you do or get coverage for Dr. Filson on 9/18 or 9/25? And can one of you do or get coverage on 10/15 or 10/16 for Reavis & Melberg? If so, we can schedule these right now.

Lisa

---

**From:** Keller, Kevin [mailto:kkeller@wilsav.com]
**Sent:** Monday, July 23, 2007 1:59 PM
**To:** Kurlantzick, Lisa
**Cc:** Steve Schwinn; Blake, Patrick D.
**Subject:** RE: Dawkins deposition schedule

Fine for 9-18 and 25 for Filson, and for 10-15 and 16 for Reavis and Melberg

---

**From:** Kurlantzick, Lisa [mailto:lkurlantzick@reganfirm.com]
**Sent:** Monday, July 23, 2007 1:37 PM
**To:** Steve Schwinn; James Jordan; Blake, Patrick D.; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** RE: Dawkins deposition schedule

As stated in my 7/20/07 e-mail below, Dr. Filson and our office are also available on 9/7, 9/18 & 9/25. If Kevin Keller can get coverage for one of those dates, then we can do it then. If not, I'll try again to get more dates from him prior to 11/27/07.

7/26/2007

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Steve Schwinn [mailto:s.schwinn@jocs-law.com]
**Sent:** Monday, July 23, 2007 1:29 PM
**To:** Kurlantzick, Lisa; James Jordan; Blake, Patrick D.; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** RE: Dawkins deposition schedule

is there no earlier date? we hoped to have his transcript before deposing fedio and gordon. i am still waiting to hear if kevin keller can get coverage for 9/7 or 25.

> -----Original Message-----
> **From:** Kurlantzick, Lisa [mailto:lkurlantzick@reganfirm.com]
> **Sent:** Monday, July 23, 2007 12:36 PM
> **To:** Steve Schwinn; James Jordan; Blake, Patrick D.; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer
> **Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
> **Subject:** FW: Dawkins deposition schedule
>
> Hi everyone,
>
> I just heard back from Dr. Filson. He's available on 11/27 for his depo. Please let me know right away if this will work for everyone & what time (starting at 10:00 a.m. or after) you would like to start.
>
> Lisa Kurlantzick
> Legal Assistant to Patrick M. Regan
> (202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Monday, July 23, 2007 11:39 AM
**To:** 'Steve Schwinn'; James Jordan; Blake, Patrick D.; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** RE: Dawkins deposition schedule

Thanks Steve. Per my conversation with Jim Jordan this morning, I understand that all of the lawyers are available in November on the following dates: 11/5, 11/6, 11/7, 11/8, 11/9, 11/26, 11/27, 11/28 & 11/29. I would ask that someone from each of the law firms respond & let me know. Since none of the September or October dates work for the depos of Sharon Reavis, Peder Melberg & Dr. Filson, I have e-mailed them to see if they are available on any of these November dates. I'll let you know as soon as I hear back from them.

This will confirm that Steve Schwinn or Jim Jordan will go to Mississippi for Dr. Irby's depo on 10/30/07, that this depo will be a de bene esse depo for use at trial, and that you will arrange to have it videotaped. If the lawyer from

Wilson Savage is not attending this depo in person, Wilson Savage should make arrangements to do it by phone or however you plan to do it.

This will also confirm that we have scheduled defense expert Mona Yudkoff's depo for 11/27/07 at 1:00 p.m. I am waiting to hear back from Pat and/or Paul as to whether we will be taking this depo in person in DC or PA or whether we will do it by phone or video teleconference. As soon as I know, I will let you know and send out a depo notice.

I'm pretty sure Hunter Dawkins will be available for his depo on 9/5/07, but I've left him a message for him to call me to confirm that date.

Please let me know the availability of Paul Kearns, Kenny Bordes and Stephen Peranich. Thanks everyone.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Steve Schwinn [mailto:s.schwinn@jocs-law.com]
**Sent:** Monday, July 23, 2007 11:21 AM
**To:** Kurlantzick, Lisa; James Jordan; Blake, Patrick D.; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** RE: Dawkins deposition schedule

i have called kevin keller to see if he can cover any of these dates. meanwhile, i understand you are checking november availability of these three experts. thank you.

-----Original Message-----
**From:** Kurlantzick, Lisa [mailto:lkurlantzick@reganfirm.com]
**Sent:** Friday, July 20, 2007 11:41 AM
**To:** Steve Schwinn; James Jordan; Blake, Patrick D.; Keller, Kevin; Hartley, Kristin; Thomas, Jennifer
**Cc:** Cornoni, Paul; Regan, Patrick; Kerns, Ellen; Torres, Lilian
**Subject:** FW: Dawkins deposition schedule

Hi everyone,

Our office and Dr. Filson are available for deposition on the following dates. Please let me know which of these dates work for all of you as his schedule gets filled up fast.

9/7/07, 10 am - 5 pm
9/18/07, 1 pm - 4 pm
9/25/07, 10 am - 5 pm

Please also let me know if you are all available on 10/15/07 or 10/16/07 for Sharon Reavis & Peder Melberg.

Thanks.

7/26/2007

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Thursday, July 19, 2007 2:08 PM
**To:** 'Steve Schwinn'; 'James Jordan'; 'Blake, Patrick D.'; 'Keller, Kevin'; 'Hartley, Kristin'; 'Thomas, Jennifer'
**Cc:** Cornoni, Paul; Kerns, Ellen; Torres, Lilian; Regan, Patrick
**Subject:** RE: Dawkins deposition schedule

I just heard back from Sharon Reavis and Peder Melberg. They are available, along with our office, on 10/15 and 10/16/07. Please let me know if you are all available or if you can find coverage. These will be done at their office in Glen Allen, VA. Thanks.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Thursday, July 19, 2007 1:19 PM
**To:** 'Steve Schwinn'; 'James Jordan'; 'Blake, Patrick D.'; 'Keller, Kevin'; 'Hartley, Kristin'
**Cc:** Cornoni, Paul; Kerns, Ellen; Torres, Lilian; Regan, Patrick
**Subject:** RE: Dawkins deposition schedule

Please note that Dr. Irby's depo will start at 10:00 a.m. central time (11:00 a.m. eastern time). If anyone is not attending in person and wants to do a video teleconference depo, it will have to be done at a facility near Dr. Irby's office (4500 I-55 North, Suite 234, Jackson, MS). If you want to do it just by phone, Dr. Irby does have a speaker phone. Please arrange for a court reporter and let me know if you will attend in person, by video teleconference or by phone. Dr. Irby's fee is $350/hour with a minimum of 2 hours.

I have asked Sharon Reavis & Peder Melberg to provide us with their availability in September and October. I am waiting to hear back from Dr. Filson as to whether he is available the afternoon of September 24th.

Thanks everyone.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Regan, Patrick
**Sent:** Thursday, July 19, 2007 12:56 PM
**To:** Steve Schwinn; James Jordan; Blake, Patrick D.
**Cc:** Cornoni, Paul; Kerns, Ellen; Torres, Lilian; Kurlantzick, Lisa

**Subject:** Dawkins deposition schedule

Steve, Jim, Patrick, Kevin:

We can now confirm Dr. Irby's deposition for October 30 starting at 10 am, presumably in his office. We have told his office that the deposition should be completed in 2 hours or less. If the location or time estimate is not accurate, please let us know immediately.

Sharon Reavis is not available on any of those days during the first week of October. I suggest that we have her office give us a few days that are good for both Melberg and Reavis and then we can see what works.

We should have further word shortly on the other depositions. Pat

Patrick M. Regan
REGAN ZAMBRI & LONG, PLLC
1919 M Street, NW
Suite 350
Washington, DC 20036
phone 202-822-1880
fax 202-463-0667
www.reganfirm.com
pregan@reganfirm.com

*THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE NAMED INDIVIDUAL(S) TO WHOM IT IS ADDRESSED. ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION BY ANYONE OTHER THAN THE INTENDED ADDRESSEE(S) IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, THEN PLEASE IMMEDIATELY NOTIFY THE SENDER. THANK YOU FOR YOUR COOPERATION.*

---

**From:** Steve Schwinn [mailto:s.schwinn@jocs-law.com]
**Sent:** Monday, July 16, 2007 2:19 PM
**To:** Kurlantzick, Lisa
**Cc:** Regan, Patrick; Cornoni, Paul; Kerns, Ellen; Torres, Lilian; Blake, Patrick D.; James Jordan
**Subject:** RE: Dawkins schedule

correct. we will notify the reporter and witnesses. we will call thursday to get new dates. thanks.

> -----Original Message-----
> **From:** Kurlantzick, Lisa [mailto:lkurlantzick@reganfirm.com]
> **Sent:** Monday, July 16, 2007 9:15 AM
> **To:** Steve Schwinn
> **Cc:** Regan, Patrick; Cornoni, Paul; Kerns, Ellen; Torres, Lilian; Blake, Patrick D.; James Jordan
> **Subject:** FW: Dawkins schedule

7/26/2007

Steve,

This will also confirm that all depositions scheduled for July in this case will be postponed due to the unavailability of excess counsel.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Kurlantzick, Lisa
**Sent:** Sunday, July 15, 2007 11:44 AM
**To:** 'Steve Schwinn'
**Cc:** Regan, Patrick; Cornoni, Paul; Kerns, Ellen; Torres, Lilian; Keller, Kevin; Blake, Patrick D.; James Jordan
**Subject:** RE: Dawkins schedule

Hi Steve,

Yes, both Pat & Paul are available on Thursday, July 19th at 10:00 a.m. for this conference call. Please call our office at that time. Thanks.

Lisa Kurlantzick
Legal Assistant to Patrick M. Regan
(202) 349-2813

---

**From:** Steve Schwinn [mailto:s.schwinn@jocs-law.com]
**Sent:** Friday, July 13, 2007 6:25 PM
**To:** Regan, Patrick; Cornoni, Paul; Kurlantzick, Lisa; kkeller@wilsav.com; pblake@wilsav.com; James Jordan
**Subject:** RE: Dawkins schedule

As it turns out, recent developments make it impossible for excess counsel to keep the proposed dates. If we are going to extend time once more anyway, we need to move everything. Can we discuss in a conference call with calendars at 10 on Thursday? Thank you.

This message is confidential, intended only for the named recipient(s) and contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 757-628-5500 and delete this message.

CIRCULAR 230 DISCLOSURE: This communication is not a tax opinion. Pursuant to Internal Revenue Service regulations, to the extent that this contains tax advice, it is not intended or written to be used by a taxpaye for the purpose of avoiding tax penalties that may be imposed on the taxpa

7/26/2007