## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS,                    :

       Plaintiff,                :

     v.                             :   Civil Action No.: 05-CV-2226 (RCL)

TULLY CONSTRUCTION CO., INC.,      :

       Defendant.                :

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the deposition of the following individual will be taken for the purpose of discovery and/or evidence in the above case, by oral examination before a notary public or anyone duly authorized to administer oath in due form of law at the offices of REGAN ZAMBRI & LONG, P.L.L.C., 1919 M Street, N.W., Suite 350, Washington, D.C. 20036-3521.

| NAME | DATE | TIME |
|------|------|------|
| Hunter Dawkins | September 5, 2007 | 10:00 a.m. |
| Stephen Paranich, or his designee | September 24, 2007 | 2:00 p.m. |

Said deposition is to commence at the above-stated date and time and will continue from day to day until completed.

The above individual is hereby notified to personally appear and attend at the time and place specified, and is requested to bring all documents indicated in Attachment A of the Subpoena.



DEFENDANT'S
EXHIBIT
C

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____

   D. Stephenson Schwinn, #358825
   James F. Jordan, #6569
   Joseph S. Ferretti, #485996
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC 20036
   (202) 296-4747
   Fax: (202) 496-2800

Counsel for Defendant,
   Tully Environmental Co., Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class and postage prepaid, this 26 day of July 2007 to:

> Patrick M. Regan, Esquire
> Regan Zambri & Long, P.L.L.C.
> 1919 M Street, NW
> Suite 350
> Washington, DC 20036-3521

> Kevin L. Keller, Esquire
> Patrick Blake, Esquire
> Willcox & Savage, P.C.
> One Commercial Place, Suite 1800
> Norfolk, Virginia 23510-2197

_____
D. Stephenson Schwinn

2

**ATTACHMENT A**

## DEFINITIONS AND INSTRUCTIONS

A.    The term "document" shall mean all writings, including the originals and all non-identical copies, and any other tangible thing in your custody, possession, or control, whether printed, recorded, produced by any mechanical, electronic, microfilm, photographic, or phonic means or process, or written or reduced by hand, including but not limited to: letters, reports, agreements, minutes of any meetings, communications, correspondence, newspapers, periodicals, internal memoranda, memoranda, permits, maps, surveys, diagrams, graphs, diaries, notes, forecasts, research materials, photographs, charts, plans, plats, opinions, appraisals, reports, summaries of interviews or conversations, indexes, or reports of consultants of any nature or kind whatsoever, and all mechanical or tape records, microfilm, or any other written or printed matter or tangible things upon which any words, phrases, or images are affixed.

B.    "All documents" means any and all documents in your possession, custody, or control, including documents in the possession, custody, or control of your insurance company, attorneys, investigators, agents, employees, officers, accountants, bankers, brokers, insurers, independent contractors, consultants, experts, or other representatives.

C.    In responding to this Subpoena, you are required to make a diligent search for all available sources of information within your actual and constructive

possession, custody, control, or care, and not merely such information known of your own personal knowledge.

D.    If any Document Request calls for documents which are not available to you or which is only partially available, please provide whatever information is available on the particular subject, including estimates and impressions, followed by a brief statement setting forth the reasons why complete information is presently unavailable and further stating what efforts were made and by whom to obtain all documents requested.

## DOCUMENTS TO BE PRODUCED

1.    Any and all personnel records and other employment records relating to employment of Hunter Dawkins, including, but not limited to, application, resume, performance reviews and evaluation reports, health and first aid records, workmen's compensation records, incident reports, illness and vacation records, all other leave records, salary, bonus and other compensation records and any other records pertaining to the employment and work performance of Hunter Dawkins.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Hunter Dawkins

**SUBPOENA IN A CIVIL CASE**

V.

Tully Construction Co., Inc.

Case Number:[1]  05-CV-2226 (RCL)

TO:  Stephen Paranich
Office of Congressman Gene Taylor
2269 Raeburn House Office Building
Washington, DC  20515-0001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    Law Offices of Regan Zambri & Long, P.L.L.C., 1919 M Street, N.W., Suite 350, Washington, DC  20036-3521 | DATE AND TIME 9/24/2007  2:00 pm |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Schedule of Documents.

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Atty. for Defendant | DATE 7/25/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Stephenson Schwinn, Esquire, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, Suite 600, Washington, DC 20036    (202) 496-2806

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS,                          :

       Plaintiff,                       :

  v.                                     :    **Civil Action No.: 05-CV-2226 (RCL)**

TULLY CONSTRUCTION CO., INC.,            :

       Defendant.                       :

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the deposition of the following individual will be taken for the purpose of discovery and/or evidence in the above case, by oral examination before a notary public or anyone duly authorized to administer oath in due form of law at the offices of REGAN ZAMBRI & LONG, P.L.L.C., 1919 M Street, N.W., Suite 350, Washington, D.C. 20036-3521.

| NAME | DATE | TIME |
|------|------|------|
| C. Richard Filson, Ed.D. | September 25, 2007 | 2:00 p.m. |

Said deposition is to commence at the above-stated date and time and will continue from day to day until completed.

The above individual is hereby notified to personally appear and attend at the time and place specified, and is requested to bring all documents indicated in Attachment A of the Subpoena.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____

D. Stephenson Schwinn, #358825
James F. Jordan, #6569
Joseph S. Ferretti, #485996
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 296-4747
Fax:  (202) 496-2800

Counsel for Defendant,
    Tully Environmental Co., Inc.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class and postage prepaid, this ___ day of July 2007 to:

Patrick M. Regan, Esquire
Regan Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, DC 20036-3521

Kevin L. Keller, Esquire
Patrick Blake, Esquire
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510-2197

_____
D. Stephenson Schwinn

2

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

Hunter Dawkins

V.

Tully Construction Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-CV-2226 (RCL)

TO:  C. Richard Filson, Ed.D.
4300 Montgomery Avenue
Suite 304A
Bethesda, MD  20814

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   Law Offices of Regan Zambri & Long, P.L.L.C., 1919 M Street, N.W., Washington, DC  20036-3521 | DATE AND TIME  9/25/2007  2:00 pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Schedule of Documents.

| PLACE | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)        Atty. for defendant | DATE  7/25/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Stephenson Schwinn, Esquire, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, Suite 600, Washington, DC 20036     (202) 496-2806

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE OF DOCUMENTS

A.    **ALL** records pertaining to medical treatment received by plaintiff from you and any other health care provider, and such other person as may be authorized by your own staff, including, but not limited to, the following records:

   a.    Hospital records, x-rays, x-ray reports, laboratory records and reports, all tests of any type, character, and reports thereof, doctors' notes, nurses' notes, statements of charges, and any and all of my records pertaining to hospitalization including history, condition, treatment, diagnosis, prognosis, etiology, and reports by social and/or psychiatric services.

   b.    Medical records, including patient's record cards, x-rays, x-ray readings and reports, laboratory records and reports, all tests of any type and character and reports thereof, statement of charges, and any and all of the records pertaining to medical care, history, condition, treatment, diagnosis, prognosis, etiology and any other part of my medical record that is not specifically identified above.

   c.    Mental Health/Psychiatric treatment and Drug and Alcohol treatment records

B.    All documents relating to expert opinions to be rendered in this matter including, but not limited to, materials provided in connection with the assignment, intake forms, reference materials, data compilations, working papers, notes of interviews and contacts, reports, drafts of reports and itemized statements of charges billed, and correspondence with the plaintiff or any of his legal representatives.

C.    The following documents relating to the service of the deponent as an expert witness: a complete statement of all opinions to be expressed on the basis and reasons therefore; data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary or support for the opinions; a statement of qualifications of the witness, including a list of all publications authored by the witness within the preceding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four (4) years.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS,                          :

     Plaintiff,                         :

     v.                                 :    Civil Action No.: 05-CV-2226 (RCL)

TULLY CONSTRUCTION CO., INC.,            :

     Defendant.                         :

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the depositions of the following individuals will be taken for the purpose of discovery and/or evidence in the above case, by oral examination before a notary public or anyone duly authorized to administer oath in due form of law at the offices of HEALTH INFORMATION RESOURCES, 11520 Nuckols Road, Suite 101, Concourse Commons, Glen Allen, Virginia 23059.

| NAME | DATE | TIME |
|------|------|------|
| Sharon Reavis, RN | October 16, 2007 | 10:00 a.m. |
| Peder K. Melberg, M.A. | October 16, 2007 | 2:00 p.m. |

Said depositions are to commence at the above-stated dates and times and will continue from day to day until completed.

The above individuals are hereby notified to personally appear and attend at the time and place specified, and is requested to bring all documents identified in Attachment A of the Subpoena.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____

D. Stephenson Schwinn, #358825
James F. Jordan, #6569
Joseph S. Ferretti, #485996
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 296-4747
Fax:  (202) 496-2800

Counsel for Defendant,
Tully Environmental Co., Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class and
postage prepaid, this ⎪⎭ day of July, 2007 to:

Patrick M. Regan, Esquire
Regan Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, DC 20036-3521

Kevin L. Keller, Esquire
Patrick Blake, Esquire
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510-2197

_____
D. Stephenson Schwinn

2

AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

Hunter Dawkins

V.

Tully Construction Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-CV-2226 (RCL)

TO:  Peder K. Melberg, M.A.
     Health Information Resources
     11520 Nuckols Road
     Suite 101, Concourse Commons
     Glen Allen, VA 23059

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    Health Information Resources, 11520 Nuckols Road, Suite 101, Concourse Commons, Glen Allen, VA  23059 | DATE AND TIME 10/16/2007  2:00 pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Schedule of Documents.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)        Atty. for Defendant | DATE 7/26/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Stephenson Schwinn, Esquire, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, Suite 600, Washington, DC 20036    (202) 496-2806

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE OF DOCUMENTS

A.    **ALL** records pertaining to medical treatment received by plaintiff from you and any other health care provider, and such other person as may be authorized by your own staff, including, but not limited to, the following records:

    a.    Hospital records, x-rays, x-ray reports, laboratory records and reports, all tests of any type, character, and reports thereof, doctors' notes, nurses' notes, statements of charges, and any and all of my records pertaining to hospitalization including history, condition, treatment, diagnosis, prognosis, etiology, and reports by social and/or psychiatric services.

    b.    Medical records, including patient's record cards, x-rays, x-ray readings and reports, laboratory records and reports, all tests of any type and character and reports thereof, statement of charges, and any and all of the records pertaining to medical care, history, condition, treatment, diagnosis, prognosis, etiology and any other part of my medical record that is not specifically identified above.

    c.    Mental Health/Psychiatric treatment and Drug and Alcohol treatment records

B.    All documents relating to expert opinions to be rendered in this matter including, but not limited to, materials provided in connection with the assignment, intake forms, reference materials, data compilations, working papers, notes of interviews and contacts, reports, drafts of reports and itemized statements of charges billed, and correspondence with the plaintiff or any of his legal representatives.

C.    The following documents relating to the service of the deponent as an expert witness: a complete statement of all opinions to be expressed on the basis and reasons therefore; data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary or support for the opinions; a statement of qualifications of the witness, including a list of all publications authored by the witness within the preceding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four (4) years.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

Hunter Dawkins

**SUBPOENA IN A CIVIL CASE**

V.

Tully Construction Co., Inc.

Case Number:[1]    05-CV-2226 (RCL)

TO:  Sharon Reavis, RN
Health Information Resources
11520 Nuckols Road
Suite 101, Concourse Commons
Glen Allen, VA 23059

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  Health Information Resources, 11520 Nuckols Road, Suite 101, Concourse Commons, Glen Allen, VA 23059 | DATE AND TIME  10/16/2007 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Schedule of Documents.

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    Atty. for Defendant | DATE  7/25/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Stephenson Schwinn, Esquire, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, Suite 600, Washington, DC 20036    (202) 496-2806

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE OF DOCUMENTS

A.    **ALL** records pertaining to medical treatment received by plaintiff from you and any other health care provider, and such other person as may be authorized by your own staff, including, but not limited to, the following records:

   a.    Hospital records, x-rays, x-ray reports, laboratory records and reports, all tests of any type, character, and reports thereof, doctors' notes, nurses' notes, statements of charges, and any and all of my records pertaining to hospitalization including history, condition, treatment, diagnosis, prognosis, etiology, and reports by social and/or psychiatric services.

   b.    Medical records, including patient's record cards, x-rays, x-ray readings and reports, laboratory records and reports, all tests of any type and character and reports thereof, statement of charges, and any and all of the records pertaining to medical care, history, condition, treatment, diagnosis, prognosis, etiology and any other part of my medical record that is not specifically identified above.

   c.    Mental Health/Psychiatric treatment and Drug and Alcohol treatment records

B.    All documents relating to expert opinions to be rendered in this matter including, but not limited to, materials provided in connection with the assignment, intake forms, reference materials, data compilations, working papers, notes of interviews and contacts, reports, drafts of reports and itemized statements of charges billed, and correspondence with the plaintiff or any of his legal representatives.

C.    The following documents relating to the service of the deponent as an expert witness: a complete statement of all opinions to be expressed on the basis and reasons therefore; data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary or support for the opinions; a statement of qualifications of the witness, including a list of all publications authored by the witness within the preceding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four (4) years.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS,                        :

      Plaintiff,                        :

   v.                                 :    Civil Action No.: 05-CV-2226 (RCL)

TULLY CONSTRUCTION CO., INC.,          :

     Defendant.                       :

## NOTICE OF VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that the deposition of the following individual will be taken for the purpose of discovery and separately on videotape for use as evidence in the above case, by oral examination before a notary public or anyone duly authorized to administer oath in due form of law at Jones & Walker, 201 St. Charles Avenue New Orleans, Louisiana 70170-5100, telephone: 504.582-8610.

| NAME | DATE | TIME |
|------|------|------|
| Kenneth Bordes | October 29, 2007 | 2:00 p.m. Central |

Said depositions are to commence at the above-stated date and time and will continue until completed.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
   D. Stephenson Schwinn, #358825
   James F. Jordan, #6569

Joseph S. Ferretti, #485996
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 296-4747
Fax:  (202) 496-2800

Counsel for Defendant,
    Tully Environmental Co., Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class and

postage prepaid, this 26 day of July, 2007 to:

Patrick M. Regan, Esquire
Regan Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, DC 20036-3521

Kevin L. Keller, Esquire
Patrick Blake, Esquire
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510-2197

Richard A. Bussey, Esquire
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

Joseph Lavigne, Esquire
Jones & Walker
201 St. Charles Avenue
New Orleans, LA 70170-5100

_____
    D. Stephenson Schwinn

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS,                              :

      Plaintiff,                          :

    v.                                     :    Civil Action No.: 05-CV-2226 (RCL)

TULLY CONSTRUCTION CO., INC.,               :

      Defendant.                          :

## NOTICE OF VIDEOTAPED DE BENE ESSE DEPOSITION

PLEASE TAKE NOTICE that the deposition of the following individual will be taken for the purpose of discovery and separately on videotape for use as evidence in the above case, by oral examination before a notary public or anyone duly authorized to administer oath in due form of law at the office of James W. Irby, Jr., Ph.D., 4500 Interstate 55 North, Suite 234, Jackson, Mississippi 39211.

| NAME | DATE | TIME |
|------|------|------|
| James Irby, Jr., Ph.D. | October 30, 2007 | 10:00 a.m. Central |

Said depositions are to commence at the above-stated date and time and will continue until completed.

The above individual is hereby notified to personally appear and attend at the time and place specified, and is requested to bring all documents identified in Attachment A of the Subpoena.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____

D. Stephenson Schwinn, #358825
James F. Jordan, #6569
Joseph S. Ferretti, #485996
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 296-4747
Fax:  (202) 496-2800

Counsel for Defendant,
    Tully Environmental Co., Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class and postage prepaid, this ___ day of July, 2007 to:

Patrick M. Regan, Esquire
Regan Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, DC 20036-3521

Kevin L. Keller, Esquire
Patrick Blake, Esquire
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510-2197

_____
D. Stephenson Schwinn

2

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Hunter Dawkins

V.

Tully Construction Co., Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-CV-2226 (RCL)

TO:  James W. Irby, Jr., Ph.D.
4500 Interstate 55 North, Suite 234
Jackson, MS  39211

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  4500 Interstate 55 North, Suite 234, Jackson, MS  39211 | DATE AND TIME  10/30/2007 10:00 am |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Schedule of Documents.

| PLACE | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  Atty. for Defendant | DATE  7/26/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Stephenson Schwinn, Esquire, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, Suite 600, Washington, DC 20036    (202) 496-2806

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE OF DOCUMENTS

A.    **ALL** records pertaining to medical treatment received by plaintiff from you and any other health care provider, and such other person as may be authorized by your own staff, including, but not limited to, the following records:

    a.    Hospital records, x-rays, x-ray reports, laboratory records and reports, all tests of any type, character, and reports thereof, doctors' notes, nurses' notes, statements of charges, and any and all of my records pertaining to hospitalization including history, condition, treatment, diagnosis, prognosis, etiology, and reports by social and/or psychiatric services.

    b.    Medical records, including patient's record cards, x-rays, x-ray readings and reports, laboratory records and reports, all tests of any type and character and reports thereof, statement of charges, and any and all of the records pertaining to medical care, history, condition, treatment, diagnosis, prognosis, etiology and any other part of my medical record that is not specifically identified above.

    c.    Mental Health/Psychiatric treatment and Drug and Alcohol treatment records

B.    All documents relating to expert opinions to be rendered in this matter including, but not limited to, materials provided in connection with the assignment, intake forms, reference materials, data compilations, working papers, notes of interviews and contacts, reports, drafts of reports and itemized statements of charges billed, and correspondence with the plaintiff or any of his legal representatives.

C.    The following documents relating to the service of the deponent as an expert witness: a complete statement of all opinions to be expressed on the basis and reasons therefore; data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary or support for the opinions; a statement of qualifications of the witness, including a list of all publications authored by the witness within the preceding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four (4) years.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS,                          :

        Plaintiff,                 :

   v.                                    :    **Civil Action No.: 05-CV-2226 (RCL)**

TULLY CONSTRUCTION CO., INC.,            :

        Defendant.                 :

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the depositions of the following individuals will be taken for the purpose of discovery and/or evidence in the above case, by oral examination before a notary public or anyone duly authorized to administer oath in due form of law at the offices of HEALTH INFORMATION RESOURCES, 11520 Nuckols Road, Suite 101, Concourse Commons, Glen Allen, Virginia 23059.

| NAME | DATE | TIME |
|------|------|------|
| Sharon Reavis, RN | October 16, 2007 | 10:00 a.m. |
| Peder K. Melberg, M.A. | October 16, 2007 | 2:00 p.m. |

Said depositions are to commence at the above-stated dates and times and will continue from day to day until completed.

The above individuals are hereby notified to personally appear and attend at the time and place specified, and is requested to bring all documents identified in Attachment A of the Subpoena.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**


By: _____/S/_____

D. Stephenson Schwinn, #358825
James F. Jordan, #6569
Joseph S. Ferretti, #485996
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 296-4747
Fax:  (202) 496-2800

Counsel for Defendant,
    Tully Environmental Co., Inc.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed, first class and postage prepaid, this    day of July, 2007 to:

Patrick M. Regan, Esquire
Regan Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, DC 20036-3521

Kevin L. Keller, Esquire
Patrick Blake, Esquire
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510-2197


_____/S/_____
D. Stephenson Schwinn

2