UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TULLY CONSTRUCTION CO., INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2226 (RCL) |

## ORDER

Upon consideration of the Consent Motion [30] to Extend the Discovery Deadline, and it appearing to the Court that the granting of this motion is in the interest of justice, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the Scheduling Order is amended as follows:

Discovery Closes          December 21, 2007

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.