UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS,** | : |
| **Plaintiff,** | : |
| v. | :   **Civil Action No.: 05-CV-2226 (RCL)** |
| **TULLY CONSTRUCTION CO., INC.,** | : |
| **Defendant.** | : |

### NOTICE TO WITHDRAW APPEARANCE OF COUNSEL

The Clerk of this Honorable Court will please withdraw the appearance of Joseph S. Ferretti of Jordan Coyne & Savits, L.L.P. as co-counsel for Defendant Tully Construction Co., Inc., in the above-captioned matter.   D. Stephenson Schwinn and James F. Jordan of Jordan Coyne & Savits, L.L.P. will remain as co-counsel for Defendant Tully Construction Co., Inc.

Dated:  October 17, 2007  .

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By:           /s/
   Joseph S. Ferretti, #485996
   D. Stephenson Schwinn, #358825
   James F. Jordan, #6569
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC  20036
   (202) 296-4747
   Fax:  (202) 496-2800

Counsel for Defendant

Counsel for Defendant