UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

HUNTER DAWKINS, :

    Plaintiff, : Civil Action No: 1:05-cv-02226

v. : Judge Royce C. Lamberth

TULLY CONSTRUCTION CO., INC. :

    Defendant. :

## MOTION FOR PRO HAC VICE ADMISSION
## OF BRIAN LOWN

Defendant, Tully Construction Company, by undersigned counsel, hereby moves to admit Brian Lown, *pro hac vice* as co-counsel for the Defendant. In support of this motion, the undersigned attorney states as follows:

1.    That the undersigned attorney, James F. Jordan, is a member in good standing of the United States District Court for the District of Columbia (bar No. 6569). The undersigned attorney at all times will be prepared to go forward with this matter.

2.    That the firm name and address of Brian Lown is Willcox & Savage, One Commercial Place, Suite 1800, Norfolk, Virginia 23510. Mr. Lown's telephone number is (757) 628-5500.

3.    That Brian Lown is a member in good standing of the following courts:

    A.    Supreme Court of Virginia

    B.    U. S. District Court, Eastern District of Virginia

    C.    U. S. District Court, Western District of Virginia

    D.    U. S. Court of Appeals, Fourth Circuit

I-786554.1

4.  That Mr. Lown has never been disciplined, suspended or disbarred from any court or tribunal.

5.  That Mr. Lown has not been admitted *pro hac vice* in this Court within the last two years.

6.  That the undersigned attorney sponsors Mr. Lown and certifies as to his good character and reputation and moves the Court for his admission *pro hac vice* as attorney for defendants.

7.  That all affected parties have consented to the relief sought in this Motion.

Date: 11/8/07

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP

By: /s/ James F. Jordan
James F. Jordan #6569
D. Stephenson Schwinn #358825
1100 Connecticut Ave., N.W., Suite 600
Washington, DC 20036
Phone: (202) 496-2801
*Counsel for Defendant, Tully Construction Co., Inc.*

I-786554.1

## CERTIFICATE OF SERVICE

I hereby certify that on the ___8___ day of ___November___, 2007, a copy of the foregoing Motion *Pro Hac Vice* of Brian Lown was efiled and mailed postage-prepaid to:

Patrick M. Regan, Esquire
1919 M Street, N.W., Suite 350
Washington, D.C. 20036

_____
James F. Jordan



# U. S. DISTRICT COURT
## Western District of Virginia
Office of the Clerk
210 Franklin Road, SW
Roanoke, Virginia  24006

*John F. Corcoran*  
*Clerk of Court*

*Voice: 540/857-5100*  
*Facsimile: 540/847-5110*

March 8, 2004

Brian W. Lown, Esq.
WILLCOX & SAVAGE
Suite 1800, Commercial Place
Norfolk, VA 23510

Dear Mr. Lown:

 Your Certificate of Good Standing from the Eastern District of Virginia was received on February 27, 2004.  Please be advised that you were admitted to the Western District of Virginia as of that date.  Please be advised that our court does not provide a certificate for this type of admission.

 If we can be of further assistance, feel free to give us a call.

Sincerely,

Melissa Z. Crutchfield
Data Quality Analyst

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia H. Krueger, Clerk of the Supreme Court of Virginia, do hereby certify that

BRIAN WAYNE LOWN

was admitted to practice as an attorney and counsellor at the bar of this Court on November 6, 1990.

I further certify that so far as the records of this office are concerned, BRIAN WAYNE LOWN is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 20th day of August
A.D. 2004

By: _Shaun R. G._
Deputy Clerk