## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                  )

**HUNTER DAWKINS**             )
                                  )

     **Plaintiff,**            )
                                  )

     **v.**                    )       **Civil Action No. 05-2226 (RCL)**
                                  )

**TULLY CONSTRUCTION CO.,** )
**INC.**                     )
                                  )

     **Defendant.**          )
_____)

## ORDER

Upon consideration of the Motion [33] for Permission to Appear *pro hac vice* brought by James F. Jordan, a member of the Bar of this Court, seeking an Order to permit Brian Lown to appear in this matter pursuant to Local Civil Rule 83.2(d), it is hereby

ORDERED, that the Motion for Permission to Appear *pro hac vice* is GRANTED, and it is further

ORDERED, that Brian Lown is hereby permitted to appear in this matter *pro hac vice*.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, November 9, 2007.