UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HUNTER DAWKINS, | : |
| | : Civil Action No: 1:05-cv-02226 |
| Plaintiff, | : Judge Royce C. Lamberth |
| v. | : |
| TULLY CONSTRUCTION CO., INC. | : |
| Defendant. | : |

### CONSENT MOTION TO EXTEND THE DISCOVERY DEADLINE

All parties, by and through undersigned counsel, and with the consent of all parties, respectfully request that the Court modify the schedule for discovery now in effect and extend the deadline for very limited discovery consisting of approximately 2 depositions.

As more fully set forth in the attached Memorandum of Points and Authorities, unforeseen developments have prevented counsel from completing the remaining two depositions. Counsel have all agreed on the deposition schedule to be completed by February 21, 2008. Granting the relief requested will not delay trial, which is yet to be scheduled.

Respectfully submitted,
JORDAN COYNE & SAVITS, LLP

By: _____
James F. Jordan, Esquire #6569
D. Stephenson Schwinn, Esquire, #358825
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
(202) 296-4747

*Attorneys for Defendant*
*Tully Construction Co., Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of December, 2007, a copy of the foregoing Consent Motion to Extend the Discovery Deadline, Memorandum of Points & Authorities, proposed Order was filed and served electronically to:

    Patrick M. Regan, Esquire
    Paul J. Cornoni, Esquire
    1919 M Street, N.W.
    Suite 350
    Washington, D.C. 20036

    Patrick D. Blake, Esquire
    Kevin L. Keller, Esquire
    Brian Lown, Esquire
    Gary Bryant, Esquire
    Willcox & Savage, P.C.
    1800 Bank of America Center
    One Commercial Place
    Norfolk, VA 23510-2197

_____
James F. Jordan

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HUNTER DAWKINS, | : | |
| | : | Civil Action No: 1:05-cv-02226 |
| | : | |
| Plaintiff, | : | Judge Royce C. Lamberth |
| | : | |
| v. | : | |
| TULLY CONSTRUCTION CO., INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |

MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND THE
<u>DISCOVERY DEADLINE</u>

Under the current Scheduling Order, discovery is to be completed on or before December 21, 2007.

All discovery has been completed except for two depositions of experts, which have not yet been completed as described below. Counsel have been unable to complete all discovery necessary to prepare the case for Pre-Trial and Trial.

The deposition of Dr. Barry Gordon, whose deposition was scheduled to be taken on November 29, 2007 in Baltimore, Maryland, had to be cancelled as Dr. Gordon's wife had a medical emergency which required an immediate operation, on November 29, 2007.

Dr. Gordon's deposition has been rescheduled for January 22, 2008.

2

Mr. Michael A. Sutton, PE, of Accident Research Specialist, PLLC's deposition was tentatively scheduled for the December 17, 2007, but could not be completed due to scheduling conflicts.

Mr. Michael A. Sutton, P.E.,'s deposition has been rescheduled for January 7, 2008 in Cary, North Carolina.

The attorneys in this case have taken numerous depositions including the parties. Two additional depositions have been scheduled for December 20, 2007.

As mentioned above, this matter is not scheduled for Pre-Trial or Trial. Granting the relief requested, would not delay the Trial.

WHEREFORE, the parties respectfully request that the Court modify the Scheduling Order to extend the deadline for discovery to February 21, 2008.

Respectfully submitted,

JORDAN COYNE & SAVITS, LLP

By: /s/ James F. Jordan
James F. Jordan, Esquire #6569
D. Stephenson Schwinn, Esquire, #358825
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036
(202) 496-2801
*Attorneys for Defendant*
*Tully Construction Co., Inc.*

3

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| HUNTER DAWKINS, | : | |
| | : | Civil Action No: 1:05-cv-02226 |
| | : | |
| Plaintiff, | : | Judge Royce C. Lamberth |
| | : | |
| v. | : | |
| | : | |
| TULLY CONSTRUCTION CO., INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Consent Motion To Extend the Discovery Deadline, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is, by the Court this ____ day of _____, 2007:

ORDERED that the Motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the Scheduling Order is amended as follows:

Discovery Closes          February 21, 2008

SO ORDERED.

Date:                          _____
                               Royce C. Lamberth
                               United States District Judge

Copies to be e-Served:

Patrick Regan, Esquire
Paul J. Cornoni, Esquire
*Attorneys for Plaintiff Hunter Dawkins*

James F. Jordan, Esquire
D. Stephenson Schwinn, Esquire
Kevin L. Keller, Esquire
Patrick Blake, Esquire
Gary Bryant, Esquire
*Attorneys for Defendant Tully Construction Co., Inc.*

G:\CASES\Jfj\Tully-Zurich (JFJ)\Dawkins JFJ\PLEADINGS\Consent Motion to Extend Discovery Deadline.12.05.wpd

2