UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS** )<br>)<br>　Plaintiff, )<br>)<br>　v. )<br>)<br>**TULLY CONSTRUCTION CO.,** )<br>**INC.** )<br>)<br>　Defendant. )<br>) | Civil Action No. 05-2226 (RCL) |

## ORDER

Upon consideration of the Motion [35] to Extend the Discovery Deadline, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is hereby

ORDERED, that the Motion is GRANTED; it is further hereby

ORDERED that the Scheduling Order is amended as follows: Discovery is to close on February 21, 2008.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, December 20, 2007.