# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUNTER DAWKINS** | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 05-2226 (RCL) |
| **TULLY CONSTRUCTION CO., INC.** | : | |
| Defendant. | : | |

## JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT

The parties, by and through respective undersigned counsel, hereby respectfully request that the Court approve the confidential settlement agreed to by the parties. Although the Court's approval is not required under the law, the Defendant has requested this Court's approval as a condition of the settlement agreement.

In further support of the motion, parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

                                        Respectfully submitted,

*/s/ James F. Jordan*                    */s/ Patrick M. Regan*

James F. Jordan                          Patrick M. Regan    #336107
D. Stephenson Schwinn, Esquire           Pregan@reganfirm.com
Jordan, Coyne & Savits, LLP              Paul Cornoni          #489398
1100 Connecticut Ave., NW, Ste 600       PCornoni@reganfirm.com
Washington, DC 20036                     1919 M Street, NW, Suite 350
                                         Washington, DC 20036

*/s/ Kevin L. Keller*

Kevin L. Keller
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion for Approval of Confidential Settlement, Memorandum of Points and Authorities in support thereof and proposed Order was filed via ECF this 1st day of May, 2008 with service to the following:

>James F. Jordan, Esquire
>D. Stephenson Schwinn, Esquire
>Jordan, Coyne & Savits, LLP
>1100 Connecticut Avenue, NW, Suite 600
>Washington, DC  20036
>Counsel for Defendant
>
>Kevin L. Keller, Esquire
>Willcox & Savage, P.C.
>One Commercial Place, Suite 1800
>Norfolk, Virginia  23510
>Counsel for Defendant

>*/s/ Patrick M. Regan*
>Patrick M. Regan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HUNTER DAWKINS** | : | |
|     **Plaintiff** | : | |
|     v. | : | Civil Action No. 05-2226 (RCL) |
| **TULLY CONSTRUCTION CO., INC.** | : | |
|     **Defendant.** | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT**
**MOTION FOR APPROVAL OF CONFIDENTIAL**
**SETTLEMENT AGREEMENT**

1. This case arises from an automobile collision which took place on April 16, 2005. The parties diligently pursued discovery in this case, which recently ended.

2. On April 23, 2008, the parties attended a private mediation with Judge Robert L. Harris, former Chief Judge of the Judicial Circuit Court of the City of Richmond. The Plaintiff and his mother, Mississippi State Senator, Deborah Dawkins, were present at this mediation and were represented by undersigned counsel.

3. The parties reached a settlement of this matter during this mediation. Although the Court's approval is not required under the law, the Defendant has requested this Court's approval as a condition of the settlement agreement. Plaintiff is a competent adult who lives independently.

4. Plaintiff has agreed to dismiss his case with prejudice in exchange for a confidential monetary payment, which is reflected in the settlement release. The settlement release has been faxed to the Court under separate cover. The parties have

attached additional documents for the Court's review, including, Plaintiff's post-graduate record at The George Washington University as well as a medical evaluation of Plaintiff performed by Dr. Paul Fedio.

5. Plaintiff Hunter Dawkins and his mother will be present before the Court at the settlement approval hearing scheduled for May 2, 2008 at 2:00 p.m.

In light of the foregoing and any evidence presented at the settlement approval hearing, the Parties respectfully request that the Court enter the attached Order.

Respectfully submitted,

| /s/ *James F. Jordan* | /s/ *Patrick M. Regan* |
|---|---|
| James F. Jordan | Patrick M. Regan     #336107 |
| D. Stephenson Schwinn, Esquire | Pregan@reganfirm.com |
| Jordan, Coyne & Savits, LLP | Paul Cornoni         #489398 |
| 1100 Connecticut Ave., NW, Ste 600 | PCornoni@reganfirm.com |
| Washington, DC 20036 | 1919 M Street, NW, Suite 350 |
| | Washington, DC 20036 |

/s/ *Kevin L. Keller*

Kevin L. Keller
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUNTER DAWKINS** | : |
|     **Plaintiff** | : |
|     v. | :    **Civil Action No. 05-2226 (RCL)** |
| **TULLY CONSTRUCTION CO., INC.** | : |
|     **Defendant.** | : |

## ORDER

Upon consideration of the Joint Motion For Approval of Confidential Settlement, and after hearing from counsel for the parties at the time of the settlement approval hearing held before this Court on the May 2, 2008, and after having an opportunity to hear from Plaintiff Hunter Dawkins and his mother, Deborah Dawkins, and after reviewing the settlement release *in camera*, is of the opinion that the settlement represents a fair and appropriate resolution of this claim, and it is therefore this _____ day of _____, 2008;

    ORDERED that the settlement be, and the same hereby is, approved.

 

_____
Judge Royce C. Lamberth
United States District Court

cc:    Patrick M. Regan, Esquire
       pregan@reganfirm.com
       Paul Cornoni, Esquire
       pcornoni@reganfirm.com
       Regan Zambri & Long
       1919 M Street, N.W., Suite 350
       Washington, D.C. 20036

- 2 -

cc:    James F. Jordan, Esquire
j.jordan@jocs-law.com
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, DC  20036

Kevin L. Keller, Esquire
kkeller@wilsav.com
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia   23510