

THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

July 26, 2007

D. Stephenson Schwinn
Jordan Coyne & Savits
1100 Connecticut Ave. NW
Suite 600
Washington, Dc 20036

     Re:   Dawkins v. Tully Construction Company

Dear Mr. Cooper:

     Enclosed please find The George Washington University's files regarding the above-referenced matter.  The files were requested through a subpoena served on May 11, 2007.  Please feel free to contact Linda Schutjer at 202-994-6503 with any questions or comments.

               Sincerely,

               Leslie Hamilton
               Executive Aide

Enclosures

# THE GEORGE WASHINGTON UNIVERSITY
### WASHINGTON DC

OFFICE OF THE REGISTRAR

```
SSN     : 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
GWid    : G38720977
Date of Birth: 18-MAR                        Date Issued:  28-JUN-2007

Record of: Hunter Grady Dawkins                Page: 1

Student Level: Graduate        Issued To:  Jordan Coyne & Savits
Admit Term: Fall 2006                       1100 Connecticut Ave NW
                                            Suite 600
Current College(s):Coll of Professional Studies   Washington, DC  20036
Current Major(s): Legislative Affairs

SUBJ NO   COURSE TITLE            CRDT GRD PTS
...............................................

GEORGE WASHINGTON UNIVERSITY CREDIT:

Fall 2006
    Coll of Professional Studies
    Legislative Affairs
PSC 216  American Presidency      3.00 B    9.00
PSC 222  Executive Legislative    3.00 A-  11.10
         Relatio
    Ehrs  6.00 GPA-Hrs  6.00 Pts  20.10 GPA 3.35
    CUM   6.00 GPA-Hrs  6.00 Pts  20.10 GPA 3.35
    Good Standing

Spring 2007
    Coll of Professional Studies
    Legislative Affairs
PSC 229  Politics And Public      3.00 I    0.00
         Policy
PSC 250  Congress,Media&Forei     3.00 B+   9.90
         ignpolicy
    Ehrs  3.00 GPA-Hrs  3.00 Pts   9.90 GPA 3.30
    CUM   9.00 GPA-Hrs  9.00 Pts  30.00 GPA 3.33
    Good Standing

Spring 2007
    Coll of Professional Studies
    Legislative Affairs
PSC 201  Intro/Empirical Polit    3.00 In Progress
         Analysi
            Credits In Progress:   3.00

Summer 2007

PSC 218  Legislative Politics     3.00 In Progress
PSC 224  Us Health Care Policy    3.00 In Progress
PSC 286  Topics-Congressin'L      3.00 In Progress
         Committee
PSC 297  Independent Reading      3.00 In Progress
            Credits In Progress:  12.00

***************** TRANSCRIPT TOTALS ******************
         Earned Hrs GPA Hrs Points    GPA

TOTAL INSTITUTION  9.00    9.00   30.00   3.33

OVERALL            9.00    9.00   30.00   3.33

################## END OF DOCUMENT ##################
```

FFICIAL TRANSCRIPTS BEAR THE UNIVERSITY SEAL AND THE
EGISTRAR'S SIGNATURE
RANSCRIPT GUIDE PRINTED ON REVERSE
HE WORD VOID APPEARS WHEN PHOTOCOPIED
HIS RECORD MAY NOT BE RELEASED TO ANY OTHER PARTY WITHOUT THE WRITTEN
ONSENT OF THE STUDENT, PER FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974



