## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNTER DAWKINS       :

   Plaintiff       :

  v.          :    **Civil Action No. 05-2226 (RCL)**

TULLY CONSTRUCTION CO., INC.   :    FILED

   Defendant.      :    MAY 0 2 2008

        **ORDER**   NANCY MAYER WHITTINGTON, CLERK
               U.S. DISTRICT COURT

   Upon consideration of the Joint Motion For Approval of Confidential Settlement, and after hearing from counsel for the parties at the time of the settlement approval hearing held before this Court on the May 2, 2008, and after having an opportunity to hear from Plaintiff Hunter Dawkins and his mother, Deborah Dawkins, and after reviewing the settlement release *in camera*, is of the opinion that the settlement represents a fair and appropriate resolution of this claim, and it is therefore this 2nd day of _____may_____, 2008;

   ORDERED that the settlement be, and the same hereby is, approved.

            _Royce C. Lamberth_
            Judge Royce C. Lamberth
            United States District Court

cc:   Patrick M. Regan, Esquire
    pregan@reganfirm.com
    Paul Cornoni, Esquire
    pcornoni@reganfirm.com
    Regan Zambri & Long
    1919 M Street, N.W., Suite 350
    Washington, D.C.  20036

cc:     James F. Jordan, Esquire
        j.jordan@jocs-law.com
        Jordan, Coyne & Savits, LLP
        1100 Connecticut Avenue, NW, Suite 600
        Washington, DC  20036

        Kevin L. Keller, Esquire
        kkeller@wilsav.com
        Willcox & Savage, P.C.
        One Commercial Place, Suite 1800
        Norfolk, Virginia  23510